| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Central District of California |
| Case number (*If known*): _____ Chapter 11 |



☐ Check if this is an amended filing

## Official Form 105
# Involuntary Petition Against an Individual                                12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

    Check one:
    ☐ Chapter 7
    ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's full name**

    Massoud
    First name

    Aron
    Middle name

    Yashouafar
    Last name

    _____
    Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

    Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

    ☐ Unknown

    xxx – xx – 6 5 9 0        OR        9 xx – xx – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

    ☑ Unknown

    ___ ___ – ___ ___ ___ ___ ___ ___ ___
    EIN

    ___ ___ – ___ ___ ___ ___ ___ ___ ___
    EIN

Official Form 105                    Involuntary Petition Against an Individual                    page 1

Debtor  **Massoud Aaron Yashouafar**                              Case number (if known)_____

### 6. Debtor's address

**Principal residence**

910 North Rexford Drive
Number    Street

Beverly Hills                CA    90210
City                         State  ZIP Code

Los Angeles
County

**Principal place of business**

16661 Ventura Blvd.
Number    Street
Suite 600

Encino                       CA    91436
City                         State  ZIP Code

Los Angeles
County

**Mailing address, if different from residence**

_____
Number    Street

_____

_____
City                         State  ZIP Code

### 7. Type of business

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

### 8. Type of debt

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

### 9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?

☑ No
☐ Yes. Debtor _____    Relationship _____

District _____ Date filed _____  Case number, if known _____
                                    MM / DD / YYYY

Debtor _____    Relationship _____

District _____ Date filed _____  Case number, if known _____
                                    MM / DD / YYYY

Official Form 105                Involuntary Petition Against an Individual                page **2**

Debtor: **Massoud Aaron Yashouafar**    Case number (if known) _____

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Fereydoun Dayani | Business debt (unsecured) | $ 1,853,258.57 |
| Yona Samih | Business debt (unsecured) | $ 795,604.25 |
| N&S Investment, LLC c/o Sina Navidbakhsh | Business debt (unsecured) | $ 3,240,869.40 |
| | Total | $ 5,889,732.22 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor **Massoud Aaron Yashouafar** _____ Case number (if known)_____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _[signature]_  _Pouya A/E_  08/02/16
Signature of petitioner or representative, including representative's title

Fereydoun Dayani
Printed name of petitioner

Date signed  08/02/2016
                MM / DD / YYYY

**Mailing address of petitioner**

18345 Ventura Blvd., Suite 500
Number  Street

Tarzana                                      CA         91356
City                                          State      ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____
Email          _____

**Name and mailing address of petitioner's representative, if any**

_Nourollah Simon_
Name

_665 S. Gretna Green Way_
Number  Street

_Los Angeles      CA      90049_
City              State    ZIP Code

**Attorneys**

X Fahim Farivar  _[signature]_
Signature of attorney

Fahim Farivar
Printed name

Baker Hostetler, LLP
Firm name, if any

11601 Wilshire Blvd., Suite 1400
Number  Street

Los Angeles                    CA         90025
City                            State      ZIP Code

Date signed  08/02/2016
              MM / DD / YYYY

Contact phone 310-820-8800    Email ffarivar@bakerlaw.com

Debtor    Massoud Aaron Yashouafar                                   Case number (if known)_____

X _____           X Fahim Farivar _____
Signature of petitioner or representative, including representative's title    Signature of Attorney

Yona Samih                                                           Fahim Farivar
Printed name of petitioner                                           Printed name

Date signed    08/01/2016                                            Baker Hostetler, LLP
               MM / DD / YYYY                                        Firm name, if any

                                                                     11601 Wilshire Blvd., Suite 1400
                                                                     Number    Street

**Mailing address of petitioner**                                    Los Angeles              CA        90025
                                                                     City                     State     ZIP Code
11766 Wilshire Blvd., Suite 260
Number    Street                                                     Date signed    08/03/2016
                                                                                    MM / DD / YYYY
Los Angeles              CA        90025
City                     State     ZIP Code                          Contact phone 310-820-8800    Email ffarivar@bakerlaw.com

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State  ZIP Code

X _____           X Fahim Farivar _____
Signature of petitioner or representative, including representative's title    Signature of Attorney

N&S Investment, LLC                                                  Fahim Farivar
Printed name of petitioner                                           Printed name

Date signed    08/01/2016                                            Baker Hostetler, LLP
               MM / DD / YYYY                                        Firm name, if any

                                                                     11601 Wilshire Blvd., Suite 1400
                                                                     Number    Street

**Mailing address of petitioner**                                    Los Angeles              CA        90025
                                                                     City                     State     ZIP Code
18345 Ventura Blvd., Suite 500
Number    Street                                                     Date signed    08/03/2016
                                                                                    MM / DD / YYYY
Tarzana                  CA        91356
City                     State     ZIP Code                          Contact phone 310-820-8800    Email ffarivar@bakerlaw.com

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State  ZIP Code

Official Form 105                       Involuntary Petition Against an Individual                    page 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ashley M. McDow (245114)<br>Michael T. Delaney (261714)<br>Fahim Farivar (252153)<br>BAKER & HOSTETLER LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>Telephone: 310.820.8800<br>Facsimile: 310.820.8859<br>Email: amcdow@bakerlaw.com<br>        mdelaney@bakerlaw.com<br>        ffarivar@bakerlaw.com<br><br>☑ Attorney for Petitioning Creditor(s)<br>☐ Petitioning Creditor(s) appearing without attorney | RECEIVED<br>AUG 03, 2016<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>Massoud Aron Yashouafar<br><br><br>                                        Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** |
|---|---|

To the above-named debtor(s):

Pursuant to 11 U.S.C. § 303, an involuntary petition was filed on __8/3/2016__ in this bankruptcy court praying for the entry of an order for relief against you under chapter __11__ of title 11 of the Bankruptcy Code. A copy of the involuntary petition accompanies this summons.

A status conference in the involuntary case commenced by the involuntary petition has been set for:

| Hearing Date:<br>Time:<br>Courtroom: | Place:<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |
|---|---|

If you wish to oppose the entry of an order for relief, you must file with the clerk of this court an answer to the involuntary petition or a motion pursuant to FRBP 1011(c) within 21 days after the date of service of this summons and attached involuntary petition, plus 3 additional days if you were served by mail. At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address stated above. If you file a motion under FRPB 1011(c), your time to answer the petition will be governed by that rule.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                        Page 1                                            F 1010-1.SUMMONS.INVOL

**TO THE DEBTOR:**

IF YOU FAIL TO TIMELY FILE A RESPONSE TO THIS SUMMONS, THE BANKRUPTCY COURT MAY ENTER AN ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).

**TO THE PETITIONING CREDITOR(S)**:

IF YOU FAIL TO TIMELY SERVE THE SUMMONS AND INVOLUNTARY PETITION AND/OR TO FILE PROOF OF SERVICE OF DOCUMENT THEREOF WITH THE COURT OR TO APPEAR AT THE STATUS CONFERENCE, THIS INVOLUNTARY CASE MAY BE DISMISSED IN ACCORDANCE WITH LBR 1010-1.

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date: _____          By: _____
                                  Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012            Page 2            F 1010-1.SUMMONS.INVOL