Ashley M. McDow (245114)
Michael T. Delaney (261714)
Fahim Farivar (252153)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310.820.8800
Facsimile:    310.820.8859
Email:          amcdow@bakerlaw.com
                     mdelaney@bakerlaw.com

Attorneys for the Petitioning Creditors,
Fereydoun Dayani, Yona Samih, and N&S Investment, LLC

**FILED & ENTERED**

**SEP 12 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Fisher      **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SOLYMAN YASHOUAFAR<br><br>                           Debtors. | Case No. 1:16-bk-12255-GM<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF ORDER FOR RELIEF UNDER CHAPTER 11 AND APPOINTMENT OF CHAPTER 11 TRUSTEE AND ORDER FOR RELIEF UNDER CHAPTER 11**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation for Entry of Order for Relief and Appointment of Chapter 11 Trustee* (the "Stipulation") by and between Petitioning Creditors Fereydoun Dayani, Yona Samih, and N&S Investment, LLC, on the one hand, and Putative Debtor Solyman Yashouafar, on the other hand, through their counsel filed in the above-captioned bankruptcy case (the "Bankruptcy Case"), and finding good cause therefor,

**IT IS HEREBY ORDERED** that,

    1. The Stipulation is APPROVED in its entirety;

    2. An order for relief under Chapter 11 of the of title 11 of the United States Code is

granted; and

3. The United States Trustee is directed to appoint a chapter 11 trustee.

**IT IS SO ORDERED.**

###

Date: September 12, 2016

Geraldine Mund
United States Bankruptcy Judge