**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, No. 130932
Assistant United States Trustee
S. Margaux Ross, Bar No. 137152
Attorney for the U.S. Trustee
**UNITED STATES TRUSTEE FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-4494; Facsimile: (213) 894-0276
E-mail: margaux.ross@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>Solyman Yashouafar,<br><br>　　　　　　　Debtor. | ) Case No.  1:16-bk-12255-GM<br>)<br>) Chapter 11<br>)<br>) APPLICATION FOR ORDER APPROVING<br>) APPOINTMENT OF TRUSTEE<br>)<br>) [NO HEARING REQUIRED] |

　　　The United States Trustee (the "Applicant") hereby applies to the Court, pursuant to Rule 2007.1(c) of the Federal Rules of Bankruptcy Procedure, for an Order Approving Appointment of Trustee, and in support thereof, states as follows:

　　　1. The Applicant appointed David K. Gottlieb as Trustee in the above captioned case on September 16, 2016.

　　　2. Counsel for the Applicant has consulted with the following parties in interest regarding the appointment of the Trustee:

　　　　　a. Henry S. David of The David Firm, counsel for Howard L. Abselet;

　　　　　b. Ashley McDow of BakerHostetler, counsel for Fereydoun Dayani, Yona Asmih and N&S Investment, LLC;

　　　　　c. Howard Weg of Robins Kaplan LLP, counsel for Van Nuys Plywood, LLC, PY Note Investors, LLC; and Danny Pakravan;

　　　　　d. Mark Goodfriend of The Law Offices of Mark Goodfriend, counsel for the Debtor;

1

  e. Brian Davidoff of Greenberg Glusker Flieds Claman & Machtinger LLP, counsel for Massoud Aaron Yashouafar.

  f. Robert Heller of Freeman, Freeman & Smiley, creditor for Robert M. Heller; and

  g. Keith C. Ownes of Venable LLP counsel for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass Through Certificates.

 3. To the best of the United States Trustee's knowledge, the Trustee's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the declaration of disinterestedness of the Chapter 11 Trustee filed in support of this Application. Attached hereto as Exhibit A is that verified declaration of disinterestedness of David K. Gottlieb.

 WHEREFORE, Applicant requests that the Court enter an Order approving the appointment of David K. Gottlieb as Chapter 11 Trustee.

DATED: September 16, 2016    UNITED STATES TRUSTEE

            By: */s/ Jennifer L. Braun*
              Jennifer L. Braun
              Assistant United States Trustee

**EXHIBIT A**

DAVID K. GOTTLIEB
15233 Ventura Boulevard
9th Floor
Sherman Oaks, CA 91403
Tel: (818) 539-7720
Fax: (818) 436-0729
dkgtrustee@dkgallc.com

Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re:<br><br>Solyman Yashouafar<br><br><br><br><br><br><br><br>Debtor. | CASE NUMBER: 1:16-bk-12255-GM<br><br>CHAPTER 11<br><br>DECLARATION OF DAVID K. GOTTLIEB IN SUPPORT OF APPLICATION FOR ORDER APPROVING APPOINTMENT OF TRUSTEE AND FIXING BOND<br><br>[NO HEARING REQUIRED] |
|---|---|

David K. Gottlieb, declare as follows:

1. I am the proposed Chapter 11 Trustee of the above-entitled case. I am also the Managing Member of D. Gottlieb & Associates, LLC. The following testimony is within my personal knowledge and if called to testify, I could and would competently testify thereto.

2. I have been nominated as the Chapter 11 Trustee in the above-captioned case.

3. I meet the criteria set forth in 11 U.S.C. § 321 in that I have an office in the judicial district in which this case is pending. My office is located at 15233 Ventura Boulevard, 9th Floor, Sherman Oaks, CA 91403. Furthermore, I have not served as an examiner in this case.

4. I have complied with the requirement of 11 U.S.C. §322 as I have filed a bond with the Bankruptcy Court of the United States that is conditioned on my faithful performance of my official duties.

5. I have served as a Chapter 7 Trustee and Chapter 11 Trustee for over 20 years. I have extensive experience with complex real estate transactions.

6. I am familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and shall comply with them during the administration of this case.

7. I hereby verify that I have no connections with the debtor(s), creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as follows: (If you have no connections, write "none".)

8. To the best of my knowledge, neither I nor my firm hold any interest materially adverse with the Debtor, the Debtor's attorneys or accountants, the Debtor's creditors, nor any other party in interest, nor their respective attorneys or accountants. If additional information comes to my attention that changes these facts, I will advise the Court and the United States Trustee immediately.

9. I and my firm are "disinterested persons" within the meaning of Bankruptcy Code Section 101(14) in that neither I or my firm are a creditor, equity security holder or insider, or past or present officer, director or employee of the Debtor. Neither I nor my firm hold an interest materially adverse to the estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to connection with or interest in, the debtor or for any other reason.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 16, 2016 at Sherman Oaks, CA.

_____
DAVID K. GOTTLIEB

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR ORDER APPROVING APPOINTMENT OF TRUSTEE,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/16/2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **9/16/2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/16/2016 | Veronica M. Hernandez | /s/ Veronica M. Hernandez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVICE LIST CONTINUATION**

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| S Margaux Ross    margaux.ross@usdoj.gov | Solyman Yashouafar |
| Larry G Ball    lball@hallestill.com, gjohnson@hallestill.com | 4633 White Oak Place |
| Carol Chow    carol.chow@ffslaw.com | Encino, CA 91316 |
| Henry S David    hdavid@davidfirm.com, hdavid@davidfirm.com | |
| Fahim Farivar    ffarivar@bakerlaw.com, amcdow@bakerlaw.com,mdelaney@bakerlaw.com,sgaeta@bakerlaw.com | David K. Gottlieb
15233 Ventura Blvd. 9th Floor
Sherman Oaks, California, 91403 |
| Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com | U.S. Bankruptcy Court |
| Mark E Goodfriend    markgoodfriend@yahoo.com | The Honorable Geraldine Mund |
| Andrew V Jablon    ajablon@rpblaw.com, mlynch@rpblaw.com | 21041 Burbank Boulevard |
| Robert B Kaplan    rbk@jmbm.com | Woodland Hills, CA 91367 |
| Matthew Kramer    mkramer@wwhgd.com, krodriguez@wwhgd.com | |
| Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com | |
| Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com | |
| Keith C Owens    kowens@venable.com, bclark@venable.com;khoang@venable.com;DGIge@venable.com | |
| Ronald N Richards    ron@ronaldrichards.com, nick@ronaldrichards.com | |
| Nico N Tabibi    nico@tabibilaw.com | |
| Howard J Weg    hweg@robinskaplan.com | |