**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, No. 130932
Assistant United States Trustee
S. Margaux Ross, Bar No. 137152
Attorney for the U.S. Trustee
**UNITED STATES TRUSTEE FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-4494; Facsimile: (213) 894-0276
E-mail: margaux.ross@usdoj.gov

**FILED & ENTERED**

**SEP 16 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Gonzalez **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

In re

Solyman Yashouafar,

                Debtor.

Case No. 1:16-bk-12255-GM

Chapter 11

ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

[NO HEARING REQUIRED]

The Court having considered the United States Trustee's Application for Order Approving Appointment of Trustee ("Application"), and for good cause appearing,

IT IS HEREBY ORDERED that the Application is granted.

IT IS FURTHER ORDERED that the appointment of the Chapter 11 Trustee by the United States Trustee is approved.

### 

Date: September 16, 2016

_____
Geraldine Mund
United States Bankruptcy Judge