Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
        jlucas@pszjlaw.com

Proposed Attorneys for David K. Gottlieb, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR,<br><br>Debtor. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE SEPTEMBER 16, 2016; DECLARATION OF JEREMY V. RICHARDS IN SUPPORT THEREOF** |

David K. Gottlieb, the duly appointed chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case (the "Case") of Solyman Yashouafar, hereby files this application (the "Application") to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ") as general bankruptcy counsel to the Trustee in this Case,[1] effective as of September 16, 2016. This Application is brought pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1. In support of the Application, the Trustee respectfully represents as follows:

---

[1] Contemporaneously with the filing of this Application, the Trustee filed an application to retain PSZJ in Massoud Aaron Yashouafar's chapter 11 case [Case No. 16-12408]. The Trustee is seeking to have the cases jointly administered for procedural proposes.

DOCS_LA:301353.2 32274/001

**I.**

**BACKGROUND**

On August 3, 2016, petitioning creditors Fereydoun Dayani, Yona Samih, and N&S Investment, LLC c/o Sina Navidbakhsh (the "Petitioning Creditors"), filed an involuntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") against Debtor Solyman Yashouafar ("S. Yashouafar"), bearing case number 16-12555-GM.

On September 9, 2016, the Petitioning Creditors and S. Yashouafar entered into a *Stipulation for Entry of Order for Relief and Appointment of Chapter 11 Trustee* [Docket No. 79], which stipulation was granted by Order entered on September 12, 2016 [Docket No. 82].

On September 16, 2016, the United States Trustee (the "UST") filed its *Notice of Appointment of Chapter 11 Trustee*, appointing David K. Gottlieb as Chapter 11 Trustee in S. Yashouafar's chapter 11 case [Docket No. 91].

On September 16, 2016, the UST filed an *Application for Order Approving Appointment of Trustee* [Docket No. 93], which application was granted by Order entered on September 16, 2016 [Docket No. 94]. On September 19, 2016, the Court entered an *Order for Relief and Order to File Schedules, Statements and Lists(s)* [Docket No. 97].

On September 30, 2016, the Trustee filed a *Motion for Order Directing Joint Administration of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(B)* [Docket No. 134].

On August 3, 2016, the Petitioning Creditors filed an involuntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code against debtor Massoud Aron Yashouafar ("M. Yashouafar" and together with S. Yashouafar, the "Debtors"), bearing case number 16-12408.

On September 9, 2016, the Petitioning Creditors and M. Yashouafar entered into a *Stipulation for Entry of Order for Relief Under Chapter 11 and Appointment of Chapter 11 Trustee* [Docket No. 92], which stipulation was granted by Order entered on September 20, 2016 [Docket No. 94].

On September 16, 2016, the UST filed its *Notice of Appointment of Chapter 11 Trustee*, appointing David K. Gottlieb as Chapter 11 Trustee in M. Yashouafar's chapter 11 case [Docket No. 104].

On September 16, 2016, the UST filed an *Application for Order Approving Appointment of Trustee* [Docket No. 106], which application was granted by Order entered on September 20, 2016 [Docket No. 110]. On September 19, 2016, the Court entered an *Order for Relief and Order to File Schedules, Statements and Lists(s)* [Docket No. 109].

On September 30, 2016, the Trustee filed a *Motion for Order Directing Joint Administration of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(B)* [Docket No. 148].

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.

## RELIEF REQUESTED

The Trustee seeks Court approval to retain PSZJ, effective as of September 16, 2016, to provide the legal services to the Trustee that will be required to administer this Case. The Trustee desires to retain PSZJ because of its particular expertise in the areas of insolvency, business reorganization, and other debtor/creditor matters. PSZJ has served as general bankruptcy counsel to chapter 7 and 11 trustees in many cases and to a wide range of debtors in various industries. In addition, PSZJ has served as counsel to unsecured creditors' committees in numerous chapter 11 cases. PSZJ also has extensive experience in representing individual creditors, special interest committees, asset purchasers and investors in both in and out of court restructurings. Copies of the resumes of PSZJ's attorneys who are expected to be principally responsible for the Case are attached to the Declaration of Jeremy V. Richards (the "Richards Declaration") as Exhibit A. PSZJ's depth of experience in bankruptcy makes it well qualified to represent the Trustee. More information about PSZJ is available at its website, www.pszjlaw.com. Therefore, the Trustee believes that PSZJ's retention is in the best interest of the estate.

The Trustee desires to retain PSZJ, at the expense of the Estate, to undertake such tasks as required by the Trustee, including, but not limited to, the following:

(a)    Advising the Trustee concerning the rights and remedies of the estate in regard to the assets of the estate, and with respect to the secured, priority and unsecured claims of creditors;

(b) Representing the Trustee in connection with financial and business matters, including the sale of any assets;

(c) Representing the Trustee in connection with investigation of potential causes of action, and the litigation thereof if warranted and directed by the Trustee;

(d) Investigating and prosecuting preference, fraudulent transfer and other actions, if any, arising under the Trustee's avoiding powers;

(e) Representing the Trustee in any proceeding or hearing in the Bankruptcy Court, and in any action in other courts where the rights of the estate may be litigated or affected;

(f) Conducting examinations of witnesses, claimants, or adverse parties and preparing and assisting in the preparation of motions, applications, answers, orders, memoranda, reports and papers, etc.;

(g) Advising the Trustee concerning the requirements of the Bankruptcy Code and Rules and the requirements of the Office of the United States Trustee relating to the administration of the estate; and

(h) Rendering such other advice and services as the Trustee may require in connection with this Case.

## III.

## **DISINTERESTEDNESS**

To the best of the Trustee's knowledge and based upon the Richards Declaration attached hereto, neither PSZJ nor any of its partners, of counsel, or associates has any connection with the Debtors, any creditor of the estate, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth in the Richards Declaration.

In particular, the Richards Declaration discloses the following:

(a) PSZJ has in the past represented the Trustee in his capacity as chapter 7 and 11 trustees in other cases wholly unrelated to this matter;

(b) PSZJ represents many committees, whose members may be creditors in the Debtors' chapter 11 case; however, PSZJ is not representing any of those entities in the Case and will not

represent any members of these committees in any claims that they may have collectively or individually against the Debtors;

(c) PSZJ may retain various professionals during the pendency of this Case, and the Trustee may retain other professionals in the future. PSZJ has previously worked with and will continue to work with certain of these professionals on various representations, at times representing the same parties and at other times representing parties with similar interests or parties with adverse interests; and

(d) PSZJ and certain of its shareholders, counsel and associates may have in the past represented, and may currently represent and will likely in the future represent creditors of the Debtors in connection with matters unrelated to the Debtors and this Case. At this time, PSZJ is not aware of any current representations in unrelated cases of parties who are creditors of the Debtors or other parties on the conflicts list attached as Exhibit B to the Richards Declaration.

To the best of the Trustee's knowledge and based upon the Richards Declaration, neither PSZJ nor any of its partners, of counsel, or associates is a creditor, equity security holder, or an "insider" of the Debtors as that term is defined in section 101(31) of the Bankruptcy Code.

To the best of the Trustee's knowledge and based upon the Richards Declaration, neither PSZJ nor any of its partners, of counsel, or associates is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtors.

To the best of the Trustee's knowledge and based upon the Richards Declaration, neither PSZJ nor any of its partners, of counsel, or associates has any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors for any other reason. Accordingly, PSZJ and its partners, of counsel, and associates are "disinterested persons" as that term is defined and used in sections 101(14) and 327 of the Bankruptcy Code.

**IV.**

**COMPENSATION**

Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules and this Court's rules, the Trustee proposes to pay PSZJ its customary hourly rates

in effect from time to time and to reimburse the Firm according to its customary reimbursement policies. The attorneys currently expected to be principally responsible for the Case, and their respective hourly rates effective as of January 1, 2016, are as follows:  Jeremy V. Richards ($995); John W. Lucas ($675). The hourly rate for Beth Dassa, the paralegal assigned to the Case, is $325. The hourly rates of all of the Firm's attorneys and paraprofessionals are attached to the Richards Declaration as Exhibit C.

PSZJ proposes that the fees and expenses incurred will be charged to the estates of Solyman Yashouafar and Massoud Aaron Yashouafar on a joint and several basis.  The Trustee and PSZJ believe that this is warranted because substantially all of the assets of both debtors are co-owned either directly or indirectly and they have a common core group of creditors relating to the same universe of assets. However, in the event the Trustee or PSZJ undertakes services that relate solely to either Solyman Yashouafar or Massoud Aaron Yashouafar, they will attribute such fees and expenses arising from those services to the applicable debtors' estate. Regardless, categorized time records will be maintained for all services.

The Firm has not received any retainer in contemplation of its proposed employment. However, it is contemplated that the Firm will seek interim compensation during the Case as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm understands that its compensation in the Case is subject to the prior approval of this Court. No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

Pursuant to Local Bankruptcy Rule 2014-1(b)(4), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court. Pursuant to Local Bankruptcy Rule 2014-1(b)(3), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(f) and must be filed with the Court and served upon the Trustee, its proposed counsel, and the United States Trustee no later than fourteen (14) days from the date of service of notice of the filing of the Application.

      Notice of filing of this Application was provided to the office of the United States Trustee and all parties who filed and served a request for special notice as of the date of service of the Notice.

      **WHEREFORE**, the Trustee requests that this Court approve the employment of Pachulski Stang Ziehl & Jones LLP as general bankruptcy counsel, as of September 16, 2016, to render services as described above, with compensation to be paid by the estate as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated: October 10, 2016            Chapter 11 Trustee

                                                By: _____
                                                        David K. Gottlieb

DOCS_LA:301353.2 32274/001          7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE SEPTEMBER 16, 2016; DECLARATION OF JEREMY V. RICHARDS IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 11, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **October 11, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Solyman Yashouafar
4633 White Oak Place
Encino, CA 91316

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 11, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Suite 312, Courtroom 303,
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 11, 2016 | MYRA KULICK | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Larry G Ball     lball@hallestill.com, gjohnson@hallestill.com*
- *Carol Chow     carol.chow@ffslaw.com*
- *Henry S David     hdavid@davidfirm.com, hdavid@davidfirm.com*
- *Brian L Davidoff     bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *Fahim Farivar     ffarivar@bakerlaw.com, amcdow@bakerlaw.com,mdelaney@bakerlaw.com,sgaeta@bakerlaw.com*
- *Thomas M Geher     tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com*
- *Mark E Goodfriend     markgoodfriend@yahoo.com*
- *David Keith Gottlieb (TR)     dkgtrustee@dkgallc.com, dgottlieb@ecf.epiqsystems.com,rjohnson@dkgallc.com,akuras@dkgallc.com*
- *Andrew V Jablon     ajablon@rpblaw.com, mlynch@rpblaw.com*
- *Robert B Kaplan     rbk@jmbm.com*
- *Matthew Kramer     mkramer@wwhgd.com, krodriguez@wwhgd.com*
- *John W Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com*
- *Ashley M McDow     amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com*
- *Kevin Meek     kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com*
- *Keith C Owens     kowens@venable.com, bclark@venable.com;khoang@venable.com;DGIge@venable.com*
- *Jeremy V Richards     jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Ronald N Richards     ron@ronaldrichards.com, nick@ronaldrichards.com*
- *S Margaux Ross     margaux.ross@usdoj.gov*
- *Nico N Tabibi     nico@tabibilaw.com*
- *United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov*
- *Howard J Weg     hweg@robinskaplan.com*

**2. SERVED BY UNITED STATES MAIL:**

*See attached Label Matrix*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:301665.1 32274/001
DOCS_LA:301665.1 32274/001                2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-1<br>Case 1:16-bk-12255-GM<br>Central District of California<br>San Fernando Valley<br>Tue Oct 11 11:51:39 PDT 2016 | Employment Development Dept<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 | Encino - 16661 Ventura Blvd Trust, a Delawar<br>c/o Keith C. Owens<br>Venable LLP<br>2049 Century Park East #2300<br>Los Angeles, CA 90067-3125 |
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | L.A. County Tax Collector<br>Bankruptcy Unit<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110 |
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | N&S Investment, LLC<br>18345 Ventura Blvd., Ste 500<br>Tarzana, CA 91356-4245 | Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 |
| San Fernando Valley Division<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367-6606 | AXA Equitable<br>Box 371459<br>Pittsburgh, PA 15250-7459 | Andrews Davis, P.C<br>100 N Broadway, Ste. 3300<br>Oklahoma City, OK 73102-8831 |
| Anthem Blue Cross<br>PO Box 54580<br>Los Angeles, CA 90054-0580 | Ashley M. McDow<br>Baker & Hostetler LLP<br>11601 Wilshire Blvd. Ste. 1400<br>Los Angeles, CA 90025-1750 | BB&T<br>c/o Peter J. Nugent<br>2711 North Haskell Ave. Ste. 1300<br>Lockbox 19<br>Dallas, TX 75204-2911 |
| Babak Cohen / Bita Kohan<br>1216 Saltair Ave. #102<br>Los Angeles, CA 90025-1398 | Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | California Bank & Trust (Bankcard Center)<br>PO Box 30833<br>Salt Lake City, UT 84130-0833 |
| Camelia Kusuma<br>24150 Victory Blvd<br>Woodland Hills, CA 91367-1255 | Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | Chase Card Services<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Chase Card Services (Southwest)<br>PO Box 94014<br>Palatine, IL 60094-4014 | Chester Tower, LLC<br>PO Box 32428<br>Los Angeles, CA 90032-0428 | Citicards<br>PO Box 689197<br>Des Moines, IA 50368-9197 |
| City of Beverly Hills<br>455 North Rexford Drive<br>Beverly Hills, CA 90210-4817 | DMARC   2007 CD5 Garden Street, LLC<br>Aires Law Firm<br>180 Newport Center Dr, Ste. 260<br>Newport Beach, CA 92660-0901 | DMF Lighting<br>1118 E. 223rd St. Unit 1<br>Carson, CA 90745-4210 |
| David Pourbaba<br>8271 Melrose Ave Ste. 200<br>Los Angeles, CA 90046-6826 | Discover<br>PO Box 61033<br>Carol Stream, IL 60197-6103 | ELI BENDAVID<br>1535 RUHLAND AVE<br>MANHATTAN BEACH CA 90266-7127 |

| | | |
|---|---|---|
| Edmond Lavi<br>5177 Avenida Hacienda<br>Tarzana, CA 91356-4224 | Eli Javid Bendavid<br>6839 Kings Harbor Drive<br>Rancho Palos Verdes, CA 90275-4621 | Elizabeth Sax<br>6355 Topanga Canyon Blvd. Ste# 255<br>Woodland Hills, CA 91367-2117 |
| Fereydoun Dayani<br>18345 Ventura Blvd. Ste# 500<br>Tarzana, CA 91356-4245 | Gregor Law Offices<br>2550 Fifth Avenue, Ste. 709<br>San Diego, CA 92103-6624 | Hamid Ahmadi<br>6906 Rain Creek Parkway<br>Austin, TX 78759-7038 |
| Hamid Joseph Nourmand<br>1801 Century Park East, Suite 1830<br>Los Angeles, CA 90067-2320 | Henry David<br>The David Firm<br>617 W. 7th St. Ste. 702<br>Los Angeles, CA 90017-3853 | Holthouse, Carlin & Van Trigt, LLP<br>11444 W. Olympic Blvd, 11th Floor<br>Los Angeles, CA 90064-1500 |
| Howard L. Abselet<br>114 Pine Street<br>Port Jefferson Station, NY 11776-3161 | Howard L. Abselet<br>c/o Henry S. David<br>The David Firm(R)<br>617 W. 7th St., Suite 702<br>Los Angeles, CA 90017-3853 | Howard Weg<br>Robins Kaplan LLP<br>2049 Century Park East Ste. 3400<br>Los Angeles, CA 90067-3208 |
| Iraj Zokai<br>1058 22nd Street<br>Santa Monica, CA 90403-4518 | JCBL Trust<br>16661 Ventura Blvd Ste. 608<br>Encino, CA 91436-4831 | Jay J. Fathi<br>235 1/2 Elm St.<br>Beverly Hills, CA 90212-4010 |
| John Hancock Life Insurance Company<br>PO Box 894764<br>Los Angeles, CA 90189-4764 | Keith Owens<br>Venable LLP<br>2049 Century Park East Ste. 2300<br>Los Angeles, CA 90067-3125 | Kluger & Stein<br>16000 Ventura Blvd, Suite 1000<br>Encino, CA 91436-2762 |
| Law Offices of Homan Taghdiri<br>1801 Century Park East, Ste. 830<br>Los Angeles, CA 90067-2336 | Levene, Neale, Bender, Yoo & Brill<br>10250 Constellation Blvd, Suite 170<br>Los Angeles, CA 90067-6253 | Marc Smith<br>Krane & Smith<br>16255 Ventura Blvd. Ste. 600<br>Encino, CA 91436-2311 |
| Massoud Aaron Yashouafar<br>16661 Ventura Boulevard, Suite 600<br>Encino, CA 91436-1927 | Mayer Makabi<br>10432 Eastborn Ave., Appt #205<br>Los Angeles, CA 90024-6188 | Mehrdad Taghdiri<br>9744 Wilshire Blvd. Ste.306<br>Beverly Hills, CA 90212-1813 |
| Mer Enterprises<br>P.O. Box 32428<br>Los Angeles, CA 90032-0428 | Michael W. Vivoli<br>2550 Fifth Avenue, Ste.709<br>San Diego, CA 92103-6624 | N&S Investments LLC<br>18345 Ventura Blvd. Ste.500<br>Tarzana, CA 91356-4245 |
| Neiman Marcus<br>PO Box 5235<br>Carol Stream, IL 60197-5235 | Neman Brothers and Asst<br>1525 S Broadway<br>Los Angeles, CA 90015-3030 | Parvin Rabbani<br>133 North Willaman<br>Beverly Hills, CA 90211-2112 |

```
Philip Pournazarian                 Phillips 66 Co. /SYNCB              Raymond Yashouafar
20722 Wells Drive                   PO Box 530942                       16661 Ventura Blvd Ste. 608
Woodland Hills, CA 91364-3437       Atlanta, GA 30353-0942              Encino, CA 91436-4831


Ready Fresh                         Reliable Properties                 Robert M. Heller
PO Box 856158                       6399 Wilshire Blvd., Ste. 604       1880 Century Park East, Ste.615
Louisville, KY40285-6158            Los Angeles, CA 90048-5709          Los Angeles, CA 90067-1622


Rodney Yashouafar                   Simon Barlava                       Sina Abselet
1033 Hilts Avenue                   524 N. Alpine Dr.                   19 Doral Drive
Los Angeles, CA 90024-3214          Beverly Hills, CA 90210-3316        Manhasset, NY 11030-3907


The Nimkoff Firm                    Thomas J. Weiss                     Time Warner Cable
28 Robert Circle                    Law Offices of Thomas J. Weiss      PO Box 60074
Syosset, NY 11791-3828              1925 Century Park East Ste. 2140    City of Industry, CA 91716-0074
                                    Los Angeles, CA 90067-2722


(p)US BANK                          US Bank                             Union Bank/First Bankcard (FNB Omaha U.B.)
PO BOX 5229                         c/o Keith Owens                     PO Box 2557
CINCINNATI OH 45201-5229            Venable LLP                         Omaha, NE 68103-2557
                                    2049 Century Park East Ste. 2300
                                    Los Angeles, CA 90067-3125


United Mileage Plus (Chase Card Serv   United States Trustee (SV)       Vivopools
PO Box 94014                        915 Wilshire Blvd, Suite 1850       825 S. Primrose Ave. Suite H
Palatine, IL 60094-4014             Los Angeles, CA 90017-3560          Monrovia, CA 91016-3413


World Real Estate Group             Wraytec Security Services           Yahouda Yahoudai
PO Box 15925                        4730 Walnut St.                     10390 Wilshire Blvd. #1203
Beverly Hills, CA 90209-1925        Simi Valley, CA 93063-1440          Los Angeles, CA 90024-6451


Yona Samih                          Ziba Sarafian                       David Keith Gottlieb (TR)
11766 Wilshire Blvd, Ste. 260       18345 Ventura Blvd., Ste. 500       15233 Ventura Blvd, 9th Floor
Los Angeles, CA 90025-6573          Tarzana, CA 91356-4245              Sherman Oaks, CA 91403-2250


Fereydoun Dayani                    Howard L. Abselet                   Mark E Goodfriend
18345 Ventura Blvd Suite 500        c/o Henry S. David                  Law Offices of Mark E Goodfriend
Tarzana, CA 91356-4245              617 W. 7th St., Suite 702           16055 Ventrua Blvd
                                    Los Angeles, CA 90017-3853          Encino, CA 91436-2610


Solyman Yashouafar
4633 White Oak Place
Encino, CA 91316-4336
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Bank
PO Box 790408
Saint Louis, MO 63179-0408


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF                    (u)PY Note Investors, LLC           (u)Van Nuys Plywood, LLC

(u)Danny Pakravan                  (u)Robert M. Heller, Esq.           (u)Solyman Yashouafar
                                                                       Encino, CA

(d)Yona Samih                      (u)the Registered Holders of CD 2006-CD3 U.S.    End of Label Matrix
11766 Wilshire Blvd Suite 260                                          Mailable recipients    87
Los Angeles, CA 90025-6573                                             Bypassed recipients     8
                                                                       Total                  95