1  | Jeremy V. Richards (CA Bar No. 102300)
2  | John W. Lucas (CA Bar No. 271038)
   | PACHULSKI STANG ZIEHL & JONES LLP
3  | 10100 Santa Monica Blvd., 13th Floor
   | Los Angeles, CA  90067
4  | Telephone: 310/277-6910
   | Facsimile: 310/201-0760
5  | E-mail:   jrichards@pszjlaw.com
   |           jlucas@pszjlaw.com

6  | [Proposed] Attorneys for David K. Gottlieb, Chapter 11 Trustee

7

8  | **UNITED STATES BANKRUPTCY COURT**

9  | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SAN FERNANDO VALLEY DIVISION**

11

| In re: | Case No.: 1:16-bk-12255-GM |
| | Chapter 11 |
| SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1] | Jointly Administered |
| Debtors. | |
| In re: | Case No.: 1:16-bk-12255-GM |
| SOLYMAN YASHOUAFAR, | Chapter 11 |
| Debtor. | |
| In re: | Case No.: 1:16-bk-12408-GM |
| MASSOUD AARON YASHOUAFAR, | Chapter 11 |
| Debtor. | |
| Affects: | **CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY BERKELEY RESEARCH GROUP, LLC AS ACCOUNTANTS AND FINANCIAL ADVISORS EFFECTIVE SEPTEMBER 21, 2016; DECLARATION OF MARVIN TENENBAUM IN SUPPORT THEREOF** |
| ☑ Both Debtors | |
| ☐ Solyman Yashouafar | |
| ☐ Massoud Aaron Yashouafar | |
| Debtors. | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).  The Debtors maintain a business address of 16661 Ventura Blvd., Suite 600, Encino, CA 91436.

David K. Gottlieb, the duly appointed chapter 11 trustee (the "Trustee") in the above-captioned jointly administered bankruptcy cases (the "Case") of debtors Solyman Yashouafar and Massoud Aaron Yashouafar (the "Debtors"), hereby files this application (the "Application") to employ Berkeley Research Group, LLC ("BRG") as accountants and financial advisors for the Trustee in this Case, effective as of September 21, 2016. This Application is brought pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1.  In support of the Application, the Trustee respectfully represents as follows:

## I.

## BACKGROUND

On August 3, 2016, petitioning creditors Fereydoun Dayani, Yona Samih, and N&S Investment, LLC c/o Sina Navidbakhsh (the "Petitioning Creditors"), filed an involuntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") against debtor Solyman Yashouafar ("S. Yashouafar"), bearing case number 16-12555-GM.

On September 9, 2016, the Petitioning Creditors and S. Yashouafar entered into a *Stipulation for Entry of Order For Relief and Appointment of Chapter 11 Trustee* [Docket No. 79], which stipulation was granted by Order entered on September 12, 2016 [Docket No. 82].

On September 16, 2016, the United States Trustee (the "UST") filed its *Notice of Appointment of Chapter 11 Trustee*, appointing David K. Gottlieb as Chapter 11 Trustee in S. Yashouafar's chapter 11 case [Docket No. 91].

On September 16, 2016, the UST filed an *Application for Order Approving Appointment of Trustee* [Docket No. 93], which application was granted by Order entered on September 16, 2016 [Docket No. 94]. On September 19, 2016, the Court entered an Order for Relief and Order to File Schedules, Statements and Lists(s) [Docket No. 97].

On September 30, 2016, the Trustee filed a *Motion for Order Directing Joint Administration of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(B)* [Docket No. 134], which order was entered on October 18, 2016 [Docket No. 170].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

On August 3, 2016, the Petitioning Creditors filed an involuntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code against debtor Massoud Aaron Yashouafar ("M. Yashouafar" and together with S. Yashouafar, the "Debtors"), bearing case number 16-12408.

On September 9, 2016, the Petitioning Creditors and M. Yashouafar entered into a *Stipulation for Entry of Order for Relief Under Chapter 11 and Appointment of Chapter 11 Trustee* [Docket No. 92], which stipulation was granted by Order entered on September 20, 2016 [Docket No. 94].

On September 16, 2016, the UST filed its *Notice of Appointment of Chapter 11 Trustee*, appointing David K. Gottlieb as Chapter 11 Trustee in M. Yashouafar's chapter 11 case [Docket No. 104].

On September 16, 2016, the UST filed an *Application for Order Approving Appointment of Trustee* [Docket No. 106], which application was granted by Order entered on September 20, 2016 [Docket No. 110]. On September 19, 2016, the Court entered an *Order for Relief and Order to File Schedules, Statements and Lists(s)* [Docket No. 109].

On September 30, 2016, the Trustee filed a *Motion for Order Directing Joint Administration of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(B)* [Docket No. 148], which order was entered on October 18, 2016 [Docket No. 188].

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.

## RELIEF REQUESTED

The Trustee seeks Court approval to retain BRG, effective as of September 21, 2016, to provide accounting and financial advisory services to the Trustee that will be required to administer this Case. The Trustee desires to retain BRG because of its accounting expertise relating to insolvency, business reorganization, and other debtor/creditor matters. The Trustee is informed and believes BRG's professionals have on many occasions performed similar services to the ones required in this case for numerous receivers, trustees, examiners and creditors' committees in other non-related cases under receivership, bankruptcy and other insolvency proceedings in the State of

California and elsewhere. In addition, BRG's professionals have experience working on cases with similar fact scenarios in which they were presented with issues and performed analyses similar to the work at hand in this case. Therefore, the Trustee believes that BRG is well qualified to assist him with regard to the above-referenced matters. The employment of BRG as accountants for the Trustee would be economical and in the best interest of the Estate and its creditors, and will greatly assist the Trustee in carrying out his duties in an efficient and effective.  Copies of the resumes of BRG's professionals who are expected to be principally responsible for the Case are attached to the Declaration of Marvin Tenenbaum (the "Tenenbaum Declaration") as **Exhibit A.**

The Trustee desires to retain BRG, at the expense of the Estate, to undertake such tasks as required by the Trustee, including, but not limited to, the following:

(a)    To analyze the books and records of the Debtors and the Debtors' related entities to investigate the status and values of assets the estates (the "Estates");

(b)    To assist in the identification of possible causes of action and support of any litigation brought by the Trustee;

(c)    As determined appropriate and necessary, to reconstruct financial transactions of the Debtors and related entities;

(d)    As determined appropriate and necessary, to analyze and liquidate claims against the Estates;

(e)    To prepare Chapter 11 operating and interim reports in compliance with Office of the United States Trustee guidelines;

(f)    To complete tax work and other financial analyses that is required by the Trustee to property administer the Estates and conclude the Case;

(g)    To assist the Trustee in preparing the necessary income tax returns for the Estates;

(h)    To communicate with taxing authorities on behalf of the Estates; and

(i)    Other accounting and financial advisory services as required by the Trustee.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

### III.

### <u>DISINTERESTEDNESS</u>

To the best of the Trustee's knowledge and based upon the Tenenbaum Declaration attached hereto, neither BRG nor any of its professionals has any connection with the Debtors, any creditor of the Estates, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth in the Tenenbaum Declaration.

In particular, the Tenenbaum Declaration discloses the following:

(a)        BRG has been retained by the Trustee in other, unrelated bankruptcy cases in which he is the trustee;

(b)        BRG professionals, who will not have any involvement in this Case, previously worked on a matter (Milbank Holding Corp. vs. Malibu Reconveyance, Los Angeles County Superior court, Case No. SC111198) in which the Debtor was adverse and on behalf of Danny Pakravan, a creditor in this Case;

(c)        U.S. Bank, National Association, a creditor in this Case, is a client of BRG in other matters wholly unrelated to this Case;

(d)        Because of the size of BRG's business, it is likely that BRG has provided, is presently proving, and may in the future provide, consulting services to creditors or parties-in-interest in the Estates unrelated to any matter involving this Case.

BRG believes that none of the above-described connections in any way impairs BRG's independence or ability to perform the required services for the Trustee.

To the best of the Trustee's knowledge and based upon the Tenenbaum Declaration, neither BRG nor any of its professionals is a creditor, equity security holder, or an "insider" of the Debtors as that term is defined in section 101(31) of the Bankruptcy Code.

To the best of the Trustee's knowledge and based upon the Tenenbaum Declaration, neither BRG nor any of its professionals is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtors.

005

To the best of the Trustee's knowledge and based upon the Tenenbaum Declaration, neither BRG nor any of its professionals has any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors for any other reason.  Accordingly, BRG and its professionals are "disinterested persons" as that term is defined and used in sections 101(14) and 327 of the Bankruptcy Code.

## IV.

## COMPENSATION

Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules and this Court's rules, the Trustee proposes to pay BRG its customary hourly rates in effect from time to time and to reimburse BRG according to its customary reimbursement policies.  The Trustee is informed and believes that BRG's hourly rates are comparable to other firms in the Central District of California area offering comparable services. BRG adjust its billing rates annually based on the normal increases BRG charges all of its clients.  The normal hourly rates current in effect for BRG personnel who are likely to work on this Case are reflected on **Exhibit B** attached to the Tenenbaum Declaration.

BRG proposes that the fees and expenses incurred will be charged to the each of the Debtors' Estates on a joint and several basis.  The Trustee and BRG believe that this is warranted because substantially all of the assets of the Debtors are co-owned either directly or indirectly and they have a common core group of creditors relating to the same universe of assets. However, in the event the Trustee or BRG undertakes services that relate solely to either S. Yashouafar or M. Yashouafar, they will attribute the fees and expenses arising from such services to the applicable Debtors' estate. Regardless, categorized time records will be maintained for all services.

BRG has not received any retainer in contemplation of its proposed employment.  However, it is contemplated that BRG will seek interim compensation during the Cases as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.  BRG understands that its compensation in the Case is subject to the prior approval of this Court.  No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

006

1  with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy

2  Rule 2016-1.

3        Pursuant to Local Bankruptcy Rule 2014-1(b)(4), a hearing is not required in connection with

4  the Application unless requested by the United States Trustee, a party in interest, or otherwise

5  ordered by the Court.  Pursuant to Local Bankruptcy Rule 2014-1(b)(3), any response to the

6  Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-

7  1(f) and must be filed with the Court and served upon the Trustee, its proposed counsel, and the

8  United States Trustee no later than fourteen (14) days from the date of service of notice of the filing

9  of the Application.

10        Notice of filing of this Application was provided to the office of the United States Trustee

11  and all parties who filed and served a request for special notice as of the date of service of the

12  Notice.

13        **WHEREFORE**, the Trustee requests that this Court approve the employment of Berkeley

14  Research Group, LLC as accountants and financial advisors, as of September 21, 2016, to render

15  services as described above, with compensation to be paid by the Estates as administrative expenses

16  in such amounts as this Court may hereafter determine and allow.

17  Dated:  October 25th, 2016                    Chapter 11 Trustee

18

19                                              By: _____

20                                                   David K. Gottlieb

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

### DECLARATION OF MARVIN TENENBAUM

I, Marvin Tenenbaum, declare and state as follows:

1.    I am the Senior Vice President and General Counsel of Berkeley Research Group, LLC ("BRG"). I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would testify competently to these facts, except where matters are stated on information and belief, and as to these facts, I am informed and believe that they are true.

2.    I make this declaration in support of the application (the "Application") filed by David K. Gottlieb, Chapter 11 Trustee (the "Trustee") of the estates of Solyman Yashouafar and Massoud Aaron Yashouafar (the "Debtors"), to employ BRG as accountants and financial advisors, effective as of September 21, 2016.

3.    The name, address, telephone number, and facsimile number of BRG are as follows:

> Berkeley Research Group, LLC
> Attn: Thomas Jeremiassen
> 2049 Century Park East, #2525
> Los Angeles, California 90067
> Telephone: (310) 499-4939
> Facsimile: (310) 557-8982

4.    BRG has accounting expertise relating to insolvency, business reorganization, and other debtor/creditor matters. BRG's professionals have on many occasions performed similar services to the ones required in this case for numerous receivers, trustees, examiners and creditors' committees in other non-related cases under receivership, bankruptcy and other insolvency proceedings in the State of California and elsewhere. In addition, BRG's professionals have experience working on cases with similar fact scenarios in which they were presented with issues and performed analyses similar to the work at hand in this case. Copies of the resumes of BRG's professionals who are expected to be principally responsible for the jointly administered bankruptcy cases of Solyman Yashouafar and Massoud Aaron Yashouafar (the "Case"), are attached hereto as **Exhibit A.**

5.    The Trustee desires to retain BRG, at the expense of the estates (the "Estates"), to undertake such tasks as required by the Trustee, including, but not limited to the following:

(a)    To analyze the books and records of the Debtors and the Debtors' related

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

entities to investigate the status and values of assets the Estates;

     (b)     To assist in the identification of possible causes of action and support of any litigation brought by the Trustee;

     (c)     As determined appropriate and necessary, to reconstruct financial transactions of the Debtor and related entities;

     (d)     As determined appropriate and necessary, to analyze and liquidate claims against the Estates;

     (e)     To prepare Chapter 11 operating and interim reports in compliance with Office of the United States Trustee guidelines;

     (f)     To complete tax work and other financial analyses that is required by the Trustee to property administer the Estates and conclude the Case;

     (g)     To assist the Trustee in preparing the necessary income tax returns for the Estates;

     (h)     To communicate with taxing authorities on behalf of the Estate; and

     (i)     Other accounting and financial advisory services as required by the Trustee.

6.     In connection with the proposed retention of BRG in this Case, BRG has been provided a list of the Debtors' creditors and other interested parties in the Case.  At my direction, employees of BRG have processed the Debtors' names, and the names of the creditors and other parties through BRG's computerized conflict check system and reviewed the results of that processing.

7.     Based on the process referred to in paragraph 6 above, to the best of my knowledge, neither BRG nor any of its professionals has any connection with the Debtors, any creditor of the estate, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth below:

     (a)     BRG has been retained by the Trustee in other, unrelated bankruptcy cases in which he is the trustee;

     (b)     BRG professionals, who will not have any involvement in this Case, previously worked on a matter (Milbank Holding Corp. vs. Malibu Reconveyance, Los Angeles

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

9

County Superior Court, Case No. SC111198) in which the Debtors were adverse and on behalf of

Danny Pakravan, a creditor in this Case;

(c)    U.S. Bank, National Association, a creditor in this Case, is a client of BRG in

other matters wholly unrelated to this Case;

(d)    Because of the size of BRG's business, it is likely that BRG has provided, is

presently proving, and may in the future provide, consulting services to creditors or parties-in-

interest in the Estates unrelated to any matter involving this Case.

8.    I believe that none of the above-described connections in any way impair BRG's

independence or ability to perform the required services for the Trustee.

9.    To the best of my knowledge, neither BRG nor any of its professionals is a creditor,

equity security holder, or an "insider" of the Debtors as that term is defined in section 101(31) of the

Bankruptcy Code.

10.    To the best of my knowledge, neither BRG nor any of its professionals is or was,

within two years before the date of the filing of the petition, a director, officer, or employee of the

Debtors.

11.    To the best of my knowledge, neither BRG nor any of its professionals that will work

on this Case has any interest materially adverse to the interest of the estate or of any class of

creditors or equity security holders, by reason of any direct or indirect relationship to, connection

with, or interest in the Debtors for any other reason.  Accordingly, BRG and its professionals are

"disinterested persons" as that term is defined and used in sections 101(14) and 327 of the

Bankruptcy Code.

12.    Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules and the

Local Bankruptcy Rules and this Court's rules, the Trustee proposes to pay BRG its customary

hourly rates in effect from time to time and to reimburse BRG according to its customary

reimbursement policies.  The hourly rates of BRG professionals likely to work on this case are set

forth in detail on **Exhibit B** hereto.

13.    BRG proposes that the fees and expenses incurred will be charged to the each of the

Debtors' Estates on a joint and several basis. The Trustee and BRG believe that this is warranted

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

10

because substantially all of the assets of the Debtors are co-owned either directly or indirectly and they have a common core group of creditors relating to the same universe of assets. However, in the event the Trustee or BRG undertakes services that relate solely to either Solyman Yashouafar or Massoud Aaron Yashouafar, they will attribute the fees and expenses arising from such services to the applicable Debtors' estate. Regardless, categorized time records will be maintained for all services.

14.    BRG has not received any retainer in contemplation of its proposed employment. However, it is contemplated that BRG will seek interim compensation during the Case as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.  BRG understands that its compensation in the Case is subject to the prior approval of this Court.  No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 25th day of October, 2016, at Chicago, Illinois.

_____
Marvin Tenenbaum

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4

# EXHIBIT A



**Thomas P. Jeremiassen, Managing Director**

2049 Century Park East, Suite 2525
Los Angeles, CA 90067
Direct: 310.499.4939
Fax:    310.557.8982
Email: tjeremiassen@thinkbrg.com

## Summary

Thomas P. Jeremiassen is a managing director at Berkeley Research Group, LLC. Mr. Jeremiassen is a certified public accountant, certified in financial forensics and a certified insolvency and restructuring advisor with 20 years of experience providing services in bankruptcy, forensic/investigative accounting, and litigation support.

## Sample of Engagements

Mr. Jeremiassen has been involved in Chapter 11 and Chapter 7 bankruptcy matters, serving bankruptcy estates in varying capacities. Following are the various types of employment and examples of recent cases which demonstrate his unique and specialized experience:

*Trustee*
Case example:  Mr. Jeremiassen was appointed Chapter 11 trustee of a fraudulent "hard money lender" that solicited investments for, and arranged and made, real estate secured loans.  At the time of the bankruptcy filing, the loan portfolio consisted of nearly 550 loans, all of which were in default, totaling approximately $350 million funded by over 2,000 investors.  Mr. Jeremiassen is responsible for the ongoing liquidation of the loans or properties securing the loans and resolution of investor disputes that exist as a result of the Debtor's activities.  Also among his responsibilities is the pursuit of various causes of action against the debtor's former principals and other parties involved with the debtor, as well as pursuits against the guarantors of the various loans.

*Accountant for Debtors*
Case example: Mr. Jeremiassen served as accountant and crisis manager for a major sports figure, who filed for Chapter 11 bankruptcy protection. Among Mr. Jeremiassen's responsibilities were the preparation of bankruptcy schedules and statement of financial affairs; analysis and liquidation of the debtor's assets; litigation support; and claims analysis, resolution and objections. He also prepared financial analyses and projections that were the basis for the debtor's plan of reorganization.

013



*Accountant for Creditors/Creditor Committees*
Case example: Mr. Jeremiassen served as forensic accountant for the official committee
of unsecured creditors of a major cable television company, whose Chapter 11 filing was
the sixth largest in US history. Among Mr. Jeremiassen's responsibilities was the
examination and analysis of the debtor's $7 billion debt structure. This analysis was used
by the committee to support its complaint filed against the consortium of banks involved
in the various debt facilities, which the debtor utilized to perpetrate a massive accounting
fraud.

*Accountant for Trustees*
Mr. Jeremiassen has served as accountant to Chapter 11 and Chapter 7 trustees in dozens
of matters.  His experience includes claims analyses, solvency analyses, liquidation
analyses, plan preparation, plan feasibility analyses, and the reconstruction of records and
tracing of funds to identify potential preferential transfers, post-petition transfers and
fraudulent conveyances. His responsibilities have also included assisting the trustee in
various operating companies, which included analyzing prior and on-going operations,
directing the dissolution of the business, and assisting with the liquidation of assets.

Case example: Mr. Jeremiassen served as accountant for the trustee of the bankruptcy
estate of a large media buying company, whose annual gross sales were in excess of $300
million.  Mr. Jeremiassen was utilized to serve as an expert witness in the trustee's
adversary proceeding to recover fraudulent transfers, which resulted in a summary
judgment for over $36 million in favor of the trustee against the company's shareholder.

*Disbursing Agent*
Case example: Mr. Jeremiassen currently serves as the disbursing agent in the post-
confirmation Chapter 11 estate of a large retail clothing company.

In addition to bankruptcy services, Mr. Jeremiassen has provided other fiduciary and
accounting services. Following are examples of those services:

*Receiver and Accountant for Receivers*
Mr. Jeremiassen has acted as a court appointed receiver and has worked as an accountant
for receivers.
Case example: Mr. Jeremiassen was responsible for the investigation of a paper exporting
company that defaulted on a line of credit agreement with a large bank in the
approximate amount of $10 million. Mr. Jeremiassen's investigation and analysis of the
company's records uncovered a fraud in which documents submitted to the bank
supporting the paper sales and shipments were altered to enable the company to receive
hundreds of advances on the line of credit in excess of the actual sale amounts.
Ultimately, this scheme collapsed and the company defaulted on the loans. This analysis

014



was the basis for the receiver's report and his testimony to the court, which resulted in favorable judgments against the company's insiders for the benefit of the bank.

*Other Services*

Mr. Jeremiassen has been involved in numerous engagements in which he provided litigation support, consulting and investigative accounting services related to fraud, embezzlement, mismanagement, breach of contract, and other disputes. These services involved, among other things, the tracing of funds, record reconstruction, analyses of financial data and analyses of damages.


## Employment History

| | | |
|---|---|---|
| 2011 – Present | **Berkeley Research Group, LLC**<br>Managing Director | |
| 2005 – 2011 | **LECG**<br>Director | |
| 2000 – 2005 | **Neilson Elggren LLP**<br>Partner | |
| 1998 – 2000 | **Arthur Andersen LLP**<br>Manager (2000)<br>Senior Accountant (1998-2000) | |
| 1996 – 1998 | **Neilson, Elggren, Durkin & Co.**<br>Staff Accountant | |


## Education

Bachelor of Science, Accounting
Pepperdine University, Malibu, California


## Licenses and Certifications

Certified Public Accountant (California)
Certified in Financial Forensics (AICPA)
Certified Insolvency and Restructuring Advisor



## Professional Memberships

American Institute of Certified Public Accountants
California Society of Certified Public Accountants
Association of Insolvency & Restructuring Advisors (Board Member)
American Bankruptcy Institute

## Instruction & Presentations

**Association of Insolvency & Restructuring Advisors (AIRA)** – Instructed Certified
Insolvency & Restructuring Advisor Certification course - "Part 1 – Managing Turnaround
and Bankruptcy Cases"

**AIRA 19th Annual Bankruptcy and Restructuring Conference** – "Conducting a Fraud
Investigation"

**AIRA 25th Annual Bankruptcy and Restructuring Conference** – "Ethics: Current Issues
and Dilemmas"

**AIRA 27th Annual Bankruptcy and Restructuring Conference** – "Individual Chapter 11
Bankruptcies"

**AIRA 28th Annual Bankruptcy and Restructuring Conference** – "Turnaround Challenges
in Today's Environment"

**AIRA 31st Annual Bankruptcy and Restructuring Conference** – "Technology and
Electronically Stored Information: Trends, Issues and Practical Problems and Solutions"

**AIRA Webinar** – "Deposits and Related Issues for Trustees"

**California CPA Education Foundation Bankruptcy Conference** – "Bankruptcy Claims"

**Credit Managers Association** – "Financial Statement Fraud"

**Golden Gate University –** "The Ponzi Tsunami"

016



## Vernon L. Calder, Managing Director

201 South Main Street, Suite 450
Salt Lake City, UT 84111
Direct:  801.321.0053
Fax:      801.364.6230
Email:   vcalder@thinkbrg.com

### Summary

Vernon L. Calder, a Director with Berkeley Research Group ("BRG"), has over thirty years of experience in public accounting specializing in tax services.  Mr. Calder is a Certified Public Accountant (CPA) and a Certified Insolvency and Reorganization Advisor (CIRA).  For the last over twenty years he has specialized in bankruptcy tax compliance and planning. Prior to joining BRG Vernon was a director of LECG, LLC ("LECG"), which acquired Neilson Elggren LLP ("NE") in 2005. Prior to the acquisition of NE by LECG, Mr. Calder was the Partner-in-Charge of the tax practice of Neilson Elggren LLP. Prior to joining NE Mr. Calder was a Sr. Manager and tax consultant for Arthur Andersen; a Sr. Manager for  Neilson Elggren Durkin & Company; a Manager for the international accounting firms of Ernst & Young; and a Senior  Tax Consultant for Touche Ross & Co.

Mr. Calder has provided a wide variety of tax services to clients throughout his career.  His efforts have focused on special tax issues in corporate, partnership and individual bankruptcy, formation of and tax compliance for liquidating trusts; representation of taxpayers before federal and state taxing authorities; tax consulting with regard to "change of ownership" issues; tax consulting and compliance for U.S. companies operating internationally; tax consulting and compliance for corporations with multi-state income using "water's edge" method; analysis of deductible ordinary and necessary business expenses; and supervising tax compliance for high technology companies.

Mr. Calder's clients have included companies ranging in size from $1 billion in annual sales to small development companies in many industries such as computer and peripherals, software, semiconductors, life sciences, energy, hospitality, professional sports and automotive parts rebuilders.

In addition, he has provided tax services to a variety of clients including individuals, corporations, partnerships, decedent estates, trusts, and bankruptcy estates.  Services rendered include tax compliance, representation before taxing authorities, bankruptcy court appearances, testifying as an expert witness, and tax consulting and planning.

Mr. Calder has been a featured speaker at many firm sponsored seminars covering special bankruptcy tax issues, new tax legislation and general tax concepts. He has written numerous articles and other publications.

**BRG**
**Berkeley Research Group**

**Case Examples**

- Estate Financial, Inc. – Responsible for tax compliance and consulting. Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Cedar Funding, Inc. – Responsible for tax compliance and consulting. Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Le*Nature's, Inc. – Represented trustee in defending IRS examination of prepetition tax liabilities. Successful in eliminating prepetition tax claim in excess of $30 million. Responsible for tax compliance and consulting.

- Mike Tyson Bankruptcy Estate – Responsible for defending IRS examination of prepetition tax years. Responsible for tax compliance and tax consulting.

- Reed Slatkin Bankruptcy Estate – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of prepetition tax liabilities of the debtor. Extensive involvement in formation of Liquidating Trust created pursuant to Chapter 11 Plan of Reorganization.

- JMS Automotive – Rebuilder of Automotive Parts – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of pre-petition tax liabilities of the debtor.

- Bonneville Pacific Corporation--Geothermal Energy Corporation. Responsible for all tax compliance and tax consulting work. Extensive involvement in disposition of subsidiary stock.

- Holder's Capital Corporation--Ownership and management of hotels. Responsible for tax planning relating to restructuring of affiliated groups of corporations. Extensive work with provisions relating to taxation of affiliated groups. Represented Trustee in defending Internal Revenue Service examination of administrative tax liability.

- Property Mortgage Company, Inc.—Private mortgage company. Responsible for all tax compliance and tax consulting for several corporations and real estate partnerships.

- Bankruptcy--Responsible for tax compliance and tax consulting for various bankruptcies. Individual, partnership, and corporate. Advise trustees and attorneys concerning bankruptcy tax issues. Provide testimony in bankruptcy court.

- Various individuals--Tax Compliance, advisor and Taxpayer Advocate. Supervised tax compliance work for many top-level executives. Taxpayer advocate before IRS in attempt by the IRS to garnish wages for delinquent taxes.



**Industry Experience**

- Aviation
- Real Estate
- Agricultural
- Restaurant
- Convenience Store/Gas Retail
- Amusement and Recreation Services
- Healthcare
- Electronic and Other Electrical Equipment
- Telecommunications
- Online Retailing

- Automotive
- Construction
- Energy
- Transportation
- Legal and accounting
- Security and Commodity Brokers
- Insurance Carriers
- Insurance Agents and Brokers
- Furniture and Fixtures
- Technology

**Education**

Bachelor of Science, Brigham Young University
Master of Accountancy/Taxation, Brigham Young University

**Professional Memberships**

Certified Fraud Examiner
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute
American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants
National Association of Bankruptcy Trustees

**Instruction, Presentations & Publications**

Mr. Calder has provided instruction on the subject of taxation of bankruptcy estates at conferences for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, and the Mississippi Bankruptcy Conference, Inc.

Co-author of *2005 Bankruptcy Revision, Implications for Business and Financial Advisors* published jointly by the American Institute of Certified Public Accountants and the Association of Insolvency and Restructuring Advisors in 2005.

Curriculum Vitae



**PAUL N. SHIELDS**

BERKELEY RESEARCH GROUP, LLC

201 South Main Street, Suite 450 | Salt Lake City, UT 84111

Direct: 801.321.0073

pshields@thinkbrg.com

## SUMMARY

Paul N. Shields is a Managing Director at Berkeley Research Group.  He has over twenty years of experience as a financial analyst and valuation expert.  His professional designations include Chartered Financial Analyst (CFA), Certified Public Accountant (CPA), Certification in Distressed Business Valuation (CDBV), and Accredited in Business Valuation (ABV).  Mr. Shields has expertise in business valuation, damage assessments, the evaluation of earnings capacity, and forensic accounting – particularly in the context of financial distress and bankruptcy.  The valuation services provided by Mr. Shields have been performed primarily in the context of contested valuation matters. In particular, Mr. Shields has assessed reasonably equivalent value and solvency in the context of avoidance actions, assessed and quantified claims in the context of bankruptcy, and has valued business interests and assets for corporate reorganizations, and shareholder disputes. He has also valued business interests and assets in gift and estate tax matters, the creation of liquidating trusts, marital dissolution and transactions. In addition, he has performed services in the context of state-court receiverships and as a special master and mediator, and has testified in federal and state courts on numerous occasions.

## CASE EXAMPLES

- Bankruptcy Estate of Vickie Lynn Marshall (a/k/a Anna Nicole Smith) – Supervised the valuation of Koch Industries, Inc., the second largest closely held business in the United States.  The valuation was performed to assist counsel representing Ms. Marshall in her litigation against E. Pierce Marshall, the son of J. Howard Marshall II.

- The IT Group, Inc. – Assessed the reorganization value of The IT Group for purposes of plan confirmation.  At the time, The IT Group had annual revenues in excess of $1.3 billion and was a leading provider of diversified environmental consulting, engineering, construction, remediation, and facilities management services.

- Bonneville Pacific Corporation – Assisted in supervising the damage study involving a bankrupt independent power producer.  Responsibilities included tracing funds and analyzing transactions in excess of $5.5 billion over a six-year period.

- Case name withheld – Investigated the earnings misstatement of a publicly traded company's foreign subsidiary and reported the findings of the investigation in a written report to the board of directors. Assignment involved travel to the UK to conduct the investigation.

- Case name withheld – Assisted in the investigation of an earnings misstatement of a publicly traded company's foreign subsidiary. Assignment involved travel to Mexico to conduct the



investigation.

- Med Diversified – Supervised the assessment of alleged earnings misstatements of a diversified home health services, medical equipment and medical products provider with annual sales in excess of $230 million. The earnings assessment was performed in the context of avoidance actions.

- Vann's, Inc. – Assessed the solvency of a consumer electronics retailer with annual revenue in excess of $100 million. The solvency analysis was performed in the context of avoidance actions. Additional services provided included the assessment damages and the restated financial information to reflect the impact of alleged financial improprieties.

- Webvan Group, Inc. – Supervised the solvency analysis of a leading online e-grocer.  Funding received by the company from public and private sources exceeded $800 million.  The solvency analysis was performed in the context of avoidance actions.

- Arthur D. Little, Inc. – Supervised the solvency analysis of an international technology and management consulting firm with annual revenues in excess of $450 million.  The solvency analysis was performed in the context of avoidance actions.

- JD Services, Inc. – Assessed the solvency of a full-service prepaid long distance phone company. The company's annualized revenues were in excess of $100 million.  The solvency analysis was performed in the context of avoidance actions.

- Case Name Withheld – Performed services as a consulting expert in the context of a contested, leveraged transaction.  At issue, among other things, was the solvency of the combined entities subsequent to a leveraged transaction.

- Case Name Withheld – Prepared the valuation of a gas station and convenience store operator with annual revenue of approximately $150 million.

- Case Name Withheld – Prepared the valuation of a grocery store chain with annual revenues in excess of $100 million.

- Case Name Withheld – Prepared the valuation of a mechanical contractor with annual revenues in excess of $50 million.

- Case Name Withheld – Prepared the valuation of a party plan direct sales company with annual revenue of approximately $50 million.

- Case Name Withheld – Prepared the valuation of a multi-level marketing company with annual revenue of approximately $40 million.

- Le-Nature's, Inc. – Prepared the valuation of assets transferred to a liquidation trust in accordance with IRS Revenue Procedure 94-45 in the context of a bankruptcy proceeding.

- Case Name Withheld – Appointed by the court as independent accountant.  Responsibilities included securing trust assets, selling real property, effectuating a distribution to trust beneficiaries, and providing an accounting of prior trust activity.

021



## EDUCATION

Bachelor of Arts in Accounting, University of Utah
Master of Business Administration, University of Utah

## PROFESSIONAL AFFILIATIONS

CFA Institute
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute
American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants

## INSTRUCTION, PRESENTATIONS & PUBLICATIONS

Mr. Shields has provided instruction on valuation in the context of financial distress and bankruptcy at conferences for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, the American Institute of Certified Public Accountants, and the Utah Association of Certified Public Accountants.

Co-author of *Business Valuation in Bankruptcy*, a Consulting Services Practice Aid published in 2002 by the American Institute of Certified Public Accountants.



# Nicholas R. Troszak, Senior Managing Consultant

2049 Century Park East
Suite 2525
Los Angeles, CA 90067

Direct:  310.499.4741
Fax:     310.557.8982
Email:   ntroszak@thinkbrg.com

## Summary

Nicholas R. Troszak is a Senior Managing Consultant at Berkeley Research Group, LLC ("BRG") in the Los Angeles, California office.  Mr. Troszak has more than ten years of experience providing services in bankruptcy, forensic accounting, and litigation support.

Mr. Troszak has been involved in chapter 11 and chapter 7 bankruptcy cases, providing accounting services to chapter 11 and 7 trustees, independent examiners and to the official committee of unsecured creditors.  His experience includes claims analyses, solvency analyses, the tracing of funds to prepare avoidance action litigation, pre- and post-petition transfer analyses and the liquidation of assets.

## Case Examples

- *In re Solyndra LLC* – Financial Advisors to chapter 11 trustee.  On August 31, 2011, after receiving a $535 million loan guarantee from the Department of Energy (DOE), Solyndra had approximately 968 full time employees and 211 temporary employees.  On September 6, 2011, Solyndra was unable to continue active business operations and filed a chapter 11 bankruptcy petition.  Mr. Troszak performed financial analyses and drafted key sections of the chapter 11 trustee's report concerning Solyndra business operations, which was filed with the bankruptcy court.

- *In re Ezri Namvar and In re Namco Capital Group, Inc.* – Accountants and financial advisors to both the chapter 11 trustees of both bankruptcy estates.  A well-known member of the Iranian Jewish community in Los Angeles received $3 billion in investments and loans over five years and disbursed those funds through close to 400 separate LLC's holding a wide array of assets such as hotels, golf courses, low-income housing projects, pistachio farms, conference center sites, medical buildings and ground leases.  Mr. Troszak has worked to untangle the financial and business relationships among this multitude of inter-related LLC's.

- *In re Galleria USA, Inc.* ("GUSA") – Accountants and financial advisors to the chapter 11 trustee.  GUSA was an importer of furniture for Big Box retailers.  GUSA, along with its sister company in Asia, had collective obligations to their secured and unsecured creditors totaling approx. $233 million.  Mr. Troszak assisted in the liquidation of inventory and the investigation of fraud related to the loan collateral and inflated sales.  The chapter 11 trustee released a detailed accounting



report based on this investigation, which ultimately led to the indictment of the two principals of the debtor.

- *In re Slatkin* - Accountants to the chapter 11 trustee.  Mr. Troszak assisted in the forensic accounting investigation of Slatkin's enterprises and business practices and contributed to a written report detailing one of the largest Ponzi schemes in California history involving more than $600 million of business transactions.  Mr. Troszak also assisted in liquidating substantial assets throughout the United States, including hotels, unimproved real estate, shopping malls, interests in movie production companies and other substantial equity investments.

**Other Engagements**

- *In re Aerospace Design, Inc.* – Accountants to Chapter 7 Trustee
- *In re Cedar Funding, Inc* – Accountants and Financial Advisors to Chapter 11 Trustee
- *In re Death Row Records, Inc.* – Accountants to the Chapter 11 & 7 Trustee
- *In re Express.com* – Accountants to the Chapter 11 Trustee
- *In re Focus Media, Inc.* – Accountants to the Chapter 11 Trustee
- *In re JMS Automotive* – Accountants to the Chapter 11 Trustee
- *In re GGW Brands, LLC et al.* – Accountants to the Chapter 11 Trustee
- *In re J.C. Jeffers* – Accountants to the Chapter 11 Trustee
- *In re Metropolitan Mortgage* – Accountants to the Chapter 11 Examiner
- *In re Michael G. Tyson* – Accountants to the Debtor, Chapter 11
- *In re Peck / Jones Construction* – Accountants to the Chapter 7 Trustee
- *In re Ray Gonzales* – Accountants to the Chapter 11 Trustee
- *In re the Roman Catholic Bishop of San Diego* – Accountants to Court-Appointed Expert
- *In re The Tulving Company, Inc. a Corporation* – Accountants to the Chapter 7 Trustee

**Employment History**

| | |
|---|---|
| 2011 – present | **BRG, LLC;** Los Angeles, CA<br>Managing Consultant/Senior Managing Consultant |
| 2005 – 2011 | **LECG, LLC;** Los Angeles, CA<br>Staff Accountant/Senior Accountant/Managing Consultant |
| 2004 – 2005 | **Neilson Elggren LLP**; Los Angeles, CA<br>Staff Accountant |

**Education**

Bachelor of Arts, Accounting
Michigan State University, East Lansing, Michigan



**Testimony**

- GGW Brands, LLC. - Case No. 13-15130-SK – United States Bankruptcy Court – Central District of California; Testimony: Person most knowledgeable re. Accounting Transactions and Operations of the GGW Brands, *et al.*
- Cedar Funding, Inc. v. Mercy Springs Rd. Inc, et al - Case No. M116075 – Superior Court of the State of California – County of Monterey; Testimony: Accounting Transactions & Loan Payoff Calculations related to Cedar Funding, Inc.
- Cedar Funding, Inc. v. R. Domras, et al - Case No. M116080 – Superior Court of the State of California – County of Monterey; Testimony: Accounting Transactions & Loan Payoff Calculations related to Cedar Funding, Inc.
- Cedar Funding, Inc. v. J. Paquin, et al - Case No. M116081 – Superior Court of the State of California – County of Monterey; Testimony: Accounting Transactions & Loan Payoff Calculations related to Cedar Funding, Inc.
- Cedar Funding, Inc. - Case No. 08-52709-CN – United States Bankruptcy Court – Northern District of California; Testimony: Accounting Transactions related to Cedar Funding, Inc.
- U.S. v. Nilsen, David et al - Case No. CR 09-0895 EJD - United States District Court – Northern District of California; provided Grand Jury Testimony: Accounting Transactions & Loan Payoff Calculations related to Cedar Funding, Inc.


**Licenses & Certifications**

Certified Public Accountant – California
Certified Insolvency & Restructuring Advisor (CIRA)
Certified In Financial Forensics (CFF)


**Professional Memberships**

American Bankruptcy Institute
American Institute of Certified Public Accountants
Association of Certified Fraud Examiners
Association of Insolvency & Restructuring Advisors
California Society of Certified Public Accountants


**Board & Committee Positions**

2013 – 2015          Western Center on Law and Poverty – Advisory Board Member

2013 – present          Turnaround Underground, Los Angeles – Planning Committee Member

**BRG**
Berkeley Research Group

## Leif M. Larsen, Senior Managing Consultant

201 South Main Street, Suite 450
Salt Lake City, UT 84111
Direct: 801.321.0080
Fax: 801.364.6230
Email: llarsen@thinkbrg.com

**Summary**

Leif M. Larsen, a Senior Managing Consultant with Berkeley Research Group, LLC has over seventeen years experience in tax return preparation. Prior to working at Berkeley Research Group, LLC he was with LECG, LLC, working as Senior Managing Consultant and prior to that he was with Neilson Elggren, LLP, working as a Tax Manager. Mr. Larsen is a Certified Public Accountant and is an Enrolled Agent. Mr. Larsen is also a Certified Insolvency Restructuring Advisor. His experience also includes all areas of payroll taxes and sales & use taxes, including return preparation.

A few of the cases in which Mr. Larsen has been involved include:

- Le-Nature's, Inc. – Accountants to the Trustee. Prepared original and amended corporate income tax returns and numerous information returns for related entities. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having over four hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Leslie Todd Bankruptcy Estate – Accountants to the Trustee. Prepared initial and final fiduciary tax returns for Individual bankruptcy case. Analyzed treatment of settlement proceeds received from breach of contract related to sale of debtors business to an outside party.

- Reed Slatkin – Accountants to the Trustee. Prepared individual and S Corporation tax returns and numerous information returns for pass through entities, including Partnerships, and LLCs. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having over three hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Metropolitan Mortgage & Securities Co., Inc. – Accountants to the Trustee. Prepared consolidated income tax returns and prepared Liquidating Trust returns having over seven thousand beneficiaries.

- National Summit Corporation – Accountants to the Trustee. Prepared consolidated income tax returns and prepared Liquidating Trust returns having over two thousand beneficiaries.

- Michael G. Tyson – Accountants to the Debtor in Possession. Prepared individual and S

  Corporation tax returns. Also prepared Liquidating Trust returns having over one hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- JMS Automotive Rebuilders, Inc. – Accountants to the Trustee. Analyzed many tax documents relating to the Internal Revenue Service' audit of multiple tax years. Prepared corporate tax return.

**BRG**
**Berkeley Research Group**

- Webvan Group, Inc. and Subsidiaires – Accountants to the Trustee.   Prepared consolidated corporate tax returns which included assets of over one billion dollars.

**Licenses & Certifications**

Certified Public Accountant – Licensed in the state of California
Enrolled Agent – Internal Revenue Service
Certified Insolvency & Restructuring Advisor - Association of Insolvency and Restructuring Advisors

**Education**

Bachelor of Science in Accounting, University of Utah

**Professional Memberships**

California Society of CPAs
American Institute of Certified Public Accountants
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute

**Employment History**

| | |
|---|---|
| 2011 – Present | **Berkeley Research Group, LLC**<br>Senior Managing Consultant (2011 – Present) |
| 2005 – 2011 | **LECG, LLC**<br>Senior Managing Consultant (2011 – 2011)<br>Managing Consultant (2007 – 2010)<br>Consultant (2005 - 2006) |
| 2001 – 2005 | **Neilson Elggren LLP**<br>Manager (2005)<br>Experienced Senior (2002 - 2005)<br>Senior (2000 – 2001) |
| 1996 – 2001 | **Interwest Business Group, Inc.**<br>Manager (1999 - 2001)<br>Staff Accountant (1996 – 1998) |



## Spencer G. Ferrero, Consultant

2049 Century Park East Suite 2525
Century City, CA 90067
Phone:  310-499-4742
Fax:      310-557-8982
Email:   sferrero@thinkbrg.com

**Summary**

Spencer G. Ferrero is a Consultant at Berkeley Research Group, LLC (BRG) in the Century City, California office.  Mr. Ferrero has seven years of experience providing services in bankruptcy, forensic and investigative accounting, litigation support and business valuation.

Mr. Ferrero has been involved in chapter 11 and chapter 7 bankruptcy cases, providing accounting services to chapter 11 and 7 trustees, independent examiners and to the official committee of unsecured creditors.  His experience includes claims analyses, solvency analyses, pre- and post-petition transfer analyses and the tracing of funds to prepare for avoidance action litigation.

**Case Examples**

- *In re Ezri Namvar and In re Namco Capital Group, Inc.* – Accountants and financial advisors to both the chapter 11 trustees of both bankruptcy estates.  A well-known member of the Iranian Jewish community in Los Angeles received $3 billion in investments and loans over five years and disbursed those funds through close to 400 separate LLC's holding a wide array of assets such as hotels, golf courses, low-income housing projects, pistachio farms, conference center sites, medical buildings and ground leases.  Mr. Ferrero has worked to untangle the financial and business relationships among this multitude of inter-related LLC's.

- *In re Galleria USA, Inc. ("GUSA")* – Accountants and financial advisors to the chapter 11 trustee.  GUSA was an importer of furniture for "big box" retailers.  GUSA, along with its sister company in Asia, had collective obligations to their secured and unsecured creditors totaling approx. $233 million.  Mr. Ferrero assisted in the liquidation of inventory and the investigation of fraud related to the loan collateral and inflated sales.  The chapter 11 trustee released a detailed accounting report based on this investigation, which ultimately led to the indictment of the two principals of the debtor.

- *In re Estate Financial, Inc.* - Accountants and financial advisors to the chapter 11 trustee.  Estate Financial was a "hard money lender" that solicited investments for, and arranged and made, real estate secured loans.  At the time of the bankruptcy filing, the loan portfolio consisted of nearly 550 loans, all of which were in default, totaling approximately $350 million funded by over 2,000 investors.  Mr. Ferrero assisted in the ongoing liquidation of the loans or properties securing the loans and also accounted for the received proceeds.



**Other Engagements**

- *Turner Gas vs. Mark Harris, Kamps Company, et al* – Litigation Support
- *In re Le-Nature's, Inc.* – Accountants to the Trustee
- *BHE Group Inc. and GBM International, Inc. v. MTS Products* – Litigation Support
- *In re Peck/Jones Construction* – Accountants to the Trustee
- *In re Reed Slatkin* – Accountants to the Trustee
- *In re Death Row Records* – Accountants to the Trustee
- *In re Hiuka America* – Accountants to the Trustee
- *In re Cedar Funding, Inc.* – Accountants to the Trustee
- *In re David Prenatt* – Accountants to the Trustee
- *Wells Fargo & Company, et al vs. United States of America* – Litigation Support

**Employment History**

| | |
|---|---|
| March 2011 – Present | **Berkeley Research Group, LLC**<br>Associate, Senior Associate, Consultant |
| September 2007 – February 2011 | **LECG, LLC**<br>Intern, Research Analyst, Associate |

**Education**

Masters of Accounting
University of Utah, Salt Lake City, Utah

Bachelor of Arts in Accounting
University of Utah, Salt Lake City, Utah

**Licenses & Certifications**

Certified Public Accountant –California
Certified Fraud Examiner (CFE)
Certified Insolvency and Restructuring Advisor (CIRA)
Certified in Financial Forensics (CFF)

**Professional Memberships**

American Bankruptcy Institute
American Institute of Certified Public Accountants
Association of Certified Fraud Examiners
Association of Insolvency and Restructuring Advisors
California Society of Certified Public Accountants

**Awards**

Zolfo Cooper/Randy Waits CIRA Bronze Medal, 2012

**BRG**

**Berkeley Research Group**

## Laura J. Kramer, Senior Associate

2049 Century Park East Suite 2525
Century City, CA 90067
Phone:  310-499-4716 ext 4716
Fax:      310-557-8982
Email:   lkramer@thinkbrg.com

### Summary

Laura Kramer is an Associate at Berkeley Research Group, LLC (BRG).  Ms. Kramer joined BRG in July 2013.  Prior to employment at BRG, Ms. Kramer graduated from Loyola Marymount University with a Bachelor's of Science in Accounting.  Ms. Kramer has over a year of experience providing services in bankruptcy, forensic accounting, and litigation support.

Ms. Kramer has been involved in chapter 11 and chapter 7 bankruptcy cases, providing accounting services to chapter 11 and chapter 7 trustees, independent examiners and to the official committee of unsecured creditors. Her experience includes claims analyses, post-petition transfer analyses and the liquidation of assets.

### Case Examples

- *In re Ezri Namvar and In re Namco Capital Group, Inc.* – Accountants and financial advisors to both the chapter 11 trustees of both bankruptcy estates. A well-known member of the Iranian Jewish community in Los Angeles received $3 billion in investments and loans over five years and disbursed those funds through close to 400 separate LLC's holding a wide array of assets such as hotels, golf courses, low-income housing projects, pistachio farms, conference center sites, medical buildings and ground leases. Mr. Troszak has worked to untangle the financial and business relationships among this multitude of inter-related LLC's.

### Other Engagements

- *In re Reed Slatkin* – Accountants to the Trustee
- *In re Death Row Records* – Accountants to the Trustee
- *In re GGW Brands, LLC et al.* – Accountants to the Chapter 11 Trustee
- *In re Ray Gonzales* – Accountants to the Chapter 11 Trustee
- *In re The Tulving Company, Inc. a Corporation* – Accountants to the Chapter 7 Trustee

### Employment History

July 2013 – Present                    **Berkeley Research Group, LLC**
                                                     Associate

### Education

Bachelor of Science in Accounting
Loyola Marymount University, Los Angeles, CA



## Rowen Dizon, Accounting Technician

2049 Century Park East
Suite 2525
Los Angeles, California 90067
Phone:  310 499-4778
Fax:     310 557-4750
Email:   rdizon@thinkbrg.com

### Summary

Rowen Dizon has over ten years experience providing administrative support to Chapter 7 Trustees. He is directly involved in the processing of all Chapter 7 & Chapter 11 banking, including deposits, transfers of funds, issuing checks, opening accounts and maintaining filing systems.  Rowen is also involved with serving and filing Trustee's motions and notices, preparing and maintaining back-up for disbursements and deposits as well as various other tasks in bankruptcy matters.

Rowen is also involved in our scanning department.  His responsibilities include sorting and scanning various incoming and outgoing documents using the LaserFische computer system.

### Education

Management – Holy Angel University, Angeles City, Philippines

# EXHIBIT B

## Berkeley Research Group, LLC
## 2016 Billing Rates

| Professional | Position | Hourly Rate |
| --- | --- | --- |
| Calder, Vernon | Managing Director (Tax) | $590 |
| Jeremiassen, Tom | Managing Director | 525 |
| Paul Shields | Managing Director | 525 |
| Troszak, Nick | Associate Director | 445 |
| Larsen, Leif | Senior Managing Consultant (Tax) | 435 |
| Ferrero, Spencer | Consultant | 315 |
| Laura Kramer | Associate | 240 |
| Dizon, Rowen | Para-Professional | 155 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): ***CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY BERKELEY RESEARCH GROUP, LLC AS ACCOUNTANTS AND FINANCIAL ADVISORS EFFECTIVE SEPTEMBER 21, 2016; DECLARATION OF MARVIN TENENBAUM IN SUPPORT THEREOF*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 25, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **October 25, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 25, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Suite 312, Courtroom 303,
Woodland Hills, CA 91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 25, 2016 | MYRA KULICK | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:301668.1 32274/001

034

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Larry G Ball    lball@hallestill.com, gjohnson@hallestill.com*
- *Carol Chow    carol.chow@ffslaw.com*
- *Henry S David    hdavid@davidfirm.com, hdavid@davidfirm.com*
- *Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *Fahim Farivar    ffarivar@bakerlaw.com, amcdow@bakerlaw.com,mdelaney@bakerlaw.com,sgaeta@bakerlaw.com*
- *Marian Garza    ecfnotices@ascensioncapitalgroup.com*
- *Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com*
- *Mark E Goodfriend    markgoodfriend@yahoo.com*
- *David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@ecf.epiqsystems.com,rjohnson@dkgallc.com,akuras@dkgallc.com*
- *Lee W Harwell    leehar@earthlink.net, shada12200@hotmail.com*
- *Andrew V Jablon    ajablon@rpblaw.com, mlynch@rpblaw.com*
- *Robert B Kaplan    rbk@jmbm.com*
- *Matthew Kramer    mkramer@wwhgd.com, krodriguez@wwhgd.com*
- *John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com*
- *Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com*
- *Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com*
- *C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *David L. Neale    dln@lnbyb.com*
- *Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com*
- *Keith C Owens    kowens@venable.com, bclark@venable.com;khoang@venable.com;DGIge@venable.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Ronald N Richards    ron@ronaldrichards.com, nick@ronaldrichards.com*
- *S Margaux Ross    margaux.ross@usdoj.gov*
- *Kambiz J Shabani    joseph@shabanipartners.com, kevin@shabanipartners.com*
- *Nico N Tabibi    nico@tabibilaw.com*
- *United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov*
- *Howard J Weg    hweg@robinskaplan.com*
- *Thomas J Weiss    tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**