JEREMY V. RICHARDS (CA BAR NO. 102300)
JOHN W. LUCAS (CA BAR NO. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
          jlucas@pszjlaw.com

[Proposed] Attorneys for David K. Gottlieb, Chapter 11 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

**FILED & ENTERED**

**NOV 15 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1]<br>    Debtors, | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br><br>(Jointly Administered) |
| In re:<br><br>SOLYMAN YASHOUAFAR,<br>    Debtor, | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11 |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br>    Debtor, | Case No. 1:16-bk-12408-GM<br><br>Chapter 11 |
| Affects:<br><br>☒ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar<br><br>    Debtors. | **ORDER APPROVING CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE SEPTEMBER 16, 2016**<br><br>[No Hearing Required] |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are: Solyman Yashouafar (5875) and Massoud Aaron Yashouafar (6590). The Debtors maintain a business address of 16661 Ventura Blvd., Suite 600, Encino, CA 91436.

DOCS_LA:302089.1 32274/001

This Court, having considered the application (the "Application")[2] of David K. Gottlieb, the duly appointed chapter 11 trustee (the "Chapter 11 Trustee"), solely in his capacity as Trustee for the bankruptcy estate of Solyman Yashouafar and Massoud Aaron Yashouafar (the "Debtors"), to employ the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as general bankruptcy counsel to the Chapter 7 Trustee, and the Declaration of Jeremy V. Richards filed in support thereof, and the Court finding that due and sufficient notice of the Application has been given, and based upon the record before the Court, it appears that the Firm does not hold or represent an interest adverse to the Debtors, that PSZJ is a disinterested person, that its employment is in the best interest of the estate, and, there being no objections to or requests for hearing on the Application, that no hearing on the Application is required pursuant to the Local Bankruptcy Rules. Accordingly, it is hereby:

**ORDERED** that the Chapter 11 Trustee is authorized to employ PSZJ as his general bankruptcy counsel herein, effective as of September 16, 2016, on the terms and conditions set forth in the Application; and it is further

**ORDERED** that, as set forth in the Application, the employment of PSZJ is approved pursuant to sections 327(a) and 328 of the Bankruptcy Code and any fee applications shall be considered in accordance with sections 330 and 331 of the Bankruptcy Code.

# # #

Date: November 15, 2016

Geraldine Mund
United States Bankruptcy Judge

---

[2] The Chapter 11 Trustee filed applications to employ Pachulski Stang Ziehl & Jones LLP as his general bankruptcy counsel in the case of Solyman Yashouafar (Case No. 16-12255) and in the case of Massoud Aaron Yashouafar (Case No. 16-12408). On October 18, 2016, the Court entered an *Order Directing Joint Administration of Related Cases* under Case No. 16-12255 [Docket No. 170].

DOCS_LA:302089.1 32274/001