1    DAVID K. GOTTLIEB
      17000 Ventura Boulevard
2    Suite 300
      Encino, CA 91316
3    Telephone: (818) 539-7720
      Facsimile:  (818) 436-0729
4    Email:  dkgtrustee@dkgallc.com

5    Chapter 11 Trustee

6

7

FILED & ENTERED

JUL 27 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             SAN FERNANDO VALLEY DIVISION

11

| In re | Jointly Administered Cases: |
|---|---|
| SOLYMAN YASHOUAFAR, | 1:16-bk-12255-GM<br>1:16-bk-12408-GM |
| Debtor(s). | Chapter 11 |
| Affects:<br><br>☒   ALL DEBTORS<br>☐   MASSOUD ARON YASHOUAFAR<br>☐   SOLYMAN YASHOUAFAR<br><br>Debtors. | **ORDER AUTHORIZING EMPLOYMENT OF DEVELOPMENT SPECIALISTS, INC. AS ACCOUNTANTS AND FINANCIAL ADVISORS EFFECTIVE MARCH 1, 2018** |

21         On April 16, 2018, David K. Gottlieb, the Chapter 11 Trustee ("Trustee") presented his

22    *Chapter 11 Trustee's Application to Employ Development Specialists, Inc. as Accountants and*

23    *Financial Advisors; Declaration of Thomas Jermiassen in Support Thereof* (the "Application")

24    (Docket No.590).  No opposition to the Application was filed, as evidenced by the Declaration re:

25    non-opposition, filed concurrently herewith.  Good cause appearing, it is:

26

27

28

1    **ORDERED** that the Trustee be and is hereby authorized to employ the firm of

2    Development Specialists, Inc. for the purposes set forth in the Application, and generally,

3    effective March 1, 2018.  Compensation will be paid only upon application to and approval by

4    this Court and after notice and hearing pursuant to the Bankruptcy Code, Federal Rules of

5    Bankruptcy Procedure and Local Bankruptcy Rules.

6                                          # # #

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Date: July 27, 2018

24                                          Geraldine Mund
                                          United States Bankruptcy Judge

25

26

27

28

                                          2