Henry S. David (#89297)
*hdavid@davidfirm.com*
Hayim M. Gamzo (#307033)
*hgamzo@davidfirm.com*
THE DAVID FIRM®
617 W. 7th St., Suite 702
Los Angeles, CA 90017
Telephone: (213) 550-4020

Andrew F. Kim (#156533)
*akim@afklaw.com*
Law Office of Andrew F. Kim, Esq., P.C.
9018 Balboa Boulevard, Suite 552
Northridge, CA 91325
Telephone: (818) 216-5288

Attorneys for Creditor
HOWARD L. ABSELET

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and<br>MASSOUD AARON YASHOUAFAR,<br><br>    Debtors. | Case No. 1:16-bk-12255-GM<br>Jointly Administered with Case<br>No. 1:16-bk-12408-GM<br><br>Chapter 11 |
| In re:<br><br>SOLYMAN YASHOUAFAR,<br><br>    Debtor. | **NOTICE BY CREDITOR HOWARD L. ABSELET OF MOTION FOR A FURTHER AWARD OF POST-JUDGMENT ATTORNEY'S FEES AND COSTS IN ENFORCING HIS DISTRICT COURT JUDGMENT** |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>    Debtor. | |
| Affects:<br><br>    Both Debtors. | District Court Hearing:<br>Date:  September 10, 2018<br>Time:  1:30 p.m.<br>Place:  Courtroom 7A<br>350 W. 1st St.<br>Los Angeles, CA 90012 |

---

NOTICE OF HOWARD L. ABSELET'S FEE MOTION IN DISTRICT COURT

TO THE HONORABLE COURT, THE DEBTORS AND/OR THEIR COUNSEL OF RECORD, THE BANKRUPTCY TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:

PLEASE TAKE NOTICE that on August 3, 2018, Creditor Howard L. Abselet ("Creditor") filed a Motion for A Further Award of His Post-Judgment Attorney's Fees and Costs in Enforcing His Second Amended Judgment (the "Fee Motion") as Docket No. 907 in that action entitled <u>Howard L. Abselet v. Alliance Lending Group, Inc.</u>, Case No. 2:11-cv-00815-JFW(JEMx) in the United States District Court for the Central District of California (the "District Court"). The District Court will hear Creditor's Fee Motion on September 10, 2018 at 1:30 p.m. in Courtroom 7A of the United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012.

Creditor gives this Notice pursuant to paragraph 20 of this Court's "Order Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure Authorizing and Approving Settlement Agreement Among David K. Gottlieb, as Chapter 11 Trustee, Howard L. Abselet, and Israel Abselet" (Dkt. 554).

DATED: August 6, 2018                THE DAVID FIRM®


By:   /s/ Henry S. David
         Henry S. David
Attorneys for Creditors HOWARD L. ABSELET

THE DAVID FIRM®
LAW OFFICES
617 W. 7th St., Suite 702
Los Angeles, California 90017
(213) 550-4020

- 1 -
NOTICE OF HOWARD L. ABSELET'S FEE MOTION IN DISTRICT COURT

Main Document      Page 3 of 6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **617 W. 7th Street, Suite 702, Los Angeles, CA 90017**.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE BY CREDITOR HOWARD L. ABSELET OF MOTION FOR A FURTHER AWARD OF POST-JUDGMENT ATTORNEY'S FEES AND COSTS IN ENFORCING HIS DISTRICT COURT JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **08/06/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attachment 1

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **08/06/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Massoud Aaron Yashouafar<br>12730 Montana Ave.<br>Los Angeles, CA 90049 | Solyman Yashouafar<br>19034 Bessemer St.<br>Reseda, CA 91335 | Sina Abselet<br>19 Dorsal Drive<br>Manhasset, NY 11030 |
| Massoud Aaron Yashouafar<br>P.O. Box 261847<br>Encino, CA 91426 | A. David Mongan<br>4558 Toni Lane<br>La Mesa, CA 91941 | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **08/06/18**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Geraldine Mund
United States Bankruptcy Court, Central District of California
21041 Burbank Boulevard, Suite 312 / Courtroom 303
Woodland Hills, CA 91367
(by overnight mail)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 6, 2018 | Hayim M. Gamzo | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

NOTICE OF HOWARD L. ABSELET'S FEE MOTION IN DISTRICT COURT

## ATTACHMENT 1

**(Served by the Court via NEF)**

- **Timothy C Aires**   tca@arlawyers.com, mdkhan@arlawyers.com
- **Bret D. Allen**   ca.ecf@bretallen.com, bankruptcy@bretallen.com
- **Simon Aron**   saron@wrslawyers.com
- **Larry G Ball**   lball@hallestill.com, gjohnson@hallestill.com
- **William H Brownstein**   Brownsteinlaw.bill@gmail.com
- **Carol Chow**   carol.chow@ffslaw.com
- **Henry S David**   hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- **Brian L Davidoff**   bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Michael T Delaney**   mdelaney@bakerlaw.com
- **Fahim Farivar**   ffarivar@foley.com, amcdow@foley.com;khernandez@foley.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Marian Garza**   ecfnotices@ascensioncapitalgroup.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **Eliza Ghanooni**   eliza@ghanoonilaw.com, monicabedia@ghanoonilaw.com
- **Mark E Goodfriend**   markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- **David Keith Gottlieb (TR)**   dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- **Lee W Harwell**   leehar@earthlink.net, shada12200@hotmail.com
- **Eric P Israel**   eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com
- **Andrew V Jablon**   ajablon@rpblaw.com, mlynch@rpblaw.com

THE DAVID FIRM®
LAW OFFICES
617 W. 7th St., Suite 702
Los Angeles, California 90017
(213) 550-4020

- **Thomas P Jeremiassen (TR)**  tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- **Robert B Kaplan**  rbk@jmbm.com
- **Andrew F Kim**  akim@afklaw.com, 6229175420@filings.docketbird.com
- **Matthew Kramer**  mkramer@wwhgd.com, iperez@wwhgd.com
- **John W Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Daniel J McCarthy**  dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
- **Ashley M McDow**  amcdow@foley.com, Khernandez@foley.com;Ffarivar@foley.com
- **Kevin Meek**  kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com;amatsuoka@robinskaplan.com
- **C John M Melissinos**  jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Jessica Mickelsen Simon**  DBrotman@hrhlaw.Com;jmsimon@hrhlaw.com
- **William K Mills**  mills@parkermillsllp.com, sally@parkermillsllp.com
- **David L. Neale**  dln@lnbyb.com
- **Juliet Y Oh**  jyo@lnbrb.com, jyo@lnbrb.com
- **Keith C Owens**  kowens@venable.com, khoang@venable.com;DGIge@venable.com
- **Dipika Parmar**  dipika.parmar@aissolution.com
- **Jeremy V Richards**  jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Ronald N Richards**  ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **S Margaux Ross**  margaux.ross@usdoj.gov, russell.clementson@usdoj.gov
- **Kambiz J Shabani**  joseph@shabanipartners.com

- 4 -
NOTICE OF HOWARD L. ABSELET'S FEE MOTION IN DISTRICT COURT

- **Mark M Sharf**   mark@forbankruptcy.com, 2180473420@filings.docketbird.com

- **Nico N Tabibi**   nico@tabibilaw.com

- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov

- **Maurice Wainer**   mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com

- **Howard J Weg**   hweg@robinskaplan.com

- **Thomas J Weiss**   tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com

- **Gilbert R Yabes**   ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

- **Aaron E de Leest**   aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com

- 5 -
NOTICE OF HOWARD L. ABSELET'S FEE MOTION IN DISTRICT COURT