UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Solyman Yashouafar<br><br><br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) |  |
|---|---|---|
|  | Case Number: | 1:16-BK-12255 |
|  | Chapter 11 Trustee Operating<br>Report Number*: | 26 |
|  | For the Month Ending: | 31-Oct-18 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (TEXAS CAPITAL CHECKING)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                0.00
   Interpersonal Transfer                                                                                      99.93

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                      0.00
   ACCOUNT REPORTS
   Interpersonal Transfer                                                                                       0.00

3. BEGINNING BALANCE:                                                                          99.93

4. RECEIPTS DURING CURRENT PERIOD:                                                   0.00
   Interpersonal Transfer                                                                                       0.00

5. BALANCE:                                                                                             99.93

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD            0.00
   Interpersonal Transfer                                                                                       0.00

7. ENDING BALANCE:                                                                               99.93

8. General Account Number(s):                          ***1309

   Depository Name & Location:                     Texas Capital Bank
                                                                   Richardson, TX

\* This is the number of operating reports since September 16, 2016, the date that the Trustee was appointed.
Note: Counsel for the debtor has indicated that since the Trustee abandoned the debtor's earnings effective
July 2017, there was no reason to provide the Ally Bank statements any longer and thus are not included on this
and subsequent operating reports.

## TOTAL DISBURSEMENTS FROM CHECKING ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

## CHECKING ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____10/31/2018_____    Balance on Statement: _____$99.83_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    | $99.83 |

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) | |
|---|---|---|---|---|---|
| General Liability | | | | | |
| Worker's Compensation | | | | | |
| Casualty | | | | | |
| Vehicle | | | | | |
| Others: | | | | | |
| Trustee Bond | George Adams & Company | $ 10,000.00 | 9/19/2019 | 9/19/2019 | Note 1 |

Note 1:  Insurance Bond Premium was paid from the Bankruptcy Estate of Massoud Yashouafar.
This will be repaid from the first available unencumbered funds of the Solyman Yashouafar estate.

## IV. SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| Trustee's General Account: | 99.93 |
| Payroll Account: | N/A |
| Tax Account: | N/A |

Other Accounts: _____    _____

_____    _____

Other Monies: _____    _____

Pretty Cash (from below): | N/A |

### TOTAL CASH AVAILABLE:    99.93

### Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### TOTAL PETTY CASH TRANSACTIONS:    0.00

# TEXAS CAPITAL BANK®

*Statement Ending 10/31/2018*

Page 1 of 4

2350 Lakeside Blvd., Ste. 800, Richardson, TX 75082

**RETURN SERVICE REQUESTED**

ESTATE OF SOLYMAN YASHOUAFAR, DEBTOR
DAVID K GOTTLIEB, TRUSTEE
CASE # 16-12255
17000 VENTURA BLVD STE 300
ENCINO CA 91316-4112

| **Managing Your Accounts** | |
|---|---|
| Branch Name | Texas Capital Bank |
| Phone Number | (877) TEX-BANK (839.2265) |
| Mailing Address | 2350 Lakeside Blvd Ste 800 Richardson, Texas 75082 |
| Online Access | www.texascapitalbank.com |



**TEXAS CAPITALISM® INDEX**
**2018 SURVEY RESULTS**

We asked business leaders across a range of industries and throughout the country what they think 2018 holds for the economy, their industry and their business in our annual outlook survey.

Learn more by visiting
www.texascapitalbank.com/2018SurveyResults

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| CHAPTER 11 BANKRUPTCY CHECKING | 1309 | $99.93 |

## CHAPTER 11 BANKRUPTCY CHECKING- 1309

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 10/01/2018 | Beginning Balance | $99.93 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 10/31/2018 | Ending Balance | $99.93 |

**Daily Balances**

| Date | Amount |
|---|---|
| 09/30/2018 | $99.93 |



EQUAL HOUSING LENDER    Member FDIC



**TEXAS CAPITAL BANK**®

2350 Lakeside Blvd., Ste. 800, Richardson, TX 75082

## CHAPTER 11 BANKRUPTCY CHECKING-    1309 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

## V. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing | |
|---|---|---|---|---|---|---|
| 30-Sep-2016 | 0.00 | 325.00 | 29-Aug-2018 | 325.00 | 0.00 | Note 1 |
| 31-Dec-2016 | 3,550.75 | 325.00 | 29-Aug-2018 | 325.00 | 0.00 | Note 1 |
| 31-Mar-2017 | 3,568.16 | 325.00 | 29-Aug-2018 | 325.00 | 0.00 | Note 1 |
| 30-Jun-2017 | 1,156.03 | 325.00 | 29-Aug-2018 | 325.00 | 0.00 | Note 1 |
| 30-Sep-2017 | 2,481.44 | 325.00 | 29-Aug-2018 | 325.00 | 0.00 | Note 1 |
| 31-Dec-2017 | 706.89 | 325.00 | 29-Aug-2018 | 325.00 | 0.00 | Note 1, 2 |
| 31-Mar-2018 | 0.00 | 325.00 | 29-Aug-2018 | 325.00 | 0.00 | Note 1 |
| 30-Jun-2018 | 0.00 | 325.00 | 29-Aug-2018 | 325.00 | 0.00 | Note 1 |
| 30-Sep-2018 | 0.00 | 325.00 | | | 325.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |

Note 1:  US Trustee fees for this quarter were paid on the date indicated by the Bankruptcy Estate of Massoud Yashouafar. This will be repaid from the first available unencumbered funds of the estate.

Note 2:  Disbursements totaling $426,777.39 was reported on prior MOR's.  $426,070.50 were later determined to be turnover of third-party funds held by the estate and thus do not represent distributions for purposes of calculating US Trustee quarterly fees.

## VI.  SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | · | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## XI. QUESTIONNAIRE

1. Has the Trustee made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:

   No X    Yes ___

2. Has the Trustee during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:

   No X    Yes ___

3. State what progress was made during the reporting period toward filing a plan of reorganization

   The Trustee expects to receive proceeds pursuant to his settlement with the Abselet creditors within the next 60 days. The parties are in the process of preparing an accounting of funds and a determination of how much is payable to the estates at this time.

4. Describe potential future developments which may have a significant impact on the case:
   None

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
   None

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.

   No X    Yes ___

I,    David Gottlieb,

declare under penalty of perjury that I have fully read and understood the foregoing operating report and that the information contained herein is true and complete to the best of my knowledge.

_11/27/18_
Date

_____
Chapter 11 Trustee