Thomas Jeremiassen
Development Specialists, Inc.
333 South Grand Avenue, Suite 4100
Los Angeles, California 90071
Telephone No.: (213) 617-2717
Facsimile No.: (213) 617-2718
Email: tjeremiassen@dsi.biz

Accountants and Financial Advisors for David K. Gottlieb, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>SOLYMAN YASHOUAFAR, and<br>MASSOUD AARON YASHOUAFAR,<br><br>   Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br><br>Jointly Administered |
| In re<br><br>SOLYMAN YASHOUAFAR,<br><br>   Debtor. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11 |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>   Debtor.<br><br>Affects:<br>☑ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | Case No. 1:16-bk-12408-GM<br><br>Chapter 11<br><br>**FIRST INTERIM APPLICATION OF DEVELOPMENT SPECIALISTS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION; DECLARATION OF THOMAS JEREMIASSEN**<br><br>Date: January 29, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 303<br>       U.S. Bankruptcy Court<br>       21041 Burbank Blvd.<br>       Woodland Hills, CA 91367 |

1

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE CHAPTER 11 TRUSTEE; AND OTHER PARTIES IN INTEREST:**

Development Specialists, Inc. ("DSI" or "Applicant"), as accountants and financial advisors in the above-captioned estates, respectfully represent:

## I.

## INTRODUCTION

DSI respectfully applies under 11 U.S.C. §§ 330, 331, 503(b), and 507(a)(2) and Local Bankruptcy Rule 2016-1 for interim allowance and payment of compensation for services rendered (the "Application").

By way of this Application, DSI seeks interim approval of fees for services rendered from March 1, 2018 through December 31, 2018 (the "First Interim Reporting Period") in the amount of $20,120.00, and for authorization of payment from the estates for these fees. DSI did not incur any expenses during the First Interim Reporting Period.

### A.    Exhibits to this Application

The nature and extent of DSI services during the First Interim Reporting Period, and other information, are described in subsequent paragraphs and in the following exhibits to this Application:

Exhibit "A" provides DSI's detailed time entries for the services provided by category.

Exhibit "B" includes the resumes that describe the education and qualifications of the professionals and paraprofessionals at DSI whose time constitutes the basis for this Application.

### B.    Reasonableness of Rates

Each year, DSI attempts to gather accurate information about rates charged by comparable accounting firms for comparable services to ensure its rates are competitive.   DSI is informed and believes the rates charged by its staff and accountants are fair and reasonable in light of the rates charged by comparable firms. By way of example, Mr. Jeremiassen had an hourly rate of $550 during the 2018 billing period that is among the highest rates of any professional of DSI whose time is included in this Application. As set forth in Mr. Jeremiassen's

2

resume (Exhibit "B"), Mr. Jeremiassen has over 20 years of public accounting experience. Applicants are informed and believe professionals at Mr. Jeremiassen's level at so-called "Big-Four" accounting firms, with whom Applicant competes, have hourly rates as high, or higher, than the rates of Applicant.

The average hourly billing rate for DSI was $498.02. The rates charged in these cases are the same rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days. Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative. Time was billed in tenths of an hour.

During January of each year, DSI revises its billing rates for new cases accepted thereafter and for pending cases in the coming year based on facts described above. All services included in this Application were billed at the applicable standard hourly rates.

## II.

## BACKGROUND

### A.     Procedural Background

On or about August 3, 2016, petitioning creditors Fereydoun Dayani, Yona Samih, and N&S Investment, LLC c/o Sina Navidbakhsh (the "Petitioning Creditors" filed an involuntary petition under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code") against debtor Solyman Yashouafar ("S. Yashouafar"), bearing case number 16-12255.

On or about August 3, 2016, the Petitioning Creditors filed an involuntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code against debtor Massoud Aaron Yshouafar ("M. Yashouafar"), bearing case number 16-12408.

On or about September 9, 2016, the Petitioning Creditors and S. Yashouafar entered into a *Stipulation for Entry for Order For Relief and Appointment of Chapter 11 Trustee,* which stipulation was granted by Order entered on September 12, 2016.

On or about September 9, 2016, the Petitioning Creditors and M. Yashouafar entered into a *Stipulation for Entry for Order For Relief and Appointment of Chapter 11 Trustee,* which stipulation was granted by Order entered on September 20, 2016.

1   On or about September 16, 2016, the United States Trustee (the "UST") filed its *Notice of Appointment of Chapter 11 Trustee,* appointing David K. Gottlieb as Chapter 11 Trustee in S. Yashouafar's chapter 11 case.

On or about September 16, 2016, the UST filed an *Application for Order Approving Appointment of Trustee* in the S. Yashouafar case, which application was granted by Order entered on September 16, 2016. On September 19, 2016, the Court entered an *Order for Relief and Order to File Schedules, Statements and List(s).*

On or about September 16, 2016, the United States Trustee (the "UST") filed its *Notice of Appointment of Chapter 11 Trustee,* appointing David K. Gottlieb as Chapter 11 Trustee in S. Yashouafar's chapter 11 case [Docket No. 91]

On or about September 16, 2016, the UST filed an *Application for Order Approving Appointment of Trustee* in the S. Yashouafar case, which application was granted by Order entered on September 20, 2016. On September 19, 2016, the Court entered an *Order for Relief and Order to File Schedules, Statements and List(s).*

On or about September 30, 2016, the Trustee filed a *Motion for Order Directing Joint Administration of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(B)* in the S. Yashouafar case, which order was entered on October 18, 2016.

On or about September 30, 2016, the Trustee filed a *Motion for Order Directing Joint Administration of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(B)* in the M. Yashouafar case, which order was entered on October 18, 2016.

On or about July 27, 2018, the Court entered an order authorizing the Trustee's employment of DSI as accountants and financial advisors, effective March 1, 2018.

### III.

### SUMMARY DESCRIPTION OF SERVICES

Without limiting the detail of DSI's services contained in Exhibit "A", following are summary descriptions of the services provided during the First Interim Reporting Period:

    A.    **Fee Application/Client Billing**

        **(Hours: 2.9; Fees: $1,091.00)**

Applicant incurred fees on the preparation of this Application.

**B.    Retention/Engagement Matters**

**(Hours: 1.0; Fees: $550.00)**

Applicant prepared its application for employment in these matters.

**C.    Compliance Reporting**

**(Hours: 8.8; Fees: $3,622.00)**

Applicant incurred fees compiling, reconciling, reviewing and preparing the monthly operating reports for both Debtors for the months of February 2018 through November 2018, as well as amended monthly operating reports for the months of November 2017 through January 2018 pursuant to the request of the Office of the United States Trustee.

**D.    Litigation Support**

**(Hours: 27.7; Fees: $14,857.00)**

At the request of the Trustee and his counsel, Applicant reviewed, reconciled, and prepared detailed analyses of asset liquidation proceeds, related expenses, and disbursement of the proceeds pursuant to the "waterfall" set forth in the Trustee's settlement with Howard Abselet and Israel Abselet. Applicant communicated with the Trustee and his counsel concerning its findings.

## IV.
## CONCLUSION

Applicant believes compensation awarded herein will account for the quality of services rendered, the complexity of the issues at hand, the desirability of employment, the results obtained and the contingency thereof, as well as the actual hours expended. Applicant believes payment of its fees is justified when weighed against the benefit of its work, as described above.

No agreement exists between Applicant and any other person for the sharing of compensation that is received in connection with this case, except for the understanding concerning compensation among its shareholders.

Notice of this fee application has been given to creditors and parties in interest.

WHEREFORE, Applicant respectfully requests the following: (a) interim allowance of fees for services rendered during the First Interim Reporting Period in the amount of $20,120.00; (b) authorization of payment from the estates for the requested fees; and (c) any other relief that the Court deems just and proper.

Dated: January 4, 2019

Respectfully submitted,

_____
Thomas Jeremiassen
Development Specialists, Inc.

DECLARATION OF THOMAS JEREMIASSEN

I, Thomas Jeremiassen, declare as follows:

    I am a Certified Public Accountant and am a senior managing director in the firm of Development Specialists, Inc. ("DSI"). I have read the foregoing *First Interim Application of Development Specialists, Inc. for Allowance and Payment of Compensation* (the "Application") and know the contents thereof. I certify that the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true.

    The Application seeks interim allowance of fees for services rendered during the period March 1, 2018 through December 31, 2018 in the amount of $20,120.00.

    The Application also seeks authorization of payment from the estates to DSI for such fees.

    I believe the Application substantially complies with the U.S. Trustee Guidelines concerning professionals' fee applications.

    I declare under penalty of perjury under the laws of the United States of America that the facts stated herein are true and correct to the best of my knowledge. Executed this 4th day of January, 2019, at Sherman Oaks, California.

_____
Thomas Jeremiassen

# Exhibit A

```
                                                                      Page: 1
     Massoud Aaron and Solyman Yashouafar                          01/04/2019
     D. Gottlieb & Associates, LLC
     17000 Ventura Boulevard
     Suite 300
     Encino  CA  91316




     Adivsor to Chapter 11 Trustee




                                                          HOURS
12/13/2018   SGF   Prepare draft narrative for the first interim fee
                   application.                            2.40
             TPJ   Review and revision of the first interim fee
                   application.                            0.50
                                                          _____
                   Fee Application/Client Billing          2.90    1,091.00

03/06/2018   SGF   Prepare conflicts check for new client (Yashouafar). 0.20     n/c

03/27/2018   TPJ   Preparation of DSI's employment application.        1.00
                                                                      _____
                   Retention/Engagement Matters                        1.00      550.00

02/21/2018   SGF   Prepare the January 2018 monthly operating report
                   for Solyman and Massoud Yashouafar.     0.50

03/20/2018   SGF   Review prior monthly operating reports to determine
                   need for amended monthly operating reports related
                   to funds held in trust versus funds disbursed.  0.40

03/23/2018   SGF   Prepare an amended monthly operating reports for
                   Massoud and Solyman Yashouafar for November 2017 to
                   January 2018 per the U.S. Trustee's request and
                   trustee's consent.                      0.60

03/28/2018   TPJ   Review the amended monthly operating reports and
                   e-mails with Spencer Ferrero regarding same.  0.30

04/06/2018   SGF   Prepare the monthly operating reports for March 2018
                   for Massoud and Solyman Yashouafar.     0.60

04/10/2018   TPJ   Review March 2018 monthly operating report for
                   Solyman and e-mails with Spencer Ferrero.  0.30
             TPJ   Review March 2018 monthly operating report for
                   Massoud and e-mails with Spencer Ferrero.  0.20

05/18/2018   SGF   Prepare the April 2018 monthly operating report for
                   Massoud and Solyman Yashouafar          0.30

05/24/2018   TPJ   Review the April 2018 monthly operating report for
                   Massoud and discussion with Spencer Ferrero.  0.10
             TPJ   Review the April 2018 monthly operating report for
                   Solyman and discussion with Spencer Ferrero.  0.10

06/29/2018   SGF   Prepare the May 2018 monthly operating reports.  0.30

07/12/2018   SGF   Prepare the June 2018 monthly operating reports.  0.50

07/24/2018   TPJ   Review the June 2018 monthly operating report for
                   Massoud and e-mails with Spencer Ferrero.  0.20
             TPJ   Review of the June 2018 monthly operating report for
                   Solyman and e-mails with Spencer Ferrero.  0.20
```

Page: 2
Massoud Aaron and Solyman Yashouafar                                             01/04/2019

Adivsor to Chapter 11 Trustee

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/28/2018 | SGF | Prepare the July 2018 monthly operating reports. | 0.40 | |
| 08/30/2018 | TPJ | Review the July 2018 monthly operating report for Massoud and discussion with Spencer Ferrero regarding same. | 0.20 | |
|  | TPJ | Review the July 2018 monthly operating report for Solyman and discussion with Spencer Ferrero regarding same. | 0.20 | |
| 09/11/2018 | SGF | Prepare the August 2018 monthly operating reports. | 0.40 | |
| 09/12/2018 | SGF | Prepare the August 2018 monthly operating reports. | 0.30 | |
| 09/18/2018 | TPJ | Review the July 2018 monthly operating report for Massoud and e-mails with Spencer Ferrero regarding same. | 0.20 | |
|  | TPJ | Review the July 2018 monthly operating report for Solyman and e-mails with Spencer Ferrero regarding same. | 0.20 | |
| 09/20/2018 | SGF | Prepare the August 2018 monthly operating reports for Massoud and Solyman Yashouafar. | 0.50 | |
| 10/03/2018 | SGF | Prepare the September 2018 monthly operating reports for Massoud and Solyman Yashouafar. | 0.50 | |
| 10/10/2018 | TPJ | Review the monthly operating report for Massoud and e-mails with Spencer Ferrero. | 0.20 | |
|  | TPJ | Review the monthly operating report for Solyman and e-mails with Spencer Ferrero. | 0.20 | |
| 11/26/2018 | SGF | Prepare the October 2018 monthly operating reports. | 0.30 | |
|  | TPJ | Reviewed October 2018 monthly operating report for Massoud and e-mails with Spencer Ferrero regarding same. | 0.20 | |
|  | TPJ | Reviewed October 2018 monthly operating report for Solyman and e-mails with Spencer Ferrero regarding same. | 0.20 | |
| 12/13/2018 | SGF | Prepare the November 2018 monthly operating reports. | 0.20 | |
|  |  | Monthly Bktcy/Semi-Annual Rpts | 8.80 | 3,622.00 |
| 09/14/2018 | TPJ | Research, review and e-mails with John Lucas regarding the BRG and DSI fees for 10/11/17 through 8/31/18 for the Abselet settlement. | 0.30 | |
| 11/20/2018 | TPJ | E-mails and telephone discussion with Jeremy Richards regarding the Abselet settlement and accounting of receipts and disbursements. | 0.30 | |
| 11/26/2018 | TPJ | Review of files relating to Abselet settlement and e-mails with John Lucas regarding same. | 1.70 | |
| 11/28/2018 | SGF | Review and analyze Abselet bank statements to create sources and uses database for 2018 transactions. | 0.80 | |
|  | TPJ | Telephone discussion with John Lucas regarding Abselet settlement waterfall analysis. | 0.50 | |
|  | TPJ | Review and telephone discussion and e-mails with Spencer Ferrero regarding accounting for Abselet settlement proceeds. | 0.40 | |

Massoud Aaron and Solyman Yashouafar

Page: 3
01/04/2019

Adivsor to Chapter 11 Trustee

|            |     |                                                                                                                                                                                                      | HOURS |           |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 12/05/2018 | TPJ | Research, review and analysis of Abselet's cash receipts and disbursements and supporting documents and preparation of analysis.                                                                     | 2.30  |           |
| 12/06/2018 | SGF | Review and analyze bank statements for Madison Equities in order to create the sources and uses database.                                                                                            | 0.50  |           |
|            | SGF | Review and analyze bank statements for S&R Equities in order to the create sources and uses database.                                                                                                | 0.50  |           |
|            | TPJ | Review of the Abselet settlement waterfall accounting and telephone discussion with John Lucas regarding same.                                                                                       | 0.80  |           |
|            | TPJ | Review of documents produced and e-mail to Spencer Ferrero regarding analysis of the Madison and S&R Flushing Bank activity for the Abselet settlement waterfall analysis.                           | 0.40  |           |
| 12/11/2018 | TPJ | Review of information and documents related to liquidation proceeds, related expenses and disbursements, preparation of analysis of the Abselet settlement waterfall and e-mails with John Lucas regarding same. | 2.70  |           |
| 12/12/2018 | TPJ | Research, review and analysis of documents produced by the Abselet concerning asset liquidation proceeds, related expenses and disbursements of proceeds.                                            | 3.30  |           |
|            | TPJ | Preparation of analysis of the Abselet settlement waterfall and e-mails with David Gottlieb, Jeremy Richards and John Lucas.                                                                         | 2.80  |           |
| 12/13/2018 | TPJ | Further research and review of the Abselet waterfall analysis and e-mails with David Gottlieb, Jeremy Richards and John Lucas.                                                                       | 1.20  |           |
| 12/14/2018 | TPJ | E-mails with Jeremy Richards and John Lucas regarding the Abselet settlement and waterfall.                                                                                                          | 0.30  |           |
|            | TPJ | Review and e-mails with Spencer Ferrero and Renee Johnson regarding estate receipts and disbursements for the Abselet settlement waterfall analysis.                                                 | 0.30  |           |
| 12/17/2018 | TPJ | Review of additional Abselet settlement documents provided by Diane Conniff.                                                                                                                         | 2.40  |           |
|            | TPJ | Research, review and revision of the Abselet settlement waterfall analysis.                                                                                                                          | 2.10  |           |
| 12/20/2018 | TPJ | Review of additional documents produced and review of the Abselet settlement proceeds analysis and e-mails with trustee and counsel regarding same.                                                  | 1.80  |           |
|            | TPJ | Review of the waterfall analysis provided by Abselet and preparation of analysis and reconciliation of differences and e-mails with trustee and counsel regarding same.                              | 2.10  |           |
| 12/21/2018 | TPJ | Review of fees for September 2018 through November 2018 and e-mails with John Lucas regarding same.                                                                                                  | 0.20  |           |
|            |     | Litigation Support                                                                                                                                                                                   | 27.70 | 14,857.00 |
|            |     | FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED:                                                                                                                                                    | 40.40 | 20,120.00 |

```
                                                                              Page: 4
Massoud Aaron and Solyman Yashouafar                                       01/04/2019


Adivsor to Chapter 11 Trustee


                            RECAPITULATION
   CONSULTANT                                  HOURS     HOURLY RATE          TOTAL
   T.P. Jeremiassen                            30.40         $550.00     $16,720.00
   S.G. Ferrero                                10.00          340.00       3,400.00


       TOTAL CURRENT WORK                                                 20,120.00


       BALANCE DUE                                                       $20,120.00
                                                                         _____
```

# Exhibit B

**DSI® Development Specialists, Inc.**
Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services

# Thomas P. Jeremiassen, Senior Managing Director

## Summary

Tom Jeremiassen is a Senior Managing Director in DSI's Los Angeles office with over 20 years of experience providing services in bankruptcy, forensic/investigative accounting, and litigation support.

Mr. Jeremiassen has served as a fiduciary in bankruptcy and other matters, including roles as chapter 11 trustee, chapter 7 trustee, liquidating trustee, disbursing agent and receiver.  He has served as an accountant and financial advisor for chapter 11 trustees, chapter 7 trustees, debtors, creditor committees, examiners, liquidating trustees and receivers in dozens of insolvency matters.  He has also been involved in numerous engagements in which he provided expert witness, litigation support, consulting and investigative accounting services related to fraud, embezzlement, mismanagement, breach of contract, and other disputes.

## Notable Assignments at DSI and Predecessor Firms

Adelphia Communications, EPD Investment Co., Estate Financial, Inc., Fuhu, Inc., Girls Gone Wild, Le-Nature's, Inc., Mike Tyson, Rampage Retailing, Inc., Reed Slatkin, and Woodbridge Group of Companies, LLC.

## Employment History

Prior to joining DSI in 2018, Mr. Jeremiassen was a Managing Director at Berkeley Research Group, LLC.  Previously, he was a Director at LECG, LLC; and a Partner with Neilson Elggren LLP, following his prior employment at Arthur Andersen LLP and Neilson, Elggren, Durkin & Co.

## Education

Mr. Jeremiassen received a Bachelor of Science in Accounting from Pepperdine University.

## Professional Licenses, Certifications and Affiliations

Mr. Jeremiassen is a Certified Public Accountant, Certified in Financial Forensics, and a Certified Insolvency and Restructuring Advisor. His professional memberships include the American Institute of CPAs (AICPA), the American Bankruptcy Institute (ABI), the Association of Insolvency and Restructuring Advisors (AIRA), and the Los Angeles Bankruptcy Forum (LABF).  He is a member of the board of directors of the AIRA and the LABF.  He has presented on bankruptcy and fraud topics at conferences and meetings sponsored by the AIRA, the California CPA Education Foundation, the Credit Managers Association, and Golden Gate University.

**DSI® Development Specialists, Inc.**
Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services

## Spencer G. Ferrero, Director

### Summary

Spencer Ferrero is a Director in DSI's Los Angeles office with over 11 years of experience providing services in bankruptcy, forensic/investigative accounting, and litigation support.

Mr. Ferrero has served as an accountant and financial advisor for chapter 11 trustees, chapter 7 trustees, debtors, creditor committees, examiners, liquidating trustees and receivers in several insolvency matters. He has also been involved in several engagements in which he provided litigation support, consulting and investigative accounting services related to fraud, embezzlement, mismanagement, breach of contract, and other disputes.

### Notable Assignments

Cedar Funding, Inc., EPD Investment Co., Estate Financial, Inc., Ezri Namvar and Namco Capital Group, Inc., Fuhu, Inc., Galleria USA, Inc,, Reed Slatkin, Woodbridge Group of Companies.

### Employment History

Prior to joining DSI, Mr. Ferrero was a Managing Consultant at Berkeley Research Group, LLC. Previously, he was a Senior Associate at LECG, LLC.

### Education

Mr. Ferrero received a Bachelor of Arts in Accounting from the University of Utah and a Masters of Accounting from the University of Utah.

### Professional Licenses, Certifications and Affiliations

Mr. Ferrero is a Certified Public Accountant, Certified in Financial Forensics, a Certified Fraud Examiner and a Certified Insolvency and Restructuring Advisor. His professional memberships include the American Institute of CPAs (AICPA), the American Bankruptcy Institute (ABI), the Association of Insolvency and Restructuring Advisors (AIRA), the Association of Certified Fraud Examiners (ACFE) and the Los Angeles Bankruptcy Forum (LABF).

LOS ANGELES
333 South Grand Avenue, Suite 4100 • Los Angeles, California 90071-1571 • Telephone: 213.617.2717 • Fax: 213.617.2718 • www.dsi.biz

SAN FRANCISCO • CHICAGO • NEW YORK • MIAMI • LONDON • WILMINGTON • COLUMBUS

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 S. Grand Ave Suite 4100, Los Angeles CA 90071

A true and correct copy of the foregoing document entitled (*specify*): <u>FIRST INTERIM APPLICATION OF DEVELOPMENT SPECIALISTS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION; DECLARATION OF THOMAS JEREMIASSEN</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>January 7, 2019</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

<u>See attached service list</u>

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>January 7, 2019</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Berkeley Research Group
550 South Hope Street, Suite 2150
Los Angeles, CA 90071

Office of the United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>January 7, 2019</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Via Federal Express***
The Honorable Geraldine Mund
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 312 / Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 7, 2019 | Rowen Dizon | /s/ Rowen Dizon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Timothy C Aires    tca@arlawyers.com, mdkhan@arlawyers.com
- Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- Simon Aron    saron@wrslawyers.com
- Larry G Ball    lball@hallestill.com, gjohnson@hallestill.com
- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Carol Chow    carol.chow@ffslaw.com
- Henry S David    hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Michael T Delaney    mdelaney@bakerlaw.com
- Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;scvasquez@foley.com;scvasquez@foley.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Marian Garza    ecfnotices@ascensioncapitalgroup.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Eliza Ghanooni    eliza@ghanoonilaw.com, monicabedia@ghanoonilaw.com
- Mark E Goodfriend    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Lee W Harwell    leehar@earthlink.net, shada12200@hotmail.com
- Eric P Israel    eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Andrew V Jablon    ajablon@rpblaw.com, mlynch@rpblaw.com
- Thomas P Jeremiassen (TR)    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- Robert B Kaplan    rbk@jmbm.com
- Andrew F Kim    akim@afklaw.com, 6229175420@filings.docketbird.com
- Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
- Ashley M McDow    amcdow@foley.com, scvasquez@foley.com;Ffarivar@foley.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Jessica Mickelsen Simon    jmsimon@hrhlaw.com
- William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com
- David L. Neale    dln@lnbyb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Tomas A Ortiz    tortiz@garrett-tully.com
- Keith C Owens    kowens@venable.com, khoang@venable.com
- Dipika Parmar    dipika.parmar@aissolution.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Kambiz J Shabani    joseph@shabanipartners.com
- Mark M Sharf    msharf@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- Nico N Tabibi    nico@tabibilaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Maurice Wainer    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- Howard J Weg    hweg@robinskaplan.com
- Thomas J Weiss    tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
- Aaron E de Leest    aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

2