Thomas Jeremiassen
Development Specialists, Inc.
333 South Grand Avenue, Suite 4100
Los Angeles, California 90071
Telephone No.: (213) 617-2717
Facsimile No.: (213) 617-2718
Email: tjeremiassen@dsi.biz

Accountants and Financial Advisors for David K. Gottlieb, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SOLYMAN YASHOUAFAR, and<br>MASSOUD AARON YASHOUAFAR,<br><br>Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br><br>Jointly Administered |
| In re<br><br>SOLYMAN YASHOUAFAR,<br><br>Debtor. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11 |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>Debtor. | Case No. 1:16-bk-12408-GM<br><br>Chapter 11 |
| Affects:<br><br>☑ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | **DECLARATION OF DAVID K. GOTTLIEB IN SUPPORT OF FIRST INTERIM APPLICATION OF DEVELOPMENT SPECIALISTS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION**<br><br>Date: January 29, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 303<br>      U.S. Bankruptcy Court<br>      21041 Burbank Blvd.<br>      Woodland Hills, CA 91367 |

1

## DECLARATION OF DAVID K. GOTTLIEB

I, David K. Gottlieb, declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, I would and could competently testify thereto.

2. I am the duly appointed Chapter 11 trustee in these cases.

3. I have reviewed the First Interim Application for Allowance and Payment of Compensation (the "Application") filed by Development Specialists, Inc. ("DSI"), which is serving as my accountants and financial advisors.

4. In the Application, DSI is seeking interim allowance and payment of compensation for services rendered in these cases during the period of March 1, 2018 through December 31, 2018. DSI has not been paid any money in this case, and DSI has not previously filed any application for approval of fees or expenses in this case.

5. During the covered period, DSI incurred fees in the amount of $20,120.00.

6. I believe that the fees incurred by DSI are reasonable and appropriate and should be approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of January 2019, at Encino, California.

_David K. Gottlieb_
David K. Gottlieb

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 S. Grand Ave Suite 4100, Los Angeles CA 90071

A true and correct copy of the foregoing document entitled (*specify*): <u>DECLARATION OF DAVID K. GOTTLIEB IN SUPPORT OF FIRST INTERIM APPLICATION OF DEVELOPMENT SPECIALISTS, INC. FOR ALLOWANCE AND PAYMENT OF</u> COMPENSATION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>January 7, 2019</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

<u>See attached service list</u>

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>January 7, 2019</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Berkeley Research Group
550 South Hope Street, Suite 2150
Los Angeles, CA 90071

Office of the United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>January 7, 2019</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Via Federal Express***
The Honorable Geraldine Mund
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 312 / Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 7, 2019 | Rowen Dizon | /s/ Rowen Dizon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Timothy C Aires    tca@arlawyers.com, mdkhan@arlawyers.com*
- *Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com*
- *Simon Aron    saron@wrslawyers.com*
- *Larry G Ball    lball@hallestill.com, gjohnson@hallestill.com*
- *William H Brownstein    Brownsteinlaw.bill@gmail.com*
- *Carol Chow    carol.chow@ffslaw.com*
- *Henry S David    hdavid@davidfirm.com, 8163836420@filings.docketbird.com*
- *Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *Michael T Delaney    mdelaney@bakerlaw.com*
- *Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;scvasquez@foley.com;scvasquez@foley.com*
- *Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com*
- *Marian Garza    ecfnotices@ascensioncapitalgroup.com*
- *Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com*
- *Eliza Ghanooni    eliza@ghanoonilaw.com, monicabedia@ghanoonilaw.com*
- *Mark E Goodfriend    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com*
- *David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com*
- *Lee W Harwell    leehar@earthlink.net, shada12200@hotmail.com*
- *Eric P Israel    eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com*
- *Andrew V Jablon    ajablon@rpblaw.com, mlynch@rpblaw.com*
- *Thomas P Jeremiassen (TR)    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz*
- *Robert B Kaplan    rbk@jmbm.com*
- *Andrew F Kim    akim@afklaw.com, 6229175420@filings.docketbird.com*
- *Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com*
- *John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com*
- *Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com*
- *Ashley M McDow    amcdow@foley.com, scvasquez@foley.com;Ffarivar@foley.com*
- *Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com*
- *C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *Jessica Mickelsen Simon    jmsimon@hrhlaw.com*
- *William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com*
- *David L. Neale    dln@lnbyb.com*
- *Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com*
- *Tomas A Ortiz    tortiz@garrett-tully.com*
- *Keith C Owens    kowens@venable.com, khoang@venable.com*
- *Dipika Parmar    dipika.parmar@aissolution.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com*
- *S Margaux Ross    margaux.ross@usdoj.gov*
- *Kambiz J Shabani    joseph@shabanipartners.com*
- *Mark M Sharf    msharf@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com*
- *Nico N Tabibi    nico@tabibilaw.com*
- *United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov*
- *Maurice Wainer    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com*
- *Howard J Weg    hweg@robinskaplan.com*
- *Thomas J Weiss    tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com*
- *Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com*
- *Aaron E de Leest    aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

2