1  Jeremy V. Richards (CA Bar No. 102300)
   John W. Lucas (CA Bar No. 271038)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA  90067
   Tel: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail:  jrichards@pszjlaw.com
5          jlucas@pszjlaw.com

6  Attorneys for David K. Gottlieb, Chapter 11 Trustee of the
   Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

7

8              UNITED STATES BANKRUPTCY COURT

               CENTRAL DISTRICT OF CALIFORNIA
9
               SAN FERNANDO VALLEY DIVISION

10 | In re:                                    | Case No.: 1:16-bk-12255-GM

11 | SOLYMAN YASHOUAFAR and MASSOUD            | Chapter 11
   | AARON YASHOUAFAR,[1]
12 |                                           | Jointly Administered
   |                        Debtors.
13 |                                           | Case No.: 1:16-bk-12255-GM

14 | In re:                                    | Chapter 11

15 | SOLYMAN YASHOUAFAR,                        | Case No.: 1:16-bk-12408-GM

16 |                        Debtor.            | Chapter 11

17 | In re:                                    | **SUBMISION OF FIRST INTERIM
   |                                           | APPLICATION OF BERKELEY RESEARCH
18 | MASSOUD AARON YASHOUAFAR,                  | GROUP FOR ALLOWANCE AND
   |                                           | PAYMENT OF COMPENSATION AND
19 |                        Debtor.            | REIMBURSEMENT OF EXPENSES**

20 | Affects:                                  | (First Interim Period: September 21, 2016 –
   |                                           | November 30, 2018)
21 | ☑ Both Debtors
   | ☐ Solyman Yashouafar                       | [Local Bankruptcy Rule 2016-1(a)]
22 | ☐ Massoud Aaron Yashouafar
   |                                           | Date:   January 29, 2019
23 |                        Debtors.           | Time:   10:00 a.m.
   |                                           | Place:  Courtroom 303
24 |                                           |         U.S. Bankruptcy Court
   |                                           |         21041 Burbank Blvd.
25 |                                           |         Woodland Hills, CA 91367

26

27

28

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    David K. Gottlieb, chapter 11 trustee (the "Trustee") through his counsel of record, hereby

2  submits the first interim fee application of Berkeley Research Group, Accountants and Financial

3  Advisors to the Trustee.

4  Dated:  January 8, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

5                                             By:      /s/ Jeremy V. Richards

6                                                      Jeremy V. Richards
                                                       John W. Lucas
7
8                                                      Attorneys for David K. Gottlieb,
                                                       Chapter 11 Trustee
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

DOCS_LA:318638.1 32274/001

Vernon L. Calder, CPA
Berkeley Research Group
2029 Century Park East, Suite 1250
Los Angeles, California 90067
Telephone No.: (310) 499-4730
Facsimile No.: (310) 557-8982
Email: vcalder@thinkbrg.com

Accountants and Financial Advisors for David K. Gottlieb, Chapter 11 Trustee
of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SOLYMAN YASHOUAFAR, and<br>MASSOUD AARON YASHOUAFAR,<br><br>Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br><br>Jointly Administered |
| In re<br><br>SOLYMAN YASHOUAFAR,<br><br>Debtor. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>Debtor.<br><br>Affects:<br>☒ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | Case No. 1:16-bk-12408-GM<br><br>Chapter 11<br><br>**FIRST INTERIM APPLICATION OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES; DECLARATION OF VERNON L. CALDER**<br><br>Date: January 29, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 303<br>      U.S. Bankruptcy Court<br>      24014 Burbank Blvd.<br>      Woodland Hills, CA 91367 |

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE CHAPTER 11 TRUSTEE; AND OTHER PARTIES IN INTEREST:**

Berkeley Research Group ("BRG" or "Applicant"), as accountants and financial advisors in the above-captioned estates, respectfully represent:

## I.

## INTRODUCTION

BRG respectfully applies under 11 U.S.C. §§ 330, 331, 503(b), and 507(a)(2) and Local Bankruptcy Rule 2016-1 for interim allowance and payment of compensation for services rendered, and reimbursement of expenses incurred, from September 21, 2016 through November 30, 2018 (the "Application").

By way of this Application, BRG seeks interim approval of fees and expenses incurred from September 21, 2016 through November 30, 2018 (the "First Interim Reporting Period") in the amounts of $123,312.00 and $9,857.25, respectively, and for authorization of payment for these fees and expenses.

### A.    Exhibits to this Application

The nature and extent of BRG services during the First Interim Reporting Period, and other information, are described in subsequent paragraphs and in the following exhibits to this Application:

Exhibit "A" provides the detailed time entries for the services provided by category by BRG as well as the details of all costs expended.

Exhibit "B" includes the resumes that describe the education and qualifications of the professionals and paraprofessionals for BRG whose time constitutes the basis for this Application.

### B.    Reasonableness of Rates

Each year, BRG attempts to gather accurate information about rates charged by comparable accounting firms for comparable services to ensure its rates are competitive.  BRG is informed and believes the rates charged by its staff and accountants are fair and reasonable in

2

light of the rates charged by comparable firms.  By way of example, Mr. Calder had an hourly rate of $620 during the 2018 billing period that is among the highest rates of any professional of BRG whose time is included in this Application.  As set forth in Mr. Calder's resume (Exhibit "B"), Mr. Calder has over 35 years of public accounting experience.  Applicants are informed and believe professionals at Mr. Calder's level at so-called "Big-Four" accounting firms, with whom Applicant competes, have hourly rates as high, or higher, than the rates of Applicant.

The average hourly billing rate for BRG was $427.28.  The rates charged in these cases are the same rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days.  Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative.  Costs and disbursements were also reviewed.  Time was billed in tenths of an hour.

During January of each year, BRG revises its billing rates for new cases accepted thereafter and for pending cases in the coming year based on facts described above.  All services included in this Application were billed at the applicable standard hourly rates.

## II.

## BACKGROUND

### A.    Procedural Background

On or about August 3, 2016, petitioning creditors Fereydoun Dayani, Yona Samih, and N&S Investment, LLC c/o Sina Navidbakhsh (the "Petitioning Creditors" filed an involuntary petition under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code") against debtor Solyman Yashouafar ("S. Yashouafar"), bearing case number 16-12255.

On or about August 3, 2016, the Petitioning Creditors filed an involuntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code against debtor Massoud Aaron Yshouafar ("M. Yashouafar"), bearing case number 16-12408.

On or about September 9, 2016, the Petitioning Creditors and S. Yashouafar entered into a *Stipulation for Entry for Order For Relief and Appointment of Chapter 11 Trustee,* which stipulation was granted by Order entered on September 12, 2016.

3

1    On or about September 9, 2016, the Petitioning Creditors and M. Yashouafar entered

2    into a *Stipulation for Entry for Order For Relief and Appointment of Chapter 11 Trustee*, which

3    stipulation was granted by Order entered on September 20, 2016.

4    On or about September 16, 2016, the United States Trustee (the "UST") filed its *Notice of*

5    *Appointment of Chapter 11 Trustee*, appointing David K. Gottlieb as Chapter 11 Trustee in S.

6    Yashouafar's chapter 11 case.

7    On or about September 16, 2016, the UST filed an *Application for Order Approving*

8    *Appointment of Trustee* in the S. Yashouafar case, which application was granted by Order

9    entered on September 16, 2016.  On September 19, 2016, the Court entered an *Order for Relief*

10   *and Order to File Schedules, Statements and List(s)*.

11    On or about September 16, 2016, the United States Trustee (the "UST") filed its *Notice*

12   *of Appointment of Chapter 11 Trustee*, appointing David K. Gottlieb as Chapter 11 Trustee in S.

13   Yashouafar's chapter 11 case [Docket No. 91]

14    On or about September 16, 2016, the UST filed an *Application for Order Approving*

15   *Appointment of Trustee* in the S. Yashouafar case, which application was granted by Order

16   entered on September 20, 2016.  On September 19, 2016, the Court entered an *Order for Relief*

17   *and Order to File Schedules, Statements and List(s)*.

18    On or about September 30, 2016, the Trustee filed a *Motion for Order Directing Joint*

19   *Administration of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(B)* in

20   the S. Yashouafar case, which order was entered on October 18, 2016.

21    On or about September 30, 2016, the Trustee filed a *Motion for Order Directing Joint*

22   *Administration of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(B)* in

23   the M. Yashouafar case, which order was entered on October 18, 2016.

24    On or about November 16, 2016, the Court entered an order authorizing the Trustee's

25   employment of BRG as accountants and financial advisors, effective September 21, 2016.

26

27

28

## III.

## SUMMARY DESCRIPTION OF SERVICES

Without limiting the detail of BRG's services contained in Exhibit "A", following are summary descriptions of the services provided during the First Interim Reporting Period:

**A.    100 – Records Review and Management**

**(Hours: 38.70; Fees: $13,222.00)**

Applicant compiled and reviewed financial records of the Debtors and the various entities in which the Debtors had an interest. Of significance were the multitude of records that were stored at the Encino office building, which needed to be vacated. The Trustee determined that the records, housed in several hundreds of boxes, needed to be preserved and requested that BRG assist with the removal and storage of the records at another facility.

**B.    130 – Compliance Reporting**

**(Hours: 26.40; Fees: $10,727.50)**

Applicant incurred fees compiling, reconciling, reviewing and preparing the monthly operating reports for both Debtors for the months of September 2016 through December 2017.

**C.    150 – 341(a) Meetings**

**(Hours: 12.40; Fees: $6,325.00)**

At the request of the Trustee and his counsel, Applicant prepared for and attended the 341(a) meetings of creditors that took place on October 19, 2016 (for Massoud) and November 8, 2016 (continued meeting for Massoud and the meeting for Solyman).

**D.    200 – Asset Investigation and Analysis**

**(Hours: 79.90; Fees: $30,953.00)**

The Debtors hold, and previously held, interests in several entities that, generally, owned real properties. At the request of the Trustee and his counsel, to assist in gaining an understanding of the existence and status of potentially recoverable assets for the estate, Applicant investigated and analyzed the entities, the Debtors' ownership interests in each entity, transfers of the Debtors' interests if applicable, the assets and liabilities of each entity, and other

information.  Applicant prepared detailed analyses and communicated its findings with the

Trustee and his counsel.

     **E.**     **300 – Forensic Accounting**

               **(Hours: 6.80; Fees: $3,600.00)**

     At the request of the Trustee and his counsel, Applicant analyzed and compiled

transactions for bank accounts in the names of the Debtors' affiliated entities, and communicated

its findings with the Trustee and his counsel.

     **F.**     **700 – Tax Analysis**

               **(Hours: 46.70; Fees: $24,001.50)**

     At the request of the Trustee, Applicant researched and identified necessary tax

information to determine taxable gain/loss from various proposed asset dispositions.  Applicant

consulted with Trustee and counsel regarding the tax ramifications of proposed asset

dispositions.  Applicant analyzed additional documents in order to identify other tax issues to be

addressed in the case.

     **G.**     **710 – Tax Return Preparation**

               **(Hours: 71.00; Fees: $32,211.50)**

     Applicant prepared initial draft 2016 income tax returns and filed tax return filing

extensions for various entities related to Debtors.   Applicant analyzed financial records, tax

documents and relevant information needed to prepare bankruptcy estate income tax returns for

tax year(s) 2016 and 2017 for both the Solyman and Massoud estates. Applicant prepared

supporting work papers for each year 2016 and 2017. BRG prepared all required federal and

state income tax returns for year(s) 2016 and 2017 for both the Solyman and Massoud estates.

The completed returns were reviewed to ensure completeness and accuracy. Corrections were

made as was required. All finalized federal and state income tax returns for year(s) 2016 and

2017 were caused to be filed with the proper taxing authorities.

     **H.**     **920 – Employment Application**

               **(Hours: 3.90; Fees: $2,047.50)**

1    Applicant prepared its application for employment as the Trustee's accountants and

2  financial advisors.

3    **I.    950 – Case Related Travel**

4          **(Hours: 2.80; Fees: $224.00)**

5    Case related travel is billed at one-half the normal hourly rate.

6                               **IV.**

7          **SUMMARY DESCRIPTION OF EXPENSES**

8    The Trustee incurred out-of-pocket costs in connection with services rendered to the

9  estates, summarized as follows:

10    **A.    Data Research and Retrieval ($83.39)**

11    This represents the actual Pacer charges for retrieval of pleadings and information from

12  the Court docket and data retrieval of certain tax documents and programs.  Also included are

13  actual tax software charges associated with income tax return preparation.

14    **B.    Overnight/Messenger Deliveries ($28.92)**

15    This consists of actual costs of overnight and messenger deliveries of documents.

16    **C. Document Moving and Storage ($9,640.53)**

17    This is actual cost of moving and storing case documents

18    **D.    Photocopies ($3.07)**

19    Applicant tracks photocopies by case code, and clients are billed at $.20 per page.

20    **E. Travel – Mileage ($53.24)**

21    This cost represents mileage traveled by Applicant from BRG office to Debtors' location.

22    **F. Travel – Parking ($48.10)**

23    This consists of actual parking costs.

24    .

25                               **V.**

26                         **CONCLUSION**

27    Applicant believes compensation awarded herein will account for the quality of services

28  rendered, the complexity of the issues at hand, the desirability of employment, the results

1  obtained and the contingency thereof, as well as the actual hours expended.  Applicant believes

2  payment of its fees is justified when weighed against the benefit of its work, as described above.

3         No agreement exists between Applicant and any other person for the sharing of

4  compensation that is received in connection with this case, except for the understanding

5  concerning compensation among its shareholders.

6         Notice of this fee application has been given to creditors and parties in interest.

7         WHEREFORE, Applicant respectfully requests the following: (a) interim allowance for

8  the fees incurred during the First Interim Reporting Periods in the amount of $123,312.00 (b)

9  reimbursement of expenses incurred during the First Interim Reporting Periods in the aggregate

10  amount of $9,857.25 and (c) any other relief that the Court deems just and proper.

11

12  Dated: January  7  , 2019                    Respectfully submitted,

13

14

15

16                                              Vernon L. Calder
17                                              Berkeley Research Group

18

19

20

21

22

23

24

25

26

27

28

8

## DECLARATION OF VERNON L. CALDER

I, Vernon L. Calder, declare as follows:

I am a Certified Public Accountant and am a managing director in the firm of Berkeley Research Group ("BRG"). I have read the foregoing *First Interim Application of Berkeley Research Group for Allowance and Payment of Compensation and Reimbursement of Expenses* (the "Application") and know the contents thereof. I certify that the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true.

The Application seeks interim allowance of compensation for fees and reimbursement of expenses incurred during the period September 21, 2016 through November 30, 2018 in the amounts of $123,312.00 and $9,857.25, respectively.

The Application also seeks interim approval for payment to BRG of such fees and expenses.

I believe the Application substantially complies with the U.S. Trustee Guidelines concerning professionals' fee applications.

I declare under penalty of perjury under the laws of the United States of America that the facts stated herein are true and correct to the best of my knowledge. Executed this _7th_ day of January, 2019, at Salt Lake City, Utah.

Vernon L. Calder, CPA

# EXHIBIT A



David K. Gottlieb, Chapter 7 Trustee
15233 Ventura Blvc., 9th Floor
Sherman Oaks, CA 91403

January 4, 2019
Client-Matter: 10243-15107
Invoice #: 74384
Tax ID # 27-1451273

---

**RE: Yashouafar Chapter 11 Bankruptcy**

5ervices Rendered From September 21, 2016 Through November 30, 2018

| | | |
|---|---|---|
| Professional Services | $  123,312.00 | USD |
| Expenses Incurred | 9,857.25 | |
| **CURRENT CHARGES** | **$  133,169.25** | **USD** |

**PAYMENT IS DUE BY January 4, 2019**

Please direct questions regarding this invoice to: Vernon Calder at (801) 321-0053 or vcalder@thinkbrg.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA  94608

**Please remit payment by wire or ACH to:**
Bank Name:      PNC Bank, N.A.
SWIFT:            PNCCUS33
ABA #:            031207607
Account Name:  Berkeley Research Group, LLC
Account #:        8026286672
Reference:        74384

Remittance advices are to be sent to:
remitadvice@thinkbrg.com



**BRG**
Berkeley Research Group

**Page 2 of 33**
**Invoice # 74384**

RE: Yashouafar Chapter 11 Bankruptcy

**Client-Matter:** 10243-015107

Services Rendered From September 21, 2016 Through November 30, 2018

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| Vernon Calder | 620.00 | 5.00 | 3,100.00 |
| Vernon Calder | 600.00 | 13.50 | 8,100.00 |
| Vernon Calder | 590.00 | 4.80 | 2,832.00 |
| Thomas Jeremiassen | 540.00 | 14.40 | 7,776.00 |
| Thomas Jeremiassen | 525.00 | 62.50 | 32,812.50 |
| | | | |
| **Associate Director** | | | |
| Nicholas Troszak | 470.00 | 11.40 | 5,358.00 |
| Nicholas Troszak | 445.00 | 19.40 | 8,633.00 |
| Leif Larsen | 460.00 | 9.20 | 4,232.00 |
| | | | |
| **Senior Managing Consultant** | | | |
| Leif Larsen | 460.00 | 45.50 | 20,930.00 |
| Leif Larsen | 435.00 | 12.50 | 5,437.50 |
| | | | |
| **Managing Consultant** | | | |
| Spencer Ferrero | 350.00 | 1.10 | 385.00 |
| Spencer Ferrero | 340.00 | 16.80 | 5,712.00 |
| | | | |
| **Consultant** | | | |
| Spencer Ferrero | 315.00 | 44.00 | 13,860.00 |
| | | | |
| **Case Assistant** | | | |
| Sherry L. Anthon | 190.00 | 0.10 | 19.00 |
| Evelyn Perry | 160.00 | 2.70 | 432.00 |
| Rowen Dizon | 160.00 | 13.90 | 2,224.00 |
| Rowen Dizon | 155.00 | 4.70 | 728.50 |
| Rowen Dizon | 80.00 | 2.80 | 224.00 |
| Kellee Calder | 125.00 | 3.70 | 462.50 |
| Victoria Calder | 90.00 | 0.60 | 54.00 |
| | | | |
| **Total Professional Services** | | **288.60** | **123,312.00** |



**BRG**
**Berkeley Research Group**

**Page 3 of 33**
**Invoice # 74384**
**RE:** Yashouafar Chapter 11 Bankruptcy     **Client-Matter:** 10243-015107

**EXPENSES**

| | |
|---|---:|
| Computer Software | 1.00 |
| Data Research | 31.09 |
| Data Retrieval | 51.30 |
| Express Messenger/Shipping | 28.92 |
| Other | 9,247.68 |
| Photocopies | 3.07 |
| Postage | 392.85 |
| Travel – Mileage | 53.24 |
| Travel – Parking | 48.10 |
| **Total Expenses** | **9,857.25** |


**BRG**
**Berkeley Research Group**

**Page 4 of 33**
**Invoice # 74384**

RE: Yashouafar Chapter 11 Bankruptcy

**Client-Matter:** 10243-015107

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 100 | Records Review and Management | 38.70 | 13,222.00 |
| 130 | Compliance Reporting | 26.40 | 10,727.50 |
| 150 | 341(a) Meetings | 12.40 | 6,325.00 |
| 200 | Asset Investigation and Analysis | 79.90 | 30,953.00 |
| 300 | Forensic Accounting | 6.80 | 3,600.00 |
| 700 | Tax Analysis | 46.70 | 24,001.50 |
| 710 | Tax Return Preparation | 71.00 | 32,211.50 |
| 920 | Employment Application | 3.90 | 2,047.50 |
| 950 | Case Related Travel | 2.80 | 224.00 |
| **Total Professional Services** | | **288.60** | **123,312.00** |


**BRG**
**Berkeley Research Group**

RE: Yashouafar Chapter 11 Bankruptcy

Services Rendered From September 21, 2016 Through November 30, 2018

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 100 - Records Review and Management** | | | | | |
| 10/20/16 | Thomas Jeremiassen | Review, analysis and emails with David Gottlieb, Jeremy Richards and debtors' counsel regarding documents needed. | 0.60 | 525.00 | 315.00 |
| 10/31/16 | Thomas Jeremiassen | Emails with Spencer Ferrero regarding additional documents provided by debtors. | 0.20 | 525.00 | 105.00 |
| 11/18/16 | Thomas Jeremiassen | Research, review and emails with Jeremy Richards regarding additional records needed for Madison Equities and S&R Equities. | 0.40 | 525.00 | 210.00 |
| 11/28/16 | Thomas Jeremiassen | Review and email to Haleh Fathi regarding requested documents and data for Madison and S&R. | 0.30 | 525.00 | 157.50 |
| 11/30/16 | Thomas Jeremiassen | Review and emails with Jeremy Richards regarding taking possession of files left in Encino suite. | 0.20 | 525.00 | 105.00 |
| 12/02/16 | Thomas Jeremiassen | Emails regarding records at ECP building. | 0.30 | 525.00 | 157.50 |
| 12/02/16 | Nicholas Troszak | Analyzed and reviewed documents located at 16661 Ventura Blvd., conversation with building security, compile photos and send email to superior re. building visit. | 1.10 | 445.00 | 489.50 |
| 12/05/16 | Thomas Jeremiassen | Emails with David Gottlieb and Jeremy Richards regarding records at ECP building. | 0.20 | 525.00 | 105.00 |
| 12/06/16 | Spencer Ferrero | Prepared for delivery of boxes from Yashouafar offices to storage location. | 0.30 | 315.00 | 94.50 |
| 12/06/16 | Thomas Jeremiassen | Emails with Jeremy Richards regarding requested documents for Madison Equities and S&R Equities. | 0.20 | 525.00 | 105.00 |
| 12/06/16 | Nicholas Troszak | Read and replied to emails re. upcoming document move, conversation with R. Boyle and staff re. building insurance requirements and timing. | 0.40 | 445.00 | 178.00 |
| 12/06/16 | Nicholas Troszak | Traveled to and visited 16661 Ventura Blvd. conversation with Joanna Deng, building security and R. Boyle re. moving boxes on Friday, December 9 and prep for move. | 0.90 | 445.00 | 400.50 |



**Berkeley Research Group**

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/08/16 | Nicholas Troszak | Read and replied to emails re. movement of documents from 16661 Ventura, timing, denial of access for 12/9/16 and solution to issues, conversation and update to superior and counsel re. same. | 1.10 | 445.00 | 489.50 |
| 01/03/17 | Nicholas Troszak | Read and replied to emails with Property Mgmt. Co re. removal of documents located at 16661 Ventura, timing on new owner review and timing on removal of documents. | 0.20 | 470.00 | 94.00 |
| 01/06/17 | Nicholas Troszak | Read and replied to emails re. status of document review at 16661 Ventura. | 0.20 | 470.00 | 94.00 |
| 01/20/17 | Nicholas Troszak | Read and replied to emails re. documents at 16661 Ventura, set up conference call re. same. | 0.20 | 470.00 | 94.00 |
| 01/27/17 | Nicholas Troszak | Read and replied to emails re. documents located at 16661 Ventura and timing on retrieval. | 0.40 | 470.00 | 188.00 |
| 01/31/17 | Nicholas Troszak | Read and replied to emails re. visit to obtain records at 16661 Ventura, work with staff and movers to prepare for move. | 0.20 | 470.00 | 94.00 |
| 02/01/17 | Nicholas Troszak | Read and replied to emails re. document retrieval at 16661 Ventura and work with staff to prepare. | 0.30 | 470.00 | 141.00 |
| 02/02/17 | Nicholas Troszak | Read and replied to emails with Trigild re. document retrieval from 16661 Ventura Blvd. and prepare for move. | 0.30 | 470.00 | 141.00 |
| 02/03/17 | Rowen Dizon | Picked up boxes from 16661 Ventura boulevard building and transfer to BRG Century City office. | 9.60 | 160.00 | 1,536.00 |
| 02/03/17 | Spencer Ferrero | Reviewed and analyzed boxes received relating to Solyman Yashouafar. | 1.80 | 340.00 | 612.00 |
| 02/03/17 | Spencer Ferrero | Reviewed and analyzed boxes received relating to Massoud Yashouafar. | 2.60 | 340.00 | 884.00 |
| 02/03/17 | Nicholas Troszak | Analyzed and reviewed documents located 16661 Ventura Blvd. (middle left office) in order to move records to 2029 Century Park East storage location. | 1.80 | 470.00 | 846.00 |
| 02/03/17 | Nicholas Troszak | Analyzed and reviewed documents related to Alliance Property Investments, scanned information and sent to counsel. | 0.40 | 470.00 | 188.00 |


**BRG**
**Berkeley Research Group**

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/03/17 | Nicholas Troszak | Analyzed and reviewed documents located 16661 Ventura Blvd. (front right office) in order to move records to 2029 Century Park East storage location. | 1.70 | 470.00 | 799.00 |
| 02/03/17 | Nicholas Troszak | Analyzed and reviewed documents located 16661 Ventura Blvd. (front left office) in order to move records to 2029 Century Park East storage location. | 1.10 | 470.00 | 517.00 |
| 02/09/17 | Thomas Jeremiassen | Review, emails and discussions regarding records review and transfer from Encino office. | 0.30 | 540.00 | 162.00 |
| 02/09/17 | Nicholas Troszak | Read and replied to emails re. document retrieval at 16661 Ventura Blvd. and set up visit for Friday, January 10, 2017. | 0.20 | 470.00 | 94.00 |
| 02/10/17 | Rowen Dizon | Moved boxes from 16661 Ventura Blvd Bldg to BRG office. | 4.30 | 160.00 | 688.00 |
| 02/10/17 | Spencer Ferrero | Reviewed and analyzed boxes received related to Solyman Yashouafar. | 0.80 | 340.00 | 272.00 |
| 02/10/17 | Spencer Ferrero | Reviewed and analyzed boxes received related to Massoud Yashouafar. | 0.60 | 340.00 | 204.00 |
| 02/10/17 | Thomas Jeremiassen | Discussions and emails with Nick Troszak and Jeremy Richards regarding records review and transfer from Encino office. | 0.30 | 540.00 | 162.00 |
| 02/10/17 | Nicholas Troszak | Analyzed and reviewed documents located 16661 Ventura Blvd. (back right office) in order to move records to 2029 Century Park East storage location. | 1.20 | 470.00 | 564.00 |
| 02/10/17 | Nicholas Troszak | Read and replied to emails re. documentation retention and review, send email to Yashouafar representative re. review of additional records. | 0.40 | 470.00 | 188.00 |
| 02/10/17 | Nicholas Troszak | Analyzed and reviewed documents located 16661 Ventura Blvd. (back left office) in order to move records to 2029 Century Park East storage location. | 1.00 | 470.00 | 470.00 |
| 02/13/17 | Nicholas Troszak | Read and replied to emails related to review of documents under Yashouafar's control. | 0.20 | 470.00 | 94.00 |
| 02/14/17 | Thomas Jeremiassen | Emails with Nick Troszak and Hoiley Fathi regarding review of documents. | 0.20 | 540.00 | 108.00 |


**Berkeley Research Group**

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/14/17 | Nicholas Troszak | Analyzed and reviewed professional review and moving fees of Reggie Boyle and submit to BRG for payment. | 0.20 | 470.00 | 94.00 |
| 02/14/17 | Nicholas Troszak | Read and replied to emails re. visit to 16917 Ventura Blvd. and conversation with counsel re. same. | 0.20 | 470.00 | 94.00 |
| 02/16/17 | Thomas Jeremiassen | Review of new API documents put in dropbox. | 0.40 | 540.00 | 216.00 |
| 02/16/17 | Nicholas Troszak | Read and replied to emails re. additional documents in the debtors possession and timing for review. | 0.10 | 470.00 | 47.00 |
| 02/28/17 | Thomas Jeremiassen | Emails with Jeremy Richards and Nick Troszak regarding imaging of electronic data. | 0.20 | 540.00 | 108.00 |
| 02/28/17 | Nicholas Troszak | Read and replied to emails with E-Discovery Team re. typical protocol for imaging and capturing ESI/data and describe Yashouafar's matter/possible issues. | 0.50 | 470.00 | 235.00 |
| 03/02/17 | Nicholas Troszak | Analyzed and reviewed documents received from Debtors and downloaded to network. | 0.20 | 470.00 | 94.00 |
| 03/08/17 | Nicholas Troszak | Read and replied to emails from J. Deng (16661 Ventura Blvd property manager) regarding Figueroa floor plan documents conversation with superior re. same. | 0.40 | 470.00 | 188.00 |
| | | **Total for Task Code 100** | **38.70** | | **13,222.00** |
| **Task Code: 130 - Compliance Reporting** | | | | | |
| 10/19/16 | Nicholas Troszak | Read and replied to emails re. documents received and completion of September 2016 MOR's. | 0.30 | 445.00 | 133.50 |
| 10/20/16 | Thomas Jeremiassen | Reviewed and emails and discussion with Nick Troszak and Spencer Ferrero regarding September monthly operating reports for both estates. | 0.30 | 525.00 | 157.50 |
| 10/27/16 | Spencer Ferrero | Prepared September 2016 monthly operating reports. | 0.60 | 315.00 | 189.00 |
| 10/27/16 | Thomas Jeremiassen | Research, review and emails with David Gottlieb and Spencer Ferrero regarding September monthly operating reports. | 0.50 | 525.00 | 262.50 |
| 10/28/16 | Spencer Ferrero | Prepared September 2016 monthly operating reports. | 1.80 | 315.00 | 567.00 |



RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/28/16 | Thomas Jeremiassen | Review and revision of September 2016 monthly operating report for Solyman Yashouafar estate and emails with Spencer Ferrero and David Gottlieb. | 1.30 | 525.00 | 682.50 |
| 10/28/16 | Thomas Jeremiassen | Review and revision of September 2016 monthly operating report for Massoud Yashouafar estate and emails with Spencer Ferrero and David Gottlieb. | 1.30 | 525.00 | 682.50 |
| 11/11/16 | Spencer Ferrero | Prepared October 2016 monthly operating reports. | 0.30 | 315.00 | 94.50 |
| 11/30/16 | Spencer Ferrero | Prepared October 2016 monthly operating report for Massoud Yashouafar. | 0.30 | 315.00 | 94.50 |
| 11/30/16 | Thomas Jeremiassen | Reviewed draft 10/16 monthly operating report for Massoud estate and emails with Spencer Ferrero. | 0.30 | 525.00 | 157.50 |
| 12/02/16 | Spencer Ferrero | Prepared October 2016 monthly operating report for Massoud Yashouafar. | 0.30 | 315.00 | 94.50 |
| 12/02/16 | Thomas Jeremiassen | Reviewed October 2016 monthly operating report for Massoud and emails with Spencer Ferrero. | 0.20 | 525.00 | 105.00 |
| 12/05/16 | Spencer Ferrero | Prepared October 2016 monthly operating report for Massoud Yashouafar. | 0.30 | 315.00 | 94.50 |
| 12/05/16 | Spencer Ferrero | Prepared October 2016 monthly operating report for Solyman Yashouafar. | 0.40 | 315.00 | 126.00 |
| 12/06/16 | Spencer Ferrero | Prepared October 2016 monthly operating report for Solyman Yashouafar. | 0.70 | 315.00 | 220.50 |
| 12/06/16 | Thomas Jeremiassen | Review of October 2016 monthly operating reports and emails with Spencer Ferrero. | 0.30 | 525.00 | 157.50 |
| 12/12/16 | Spencer Ferrero | Prepared November 2016 monthly operating report for Massoud Yashouafar. | 0.20 | 315.00 | 63.00 |
| 12/12/16 | Thomas Jeremiassen | Reviewed November 2016 monthly operating report for Massoud and emails with Spencer Ferrero. | 0.30 | 525.00 | 157.50 |
| 12/20/16 | Thomas Jeremiassen | Review and revision of November 2016 monthly operating report for Solyman and emails with Renee Johnson. | 0.70 | 525.00 | 367.50 |
| 12/21/16 | Thomas Jeremiassen | Reviewed and finalized November 2016 monthly operating report for Massoud estate and emailed trustee. | 0.30 | 525.00 | 157.50 |



**Page 10 of 33**
**Invoice # 74384**

RE: Yashouafar Chapter 11 Bankruptcy                    Client-Matter: 10243-015107

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/21/16 | Thomas Jeremiassen | Reviewed and finalized November 2016 monthly operating report for Solyman estate and emailed trustee. | 0.40 | 525.00 | 210.00 |
| 01/04/17 | Spencer Ferrero | Prepared December 2016 monthly operating report for Solyman Yashouafar. | 0.20 | 340.00 | 68.00 |
| 01/04/17 | Spencer Ferrero | Prepared December 2016 monthly operating report for Massoud Yashouafar. | 0.30 | 340.00 | 102.00 |
| 01/13/17 | Thomas Jeremiassen | Reviewed December 2016 monthly operating report for Massoud and emails with Spencer Ferrero. | 0.30 | 540.00 | 162.00 |
| 01/17/17 | Thomas Jeremiassen | Reviewed December 2016 monthly operating report for Massoud and emails with Spencer Ferrero. | 0.20 | 540.00 | 108.00 |
| 01/25/17 | Spencer Ferrero | Prepared December 2016 monthly operating report for Solyman Yashouafar. | 0.60 | 340.00 | 204.00 |
| 01/27/17 | Spencer Ferrero | Prepared December 2016 monthly operating report for Solyman Yashouafar. | 0.30 | 340.00 | 102.00 |
| 01/27/17 | Thomas Jeremiassen | Review of December 2016 monthly operating report for Solyman and emails with Spencer Ferrero. | 0.30 | 540.00 | 162.00 |
| 01/30/17 | Spencer Ferrero | Prepared December 2016 monthly operating report for Massound Yashouafar. | 0.10 | 340.00 | 34.00 |
| 01/30/17 | Spencer Ferrero | Prepared December 2016 monthly operating report for Solyman Yashouafar. | 0.10 | 340.00 | 34.00 |
| 01/30/17 | Thomas Jeremiassen | Emails with Spencer Ferrero regarding December 2016 monthly operating reports. | 0.10 | 540.00 | 54.00 |
| 02/07/17 | Spencer Ferrero | Prepared January 2017 monthly operating report for Massoud Yashouafar. | 0.30 | 340.00 | 102.00 |
| 02/07/17 | Spencer Ferrero | Prepared January 2017 monthly operating report for Solyman Yashouafar. | 0.50 | 340.00 | 170.00 |
| 02/10/17 | Thomas Jeremiassen | Reviewed January 2017 monthly operating report for Massoud and emails with Spencer Ferrero. | 0.30 | 540.00 | 162.00 |
| 02/10/17 | Thomas Jeremiassen | Reviewed January 2017 monthly operating report for Solyman and emails with Spencer Ferrero. | 0.30 | 540.00 | 162.00 |
| 02/14/17 | Spencer Ferrero | Prepared January 2017 monthly operating report for Massoud Yashouafar. | 0.20 | 340.00 | 68.00 |
| 02/14/17 | Spencer Ferrero | Prepared January 2017 monthly operating report for Solyman Yashouafar. | 0.20 | 340.00 | 68.00 |



RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/10/17 | Spencer Ferrero | Prepared February 2017 monthly operating report for Massoud Yashouafar. | 0.20 | 340.00 | 68.00 |
| 03/10/17 | Spencer Ferrero | Prepared February 2017 monthly operating report for Solyman Yashouafar. | 0.40 | 340.00 | 136.00 |
| 03/14/17 | Thomas Jeremiassen | Reviewed February monthly operating report for Massoud and emails with Spencer Ferrero. | 0.20 | 540.00 | 108.00 |
| 03/14/17 | Thomas Jeremiassen | Reviewed February monthly operating report for Solyman and emails with Spencer Ferrero. | 0.20 | 540.00 | 108.00 |
| 03/17/17 | Spencer Ferrero | Prepared February 2017 monthly operating report for Solyman Yashouafar. | 0.30 | 340.00 | 102.00 |
| 03/17/17 | Spencer Ferrero | Prepared February 2017 monthly operating report for Massoud Yashouafar. | 0.20 | 340.00 | 68.00 |
| 04/11/17 | Spencer Ferrero | Prepared March 2017 monthly operating report for Massoud Yashouafar. | 0.30 | 340.00 | 102.00 |
| 04/11/17 | Spencer Ferrero | Prepared March 2017 monthly operating report for Solyman Yashouafar. | 0.40 | 340.00 | 136.00 |
| 04/12/17 | Thomas Jeremiassen | Reviewed March 2017 monthly operating report for Massoud and emails with Spencer Ferrero. | 0.20 | 540.00 | 108.00 |
| 04/12/17 | Thomas Jeremiassen | Reviewed March 2017 monthly operating report for Solyman and emails with Spencer Ferrero. | 0.20 | 540.00 | 108.00 |
| 05/15/17 | Spencer Ferrero | Prepared April 2017 monthly operating report for Massoud Yashouafar. | 0.20 | 340.00 | 68.00 |
| 05/15/17 | Spencer Ferrero | Prepared April 2017 monthly operating report for Solyman Yashouafar. | 0.30 | 340.00 | 102.00 |
| 05/16/17 | Spencer Ferrero | Prepared April 2017 monthly operating report for Solyman Yashouafar. | 0.30 | 340.00 | 102.00 |
| 05/19/17 | Spencer Ferrero | Prepared April 2017 monthly operating report for Solyman Yashouafar. | 0.30 | 340.00 | 102.00 |
| 05/19/17 | Spencer Ferrero | Prepared April 2017 monthly operating report for Massoud Yashouafar. | 0.30 | 340.00 | 102.00 |
| 05/19/17 | Thomas Jeremiassen | Reviewed April 2017 monthly operating report for Massoud and emails with Spencer Ferrero. | 0.20 | 540.00 | 108.00 |
| 05/19/17 | Thomas Jeremiassen | Reviewed April 2017 monthly operating report for Solyman and emails with Spencer Ferrero. | 0.20 | 540.00 | 108.00 |



**BRG**
Berkeley Research Group

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/20/17 | Spencer Ferrero | Prepared May 2017 monthly operating report for Massoud Yashouafar. | 0.20 | 340.00 | 68.00 |
| 06/20/17 | Spencer Ferrero | Prepared May 2017 monthly operating report for Solyman Yashouafar. | 0.20 | 340.00 | 68.00 |
| 06/20/17 | Thomas Jeremiassen | Reviewed May 2017 monthly operating report for Solyman and emails with Spencer Ferrero. | 0.20 | 540.00 | 108.00 |
| 06/20/17 | Thomas Jeremiassen | Reviewed May 2017 monthly operating report for Massoud and emails with Spencer Ferrero. | 0.20 | 540.00 | 108.00 |
| 07/20/17 | Spencer Ferrero | Prepared June 2017 monthly operating report for Massoud and Solyman Yashouafar. | 0.50 | 340.00 | 170.00 |
| 08/16/17 | Spencer Ferrero | Prepared July 2017 monthly operating report for Massoud Yashouafar. | 0.30 | 340.00 | 102.00 |
| 08/30/17 | Spencer Ferrero | Prepared July 2017 monthly operating reports for Massoud and Solyman Yashouafar. | 0.40 | 340.00 | 136.00 |
| 08/31/17 | Spencer Ferrero | Prepared July 2017 monthly operating reports for Massoud and Solyman Yashouafar. | 0.20 | 340.00 | 68.00 |
| 09/01/17 | Spencer Ferrero | Prepared July 2017 monthly operating reports. | 0.40 | 340.00 | 136.00 |
| 10/19/17 | Spencer Ferrero | Prepared September 2017 monthly operating report for Massoud Yashouafar. | 0.40 | 340.00 | 136.00 |
| 10/19/17 | Spencer Ferrero | Prepared September 2017 monthly operating report for Solyman Yashouafar. | 0.50 | 340.00 | 170.00 |
| 11/17/17 | Spencer Ferrero | Prepared October 2017 monthly operating report for Massoud and Solyman Yashouafar cases. | 0.30 | 340.00 | 102.00 |
| 11/30/17 | Thomas Jeremiassen | Reviewed October 2017 monthly operating report for Solyman and emails with Spencer Ferrero. | 0.20 | 540.00 | 108.00 |
| 11/30/17 | Thomas Jeremiassen | Reviewed October 2017 monthly operating report for Massoud and emails with Spencer Ferrero. | 0.20 | 540.00 | 108.00 |
| 12/08/17 | Spencer Ferrero | Prepared November 2017 monthly operating report for Massoud and Solyman Yashouafar. | 0.70 | 340.00 | 238.00 |
| 12/08/17 | Spencer Ferrero | Prepared amended October 2017 monthly operating report for Solyman Yashouafar. | 0.40 | 340.00 | 136.00 |


**Berkeley Research Group**

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/08/17 | Thomas Jeremiassen | Reviewed revised October monthly operating report for Solyman estate and emails with Spencer Ferrero. | 0.20 | 540.00 | 108.00 |
| 01/11/18 | Spencer Ferrero | Prepared December 2017 monthly operating reports for Massoud & Solyman Yashouafar. | 0.70 | 350.00 | 245.00 |
| 01/12/18 | Spencer Ferrero | Prepared December 2017 monthly operating reports for Massoud & Solyman Yashouafar. | 0.20 | 350.00 | 70.00 |
| 01/30/18 | Spencer Ferrero | Prepared December 2017 monthly operating reports for Massoud and Solyman Yashouafar. | 0.20 | 350.00 | 70.00 |
| | | **Total for Task Code 130** | **26.40** | | **10,727.50** |
| **Task Code: 150 - 341(a) Meetings** | | | | | |
| 10/19/16 | Thomas Jeremiassen | Discussions with David Gottlieb, Jeremy Richards and Margaux Ross regarding case issues. | 0.60 | 525.00 | 315.00 |
| 10/19/16 | Thomas Jeremiassen | Attended 341(a) meeting for Massoud Yashouafar. | 2.00 | 525.00 | 1,050.00 |
| 10/19/16 | Thomas Jeremiassen | Review of schedules, statements of financial affairs and partnership documents in preparation of 341(a) meeting for Massoud Yashouafar. | 1.20 | 525.00 | 630.00 |
| 11/07/16 | Rowen Dizon | Reviewed and compiled various documents for Thomas Jeremiassen for the 341a meeting. | 0.50 | 155.00 | 77.50 |
| 11/07/16 | Thomas Jeremiassen | Research, review and preparation for November 8th 341(a) meetings for both debtors. | 2.60 | 525.00 | 1,365.00 |
| 11/08/16 | Thomas Jeremiassen | Attended 341(a) meeting for Solyman. | 2.50 | 525.00 | 1,312.50 |
| 11/08/16 | Thomas Jeremiassen | Attended 341(a) meeting for Massoud. | 3.00 | 525.00 | 1,575.00 |
| | | **Total for Task Code 150** | **12.40** | | **6,325.00** |
| **Task Code: 200 - Asset Investigation and Analysis** | | | | | |
| 09/22/16 | Thomas Jeremiassen | Emails with David Gottlieb regarding information and documents for related entities that hold properties. | 0.20 | 525.00 | 105.00 |
| 09/26/16 | Thomas Jeremiassen | Teleconference with David Gottlieb and Jeremy Richards regarding orientation, status and work to be done. | 0.70 | 525.00 | 367.50 |


**Berkeley Research Group**

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/26/16 | Thomas Jeremiassen | Research, review and telephone discussion with Holly Fathi regarding information and documents needed on related entities. | 0.30 | 525.00 | 157.50 |
| 09/27/16 | Thomas Jeremiassen | Research and review regarding entities in which debtors have an interest and emails with David Gottlieb and Jeremy Richards regarding information and documents to request from debtors. | 1.30 | 525.00 | 682.50 |
| 10/06/16 | Thomas Jeremiassen | Reviewed documents on partnerships provided by debtors. | 0.30 | 525.00 | 157.50 |
| 10/10/16 | Thomas Jeremiassen | Reviewed schedules, statements of financial affairs and 7 day packages filed by debtors and emails with Jeremy Richards. | 0.80 | 525.00 | 420.00 |
| 10/14/16 | Spencer Ferrero | Reviewed assets to determine ownership percentages. | 1.60 | 315.00 | 504.00 |
| 10/14/16 | Spencer Ferrero | Reviewed entities to determine ownership percentages. | 1.70 | 315.00 | 535.50 |
| 10/14/16 | Thomas Jeremiassen | Reviewed of partnership documents and discussion with Spencer Ferrero regarding analysis. | 0.40 | 525.00 | 210.00 |
| 10/17/16 | Spencer Ferrero | Reviewed entities to determine ownership percentages. | 1.30 | 315.00 | 409.50 |
| 10/17/16 | Spencer Ferrero | Reviewed assets to determine ownership percentages. | 1.60 | 315.00 | 504.00 |
| 10/18/16 | Spencer Ferrero | Reviewed entities to determine ownership percentages. | 0.80 | 315.00 | 252.00 |
| 10/18/16 | Thomas Jeremiassen | Review and discussions and emails with Nick Troszak and David Gottlieb regarding analysis of related entity and real property analysis. | 0.80 | 525.00 | 420.00 |
| 10/18/16 | Nicholas Troszak | Analyzed and reviewed corporate records of multiple companies in order to determine ownership percentage of entity and physical asset owned by entity. (Assets #'s 13- 24). | 1.70 | 445.00 | 756.50 |
| 10/18/16 | Nicholas Troszak | Analyzed and reviewed corporate records of multiple companies in order to determine ownership percentage of entity and physical asset owned by entity. (Assets #'s 25- 36). | 1.50 | 445.00 | 667.50 |



RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/18/16 | Nicholas Troszak | Analyzed and reviewed corporate records of multiple companies in order to determine ownership percentage of entity and physical asset owned by entity. (Assets #'s 1-12). | 1.40 | 445.00 | 623.00 |
| 10/19/16 | Spencer Ferrero | Reviewed assets to determine ownership percentages. | 0.70 | 315.00 | 220.50 |
| 10/19/16 | Spencer Ferrero | Reviewed and analyzed documents received in order to update entity and asset ownerships. | 1.10 | 315.00 | 346.50 |
| 10/19/16 | Spencer Ferrero | Reviewed entities to determine ownership percentages. | 0.80 | 315.00 | 252.00 |
| 10/19/16 | Thomas Jeremiassen | Review of additional partnership documents received and emails with Spencer Ferrero. | 1.00 | 525.00 | 525.00 |
| 10/20/16 | Spencer Ferrero | Reviewed and analyzed assets to create flowcharts of historical ownership. | 1.40 | 315.00 | 441.00 |
| 10/20/16 | Spencer Ferrero | Reviewed and analyzed entities to create flowcharts of historical ownership. | 1.20 | 315.00 | 378.00 |
| 10/20/16 | Nicholas Troszak | Analyzed and reviewed documents received re. 1525 Taylor St. ownership, created flowchart of ownership, conversation with superior and work with staff to create additional flowcharts. | 0.40 | 445.00 | 178.00 |
| 10/20/16 | Nicholas Troszak | Analyzed and reviewed Internet databases for additional LLC ownership by M & S Yashouafar. | 0.60 | 445.00 | 267.00 |
| 10/20/16 | Nicholas Troszak | Analyzed and reviewed documents received re. 660 S. Figueroa ownership, created flowchart of ownership, conversation with superior and work with staff to create additional flowcharts. | 1.50 | 445.00 | 667.50 |
| 10/21/16 | Spencer Ferrero | Reviewed and analyzed assets to create flowcharts of historical ownership. | 1.20 | 315.00 | 378.00 |
| 10/21/16 | Thomas Jeremiassen | Reviewed draft motion to convert and emails with Jeremy Richards regarding revisions. | 0.50 | 525.00 | 262.50 |
| 10/24/16 | Spencer Ferrero | Reviewed and analyzed assets to create flowcharts of historical ownership. | 2.10 | 315.00 | 661.50 |
| 10/24/16 | Spencer Ferrero | Reviewed and analyzed entities to create flowcharts of historical ownership. | 1.80 | 315.00 | 567.00 |
| 10/24/16 | Thomas Jeremiassen | Review and discussions with Nick Troszak regarding real property flowchart. | 0.40 | 525.00 | 210.00 |



RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/25/16 | Nicholas Troszak | Analyzed and reviewed asset flowcharts, conversation with staff re. updates and changes. | 0.70 | 445.00 | 311.50 |
| 10/26/16 | Spencer Ferrero | Reviewed and analyzed entities to create flowcharts of historical ownership. | 1.60 | 315.00 | 504.00 |
| 10/26/16 | Spencer Ferrero | Reviewed and analyzed assets to create flowcharts of historical ownership. | 1.80 | 315.00 | 567.00 |
| 10/26/16 | Thomas Jeremiassen | Emails with trustee and Rowen Dizon regarding visit to debtors' homes. | 0.20 | 525.00 | 105.00 |
| 10/27/16 | Spencer Ferrero | Reviewed and analyzed tax returns to identify purchase and sale price in order to create flowcharts of historical ownership. | 2.10 | 315.00 | 661.50 |
| 10/27/16 | Spencer Ferrero | Reviewed and analyzed entities to create flowcharts of historical ownership. | 2.20 | 315.00 | 693.00 |
| 10/27/16 | Spencer Ferrero | Reviewed and analyzed assets to create flowcharts of historical ownership. | 2.30 | 315.00 | 724.50 |
| 10/27/16 | Thomas Jeremiassen | Reviewed lilulian objection to ECP property sale and emails with Jeremy Richards. | 0.40 | 525.00 | 210.00 |
| 10/27/16 | Leif Larsen | Analyzed tax records of related entities. | 0.20 | 435.00 | 87.00 |
| 10/28/16 | Spencer Ferrero | Reviewed and analyzed tax returns to identify purchase and sale price in order to create flowcharts of historical ownership. | 1.30 | 315.00 | 409.50 |
| 11/01/16 | Spencer Ferrero | Reviewed and analyzed current status of asset flowcharts. | 0.30 | 315.00 | 94.50 |
| 11/01/16 | Thomas Jeremiassen | Emails with David Gottlieb, Jeremy Richards and Rowen Dizon regarding inspections of debtors' homes. | 0.30 | 525.00 | 157.50 |
| 11/01/16 | Thomas Jeremiassen | Research, review and discussions with Nick Troszak regarding real property analysis. | 0.70 | 525.00 | 367.50 |
| 11/01/16 | Nicholas Troszak | Analyzed and reviewed asset list and flow charts, conversation with superior and staff re. next steps, updates and preparation for 341a meeting. | 1.20 | 445.00 | 534.00 |
| 11/02/16 | Spencer Ferrero | Reviewed and analyzed asset flowcharts in order to create simplified version for presentations. | 2.40 | 315.00 | 756.00 |
| 11/02/16 | Spencer Ferrero | Reviewed and analyzed current status of asset flowcharts. | 2.20 | 315.00 | 693.00 |
| 11/02/16 | Thomas Jeremiassen | Emails with David Gottlieb regarding debtors' house inspections. | 0.20 | 525.00 | 105.00 |



RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/02/16 | Nicholas Troszak | Analyzed and reviewed asset list, flowcharts and LLC list in order to create summary for 341a hearing, conversation with staff re. same. | 0.90 | 445.00 | 400.50 |
| 11/02/16 | Nicholas Troszak | Analyzed and reviewed asset flowcharts, conversation with superior and staff re. same and work with staff to update. | 0.60 | 445.00 | 267.00 |
| 11/03/16 | Rowen Dizon | Traveled from/to BRG office to 910 N. Rexford for property inspection with David Gottlieb, Scott Van Horn and Mr. & Mrs Yashouafar. | 1.90 | 155.00 | 294.50 |
| 11/03/16 | Spencer Ferrero | Reviewed and analyzed current status of asset flowcharts. | 2.40 | 315.00 | 756.00 |
| 11/03/16 | Spencer Ferrero | Reviewed and analyzed asset flowcharts in order to create simplified version for presentations. | 2.20 | 315.00 | 693.00 |
| 11/03/16 | Thomas Jeremiassen | Research, review and emails with Jeremy Richards regarding White Oak lease. | 0.20 | 525.00 | 105.00 |
| 11/03/16 | Thomas Jeremiassen | Research and analysis of various real property ownership flowcharts and emails with Nick Troszak and Spencer Ferrero. | 2.10 | 525.00 | 1,102.50 |
| 11/03/16 | Thomas Jeremiassen | Review and emails with David Gottlieb and Jeremy Richards regarding Madison Equities and S&R Equities. | 0.20 | 525.00 | 105.00 |
| 11/03/16 | Thomas Jeremiassen | Review of debtors' opposition to ECP abandonment and emails with Jeremy Richards. | 0.30 | 525.00 | 157.50 |
| 11/03/16 | Thomas Jeremiassen | Review and analysis of real property summary and emails with Nick Troszak. | 0.50 | 525.00 | 262.50 |
| 11/03/16 | Nicholas Troszak | Analyzed and reviewed asset flowcharts, conversation with superior and staff re. same and work with staff to update. | 0.70 | 445.00 | 311.50 |
| 11/03/16 | Nicholas Troszak | Analyzed and reviewed asset list, flowcharts and LLC list in order to create summary for 341a hearing, conversation with staff re. same. | 1.30 | 445.00 | 578.50 |
| 11/04/16 | Spencer Ferrero | Reviewed and analyzed asset flowcharts in order to create simplified version for presentations. | 0.70 | 315.00 | 220.50 |



RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/04/16 | Thomas Jeremiassen | Research, analysis and revision of real property analysis and emailed David Gottlieb and Jeremy Richards. | 1.30 | 525.00 | 682.50 |
| 11/04/16 | Thomas Jeremiassen | Research, review and analysis of ownership structure of various real properties and revised flowcharts. | 2.40 | 525.00 | 1,260.00 |
| 11/04/16 | Nicholas Troszak | Analyzed and reviewed asset list, flowcharts and LLC list in order to create summary for 341a hearing, conversation with staff re. same. | 0.90 | 445.00 | 400.50 |
| 11/04/16 | Nicholas Troszak | Analyzed and reviewed SOFA's, asset flowcharts, conversation with superior and staff re. same and work with staff to update. | 2.20 | 445.00 | 979.00 |
| 11/21/16 | Rowen Dizon | Traveled from/to BRG office to debtor's Encino residence for inspection of personal property. | 2.30 | 155.00 | 356.50 |
| 11/29/16 | Thomas Jeremiassen | Emails with David Gottlieb and Jeremy Richards regarding reports to provide committee. | 0.20 | 525.00 | 105.00 |
| 12/09/16 | Thomas Jeremiassen | Review and revision of real property analysis and emails with Ashley McDow and Fahim Farivar. | 0.50 | 525.00 | 262.50 |
| 02/21/17 | Thomas Jeremiassen | Review of API documents and emails with David Gottlieb and Jeremy Richards. | 0.40 | 540.00 | 216.00 |
| 04/28/17 | Thomas Jeremiassen | Research, review and analysis of ownership transfers of Oklahoma City building and emails with David Gottlieb and Jeremy Richards. | 1.20 | 540.00 | 648.00 |
| 05/05/17 | Spencer Ferrero | Reviewed and analyzed property documents related to 770 Garden Avenue property. | 0.50 | 340.00 | 170.00 |
| 06/29/17 | Thomas Jeremiassen | Research, review of various tax returns and emails with David Gottlieb regarding liabilities and ownership of Madison Equities and S&R Equities. | 0.70 | 540.00 | 378.00 |
| 07/10/17 | Thomas Jeremiassen | Research, review and emails with Jeremy Richards and Henry David regarding tax returns and accounting information for Madison Equities and S&R Equities. | 0.80 | 540.00 | 432.00 |
| 09/12/17 | Thomas Jeremiassen | Research, review and emails with Jeremy Richards regarding Roosevelt Lofts tax returns for 2012-2015. | 0.40 | 540.00 | 216.00 |



**Berkeley Research Group**

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/20/17 | Thomas Jeremiassen | Research, review and emails with Jeremy Richards regarding debtors' 2014 and 2015 tax returns. | 0.40 | 540.00 | 216.00 |
| 11/30/17 | Thomas Jeremiassen | Teleconference and emails with Jonathan Kim, David Gottlieb, Vernon Calder and Leif Larsen regarding JCBL Trust and litigation to recover. | 0.50 | 540.00 | 270.00 |
| | | **Total for Task Code 200** | **79.90** | | **30,953.00** |
| **Task Code: 300 - Forensic Accounting** | | | | | |
| 11/14/16 | Thomas Jeremiassen | Reviewed Wells Fargo account #5273 statement in the name of Parinaz Yashouafar for 9/15 through 9/16 and emails with David Gottlieb and Jeremy Richards. | 0.50 | 525.00 | 262.50 |
| 11/14/16 | Thomas Jeremiassen | Review and emails with Spencer Ferrero and Jeremy Richards regarding requested bank documents for Madison Equities and S&R Equities. | 0.20 | 525.00 | 105.00 |
| 11/17/16 | Thomas Jeremiassen | Reviewed Madison Equities and S&R Equities bank statements for 2016 and emails with Jeremy Richards and David Gottlieb regarding activity. | 0.80 | 525.00 | 420.00 |
| 12/19/16 | Thomas Jeremiassen | Review of Madison Equities and S&R Equities bank documents and data added to the dropbox and emails with David Gottlieb and Jeremy Richards. | 0.70 | 525.00 | 367.50 |
| 12/21/16 | Thomas Jeremiassen | Review, analysis and preparation of Madison Equities cash receipts and disbursements summaries for August 2015 through October 2016 and emailed David Gottlieb and Jeremy Richards. | 1.30 | 525.00 | 682.50 |
| 12/21/16 | Thomas Jeremiassen | Review, analysis and preparation of S&R Equities cash receipts and disbursements summaries for August 2015 through October 2016 and emailed David Gottlieb and Jeremy Richards. | 1.30 | 525.00 | 682.50 |
| 01/17/17 | Thomas Jeremiassen | Research, review and analysis of cash transactions for Madison Equities and S&Y Equities for August 2015 to October 2016. | 0.90 | 540.00 | 486.00 |
| 01/18/17 | Thomas Jeremiassen | Research, review and analysis of Madison Equities and S&Y Equities transactions and emails with Jeremy Richards regarding summaries. | 1.10 | 540.00 | 594.00 |



RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **Total for Task Code 300** | **6.80** | | **3,600.00** |
| **Task Code: 700 - Tax Analysis** | | | | | |
| 09/21/16 | Thomas Jeremiassen | Reviewed 2011-2014 income tax returns of Massoud and Solyman Yashouafar and emails with David Gottlieb. | 0.80 | 525.00 | 420.00 |
| 09/22/16 | Thomas Jeremiassen | Reviewed debtors' tax returns and phoned the preparer. | 0.40 | 525.00 | 210.00 |
| 09/23/16 | Thomas Jeremiassen | Reviewed information and documents regarding Encino Corporate Plaza, analysis of tax impact of a sale and emails with David Gottlieb. | 1.20 | 525.00 | 630.00 |
| 10/07/16 | Thomas Jeremiassen | Review and emails with Jeremy Richards and David Gottlieb regarding Encino Corporate Plaza tax issues. | 0.30 | 525.00 | 157.50 |
| 10/10/16 | Vernon Calder | Consulted with tax staff regarding tax issues associated with anticipated foreclosure on assets. Discussed whether equity interest should be abandoned prior to foreclosure. | 0.10 | 590.00 | 59.00 |
| 10/10/16 | Thomas Jeremiassen | Review and emails with Leif Larsen and Jeremy Richards regarding Encino Corporation Plaza tax issues and possible abandonment. | 0.40 | 525.00 | 210.00 |
| 10/10/16 | Leif Larsen | Analyzed tax ramifications related to potential foreclosure. | 0.40 | 435.00 | 174.00 |
| 10/12/16 | Thomas Jeremiassen | Research, review and emails with trustee and Jeremy Richards regarding information needed for tax and sale projections for Sky Las Vegas and Oklahoma City properties. | 1.00 | 525.00 | 525.00 |
| 10/12/16 | Leif Larsen | Analyzed tax issues related to potential sale of real property. | 0.40 | 435.00 | 174.00 |
| 10/13/16 | Thomas Jeremiassen | Reviewed tax returns and other documents related to dozens of related partnerships provided by debtors and emails with David Gottlieb and Jeremy Richards. | 2.30 | 525.00 | 1,207.50 |
| 10/13/16 | Thomas Jeremiassen | Reviewed Hexagon tax returns and emails with David Gottlieb and Jeremy Richards regarding sale of property. | 0.30 | 525.00 | 157.50 |
| 10/13/16 | Thomas Jeremiassen | Research, review and analysis of Sky Las Vegas ownership and basis and emails with Jeremy Richards. | 0.90 | 525.00 | 472.50 |


**BRG**
Berkeley Research Group

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/13/16 | Thomas Jeremiassen | Research, review and analysis of Oklahoma City property ownership and basis and emails with Jeremy Richards. | 1.20 | 525.00 | 630.00 |
| 10/13/16 | Leif Larsen | Analyzed historical tax records in order to secure basis information on various properties. | 0.90 | 435.00 | 391.50 |
| 10/14/16 | Vernon Calder | Analyzed issues regarding determination of tax basis of land and building subject to potential sale. | 0.40 | 590.00 | 236.00 |
| 10/14/16 | Thomas Jeremiassen | Further research, review and analysis of Sky Las Vegas sale and preparation of summary of distribution and gain projections and emailed David Gottlieb and Jeremy Richards. | 0.80 | 525.00 | 420.00 |
| 10/14/16 | Thomas Jeremiassen | Further research, review and analysis of Oklahoma City property sale and preparation of summary of distribution and gain projections and emailed David Gottlieb and Jeremy Richards. | 1.20 | 525.00 | 630.00 |
| 10/14/16 | Leif Larsen | Analyzed historical tax records in order to secure basis information on various properties and prepared gain/loss projection worksheets. | 3.30 | 435.00 | 1,435.50 |
| 10/20/16 | Thomas Jeremiassen | Review and emails with Jeremy Richards regarding ECP tax implications from property sale and abandonment motion. | 0.80 | 525.00 | 420.00 |
| 10/20/16 | Thomas Jeremiassen | Reviewed letter of intent for ECP sale and emails with David Gottlieb and Jeremy Richards. | 0.40 | 525.00 | 210.00 |
| 10/20/16 | Thomas Jeremiassen | Review and analysis of possible Oklahoma City property sale and emails with David Gottlieb and Jeremy Richards. | 0.40 | 525.00 | 210.00 |
| 10/21/16 | Thomas Jeremiassen | Research, review and analysis of ECP sale and tax implications and emails with David Gottlieb and Jeremy Richards. | 1.10 | 525.00 | 577.50 |
| 10/21/16 | Leif Larsen | Analyzed tax records in order to secure information needed in order to prepare tax projections. | 0.40 | 435.00 | 174.00 |
| 10/24/16 | Vernon Calder | Read and analyzed Motion to Abandon Interests in Encino Property. | 0.60 | 590.00 | 354.00 |


**Berkeley Research Group**

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/24/16 | Thomas Jeremiassen | Review and emails with Jeremy Richards and Vernon Calder regarding tax issues concerning ECP and implications of abandonment. | 0.50 | 525.00 | 262.50 |
| 10/24/16 | Thomas Jeremiassen | Reviewed and revised draft motion to abandon ECP interests and emails with Jeremy Richards, David Gottlieb, Leif Larsen and Vernon Calder. | 0.60 | 525.00 | 315.00 |
| 10/24/16 | Leif Larsen | Analyzed tax issues related to abandonment of assets. | 1.60 | 435.00 | 696.00 |
| 10/25/16 | Vernon Calder | Performed tax research and email correspondence with counsel to provide copies of court cases related to party responsible to pay tax liability from sale of assets that have been abandoned by the Estate to the Debtor. | 0.70 | 590.00 | 413.00 |
| 10/25/16 | Vernon Calder | Reviewed and revised memorandum regarding income tax ramification of asset abandonments in individual Chapter 11 cases. | 0.30 | 590.00 | 177.00 |
| 10/25/16 | Vernon Calder | Drafted language to be included in explanation of income tax ramifications of asset abandonments in individual Chapter 11 cases. | 0.80 | 590.00 | 472.00 |
| 10/25/16 | Thomas Jeremiassen | Review and revision of memo on tax implications of ECP abandonment and emails with Jeremy Richards and Vernon Calder. | 0.80 | 525.00 | 420.00 |
| 10/25/16 | Leif Larsen | Researched bankruptcy abandonment tax issues and prepared memo. | 2.40 | 435.00 | 1,044.00 |
| 10/26/16 | Vernon Calder | Resolved issues regarding computation of gain from proposed asset sale and asset abandonment. | 0.20 | 590.00 | 118.00 |
| 10/26/16 | Vernon Calder | Email correspondence with counsel regarding tax issues related to abandonment of assets. | 0.20 | 590.00 | 118.00 |
| 10/28/16 | Thomas Jeremiassen | Review and emails with Jeremy Richards regarding Oklahoma City property sale and gain analysis. | 0.30 | 525.00 | 157.50 |
| 11/01/16 | Thomas Jeremiassen | Review and emails with Jeremy Richards regarding Solyman's 2015 tax return. | 0.20 | 525.00 | 105.00 |


**Berkeley Research Group**

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/04/16 | Vernon Calder | Email correspondence with Trustee and counsel regarding result of research regarding transfer of tax attributes. | 0.20 | 590.00 | 118.00 |
| 11/04/16 | Vernon Calder | Performed tax research regarding whether tax attributes are required to be transferred to Debtor upon abandonment of estate assets. | 0.80 | 590.00 | 472.00 |
| 11/04/16 | Vernon Calder | Read and analyzed Debtors' Objection to Abandon Interests in Encino Corporate Properties, Inc. | 0.50 | 590.00 | 295.00 |
| 11/04/16 | Thomas Jeremiassen | Review and emails with Vernon Calder regarding ECP abandonment and tax implications. | 0.30 | 525.00 | 157.50 |
| 11/04/16 | Thomas Jeremiassen | Research and emails with Jeremy Richards regarding debtors' 2011 tax returns and K-1's. | 0.30 | 525.00 | 157.50 |
| 11/04/16 | Leif Larsen | Analyzed tax issues related to objections filed to abandonment. | 0.20 | 435.00 | 87.00 |
| 11/09/16 | Leif Larsen | Analyzed 43 related entity income tax returns and other tax documentation and prepared schedules of ownership and Tax Matters Partner. | 2.20 | 435.00 | 957.00 |
| 11/10/16 | Leif Larsen | Followed up on tax work related to debtor related entities. | 0.50 | 435.00 | 217.50 |
| 11/15/16 | Thomas Jeremiassen | Review and emails with David Gottlieb regarding tax projections for ECP, Oklahoma City and Las Vegas properties. | 0.30 | 525.00 | 157.50 |
| 12/09/16 | Thomas Jeremiassen | Research and review of Yashouafar GP 2015 tax return and Lancaster land and emails with David Gottlieb and Jeremy Richards. | 0.60 | 525.00 | 315.00 |
| 01/10/17 | Thomas Jeremiassen | Emailed trustee regarding 2016 income tax returns for related entities. | 0.20 | 540.00 | 108.00 |
| 03/06/17 | Vernon Calder | Email correspondence with Trustee regarding tax return filing requirements for Yashouafar entities. | 0.30 | 600.00 | 180.00 |
| 03/07/17 | Vernon Calder | Participated in conference call in order to identify entities for which the Trustee is responsible to file 2016 income tax returns. | 0.30 | 600.00 | 180.00 |
| 03/07/17 | Vernon Calder | Analyzed entity listing in order to identify entities for which the Trustee is responsible to file 2016 income tax returns. | 0.20 | 600.00 | 120.00 |



**BRG**
**Berkeley Research Group**

Page 24 of 33
Invoice # 74384
Client-Matter: 10243-015107

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/07/17 | Thomas Jeremiassen | Review and telephone discussion with Leif Larsen and Vernon Calder regarding entities to file 2016 tax return extensions for. | 0.30 | 540.00 | 162.00 |
| 03/07/17 | Leif Larsen | Analyzed financial and tax records on hand in order to identify Yashouafar entities which require 2016 extensions to be filed. | 1.20 | 460.00 | 552.00 |
| 06/27/17 | Vernon Calder | Provided information to Trustee regarding Yashouafar related entities which need to have tax returns prepared for 2016. | 0.40 | 600.00 | 240.00 |
| 06/27/17 | Leif Larsen | Analyzed 2016 potential tax returns required to be filed for Yashouafar related entities. | 0.60 | 460.00 | 276.00 |
| 08/08/17 | Vernon Calder | Email correspondence with counsel regarding request for information required to prepare 2016 income tax returns. | 0.20 | 600.00 | 120.00 |
| 08/08/17 | Leif Larsen | Prepared for and participated in conference call regarding 2016 tax returns of the estates. | 0.20 | 460.00 | 92.00 |
| 09/05/17 | Vernon Calder | Email correspondence with Trustee regarding prior tax return preparer information. | 0.10 | 600.00 | 60.00 |
| 09/12/17 | Thomas Jeremiassen | Emails regarding EIN's for estates. | 0.10 | 540.00 | 54.00 |
| 11/28/17 | Vernon Calder | Analyzed 2014 tax returns for JCBL Trust and Massoud Yashouafar to determine whether information from JCBL Trust is reported on the Yashouafar tax return. | 0.20 | 600.00 | 120.00 |
| 11/28/17 | Thomas Jeremiassen | Reviewed 2014 tax returns for Massoud/Parinaz and JCBL Trust and emails with Jonathan Kim, Vernon Calder and Leif Larsen. | 0.50 | 540.00 | 270.00 |
| 11/29/17 | Thomas Jeremiassen | Reviewed draft motion to compel and emailed Vernon Calder and Leif Larsen. | 0.30 | 540.00 | 162.00 |
| 11/30/17 | Vernon Calder | Read draft Motion to Compel. | 0.20 | 600.00 | 120.00 |
| 11/30/17 | Vernon Calder | Prepared for and participated in conference call with Trustee and counsel regarding historic tax reporting of activity from JCBL Trust. | 0.70 | 600.00 | 420.00 |
| 11/30/17 | Vernon Calder | Analyzed tax issues associated with Motion to Compel. | 0.10 | 600.00 | 60.00 |



**BRG**
**Berkeley Research Group**

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/30/17 | Thomas Jeremiassen | Research and review regarding related entity K-1's and emailed John Lucas for draft motion to compel. | 0.90 | 540.00 | 486.00 |
| 11/30/17 | Leif Larsen | Prepared for and participated in conference call and reviewed tax records on hand to ensure motion to compel includes request for all required tax documentation. | 1.30 | 460.00 | 598.00 |
| 12/06/17 | Vernon Calder | Reviewed and revised Declaration. | 1.00 | 600.00 | 600.00 |
| 12/08/17 | Thomas Jeremiassen | Reviewed Calder declaration regarding JCBL Trust. | 0.30 | 540.00 | 162.00 |
| 12/11/17 | Vernon Calder | Finalized Declaration. | 1.90 | 600.00 | 1,140.00 |
| 12/12/17 | Vernon Calder | Finalized Declaration. | 0.40 | 600.00 | 240.00 |
| 12/22/17 | Thomas Jeremiassen | Research, review and emails with John Lucas regarding ECP K-1's. | 0.30 | 540.00 | 162.00 |
| | | **Total for Task Code 700** | **46.70** | | **24,001.50** |
| **Task Code: 710 - Tax Return Preparation** | | | | | |
| 01/05/17 | Vernon Calder | Drafted requests for information to prepare 2016 Form 1099s. | 0.20 | 600.00 | 120.00 |
| 01/23/17 | Leif Larsen | Analyzed 2016 transaction ledgers in order to identify required Forms 1096 and 1099-Misc for the Solyman Yashouafar estate. | 0.20 | 460.00 | 92.00 |
| 01/23/17 | Leif Larsen | Analyzed 2016 transaction ledgers in order to identify required Forms 1096 and 1099-Misc for the Massoud Yashouafar estate. | 0.20 | 460.00 | 92.00 |
| 03/07/17 | Leif Larsen | Prepared an initial draft of the Encino Corporate Plaza, LP 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/07/17 | Leif Larsen | Prepared an initial draft of the Hexagon Holdings, LP 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/07/17 | Leif Larsen | Prepared an initial draft of the ECP Building, Inc. 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/07/17 | Leif Larsen | Prepared an initial draft of the Aspen Funds I 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/07/17 | Leif Larsen | Prepared an initial draft of the Milbank Holding Corp 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/07/17 | Leif Larsen | Prepared an initial draft of the Mogen Holdings Co., LLC 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/07/17 | Leif Larsen | Prepared an initial draft of the Milbank Capital I, LLC 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |


**BRG**
Berkeley Research Group

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/07/17 | Leif Larsen | Prepared an initial draft of the Madison Equities, LP 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/07/17 | Leif Larsen | Prepared an initial draft of the Morgan Equities 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/07/17 | Leif Larsen | Prepared an initial draft of the Nevada Investment Partners, LP 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/07/17 | Leif Larsen | Prepared an initial draft of the The Roosevelt Lofts, Inc. 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/08/17 | Vernon Calder | Reviewed 2016 tax return filing extension requests for various Yashouafar entities. | 0.50 | 600.00 | 300.00 |
| 03/08/17 | Leif Larsen | Prepared an initial draft of the Teak Holdings, LP 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/08/17 | Leif Larsen | Prepared an initial draft of the The Yashouafars A General Partnership 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/08/17 | Leif Larsen | Prepared an initial draft of the Sky Las Vegas Condominiums, Inc. 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/08/17 | Leif Larsen | Prepared an initial draft of the 5 & M Yashoua Investments 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/08/17 | Leif Larsen | Prepared an initial draft of the 5 & R Equities, LP 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/10/17 | Leif Larsen | Prepared an initial draft of the Kadima Security Services, Inc. 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/10/17 | Leif Larsen | Prepared an initial draft of the JCBL Trust 2016 return and Form 7004. | 0.60 | 460.00 | 276.00 |
| 03/13/17 | Leif Larsen | Electronically filed the 2016 extensions for Fiduciary Yashouafar related entities. | 0.20 | 460.00 | 92.00 |
| 03/13/17 | Leif Larsen | Electronically filed the 2016 extensions for Corporate Yashouafar related entities. | 0.40 | 460.00 | 184.00 |
| 03/13/17 | Leif Larsen | Electronically filed the 2016 extensions for Partnership Yashouafar related entities. | 1.80 | 460.00 | 828.00 |
| 03/13/17 | Leif Larsen | Electronically filed the 2016 extensions for S-Corp Yashouafar related entities. | 1.20 | 460.00 | 552.00 |



**BRG**
Berkeley Research Group

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/15/17 | Vernon Calder | Reviewed 2016 IRS Form 7004, Application for Automatic Extension of Time to File Income Tax Returns, for various Yashouafar related entities. | 0.80 | 600.00 | 480.00 |
| 03/15/17 | Leif Larsen | Reviewed IRS acceptance notices to ensure all Yashouafar entity Form(s) 7004 had been filed timely. | 1.30 | 460.00 | 598.00 |
| 03/17/17 | Leif Larsen | Prepared 2016 Form 7004 for the Massoud Yashouafar Bankruptcy Estate and the Solyman Yashouafar Bankruptcy Estate. | 0.40 | 460.00 | 184.00 |
| 03/22/17 | Vernon Calder | Reviewed IRS Form 7004, Application for Automatic Extension of Time to File Income Tax Returns, for 2016 - Yashouafar Estates. | 0.10 | 600.00 | 60.00 |
| 04/06/17 | Sherry L. Anthon | Prepare to send the 2016 tax extension. | 0.10 | 190.00 | 19.00 |
| 04/17/17 | Vernon Calder | Reviewed 2016 IRS Form 7004, Application for Automatic Extension of Time to File Tax Returns. | 0.20 | 600.00 | 120.00 |
| 09/28/17 | Leif Larsen | Analyzed 2016 transaction ledgers and pass-through activity and prepared supporting work papers to be used in the preparation of the 2016 Massoud Yashouafar Bankruptcy Estate income tax returns. | 2.40 | 460.00 | 1,104.00 |
| 09/29/17 | Vernon Calder | Resolved issues regarding reporting Passive Activity Loss carryovers on estate income tax returns. | 0.60 | 600.00 | 360.00 |
| 09/29/17 | Leif Larsen | Analyzed 2015 debtor tax returns in order to identify tax attributes available to the estate for the preparation of the 2016 Massoud Yashouafar Bankruptcy Estate income tax returns. | 2.20 | 460.00 | 1,012.00 |
| 09/29/17 | Leif Larsen | Prepared the 2016 Massoud Yashouafar Bankruptcy Estate federal income tax return. | 2.70 | 460.00 | 1,242.00 |
| 09/29/17 | Leif Larsen | Prepared the 2016 Massoud Yashouafar Bankruptcy Estate California income tax return. | 2.20 | 460.00 | 1,012.00 |
| 10/02/17 | Vernon Calder | Reviewed 2016 income tax returns and related tax file - Massoud Yashouafar Estate. | 1.60 | 600.00 | 960.00 |


**BRG**
Berkeley Research Group

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/02/17 | Leif Larsen | Analyzed debtor 2015 and prior year tax returns in order to identify tax attributes which carry to the Solyman Yashouafar Bankruptcy Estate for the preparation of the 2016 estate income tax returns. | 1.90 | 460.00 | 874.00 |
| 10/02/17 | Leif Larsen | Reviewed and referenced the 2016 Massoud yashouafar bankruptcy estate income tax returns and supporting work papers. | 1.50 | 460.00 | 690.00 |
| 10/04/17 | Vernon Calder | Analyzed issues related to At-Risk computations for Sky Las Vegas - Solymon Estate. | 0.20 | 600.00 | 120.00 |
| 10/04/17 | Leif Larsen | Prepared the 2016 Solyman Yashouafar bankruptcy estate California income tax return. | 1.80 | 460.00 | 828.00 |
| 10/04/17 | Leif Larsen | Reviewed and referenced the 2016 Solyman Yashouafar bankruptcy estate income tax returns and supporting work papers. | 1.40 | 460.00 | 644.00 |
| 10/04/17 | Leif Larsen | Prepared the 2016 Solyman Yashouafar bankruptcy estate federal income tax return. | 2.30 | 460.00 | 1,058.00 |
| 10/04/17 | Leif Larsen | Prepared supporting work papers to be used in the preparation of the 2016 Solyman Yashouafar bankruptcy estate income tax returns. | 2.10 | 460.00 | 966.00 |
| 10/05/17 | Vernon Calder | Reviewed 2016 income tax returns and related tax files - Solyman Estate. | 1.60 | 600.00 | 960.00 |
| 10/05/17 | Vernon Calder | Verified clearance of review notes on 2016 income tax returns and related tax file - Massoud Estate. | 0.10 | 600.00 | 60.00 |
| 10/05/17 | Leif Larsen | Cleared review notes related to the 2016 Solyman Yashouafar bankruptcy estate income tax returns. | 2.10 | 460.00 | 966.00 |
| 10/05/17 | Leif Larsen | Cleared review notes related to the 2016 Massoud Yashouafar bankruptcy estate income tax returns. | 2.50 | 460.00 | 1,150.00 |
| 10/05/17 | Evelyn Perry | Assembled 2016 tax returns for Massoud Yashouafar Bankruptcy Estate filing. | 0.90 | 160.00 | 144.00 |
| 10/06/17 | Vernon Calder | Performed final review, revised and signed 2016 income tax returns. - Massoud Estate. | 0.70 | 600.00 | 420.00 |
| 10/06/17 | Vernon Calder | Performed final review, revised and signed 2016 income tax returns. - Solyman Estate. | 0.50 | 600.00 | 300.00 |



**BRG**
**Berkeley Research Group**

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/06/17 | Vernon Calder | Verified clearance of review notes on 2016 income tax returns and related tax file – Solyman Estate. | 0.40 | 600.00 | 240.00 |
| 10/06/17 | Leif Larsen | Cleared additional review notes related to the 2016 Solyman Yashouafar bankruptcy estate income tax returns. | 0.60 | 460.00 | 276.00 |
| 10/06/17 | Evelyn Perry | Assembled 2016 tax returns for Massoud Yashouafar Bankruptcy Estate filing. | 1.10 | 160.00 | 176.00 |
| 10/06/17 | Evelyn Perry | Assembled 2016 tax returns for Solyman Yashouafar Bankruptcy Estate filing. | 0.70 | 160.00 | 112.00 |
| 01/03/18 | Leif Larsen | Reviewed records on hand and requested information needed for the preparation of 2017 Forms 1099. | 0.40 | 460.00 | 184.00 |
| 01/11/18 | Victoria Calder | Analyzed 2017 transaction ledgers in conjunction with preparation of IRS form(s) 1099. | 0.20 | 90.00 | 18.00 |
| 01/15/18 | Leif Larsen | Reviewed 2017 1099 file to ensure review notes had been cleared. | 0.10 | 460.00 | 46.00 |
| 01/22/18 | Victoria Calder | Updated postal receipts to show proof of filing. | 0.20 | 90.00 | 18.00 |
| 03/21/18 | Victoria Calder | Prepared extension form 7004 for filing. | 0.20 | 90.00 | 18.00 |
| 04/11/18 | Vernon Calder | Reviewed IRS Form 7004, Application for Automatic Extension of Time to File Certain Income Tax Returns. | 0.10 | 620.00 | 62.00 |
| 08/20/18 | Vernon Calder | Reviewed analysis of 2017 Schedule K-1s received.  Drafted email correspondence to Trustee to request Schedule K-1 status update. | 0.20 | 620.00 | 124.00 |
| 09/05/18 | Vernon Calder | Email correspondence with counsel to determine whether the estate maintains interests in certain LLCs. | 0.30 | 620.00 | 186.00 |
| 09/07/18 | Vernon Calder | Determined proper tax return reporting for various 2017 Schedule(s) K-1. | 0.10 | 620.00 | 62.00 |
| 09/19/18 | Leif Larsen | Reviewed and referenced the 2017 income tax returns and supporting work papers of Solyman Yashouafar Bankruptcy Estate. | 0.50 | 460.00 | 230.00 |
| 09/19/18 | Leif Larsen | Prepared supporting work papers to be used in the preparation of the 2017 income tax returns of Solyman Yashouafar Bankruptcy Estate. | 1.60 | 460.00 | 736.00 |



**BRG**
**Berkeley Research Group**

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/19/18 | Leif Larsen | Prepared the 2017 federal and state income tax returns of Solyman Yashouafar Bankruptcy Estate. | 1.80 | 460.00 | 828.00 |
| 09/19/18 | Leif Larsen | Prepared the 2017 federal and state income tax returns of Massoud Yashouafar Bankruptcy Estate. | 1.80 | 460.00 | 828.00 |
| 09/19/18 | Leif Larsen | Reviewed and referenced the 2017 income tax returns and supporting work papers of Massoud Yashouafar Bankruptcy Estate. | 0.50 | 460.00 | 230.00 |
| 09/19/18 | Leif Larsen | Prepared supporting work papers to be used in the preparation of the 2017 income tax returns of Massoud Yashouafar Bankruptcy Estate. | 1.60 | 460.00 | 736.00 |
| 09/21/18 | Vernon Calder | Reviewed 2017 income tax return and related tax file - Solyman Estate. | 1.20 | 620.00 | 744.00 |
| 09/24/18 | Vernon Calder | Reviewed 2017 income tax return and related tax file - Massoud Estate. | 0.80 | 620.00 | 496.00 |
| 09/27/18 | Vernon Calder | Verified clearance of review notes on 2017 income tax returns - Solymon and Massoud Estates.. | 1.00 | 620.00 | 620.00 |
| 09/27/18 | Leif Larsen | Cleared review notes related to the 2017 Solyman Yashouafar Bankruptcy Estate income tax returns. | 0.50 | 460.00 | 230.00 |
| 09/27/18 | Leif Larsen | Cleared review notes related to the 2017 Solyman Yashouafar Bankruptcy Estate income tax returns. | 0.40 | 460.00 | 184.00 |
| 10/01/18 | Kellee Calder | Prepared 2017 Bankruptcy Estate of Massoud Yashouafar 2017 tax return to send to taxing authorities. | 1.10 | 125.00 | 137.50 |
| 10/01/18 | Kellee Calder | Prepared 2017 Bankruptcy Estate of Solyman Yashouafar tax return to send to taxing authorities. | 1.00 | 125.00 | 125.00 |
| 10/01/18 | Vernon Calder | Performed final review, revised and signed 2017 income tax return - Massoud Estate. | 0.10 | 620.00 | 62.00 |
| 10/04/18 | Vernon Calder | Performed final review, revised and signed 2017 income tax returns - Solymon and Massoud Estates. | 1.20 | 620.00 | 744.00 |
| 10/04/18 | Kellee Calder | Completed preparation of Bankruptcy Estate of Solyman Yashouafar and M Yashouafar December 31, 2017 tax return to send to trustee for signature. | 1.40 | 125.00 | 175.00 |


**BRG**
Berkeley Research Group

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/15/18 | Kellee Calder | Updated 2017 tax files. | 0.20 | 125.00 | 25.00 |
| | | **Total for Task Code 710** | **71.00** | | **32,211.50** |
| **Task Code: 920 - Employment Application** | | | | | |
| 10/06/16 | Thomas Jeremiassen | Emails with Jeremy Richards regarding BRG employment application. | 0.10 | 525.00 | 52.50 |
| 10/20/16 | Thomas Jeremiassen | Research, review and preparation of BRG employment application and notice. | 2.30 | 525.00 | 1,207.50 |
| 10/24/16 | Thomas Jeremiassen | Review and revision of BRG employment application and notice and emails with Beth Dassa. | 0.90 | 525.00 | 472.50 |
| 10/25/16 | Thomas Jeremiassen | Finalized BRG employment application and emails with Beth Dassa. | 0.60 | 525.00 | 315.00 |
| | | **Total for Task Code 920** | **3.90** | | **2,047.50** |
| **Task Code: 950 - Case Related Travel** | | | | | |
| 02/03/17 | Rowen Dizon | Traveled from/to BRG office to 16661 Ventura Blvd building. | 0.50 | 80.00 | 40.00 |
| 02/03/17 | Rowen Dizon | Traveled from/to 16661 Ventura Boulevard building to BRG office. | 0.90 | 80.00 | 72.00 |
| 02/10/17 | Rowen Dizon | Traveled from/to BRG office to 16661 Ventura Blvd. Bldg. | 0.90 | 80.00 | 72.00 |
| 02/10/17 | Rowen Dizon | Traveled from/to 16661 Ventura Blvd. Bldg. to BRG office. | 0.50 | 80.00 | 40.00 |
| | | **Total for Task Code 950** | **2.80** | | **224.00** |
| **Professional Services** | | | **288.60** | | **123,312.00** |


**Berkeley Research Group**

RE: Yashouafar Chapter 11 Bankruptcy

**DETAIL OF EXPENSES**

| Date | Description | Amount |
|---|---|---|
| **Data Research** | | |
| 09/30/16 | Pacer | 1.63 |
| 10/31/16 | Pacer | 4.28 |
| 11/15/16 | Computer Software October 2016 monthly service fees for TLO searches. on 2016-11-01 to TLO - Transunion. . | 1.00 |
| 03/31/17 | CCH - Data Retrieval | 51.30 |
| 11/30/16 | Pacer | 3.07 |
| 09/30/17 | Pacer | 1.31 |
| 09/30/18 | Pacer - Court (pacer.gov) | 20.80 |
| | **Total For Data Research** | **83.89** |
| | | |
| **Express Messenger/Shipping** | | |
| 10/13/17 | FedEx - Express Messenger/Shipping | 14.02 |
| 10/12/18 | FedEx - Express Messenger/Shipping | 14.90 |
| | **Total For Express Messenger/Shipping** | **28.92** |
| | | |
| **Other** | | |
| 02/28/17 | Boyle, Regis - Regis Boyle Jr date 02/14/Other Invoice #: 021417 Vchr Comment: Fees incurred to retrieve documents and move to secure location | 1,642.11 |
| 03/31/17 | Storage March 2017 Century City Office | 392.85 |
| 04/30/17 | Storage Century City April 2017 | 392.85 |
| 05/31/17 | Storage-May 2017 Storage Century City office | 392.85 |
| 06/30/17 | Storage Century City June 2017 | 392.85 |
| 07/31/17 | Storage July 2017 Century City | 392.85 |
| 08/31/17 | Storage August 2017 Century City Office | 392.85 |
| 09/30/17 | Storage September 2017 Century City | 392.85 |
| 10/31/17 | Storage October 2017 Century City | 392.85 |
| 11/30/17 | Storage November 2017 Century City | 392.85 |
| 12/29/17 | Storage December 2017 Century City | 392.85 |
| 01/31/18 | Storage January 2018 Century City Office | 392.85 |
| 02/28/18 | Storage February 2018 Century City | 392.85 |
| 03/30/18 | Storage March 2018 Century City | 392.85 |
| 04/30/18 | Storage Century City April 2018 | 392.85 |
| 07/31/18 | Storage June 2018 Century City | 416.42 |
| 07/31/18 | Storage July 2018 Century City office | 416.42 |
| 07/31/18 | Storage August 2018 Century City office | 416.42 |
| 10/29/18 | One Hundred Towers Storage 11/01/2018 | 416.42 |
| 11/28/18 | One Hundred Towers, Storage 12/2018 | 416.42 |
| 12/26/18 | One Hundred Towers, Storage  Jan 2019 | 416.42 |
| | **Total For Other** | **9,640.53** |
| | | |
| **Photocopies** | | |
| 12/19/17 | Printing and Photocopying Scan and send signature page of Declaration. on 2017-12-11 to Alphagraphics. . | 3.07 |
| | **Total For Photocopies** | **3.07** |



**BRG**
Berkeley Research Group

RE: Yashouafar Chapter 11 Bankruptcy

| Date | Description | Amount |
|------|-------------|--------|
| **Travel - Mileage** | | |
| 12/15/16 | Dizon, Rowen - Payment of Expenses Mileage Traveled from/to BRG office to debtor's property - 4633 White Oak Place, Encino CA on 2016-11-21. Mileage Rate: 0.540, at 16.10 miles. | 8.69 |
| 02/08/17 | Troszak, Nicholas - Payment of Expenses Mileage Travel from 16661 Ventura Blvd to BRG offices. on 2017-02-03. Mileage Rate: 0.535, at 13.26 miles. | 7.09 |
| 02/08/17 | Troszak, Nicholas - Payment of Expenses Mileage Travel from BRG Offices to 16661 Ventura Blvd. on 2017-02-03. Mileage Rate: 0.535, at 14.01 miles. | 7.50 |
| 04/01/17 | Dizon, Rowen - Payment of Expenses Mileage Traveled from/to 16661 Ventura Blvd. to BRG office. on 2017-02-10. Mileage Rate: 0.535, at 14.00 miles. | 7.49 |
| 04/01/17 | Dizon, Rowen - Payment of Expenses Mileage Traveled from/to BRG office to 16661 Ventura Blvd. (client location) on 2017-02-03. Mileage Rate: 0.535, at 14.00 miles. | 7.49 |
| 04/01/17 | Dizon, Rowen - Payment of Expenses Mileage Traveled from/to BRG office to 16661 Ventura Blvd. (client location) on 2017-02-10. Mileage Rate: 0.535, at 14.00 miles. | 7.49 |
| 04/01/17 | Dizon, Rowen - Payment of Expenses Mileage Traveled from/to 16661 Ventura Blvd. to BRG Office. on 2017-02-03. Mileage Rate: 0.535, at 14.00 miles. | 7.49 |
| | **Total For Travel - Mileage** | **53.24** |
| **Travel - Parking** | | |
| 02/08/17 | Troszak, Nicholas - Payment of Expenses Parking Parking at 16661 Ventura Blvd. while retrieving documents. on 2017-02-02 to Lanier Parking. | 7.70 |
| 02/08/17 | Troszak, Nicholas - Payment of Expenses Parking Parking at 16661 Ventura Blvd. while retrieving documents. on 2017-02-03 to Lanier Parking.. | 12.00 |
| 02/17/17 | Troszak, Nicholas - Payment of Expenses Parking Parking for Rowen Dizon while at 16661 Ventura Blvd while moving boxes. on 2017-02-03 to Lanier Parking. | 12.00 |
| 02/17/17 | Troszak, Nicholas - Payment of Expenses Parking Parking for two vehicles (Troszak and Dizon) at 16661 Ventura Blvd. while moving boxes. | 16.40 |
| | **Total For Travel - Parking** | **48.10** |
| **Expenses** | | **9,857.25** |

# EXHIBIT B



## Curriculum Vitae

**VERNON L. CALDER**
**MANAGING DIRECTOR**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0053
Fax: 801.335.9926
vcalder@thinkbrg.com

## Summary

Vernon L. Calder, a Director with Berkeley Research Group ("BRG"), has 35 years of experience in public accounting specializing in tax services. Mr. Calder is a Certified Public Accountant (CPA) and a Certified Insolvency and Reorganization Advisor (CIRA). For the last 27 years he has specialized in bankruptcy tax compliance and planning. Prior to joining BRG, Vernon was a director of LECG, LLC ("LECG"), which acquired Neilson Elggren LLP in 2005. Prior to the acquisition of NE by LECG, Mr. Calder was the Partner-in-Charge of the tax practice of Neilson Elggren LLP. Prior to joining NE Mr. Calder was a Sr. Manager and tax consultant for Arthur Andersen; a Sr. Manager for Neilson Elggren Durkin & Company; a Manager for the international accounting firms of Ernst & Young; and a Senior Tax Consultant for Touche Ross & Co.

Mr. Calder has provided a wide variety of tax services to clients throughout his career. His efforts have focused on special tax issues in corporate, partnership and individual bankruptcy, formation of and tax compliance for liquidating trusts; representation of taxpayers before federal and state taxing authorities; tax consulting with regard to "change of ownership" issues; tax consulting and compliance for U.S. companies operating internationally; tax consulting and compliance for corporations with multi-state income using "water's edge" method; analysis of deductible ordinary and necessary business expenses; and supervising tax compliance for high technology companies.

Mr. Calder's clients have included companies ranging in size from $1 billion in annual sales to small development companies in many industries such as computer and peripherals, software, semiconductors, life sciences, energy, hospitality, professional sports and automotive parts rebuilders.

In addition, he has provided tax services to a variety of clients including individuals, corporations, partnerships, decedent estates, trusts, and bankruptcy estates. Services rendered include tax compliance, representation before taxing authorities, bankruptcy court appearances, testifying as an expert witness, and tax consulting and planning.

Mr. Calder has been a featured speaker at many firm sponsored seminars covering special bankruptcy tax issues, new tax legislation and general tax concepts. He has written numerous articles and other publications.

Curriculum Vitae



## Case Examples

- Estate Financial, Inc. – Responsible for tax compliance and consulting. Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Cedar Funding, Inc. – Responsible for tax compliance and consulting. Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Le*Nature's, Inc. – Represented trustee in defending IRS examination of prepetition tax liabilities. Successful in eliminating prepetition tax claim in excess of $30 million. Responsible for tax compliance and consulting.

- Mike Tyson Bankruptcy Estate – Responsible for defending IRS examination of prepetition tax years. Responsible for tax compliance and tax consulting.

- Reed Slatkin Bankruptcy Estate – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of prepetition tax liabilities of the debtor. Extensive involvement in formation of Liquidating Trust created pursuant to Chapter 11 Plan of Reorganization.

- JMS Automotive – Rebuilder of Automotive Parts – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of pre-petition tax liabilities of the debtor.

- Bonneville Pacific Corporation--Geothermal Energy Corporation. Responsible for all tax compliance and tax consulting work. Extensive involvement in disposition of subsidiary stock.

- Holder's Capital Corporation--Ownership and management of hotels. Responsible for tax planning relating to restructuring of affiliated groups of corporations. Extensive work with provisions relating to taxation of affiliated groups. Represented Trustee in defending Internal Revenue Service examination of administrative tax liability.

- Property Mortgage Company, Inc.—Private mortgage company. Responsible for all tax compliance and tax consulting for several corporations and real estate partnerships.

- Bankruptcy--Responsible for tax compliance and tax consulting for various bankruptcies. Individual, partnership, and corporate. Advise trustees and attorneys concerning bankruptcy tax issues. Provide testimony in bankruptcy court.

- Various individuals--Tax Compliance, advisor and Taxpayer Advocate. Supervised tax compliance work for many top-level executives. Taxpayer advocate before IRS in attempt by the IRS to garnish wages for delinquent taxes.

## Curriculum Vitae



### Expert Witness Testimony

- R. Scott Reynolds vs. Jeffrey G. Bickel and Tanner LC (Third Judicial District Court of Salt Lake County State of Utah)
- Securities and Exchange Commission v. John Scott Clark; Impact Cash, LLC and Impact Payment Systems, LLC (United States District Court for the District of Utah)
- Cheryl M. Becker case (California Superior Court)

### Other Testimony

- Various Chapter 11 and Chapter 7 Bankruptcy Estates (U.S. Bankruptcy Court, Central District of California, District of Utah)

### Industry Experience

- Aviation
- Real Estate
- Agricultural
- Restaurant
- Convenience Store/Gas Retail
- Amusement and Recreation Services
- Healthcare
- Electronic and Other Electrical Equipment
- Telecommunications
- Online Retailing
- Automotive
- Construction
- Energy
- Transportation
- Legal and accounting
- Security and Commodity Brokers
- Insurance Carriers
- Insurance Agents and Brokers
- Furniture and Fixtures
- Technology

### Education

Bachelor of Science, Brigham Young University
Master of Accountancy/Taxation, Brigham Young University

### Professional Memberships

Certified Fraud Examiner
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute
American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants
National Association of Bankruptcy Trustees

Curriculum Vitae



## Instruction, Presentations & Publications

Mr. Calder has provided instruction on the subject of taxation of bankruptcy estates at conferences for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, and the Mississippi Bankruptcy Conference, Inc.

Co-author of *2005 Bankruptcy Revision, Implications for Business and Financial Advisors* published jointly by the American Institute of Certified Public Accountants and the Association of Insolvency and Restructuring Advisors in 2005.



## Thomas P. Jeremiassen, Managing Director

2049 Century Park East, Suite 2525
Los Angeles, CA 90067
Direct: 310.499.4939
Fax:    310.557.8982
Email: tjeremiassen@thinkbrg.com

### Summary

Thomas P. Jeremiassen is a managing director at Berkeley Research Group, LLC. Mr. Jeremiassen is a certified public accountant, certified in financial forensics and a certified insolvency and restructuring advisor with over 20 years of experience providing services in bankruptcy, forensic/investigative accounting, and litigation support.

### Sample of Engagements

Mr. Jeremiassen has been involved in Chapter 11 and Chapter 7 bankruptcy matters, serving bankruptcy estates in varying capacities. Following are the various types of employment and examples of recent cases which demonstrate his unique and specialized experience:

*Trustee*
Case example:  Mr. Jeremiassen was appointed Chapter 11 trustee of a fraudulent "hard money lender" that solicited investments for, and arranged and made, real estate secured loans.  At the time of the bankruptcy filing, the loan portfolio consisted of nearly 550 loans, all of which were in default, totaling approximately $350 million funded by over 2,000 investors.  Mr. Jeremiassen is responsible for the ongoing liquidation of the loans or properties securing the loans and resolution of investor disputes that exist as a result of the Debtor's activities.  Also among his responsibilities is the pursuit of various causes of action against the debtor's former principals and other parties involved with the debtor, as well as pursuits against the guarantors of the various loans.

*Accountant for Debtors*
Case example: Mr. Jeremiassen served as accountant and crisis manager for a major sports figure, who filed for Chapter 11 bankruptcy protection. Among Mr. Jeremiassen's responsibilities were the preparation of bankruptcy schedules and statement of financial affairs; analysis and liquidation of the debtor's assets; litigation support; and claims analysis, resolution and objections. He also prepared financial analyses and projections that were the basis for the debtor's plan of reorganization.



*Accountant for Creditors/Creditor Committees*
Case example: Mr. Jeremiassen served as forensic accountant for the official committee
of unsecured creditors of a major cable television company, whose Chapter 11 filing was
the sixth largest in US history. Among Mr. Jeremiassen's responsibilities was the
examination and analysis of the debtor's $7 billion debt structure. This analysis was used
by the committee to support its complaint filed against the consortium of banks involved
in the various debt facilities, which the debtor utilized to perpetrate a massive accounting
fraud.

*Accountant for Trustees*
Mr. Jeremiassen has served as accountant to Chapter 11 and Chapter 7 trustees in dozens
of matters. His experience includes claims analyses, solvency analyses, liquidation
analyses, plan preparation, plan feasibility analyses, and the reconstruction of records and
tracing of funds to identify potential preferential transfers, post-petition transfers and
fraudulent conveyances. His responsibilities have also included assisting the trustee in
various operating companies, which included analyzing prior and on-going operations,
directing the dissolution of the business, and assisting with the liquidation of assets.

Case example: Mr. Jeremiassen served as accountant for the trustee of the bankruptcy
estate of a large media buying company, whose annual gross sales were in excess of $300
million. Mr. Jeremiassen was utilized to serve as an expert witness in the trustee's
adversary proceeding to recover fraudulent transfers, which resulted in a summary
judgment for over $36 million in favor of the trustee against the company's shareholder.

*Disbursing Agent*
Case example: Mr. Jeremiassen was the disbursing agent in the post-confirmation
Chapter 11 estate of a large retail clothing company.

In addition to bankruptcy services, Mr. Jeremiassen has provided other fiduciary and
accounting services. Following are examples of those services:

*Receiver and Accountant for Receivers*
Mr. Jeremiassen has acted as a court appointed receiver and has worked as an accountant
for receivers.
Case example: Mr. Jeremiassen was responsible for the investigation of a paper exporting
company that defaulted on a line of credit agreement with a large bank in the
approximate amount of $10 million. Mr. Jeremiassen's investigation and analysis of the
company's records uncovered a fraud in which documents submitted to the bank
supporting the paper sales and shipments were altered to enable the company to receive
hundreds of advances on the line of credit in excess of the actual sale amounts.
Ultimately, this scheme collapsed and the company defaulted on the loans. This analysis



was the basis for the receiver's report and his testimony to the court, which resulted in favorable judgments against the company's insiders for the benefit of the bank.

*Other Services*
Mr. Jeremiassen has been involved in numerous engagements in which he provided litigation support, consulting and investigative accounting services related to fraud, embezzlement, mismanagement, breach of contract, and other disputes. These services involved, among other things, the tracing of funds, record reconstruction, analyses of financial data and analyses of damages.

## Employment History

| | |
|---|---|
| 2011 – Present | **Berkeley Research Group, LLC**<br>Managing Director |
| 2005 – 2011 | **LECG**<br>Director |
| 2000 – 2005 | **Neilson Elggren LLP**<br>Partner |
| 1998 – 2000 | **Arthur Andersen LLP**<br>Manager (2000)<br>Senior Accountant (1998-2000) |
| 1996 – 1998 | **Neilson, Elggren, Durkin & Co.**<br>Staff Accountant |

## Education

Bachelor of Science, Accounting
Pepperdine University, Malibu, California

## Licenses and Certifications

Certified Public Accountant (California)
Certified in Financial Forensics (AICPA)
Certified Insolvency and Restructuring Advisor



**Berkeley Research Group**

## Professional Memberships

American Institute of Certified Public Accountants
Association of Insolvency & Restructuring Advisors (Board Member)
American Bankruptcy Institute

## Instruction & Presentations

**Association of Insolvency & Restructuring Advisors (AIRA)** – Instructed Certified
Insolvency & Restructuring Advisor Certification course - "Part 1 – Managing Turnaround
and Bankruptcy Cases"

**AIRA 19th Annual Bankruptcy and Restructuring Conference** – "Conducting a Fraud
Investigation"

**AIRA 25th Annual Bankruptcy and Restructuring Conference** – "Ethics: Current Issues
and Dilemmas"

**AIRA 27th Annual Bankruptcy and Restructuring Conference** – "Individual Chapter 11
Bankruptcies"

**AIRA 28th Annual Bankruptcy and Restructuring Conference** – "Turnaround Challenges
in Today's Environment"

**AIRA 31st Annual Bankruptcy and Restructuring Conference** – "Technology and
Electronically Stored Information: Trends, Issues and Practical Problems and Solutions"

**AIRA Webinar** – "Deposits and Related Issues for Trustees"

**California CPA Education Foundation Bankruptcy Conference** – "Bankruptcy Claims"

**Credit Managers Association** – "Financial Statement Fraud"

**Golden Gate University** – "The Ponzi Tsunami"



## Nicholas R. Troszak, Associate Director

2049 Century Park East, Suite 2525
Los Angeles, CA 90067
Direct:  310.499.4741
Fax:    310.557.8982
Email:  ntroszak@thinkbrg.com

### Summary

Nicholas R. Troszak is an Associate Director at Berkeley Research Group, LLC ("BRG") in the Los Angeles, California office. Mr. Troszak has more than ten years of experience providing services in bankruptcy, forensic accounting, and litigation support.

Mr. Troszak has been involved in chapter 11 and chapter 7 bankruptcy cases, providing accounting services to chapter 11 and 7 trustees, independent examiners and to the official committee of unsecured creditors. His experience includes consulting and investigative accounting services related to fraud, embezzlement and mismanagement of funds, claims analyses, solvency analyses, the tracing of funds to prepare avoidance action litigation, pre- and post-petition transfer analyses and the liquidation of assets.

### Case Examples

- *In re Solyndra LLC* – Financial Advisors to chapter 11 trustee. On August 31, 2011, after receiving a $535 million loan guarantee from the Department of Energy (DOE), Solyndra had approximately 968 full time employees and 211 temporary employees. On September 6, 2011, Solyndra was unable to continue active business operations and filed a chapter 11 bankruptcy petition. Mr. Troszak performed financial analyses and drafted key sections of the chapter 11 trustee's report concerning Solyndra business operations, which was filed with the bankruptcy court.

- *In re State Fish Company* – Financial Advisors to chapter 11 trustee. State Fish's core business was buying, packaging and freezing fresh fish sourced from local fishing vessels. State Fish also imported and repackaged frozen seafood from national and international sources and sold the seafood to major grocery store chains and local restaurants. In addition to seafood, State Fish owned and operated two companies that specialized in processing, packaging and pasteurization of fresh juices and salad dressings. State Fish had approx. 150 employees and due to family disagreements and lawsuits filed a chapter 11 bankruptcy petition. Mr. Troszak oversaw and worked with State Fish employees to continue operation of the businesses. Mr. Troszak also worked with the investment banking company in gathering and marketing the company's businesses for sale. Mr. Troszak was also involved in a detailed forensic investigation of the company's historical financial information in order to broker a settlement with the disputed parties.



- *In re Ezri Namvar and In re Namco Capital Group, Inc.* – Accountants and financial advisors to both the chapter 11 trustees of both bankruptcy estates. A well-known member of the Iranian Jewish community in Los Angeles received $3 billion in investments and loans over five years and disbursed those funds through close to 400 separate LLC's holding a wide array of assets such as hotels, golf courses, low-income housing projects, pistachio farms, conference center sites, medical buildings and ground leases. Mr. Troszak has worked to untangle the financial and business relationships among this multitude of inter-related LLC's.

- *In re Galleria USA, Inc.* ("GUSA") – Accountants and financial advisors to the chapter 11 trustee. GUSA was an importer of furniture for Big Box retailers. GUSA, along with its sister company in Asia, had collective obligations to their secured and unsecured creditors totaling approx. $233 million. Mr. Troszak assisted in the liquidation of inventory and the investigation of fraud related to the loan collateral and inflated sales. The chapter 11 trustee released a detailed accounting report based on this investigation, which ultimately led to the indictment of the two principals of the debtor.

- *In re Slatkin* - Accountants to the chapter 11 trustee. Mr. Troszak assisted in the forensic accounting investigation of Slatkin's enterprises and business practices and contributed to a written report detailing one of the largest Ponzi schemes in California history involving more than $600 million of business transactions. Mr. Troszak also assisted in liquidating substantial assets throughout the United States, including hotels, unimproved real estate, shopping malls, interests in movie production companies and other substantial equity investments.

**Other Engagements**

- *In re Aerospace Design, Inc.* – Accountants to Chapter 7 Trustee
- *In re Cedar Funding, Inc* – Accountants and Financial Advisors to Chapter 11 Trustee
- *In re Death Row Records, Inc.* – Accountants to the Chapter 11 & 7 Trustee
- *In re Express.com* – Accountants to the Chapter 11 Trustee
- *In re Focus Media, Inc.* – Accountants to the Chapter 11 Trustee
- *In re JMS Automotive* – Accountants to the Chapter 11 Trustee
- *In re GGW Brands, LLC et al.* – Accountants to the Chapter 11 Trustee
- *In re J.C. Jeffers* – Accountants to the Chapter 11 Trustee
- *In re Metropolitan Mortgage* – Accountants to the Chapter 11 Examiner
- *In re Michael G. Tyson* – Accountants to the Debtor, Chapter 11
- *In re Peck / Jones Construction* – Accountants to the Chapter 7 Trustee
- *In re Ray Gonzales* – Accountants to the Chapter 11 Trustee
- *In re State Fish Company, Inc.* – Accountants to the Chapter 11 Trustee
- *In re the Roman Catholic Bishop of San Diego* – Accountants to Court-Appointed Expert
- *In re The Tulving Company, Inc. a Corporation* – Accountants to the Chapter 7 Trustee



**Employment History**

| | |
|---|---|
| 2011 – present | **Berkeley Research Group, LLC;** Los Angeles, CA<br>Managing Consultant/Senior Managing Consultant/Associate Director |
| 2005 – 2011 | **LECG, LLC;** Los Angeles, CA<br>Staff Accountant/Senior Accountant/Managing Consultant |
| 2004 – 2005 | **Neilson Elggren LLP;** Los Angeles, CA<br>Staff Accountant |

**Education**

Bachelor of Arts, Accounting
Michigan State University, East Lansing, Michigan

**Testimony**

- GGW Brands, LLC. - Case No. 13-15130-SK – United States Bankruptcy Court – Central District of California; Testimony: Person most knowledgeable re. Accounting Transactions and Operations of the GGW Brands, *et al.*
- Cedar Funding, Inc. v. Mercy Springs Rd. Inc, *et al* - Case No. M116075 – Superior Court of the State of California – County of Monterey; Testimony: Accounting Transactions & Loan Payoff Calculations related to Cedar Funding, Inc.
- Cedar Funding, Inc. v. R. Domras, *et al* - Case No. M116080 – Superior Court of the State of California – County of Monterey; Testimony: Accounting Transactions & Loan Payoff Calculations related to Cedar Funding, Inc.
- Cedar Funding, Inc. v. J. Paquin, *et al* - Case No. M116081 – Superior Court of the State of California – County of Monterey; Testimony: Accounting Transactions & Loan Payoff Calculations related to Cedar Funding, Inc.
- Cedar Funding, Inc. - Case No. 08-52709-CN – United States Bankruptcy Court – Northern District of California; Testimony: Accounting Transactions related to Cedar Funding, Inc.
- U.S. v. Nilsen, David *et al* - Case No. CR 09-0895 EJD - United States District Court – Northern District of California; provided Grand Jury Testimony: Accounting Transactions & Loan Payoff Calculations related to Cedar Funding, Inc.

**Licenses & Certifications**

Certified Public Accountant – California
Certified Insolvency and Restructuring Advisor (CIRA)
Certified In Financial Forensics (CFF)



**Professional Memberships**

American Bankruptcy Institute
American Institute of Certified Public Accountants
Association of Certified Fraud Examiners
Association of Insolvency & Restructuring Advisors
California Society of Certified Public Accountants

**Board & Committee Positions**

2013 – 2014          Western Center on Law and Poverty – Advisory Board Member

2013 – 2016          Turnaround Underground, Los Angeles – Planning Committee Member



**LEIF M. LARSEN**
**ASSOCIATE DIRECTOR**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0080
Fax: 801.335.9926
llarsen@thinkbrg.com

## SUMMARY

Leif M. Larsen, an Associate Director with Berkeley Research Group, LLC has over 20 years' experience in tax return preparation. Prior to working at Berkeley Research Group, LLC he was with LECG, LLC, working as a Senior Managing Consultant and prior to that he was with Neilson Elggren, LLP, working as a Tax Manager. Mr. Larsen is a Certified Public Accountant and is an Enrolled Agent. Mr. Larsen is also a Certified Insolvency Restructuring Advisor. His experience also includes all areas of payroll taxes and sales & use taxes, including return preparation.

Mr. Larsen has provided a wide variety of tax services throughout this career. His efforts have focused on special tax issues in corporate, partnership, and individual bankruptcy; formation of and tax compliance for liquidating trusts and representation of taxpayers before federal and state taxing authorities.

A few of the cases in which Mr. Larsen has been involved include:

- Ezri Namvar Bankruptcy Estate. – Accountants to the Trustee. Prepared original and amended individual, corporate, partnership and estate income tax returns for the estate and related entities. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having hundreds of beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Le-Nature's, Inc. – Accountants to the Trustee. Prepared original and amended corporate income tax returns and numerous information returns for related entities. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having over four hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Leslie Todd Bankruptcy Estate – Accountants to the Trustee. Prepared initial and final fiduciary tax returns for Individual bankruptcy case. Analyzed treatment of settlement proceeds received from breach of contract related to sale of debtors business to an outside party.



## Curriculum Vitae

- Reed Slatkin – Accountants to the Trustee. Prepared individual and S Corporation tax returns and numerous information returns for pass through entities, including Partnerships, and LLCs. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having over three hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Metropolitan Mortgage & Securities Co., Inc. – Accountants to the Trustee. Prepared consolidated income tax returns and prepared Liquidating Trust returns having over seven thousand beneficiaries.

- National Summit Corporation – Accountants to the Trustee. Prepared consolidated income tax returns and prepared Liquidating Trust returns having over two thousand beneficiaries.

- Michael G. Tyson – Accountants to the Debtor in Possession. Prepared individual and S Corporation tax returns. Also prepared Liquidating Trust returns having over one hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- JMS Automotive Rebuilders, Inc. – Accountants to the Trustee. Analyzed many tax documents relating to the Internal Revenue Service' audit of multiple tax years. Prepared corporate tax returns.

- Webvan Group, Inc. and Subsidiaires – Accountants to the Trustee. Prepared consolidated corporate tax returns which included assets of over one billion dollars.


## LICENSES & CERTIFICATIONS

Certified Public Accountant – Licensed in the state of California
Enrolled Agent – Internal Revenue Service
Certified Insolvency & Restructuring Advisor - Association of Insolvency and Restructuring Advisors
Certified in Financial Forensics – American Institute of Certified Public Accountants


## EDUCATION

Bachelor of Science in Accounting, University of Utah

## PROFESSIONAL MEMBERSHIPS

California Society of CPAs
American Institute of Certified Public Accountants
Association of Insolvency and Restructuring Advisors



Curriculum Vitae

## EMPLOYMENT HISTORY

2011 – Present        **Berkeley Research Group, LLC**
                      Associate Director (2018 – present)
                      Senior Managing Consultant (2011 – 2017)

2005 – 2011           **LECG, LLC**
                      Senior Managing Consultant (2011 – 2011)
                      Managing Consultant (2007 – 2010)
                      Consultant (2005 - 2006)

2001 – 2005           **Neilson Elggren LLP**
                      Manager (2005)
                      Experienced Senior (2002 - 2005)
                      Senior (2000 – 2001)

1996 – 2001           **Interwest Business Group, Inc.**
                      Manager (1999 - 2001)
                      Staff Accountant (1996 – 1998)



**Berkeley Research Group**

## Spencer G. Ferrero, Managing Consultant

2049 Century Park East Suite 2525
Century City, CA 90067
Phone: 310-499-4742
Fax:    310-557-8982
Email:  sferrero@thinkbrg.com

**Summary**

Spencer G. Ferrero is a Managing Consultant at Berkeley Research Group, LLC (BRG) in the Century City, California office.  Mr. Ferrero has nine years of experience providing services in bankruptcy, forensic and investigative accounting, litigation support and business valuation.

Mr. Ferrero has been involved in chapter 11 and chapter 7 bankruptcy cases, providing accounting services to chapter 11 and 7 trustees, independent examiners and to the official committee of unsecured creditors.  His experience includes claims analyses, solvency analyses, pre- and post-petition transfer analyses and the tracing of funds to prepare for avoidance action litigation.

**Case Examples**

- *In re Ezri Namvar and In re Namco Capital Group, Inc.* – Accountants and financial advisors to both the chapter 11 trustees of both bankruptcy estates.  A well-known member of the Iranian Jewish community in Los Angeles received $3 billion in investments and loans over five years and disbursed those funds through close to 400 separate LLC's holding a wide array of assets such as hotels, golf courses, low-income housing projects, pistachio farms, conference center sites, medical buildings and ground leases.  Mr. Ferrero has worked to untangle the financial and business relationships among this multitude of inter-related LLC's.

- *In re Galleria USA, Inc.* ("GUSA") – Accountants and financial advisors to the chapter 11 trustee.  GUSA was an importer of furniture for "big box" retailers. GUSA, along with its sister company in Asia, had collective obligations to their secured and unsecured creditors totaling approx. $233 million.  Mr. Ferrero assisted in the liquidation of inventory and the investigation of fraud related to the loan collateral and inflated sales.  The chapter 11 trustee released a detailed accounting report based on this investigation, which ultimately led to the indictment of the two principals of the debtor.

- *In re Estate Financial, Inc.* - Accountants and financial advisors to the chapter 11 trustee. Estate Financial was a "hard money lender" that solicited investments for, and arranged and made, real estate secured loans.  At the time of the bankruptcy filing, the loan portfolio consisted of nearly 550 loans, all of which were in default, totaling approximately $350 million funded by over 2,000 investors.  Mr. Ferrero assisted in the ongoing liquidation of the loans or properties securing the loans and also accounted for the received proceeds.



**Berkeley Research Group**

**Other Engagements**

- *Turner Gas vs. Mark Harris, Kamps Company, et al* – Litigation Support
- *In re Le-Nature's, Inc.* – Accountants to the Trustee
- *BHE Group Inc. and GBM International, Inc. v. MTS Products* – Litigation Support
- *In re Peck/Jones Construction* – Accountants to the Trustee
- *In re Reed Slatkin* – Accountants to the Trustee
- *In re Death Row Records* – Accountants to the Trustee
- *In re Hiuka America* – Accountants to the Trustee
- *In re Cedar Funding, Inc.* – Accountants to the Trustee
- *In re David Prenatt* – Accountants to the Trustee
- *Wells Fargo & Company, et al vs. United States of America* – Litigation Support
- *Howard Ruby, et al v. Allen Matkins, et al.* – Litigation Support
- *Morissette vs. GSO* – Forensic Accounting Investigation
- *In re Arctic Sentinel, Inc [f/k/a/ Fuhu, Inc]* – Accountants to the Creditor Committee
- *Celestica vs Crossbow* – Litigation Support
- *CoreLogic vs. Zurich American Insurance Company* – Litigation Support

**Employment History**

| | |
|---|---|
| Mar. 2011 – Present | **Berkeley Research Group, LLC**<br>Associate, Senior Associate, Consultant, Managing Consultant |
| Sept. 2007 – Feb. 2011 | **LECG, LLC**<br>Intern, Research Analyst, Associate |

**Education**

Masters of Accounting
University of Utah, Salt Lake City, Utah

Bachelor of Arts in Accounting
University of Utah, Salt Lake City, Utah

**Licenses & Certifications**

Certified Public Accountant –California
Certified Fraud Examiner (CFE)
Certified Insolvency and Restructuring Advisor (CIRA)
Certified in Financial Forensics (CFF)

**Professional Memberships**

American Bankruptcy Institute
American Institute of Certified Public Accountants
Association of Certified Fraud Examiners
Association of Insolvency and Restructuring Advisors
California Society of Certified Public Accountants

**Awards**

Zolfo Cooper/Randy Waits CIRA Bronze Medal, 2012

**Curriculum Vitae**



**EVELYN S PERRY**
**PARAPROFESSIONAL**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0082
Fax: 801.335.9926
eperry@thinkbrg.com

## SUMMARY

Evelyn Perry is a member of Berkeley Research Group, LLC ("BRG") with over twenty-nine years experience in the areas of Bankruptcy and Tax. Prior to joining BRG she was with LECG LLC, Neilson Elggren LLP, Arthur Andersen LLP in the Global Corporate Finance division and Neilson Elggren Durkin & Company.

Evelyn's responsibilities include the preparation and submission of fee application pleadings to the bankruptcy court as well assisting with assembly and submission of tax returns. Other responsibilities include reconciliation and assembly of billings to litigation, tax and other clients, reconciliation of client bank accounts and related support duties assisting professionals.

## CASE EXAMPLES

Several of the cases in which Evelyn has been involved include:

- Death Row Records—Trustee and Accountants to the Trustee
- LeNature — Accountants to the Trustee
- Robert B. Solomon – Chapter 11 Debtor-in-possession
- Estate Financial – Accountants to the Trustee
- Reed E. Slatkin (One of California's largest Ponzi schemes) – Accountants to the Trustee
- Adelphia – Forensic Accountants to the Creditor Committee

## EDUCATION

Ricks College, Associate Degree in Business Education


**BRG**
**Berkeley Research Group**

## Rowen Dizon, Accounting Technician

2049 Century Park East
Suite 2525
Los Angeles, California 90067
Phone: 310 499-4778
Fax:    310 557-4750
Email:  rdizon@brg-expert.com

### Summary

Rowen Dizon has over fifteen (15) years experience providing administrative support to Chapter 7
Trustees. He is directly involved in the processing of all Chapter 7 & Chapter 11 banking, including
deposits, transfers of funds, issuing checks, opening accounts and maintaining filing systems.
Rowen is also involved with serving and filing Trustee's motions and notices, preparing and
maintaining back-up for disbursements and deposits as well as various other tasks in bankruptcy
matters.

Rowen is also involved in our scanning department.  His responsibilities include sorting and scanning
various incoming and outgoing documents using the LaserFische computer system.

### Education

Management – Holy Angel University, Angeles City, Philippines



## Sherry Anthon, Case Analyst

201 South Main
Suite 450
Salt Lake City, Utah 84111
Main:   801.364.6233
Fax:    801.355.9926
Email:  santhon@thinkbrg.com

### Summary

Sherry Anthon is a Case Analyst at Berkeley Research Group, LLC ("BRG"). She has provided support services related to bankruptcy cases including tax services and financial analyses. Her responsibilities have included researching and analyzing financial and non-financial tax data, analysis of monthly operating reports and assistance with accounting investigations.

### Case Examples

- Ezri Namvar Bankruptcy Estate – Accountants to the Trustee
- Undisclosed SEC Investigation – Forensic Accountants
- Castle Arch Real Estate Investment Company, LLC – Accountants to the Trustee
- National Financial Lending, LLC – Accountants to the Receiver
- Solyndra, LLC – Accountants to the Trustee
- Scott Baldwin & Cynthia Babbit Bankruptcy Estate – Accountants to the Trustee

### Employment History

| | |
|---|---|
| 2017 to present | **Berkeley Research Group, LLC**<br>Case Analyst |
| 1995 - 2001 | **Brooks Automation/Auto Simulations**<br>Senior Accountant |

### Education

Brigham Young University, Provo, UT, Master of Accountancy Taxation

**Curriculum Vitae**



**KELLEE CALDER**
**Executive Assistant**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.6637
Fax: 801.335.9926

## SUMMARY

Kellee Calder is a member of Berkeley Research Group, LLC ("BRG") in the Salt Lake City office, with over five years experience in the areas of Bankruptcy and Tax. Prior to joining BRG she was with, Neilson Elggren LLP, Arthur Andersen LLP in the Global Corporate Finance division and Neilson Elggren Durkin & Company.

Kellee's responsibilities include the assembly and submission of tax returns. Other responsibilities include support duties assisting professionals.

## CASE EXAMPLES
Cases in which Kellee has been involved include:

• Woodbridge — Accountants to the CRO
• Namvar — Accountants to the Trustee

## Curriculum Vitae



**VICTORIA CALDER**
**SUMMER INTERN**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.6637
Fax: 801.335.9926

### SUMMARY

Victoria Calder has been employed at Berkeley Research Group, LLC ("BRG") in the Salt Lake City office, for the last three years.  Prior to joining BRG she graduated from Morgan High School.  She earned an Associate of Science degree in December of 2017.  She will attend Dixie State University in the fall of 2018.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): ***SUBMISION OF FIRST INTERIM APPLICATION OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 8, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **January 8, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Office of the United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 8, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Suite 312, Courtroom 303,
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| January 8, 2019 | MYRA KULICK | /s/ Myra Kulick |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                     **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:301668.2 32274/001

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Timothy C Aires     tca@arlawyers.com, mdkhan@arlawyers.com*
- *Bret D. Allen     ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com*
- *Simon Aron     saron@wrslawyers.com*
- *Larry G Ball     lball@hallestill.com, gjohnson@hallestill.com*
- *William H Brownstein     Brownsteinlaw.bill@gmail.com*
- *Carol Chow     carol.chow@ffslaw.com, easter.santamaria@ffslaw.com*
- *Henry S David     hdavid@davidfirm.com, 8163836420@filings.docketbird.com*
- *Brian L Davidoff     bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *Michael T Delaney     mdelaney@bakerlaw.com*
- *Fahim Farivar     ffarivar@foley.com, amcdow@foley.com;scvasquez@foley.com;scvasquez@foley.com*
- *Todd S Garan     ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com*
- *Marian Garza     ecfnotices@ascensioncapitalgroup.com*
- *Thomas M Geher     tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com*
- *Eliza Ghanooni     eliza@ghanoonilaw.com, monicabedia@ghanoonilaw.com*
- *Mark E Goodfriend     markgoodfriend@yahoo.com, monica.yoohanna@gmail.com*
- *David Keith Gottlieb (TR)     dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com*
- *Lee W Harwell     leehar@earthlink.net, shada12200@hotmail.com*
- *Eric P Israel     eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com*
- *Andrew V Jablon     ajablon@rpblaw.com, mlynch@rpblaw.com*
- *Thomas P Jeremiassen (TR)     tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz*
- *Robert B Kaplan     rbk@jmbm.com*
- *Andrew F Kim     akim@afklaw.com, 6229175420@filings.docketbird.com*
- *Matthew Kramer     mkramer@wwhgd.com, iperez@wwhgd.com*
- *John W Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com*
- *Daniel J McCarthy     dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com*
- *Ashley M McDow     amcdow@foley.com, scvasquez@foley.com;Ffarivar@foley.com*
- *Kevin Meek     kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com*
- *C John M Melissinos     jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *Jessica Mickelsen Simon     jmsimon@hrhlaw.com*
- *William K Mills     mills@parkermillsllp.com, sally@parkermillsllp.com*
- *David L. Neale     dln@lnbyb.com*
- *Juliet Y Oh     jyo@lnbrb.com, jyo@lnbrb.com*
- *Tomas A Ortiz     tortiz@garrett-tully.com*
- *Keith C Owens     kowens@venable.com, khoang@venable.com*
- *Dipika Parmar     dipika.parmar@aissolution.com*
- *Jeremy V Richards     jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Ronald N Richards     ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com*
- *S Margaux Ross     margaux.ross@usdoj.gov*
- *Kambiz J Shabani     joseph@shabanipartners.com*
- *Mark M Sharf     msharf@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com*
- *Nico N Tabibi     nico@tabibilaw.com*
- *United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov*
- *Maurice Wainer     mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com*
- *Howard J Weg     hweg@robinskaplan.com*
- *Thomas J Weiss     tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com*
- *Gilbert R Yabes     ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com*
- *Aaron E de Leest     aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**