Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Tel: 310/277-6910
Facsimile: 310/201-0760
E-mail:   jrichards@pszjlaw.com
               jlucas@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee of the
Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1]<br><br>Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>SOLYMAN YASHOUAFAR,<br><br>Debtor. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br><br>Case No.: 1:16-bk-12408-GM |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>Debtor. | Chapter 11<br><br>**NOTICE OF HEARING ON APPLICATIONS OF PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** |
| Affects:<br><br>☒  Both Debtors<br>☐  Solyman Yashouafar<br>☐  Massoud Aaron Yashouafar<br><br>Debtors. | Date: January 29, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 303<br>           U.S. Bankruptcy Court<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA 91367 |

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE,**

**THE CHAPTER 11 TRUSTEE, THE DEBTORS AND THEIR COUNSEL, THE OFFICIAL**

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

DOCS_LA:318601.1 32274/001

**COMMITTEE OF UNSECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that a hearing will be held on January 29, 2919 at 10:00 a.m. in Courtroom 303, 21041 Burbank Blvd., Woodland Hills, California before the Honorable Geraldine Mund for the Court to consider and act upon the applications (the "Applications") of professionals employed in or in connection with the above-captioned cases (the "Professionals") for approval of compensation and reimbursement of expenses.

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications filed by the Professionals identified below are on file with the Clerk of the United States Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, California 91367 and available for inspection during the Court's normal business hours and may also be obtained by a party in interest upon specific request to Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Telephone: 310/277-6910, Facsimile: 310/201-0760, email: bdassa@pszjlaw.com.

The compensation requested by Professionals in the Applications is as follows:

(1) Pachulski Stang Ziehl & Jones LLP ("PSZJ")

PSZJ, general bankruptcy counsel to David K. Gottlieb, Chapter 11 Trustee (the "Chapter 11 Trustee") for the estates of Massoud Aaron Yashouafar and Solyman Yashouafar (the "Debtors"), is seeking approval of interim compensation for the period of September 16, 2016 through November 30, 2018 in the amount of $1,483,351.99, consisting of $1,404,583.50 in fees incurred and $78,768.49 in expenses advanced.

(2) Development Specialists, Inc. ("DSI")

DSI, accountants and financial advisors to the Chapter 11 Trustee, is seeking approval of final compensation for the period of March 1, 2018 through December 31, 2018 in the amount of $20,120.00. No expenses were advanced.

(3) Berkeley Research Group ("BRG")

BRG, accountants and financial advisors to the Chapter 11 Trustee, is seeking approval of interim compensation for the period of September 21, 2016 through November 30, 2018 in the

DOCS_LA:318601.1 32274/001

Main Document    Page 3 of 6

amount of $133,169.25, consisting of $123,312.00 in fees incurred and $9,857.25 in expenses advanced.

(4)  David K. Gottlieb, Chapter 11 Trustee

The Chapter 11 Trustee is seeking approval of interim compensation for the period of September 16, 2016 through December 22, 2018 in the amount of $73,015.40, consisting of $72,627.42 in fees incurred and $387.98 in expenses advanced.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), any response or opposition must be in writing and filed with the Court and served upon the appropriate Professional (see addresses below) and the undersigned counsel to the Chapter 11 Trustee no later than fourteen (14) days prior to the hearing date.  Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file any response or opposition may be deemed by the Court to be consent to the approval of the Applications.

**ADDRESSES FOR ALL PROFESSIONALS**

General Bankruptcy Counsel to the Chapter 11 Trustee
Jeremy V. Richards, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Accountants and Financial Advisors to the Chapter 11 Trustee
Thomas Jeremiassen
Development Specialists, Inc.
333 South Grand Avenue, Suite 4100
Los Angeles, CA 90071

Accountants and Financial Advisors to the Chapter 11 Trustee
Vernon L. Calder, CPA
Berkeley Research Group
2029 Century Park East, Suite 1250
Los Angeles, CA 90067

3

DOCS_LA:318601.1 32274/001

<u>Chapter 11 Trustee</u>
David K. Gottlieb
17000 Ventura Blvd., Suite 300
Encino, CA 91316

Dated:  January 8, 2019                              PACHULSKI STANG ZIEHL & JONES LLP

By:    */s/ Jeremy V. Richards*
         Jeremy V. Richards
         John W. Lucas

         Attorneys for David K. Gottlieb, Chapter 11
         Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4

DOCS_LA:318601.1 32274/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON APPLICATIONS OF PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 8, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **January 8, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Office of the United States Trustee<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017 | Accountants and Financial Advisors to the Chapter 11 Trustee<br>Vernon L. Calder, CPA<br>Berkeley Research Group<br>2029 Century Park East, Suite 1250<br>Los Angeles, CA 90067 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 8, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Suite 312, Courtroom 303,
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 8, 2019 | MYRA KULICK | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
June 2012                                                                                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:301668.2 32274/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Timothy C Aires    tca@arlawyers.com, mdkhan@arlawyers.com*
- *Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com*
- *Simon Aron    saron@wrslawyers.com*
- *Larry G Ball    lball@hallestill.com, gjohnson@hallestill.com*
- *William H Brownstein    Brownsteinlaw.bill@gmail.com*
- *Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com*
- *Henry S David    hdavid@davidfirm.com, 8163836420@filings.docketbird.com*
- *Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *Michael T Delaney    mdelaney@bakerlaw.com*
- *Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;scvasquez@foley.com;scvasquez@foley.com*
- *Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com*
- *Marian Garza    ecfnotices@ascensioncapitalgroup.com*
- *Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com*
- *Eliza Ghanooni    eliza@ghanoonilaw.com, monicabedia@ghanoonilaw.com*
- *Mark E Goodfriend    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com*
- *David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com*
- *Lee W Harwell    leehar@earthlink.net, shada12200@hotmail.com*
- *Eric P Israel    eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com*
- *Andrew V Jablon    ajablon@rpblaw.com, mlynch@rpblaw.com*
- *Thomas P Jeremiassen (TR)    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz*
- *Robert B Kaplan    rbk@jmbm.com*
- *Andrew F Kim    akim@afklaw.com, 6229175420@filings.docketbird.com*
- *Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com*
- *John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com*
- *Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com*
- *Ashley M McDow    amcdow@foley.com, scvasquez@foley.com;Ffarivar@foley.com*
- *Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com*
- *C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *Jessica Mickelsen Simon    jmsimon@hrlaw.com*
- *William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com*
- *David L. Neale    dln@lnbyb.com*
- *Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com*
- *Tomas A Ortiz    tortiz@garrett-tully.com*
- *Keith C Owens    kowens@venable.com, khoang@venable.com*
- *Dipika Parmar    dipika.parmar@aissolution.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com*
- *S Margaux Ross    margaux.ross@usdoj.gov*
- *Kambiz J Shabani    joseph@shabanipartners.com*
- *Mark M Sharf    msharf@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com*
- *Nico N Tabibi    nico@tabibilaw.com*
- *United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov*
- *Maurice Wainer    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com*
- *Howard J Weg    hweg@robinskaplan.com*
- *Thomas J Weiss    tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com*
- *Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com*
- *Aaron E de Leest    aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:301668.2 32274/001

2