| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney* <br> ☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

| In re: | CASE NO.: |
|---|---|
| | CHAPTER: |
| | **APPLICATION FOR PAYMENT OF:** <br> ☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)** <br> ☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: <br> TIME: <br> COURTROOM: <br> PLACE: |
| Debtor(s). | |

1. Name of Applicant (*specify*): _____

2. Type of services rendered:
   a. ☐ Attorney for (*specify*): _____
   b. ☐ Accountant for (*specify*): _____
   c. ☐ Other professional (*specify*): _____

3. Date of filing of petition under chapter _____ of the Bankruptcy Code: _____

4. Date of entry of Order Approving Applicant's Employment: _____

5. Date of filing of last Fee and/or Expense Application: _____

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 2016-1.2.APP.PAYMENT.FEES**

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ _____

    a. Retainer received: $ _____

    b. Retainer remaining as of the date of this Application: $ _____

    c. Total amount requested in all prior applications: $ _____

    d. Total amount actually paid pursuant to prior approved applications: $ _____

    e. Total amount currently due but unpaid pursuant to prior approved applications: $ _____

    f. Total amount allowed but reserved pending final fee application: $ _____

7. **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. | $ | X | | = | $ |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

   g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:     ☐ See attached page




9. Bonus requested (final fee applications only): $ _____
   (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ _____

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ _____

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 2                                   **F 2016-1.2.APP.PAYMENT.FEES**

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

15. Total number of attached pages of supporting documentation: _____

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
*Date*        *Printed Name*                            *Signature*

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 3                    **F 2016-1.2.APP.PAYMENT.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Foley & Lardner LLP, 555 South Flower Street, Ste. 3500, Los Angeles, CA  90071-2411**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 9, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:  On January 9, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Geraldine Mund  
United States Bankruptcy Court  
Central District of California  
21041 Burbank Boulevard, Suite 312/Ctrm. 303  
Woodland Hills, CA 91367

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 9, 2019 | Susie Vasquez | /s/ Susie Vasquez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Timothy C Aires    tca@arlawyers.com, mdkhan@arlawyers.com
- Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@bretallen.com
- Simon Aron    saron@wrslawyers.com
- Larry G Ball    lball@hallestill.com, gjohnson@hallestill.com
- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Carol Chow    carol.chow@ffslaw.com
- Henry S David    hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;khernandez@foley.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Marian Garza    ecfnotices@ascensioncapitalgroup.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Eliza Ghanooni    eliza@ghanoonilaw.com, monicabedia@ghanoonilaw.com
- Mark E Goodfriend    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Lee W Harwell    leehar@earthlink.net, shada12200@hotmail.com
- Eric P Israel    eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com
- Andrew V Jablon    ajablon@rpblaw.com, mlynch@rpblaw.com
- Thomas P Jeremiassen (TR)    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- Robert B Kaplan    rbk@jmbm.com
- Andrew F Kim    akim@afklaw.com, 6229175420@filings.docketbird.com
- Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
- Ashley M McDow    amcdow@foley.com, Khernandez@foley.com;Ffarivar@foley.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com;amatsuoka@robinskaplan.com
- C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Jessica Mickelsen Simon    DBrotman@hrhlaw.Com;jmsimon@hrhlaw.com
- William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com
- David L. Neale    dln@lnbyb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Keith C Owens    kowens@venable.com, khoang@venable.com;DGIge@venable.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Kambiz J Shabani    joseph@shabanipartners.com, kevin@shabanipartners.com
- Mark M Sharf    mark@forbankruptcy.com, 2180473420@filings.docketbird.com
- Nico N Tabibi    nico@tabibilaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE

- Maurice Wainer    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- Howard J Weg    hweg@robinskaplan.com
- Thomas J Weiss    tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
- Aaron E de Leest    aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                              **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

A. David Mongan
4558 Toni Lane
La Mesa, CA 91941

Elkwood Associates, LLC c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave.
Los Angeles, CA 90071-

Encino - 16661 Ventura Blvd Trust
c/o Keith C. Owens
Venable LLP
2049 Century Park East #2300
Los Angeles, CA 90067-3125

Fieldbrook, Inc.
c/o Daniel J. McCarthy Hill, Farrer & Burrill LLP
300 South Grand Ave.
Los Angeles, CA 90071-

NMS Investment, LLC
18345 Ventura Blvd., Ste 500
Tarzana, CA 91356-4245

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Alliance Property Investments, David Thoresen & The David Firm(R)
617 West 7th Street, Suite 102
Los Angeles, CA 90017-3853

Andrews Davis, P.C
100 N Broadway, Ste. 3300
Oklahoma City, OK 73102-8831

Anthem Blue Cross
PO Box 54580
Los Angeles, CA 90054-0580

 

BB&T
c/o Peter J. Nugent
2711 North Haskell Ave.
Lock box 3019
Dallas, TX 75204-2911

AXA Equitable
Box 7459
Pittsburgh, PA 15250-7459

Babak Cohen / B&B Kahnair
1216 Selby Ave. #102
Los Angeles, CA 90025-1398

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

California Bank & Trust
(Dabco Center)
PO Box 30833
Salt Lake City, UT 84130-0833

Camelia Kusuma
24150 Victory Blvd.
Woodland Hills, CA 91367-1255

Capital One
PO Box 60599
City of Industry, CA 91716-0599

 

Chase Card Services
PO Box 94014
Palatine, IL 60094-4014

Chester Tower, LLC
PO Box 32428
Los Angeles, CA 90032-0428

Citicards
PO Box 689197
Des Moines, IA 50368-9197

City of Beverly Hills
455 North Rexford Drive
Beverly Hills, CA 90210-4817

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| DMARC2007 CD5 Garden Street Law Firm 180 Newport Center Dr, Ste. 260 Newport Beach, CA 92660-0901 | DMARC 2007-CD5 GARDEN STREET LAW FIRM 6 HUGHES, SUITE 205 IRVINE, CA 92618-2063 | DMF Lighting 1118 E. 223rd Street Carson, CA 90745-4210 |
| David Pourbaba 8271 Melrose Ave Ste. 200 Los Angeles, CA 90046-6826 | Discover PO Box 61033 Carol Stream, IL 60197-6103 | ELI BENDAVID 1535 RUHLAND AVE MANHATTAN BEACH CA 90266-7127 |
| Edmond Lavi 5177 Avenida Hacienda Tarzana, CA 91356-4224 | Eli Javid Bendavid 6839 Kings Harbor Drive Rancho Palos Verdes, CA 90275-4621 | Elizabeth Sax 6355 Topanga Canyon Blvd Ste #125 Woodland Hills, CA 91367-2117 |
| Encino Corporate Plaza, L.P. c/o Henry S. David The David Firm(R) 617 West 7th Street, Suite 702 Los Angeles, CA 90017-3853 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | Fereydoun Dayani 18345 Ventura Blvd Ste #500 Tarzana, CA 91356-4245 |
| Figueroa Tower II, LP c/o Resch Polster & Berger Michael Baum 1840 Century Park East, 17th Fl Los Angeles, CA 90067-2118 | First National Buildings c/o Resch Polster & Berger Michael Baum 1840 Century Park East, 17th Fl Los Angeles, CA 90067-2118 | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER 1900 AVENUE OF THE STARS 21ST FL LOS ANGELES CA 90067-4301 |
| Gregor Law Offices 2550 Fifth Avenue, Ste. 322 San Diego, CA 92103-6624 | Hamid Ahmadi 6906 Rain Creek Parkway Austin, TX 78759-7038 | Hamid Joseph Neman 1801 Century Park East, Suite 1600 Los Angeles, CA 90067-2320 |
| | Holthouse, Carlin & Van Trigt, LLP 11444 W. Olympic Blvd, 11th Floor Los Angeles, CA 90064-1500 | Howard L. Abselet 114 Pine Street Port Jefferson Station, NY 11776-3161 |
| Howard L. Abselet c/o Henry S. David The David Firm(R) | Howard Weg Robins Kaplan LLP 2049 Century Park East Ste. 3400 | Internal Revenue Service 300 North Los Angeles Street M/s 5022 Los Angeles, CA 90012-3478 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                      F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| 617 W. 7th St., Suite 702<br>Los Angeles, CA 90017-3853 | Los Angeles, CA 90067-3208 | |
| Iraj Zokai<br>1058 22nd Street<br>Santa Monica, CA 90403-4518 | Israel Abselet<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017-3853 | JCBL Trust<br>16661 Ventura<br>Blvd, Ste 608<br>Encino, CA 91436-4831 |
| Jay J. Fathi<br>235 1/2 Elm St.<br>Beverly Hills, CA 90212-4010 | John Hancock Life Insurance Company<br>PO Box 894764<br>Los Angeles, CA 90189-4764 | Joshua Paradise<br>Hodgson Russ LLP<br>c/o Tracy Hall<br>100 N. Broadway, Suite 2900<br>Oklahoma City, OK 73102-8865 |
| Kefayat Barlava<br>c/o Resch Polster & Berger<br>Attn: Michael Baum<br>1840 Century Park East, 17th Flr<br>Los Angeles, CA 90067-2118 | Keith Owens<br>Venable LLP<br>2049 Century Park East<br>Ste 2300<br>Los Angeles, CA 90067-3125 | Kluger & Stein<br>16000 Ventura Blvd, Suite 1000<br>Encino, CA 91436-2762 |
| Law Offices of Homan Taghdiri<br>1801 Century Park East, Ste 2300<br>Los Angeles, CA 90067-2336 | Law Offices of Paras B Barmecha<br>3883 Howard Hughes Pkwy<br>Ste 790<br>Las Vegas NV 89169-5995 | |
| M.E.R. Enterprises, Inc.<br>P.O. Box 32428<br>Los Angeles, CA 90032-0428 | Marc Smith<br>Krane & Smith<br>16255 Ventura Blvd. Ste. 600<br>Encino, CA 91436-2311 | Massoud Aaron Yashouafar<br>16661 Ventura Boulevard Ste 1927<br>Encino, CA 91436-6600 |
| Mayer Makabi<br>10432 Eastborn Ave., Appt #205<br>Los Angeles, CA 90024-6188 | Mehrdad Taghdiri<br>9744 Wilshire Blvd.<br>Suite 306<br>Beverly Hills, CA 90212-1813 | Mer Enterprises<br>P.O. Box 32428<br>Los Angeles, CA 90032-0428 |
| Michael W. Vivoli<br>2550 Fifth Avenue, Ste 709<br>San Diego, CA 92103-6624 | Morris Barlava<br>c/o Resch Polster & Berger<br>Attn: Michael Baum<br>1840 Century Park East, 17th Flr<br>Los Angeles, CA 90067-2118 | N&S Investments<br>18345 Ventura Blvd Ste 500<br>Tarzana, CA 91356-4245 |
| Nasser Barlava<br>c/o Resch Polster & Berger<br>Attn: Michael Baum<br>1840 Century Park East, 17th Flr<br>Los Angeles, CA 90067-2118 | Neiman Marcus<br>PO Box 5235<br>Carol Stream, IL 60197-5235 | Neman Brothers & Assoc<br>1525 S Broadway<br>Los Angeles, CA 90015-3030 |
| Paradise Spa Owners Association<br>c/o Solomon Dwiggins & Freer | Parvin Rabbani<br>133 North Willaman | Philip<br>20122 Merlin Drive |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| 9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129-8911 | Beverly Hills, CA 90211-2112 | Woodland Hills, CA 91364-3437 |
| Phillips 66 Co./SYNCB<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Raymond Yashouafar<br>16661 Ventura Blvd Ste. 508<br>Encino, CA 91436-4831 | Raymund Carino, on behalf of Simsbury Hutchins & Associates<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129-8911 |
| Ready Fresh<br>PO Box 856158<br>Louisville, KY 40285-6158 | Reliable Properties<br>6399 Wilshire Blvd., Ste. 604<br>Los Angeles, CA 90048-5709 | Robert M. Heller<br>1880 Century Park East, Suite 515<br>Los Angeles, CA 90067-1622 |
| Rodney Yashouafar<br>1033 Hilts Avenue<br>Los Angeles, CA 90024-3214 | Simon Barlava<br>c/o Resch Polster & Berger<br>Attn: Michael Baum<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067-2118 | Sina Abselet<br>19 Doral Drive<br>Manhasset, NY 11030-3907 |
| The Estate of Yahouda Yahoudai<br>1875 Century Park East, Suite 920<br>Los Angeles, CA 90067-2510 | The Nimkoff Firm<br>28 Robert Circle<br>Syosset, NY 11791-3828 | |
| Time Warner Cable<br>PO Box 60074<br>City of Industry, CA 91716-0074 | U.S. Bank National Association, as Trustee<br>c/o Keith Owens<br>Venable LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067-3125 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Bank<br>c/o Keith Owens<br>Venable LLP<br>2049 Century Park East<br>Ste. 2300<br>Los Angeles, CA 90067-3125 | Union Bank/First Bankcard (FNB Omaha U.B.)<br>PO Box 2557<br>Omaha, NE 68103-2557 | United Mileage Plus Chase CardServ<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Van Nuys Plywood, LLC<br>Danny Pakravan<br>3131 Antelo Road<br>Los Angeles, CA 90077-1603 | Vivoli Saccuzzo, LLP<br>c/o Michael W. Vivoli,<br>2550 Fifth Avenue, Suite 300<br>San Diego, CA 92103<br>San Diego, CA 92103-6624 | Vivopools<br>825 S. Primrose Avenue, Suite A<br>Monrovia, CA 91016-3413 |
| World Real Estate Group<br>Farid Faryab<br>PO Box 15925<br>Beverly Hills, CA 90209 | Wraytec Security<br>4230 Walnut St.<br>Simi Valley, CA 93063-1440 | Yahouda Yahoudai<br>10390 Wilshire Blvd. #1203<br>Los Angeles, CA 90024-6451 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                    F 9013-3.1.PROOF.SERVICE

Beverly Hills, CA 90209-1925

Yona Samih
11766 Wilshire Blvd, Ste. 260
Los Angeles, CA 90025-6573

Ziba Sarafian
18345 Ventura Blvd., Ste. 500
Tarzana, CA 91356-4245

Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356-4245

H. Joseph Nourmand
c/o Snipper Wainer & Markoff
9454 Wilshire Boulevard Suite 201
Beverly Hills, CA 90212-2502

Howard L. Abselet
c/o Henry S. David
600 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Jack NOURAFSHAN
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave., 37th Floor
Los Angeles, CA 90071-3147

Mark E Goodfriend
Law Offices of Mark E Goodfriend
16055 Ventura Blvd
Encino, CA 91436-2601

Massoud Aaron Yashouafar
c/o Merritt, Hagen & Sharone
5850 Canoga Ave Suite 400
Woodland Hills, CA 91367-5037

Parvin NOURAFSHAN
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave., 37th Floor
Los Angeles, CA 90071-3147

Raymund Carino
c/o Wolf, Rifkin, Shapiro, Schulman & Rabkin
11400 West Olympic Blvd, 9th Floor
Los Angeles, CA 90064-1582

Simon Barlava
2209 South Santa Avenue
Los Angeles, CA 90058-1109

Solyman Yashouafar
4633 White Oak Place
Encino, CA 91316-4336

Thomas P Jeremiassen
LECG Development Specialists, Inc.
333 South Grand Ave, Suite 4070
Los Angeles, CA 90071-1544

William Harold Brownstein
11755 Wilshire Boulevard Suite 1250
Los Angeles, CA 90025-1540

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE