Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Mark M. Sharf, Esq (140390)
Sharf Law Firm
6080 Center Dr., Suite 600
Los Angeles, CA 90045
323-612-0202
fax: 323-320-4221
mark@sharflaw.com

FOR COURT USE ONLY

Attorney for: Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

In re:
Solyman Yashouafar

Debtor(s).

CASE NO.: 1:16-bk-12255-GM

ADVERSARY NO.:
(*if applicable*)

CHAPTER: 11

Plaintiff(s),

vs.

Defendant(s).

## SUBSTITUTION OF ATTORNEY
### [LBR 2091-1(b)]

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   Massoud Aaron Yashouafar

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Mark M Sharf, Esq,
   Sharf Law Firm
   6080 Center Dr., Suite 600
   Los Angeles, CA 90045    Tel: 323-612-0202  email: mark@sharflaw.com

3. New attorney hereby appears in the following matters:   ☒ the bankruptcy case   ☐ the adversary proceeding

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                Page 1                        F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:
   Merritt, Hagen & Sharf, LLP

Date: 1/2/19

_____
Signature of party
Massoud Aaron Yashouafar
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.
Date: 1/2/19

_____
Signature of present attorney

Merritt, Hagen & Sharf, LLP
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.
Date: 1/2/19

_____
Signature of new attorney

Mark M. Sharf, Sharf Law Firm
Printed name of new attorney

## IMPORTANT NOTICE

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 2    F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 6080 Center Dr., Suite 600, Los  Angeles, CA  90045

A true and correct copy of the foregoing document entitled (*specify*): Substitution of Attorney _____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____1/9/2019_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Timothy C Aires    tca@arlawyers.com, mdkhan@arlawyers.com
Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
Simon Aron    saron@wrslawyers.com
Larry G Ball    lball@hallestill.com, gjohnson@hallestill.com
William H Brownstein    Brownsteinlaw.bill@gmail.com
Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
Henry S David    hdavid@davidfirm.com, 8163836420@filings.docketbird.com
Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
Michael T Delaney    mdelaney@bakerlaw.com
Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;scvasquez@foley.com;scvasquez@foley.com
Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
Marian Garza    ecfnotices@ascensioncapitalgroup.com
Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
Mark E Goodfriend    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
Lee W Harwell    leehar@earthlink.net, shada12200@hotmail.com
Eric P Israel    eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
Andrew V Jablon    ajablon@rpblaw.com, mlynch@rpblaw.com
Thomas P Jeremiassen (TR)    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
Robert B Kaplan    rbk@jmbm.com
Andrew F Kim    akim@afklaw.com, 6229175420@filings.docketbird.com
Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com
John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
Ashley M McDow    amcdow@foley.com, scvasquez@foley.com;Ffarivar@foley.com
Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
Jessica Mickelsen Simon    jmsimon@hrhlaw.com
William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com
David L. Neale    dln@lnbyb.com
Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
Tomas A Ortiz    tortiz@garrett-tully.com
Keith C Owens    kowens@venable.com, khoang@venable.com
Dipika Parmar    dipika.parmar@aissolution.com
Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
S Margaux Ross    margaux.ross@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**Kambiz J Shabani**   joseph@shabanipartners.com
**Mark M Sharf**   msharf@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
**Nico N Tabibi**   nico@tabibilaw.com
**United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
**Maurice Wainer**   mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
**Howard J Weg**   hweg@robinskaplan.com
**Thomas J Weiss**   tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
**Gilbert R Yabes**   ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
**Aaron E de Leest**   aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___1/8/19_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/9/2019 | Mark M. Sharf | /s/ Mark M. Sharf |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                           **F 9013-3.1.PROOF.SERVICE**