| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ashley M. McDow (245114)<br>Fahim Farivar (252153)<br>FOLEY & LARDNER LLP<br>555 South Flower Street, Ste 3300<br>Los Angeles, CA 90071-2411<br>Telephone: 213.972.4500<br>Facsimile:  213.486.0065<br>Email:       amcdow@foley.com<br>                 ffarivar@foley.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Committee of Unsecured Creditors | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br><br>SOLYMAN YASHOUAFAR<br><br><br><br><br><br>Debtor(s). | CASE NO.: 16-bk-12255-GM<br>CHAPTER: 11<br><br>**APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: 01/29/2019<br>TIME: 10:30 am<br>COURTROOM: 303<br>PLACE: United States Bankruptcy Court<br>             21041 Burbank Blvd<br>             Woodland Hills, CA 91367 |
|---|---|

1. Name of Applicant *(specify)*: Foley & Lardner LLP ("Foley")

2. Type of services rendered: Legal Services
   a. ☒ Attorney for *(specify)*: The Official Committee of Unsecured Creditors
   b. ☐ Accountant for *(specify)*: _____
   c. ☐ Other professional *(specify)*: _____

3. Date of filing of petition under chapter 11 of the Bankruptcy Code: 08/03/2016

4. Date of entry of Order Approving Applicant's Employment: 07/23/2018

5. Date of filing of last Fee and/or Expense Application: _____

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                   Page 1                                                        F 2016-1.2.APP.PAYMENT.FEES

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 0.00

   a. Retainer received: $ 0.00

   b. Retainer remaining as of the date of this Application: $ 0.00

   c. Total amount requested in all prior applications: $ 0.00

   d. Total amount actually paid pursuant to prior approved applications: $ 0.00

   e. Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

   f. Total amount allowed but reserved pending final fee application: $ 0.00

7. **Summary of Requested Fees**: (attach detailed supporting documentation to this Application)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Ashley M. McDow | $ 610.00 | X | 43.20 | = | $ 26,352.00 |
| b. Fahim Farivar | $ 545.00 | X | 16.30 | = | $ 8,883.50 |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

   g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows: Ashley M. McDow and Fahim Farivar agreed to maintain the same billing ☐ See attached page rates that were in place at Baker & Hostetler, LLP ("Baker") at the time Ms. McDow and Mr. Farivar moved from Baker

9. Bonus requested (final fee applications only): $ _____
   (attach Declaration and Memorandum of Points and Authorities justifying bonus)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 35,235.50

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 0.00

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012            Page 2            F 2016-1.2.APP.PAYMENT.FEES

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. Electronic Legal Research Services | $183.40 |
| b. COURTCALL, LLC - 05/01/18 Telephonic court appearance | $35.00 |
| c. COURTCALL, LLC - 06/15/18 Telephonic court appearance | $50.00 |
| d. COURTCALL, LLC - 06/15/18 Telephonic court appearance | $35.00 |
| e. ACE IMAGING TECHNOLOGIES, INC. - Mailing | $851.06 |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 1,154.46

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):
    Declaration of Ashley M. McDow.

15. Total number of attached pages of supporting documentation: __38__

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/08/2018 | Ashley M. McDow | /s/ Ashley M. McDow |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 2016-1.2.APP.PAYMENT.FEES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Foley & Lardner LLP, 555 South Flower Street, Ste. 3500, Los Angeles, CA 90071-2411**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 9, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On January 9, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Geraldine Mund
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 312/Ctrm. 303
Woodland Hills, CA 91367

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 9, 2019 | Susie Vasquez | /s/ Susie Vasquez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:

- Timothy C Aires    tca@arlawyers.com, mdkhan@arlawyers.com
- Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@bretallen.com
- Simon Aron    saron@wrslawyers.com
- Larry G Ball    lball@hallestill.com, gjohnson@hallestill.com
- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Carol Chow    carol.chow@ffslaw.com
- Henry S David    hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;khernandez@foley.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Marian Garza    ecfnotices@ascensioncapitalgroup.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Eliza Ghanooni    eliza@ghanoonilaw.com, monicabedia@ghanoonilaw.com
- Mark E Goodfriend    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Lee W Harwell    leehar@earthlink.net, shada12200@hotmail.com
- Eric P Israel    eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com
- Andrew V Jablon    ajablon@rpblaw.com, mlynch@rpblaw.com
- Thomas P Jeremiassen (TR)    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- Robert B Kaplan    rbk@jmbm.com
- Andrew F Kim    akim@afklaw.com, 6229175420@filings.docketbird.com
- Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
- Ashley M McDow    amcdow@foley.com, Khernandez@foley.com;Ffarivar@foley.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com;amatsuoka@robinskaplan.com
- C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Jessica Mickelsen Simon    DBrotman@hrhlaw.Com;jmsimon@hrhlaw.com
- William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com
- David L. Neale    dln@lnbyb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Keith C Owens    kowens@venable.com, khoang@venable.com;DGIge@venable.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Kambiz J Shabani    joseph@shabanipartners.com, kevin@shabanipartners.com
- Mark M Sharf    mark@forbankruptcy.com, 2180473420@filings.docketbird.com
- Nico N Tabibi    nico@tabibilaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE

- Maurice Wainer    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- Howard J Weg    hweg@robinskaplan.com
- Thomas J Weiss    tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
- Aaron E de Leest    aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                              F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL:**

A. David Mongan
4558 Toni Lane
La Mesa, CA 91941

Elkwood Associates, LLC
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave.
37th Floor
Los Angeles, CA 90071-3147

Encino - 16661 Ventura Blvd Trust
c/o Keith C. Owens
Venable LLP
2049 Century Park East #2300
Los Angeles, CA 90067-3125

Fieldbrook, Inc.
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave.
37th Floor
Los Angeles, CA 90071-3147

N&S Investment, LLC
18345 Ventura Blvd., Ste 500
Tarzana, CA 91356-4245

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Fl
Los Angeles, CA 90067-4003

AXA Equitable
Box 371459
Pittsburgh, PA 15250-7459

Alliance Property Investments, Inc.
c/o Henry S. David
The David Firm(R)
617 West 7th Street, Suite 702
Los Angeles, CA 90017-3853

Andrews Davis, P.C
100 N Broadway, Ste. 3300
Oklahoma City, OK 73102-8831

Anthem Blue Cross
PO Box 54580
Los Angeles, CA 90054-0580

BB&T
c/o Peter J. Nugent
2711 North Haskell Ave. Ste. 1300
Lockbox 19
Dallas, TX 75204-2911

Babak Cohen / Bita Kohan
1216 Saltair Ave. #102
Los Angeles, CA 90025-1398

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

California Bank & Trust (Bankcard Center)
PO Box 30833
Salt Lake City, UT 84130-0833

Camelia Kusuma
24150 Victory Blvd
Woodland Hills, CA 91367-1255

Capital One
PO Box 60599
City of Industry, CA 91716-0599

Chase Card Services (Southwest)
PO Box 94014
Palatine, IL 60094-4014

Chester Tower, LLC
PO Box 32428
Los Angeles, CA 90032-0428

Citicards
PO Box 689197
Des Moines, IA 50368-9197

City of Beverly Hills
455 North Rexford Drive
Beverly Hills, CA 90210-4817

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                      F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| DMARC   2007 CD5 Garden Street, LLC<br>Aires Law Firm<br>180 Newport Center Dr, Ste. 260<br>Newport Beach, CA 92660-0901 | DMARC 2007-CD5 GARDEN STREET LLC<br>C/O AIRES LAW FIRM<br>6 HUGHES, SUITE 205<br>IRVINE, CA 92618-2063 | DMF Lighting<br>1118 E. 223rd St. Unit 1<br>Carson, CA 90745-4210 |
| David Pourbaba<br>8271 Melrose Ave Ste. 200<br>Los Angeles, CA 90046-6826 | Discover<br>PO Box 61033<br>Carol Stream, IL 60197-6103 | ELI BENDAVID<br>1535 RUHLAND AVE<br>MANHATTAN BEACH CA 90266-7127 |
| Edmond Lavi<br>5177 Avenida Hacienda<br>Tarzana, CA 91356-4224 | Eli Javid Bendavid<br>6839 Kings Harbor Drive<br>Rancho Palos Verdes, CA 90275-4621 | Elizabeth Sax<br>6355 Topanga Canyon Blvd. Ste# 25!<br>Woodland Hills, CA 91367-2117 |
| Encino Corporate Plaza, L.P.<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017-3853 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fereydoun Dayani<br>18345 Ventura Blvd. Ste# 500<br>Tarzana, CA 91356-4245 |
| Figueroa Tower II, LP<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 | First National Buildings II, LLC<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 | GREENBERG GLUSKER FIELDS<br>CLAMAN & MACHTINGER LLP<br>1900 AVENUE OF THE STARS 21ST FL<br>LOS ANGELES CA 90067-4301 |
| Gregor Law Offices<br>2550 Fifth Avenue, Ste. 709<br>San Diego, CA 92103-6624 | Hamid Ahmadi<br>6906 Rain Creek Parkway<br>Austin, TX 78759-7038 | Hamid Joseph Nourmand<br>1801 Century Park East, Suite 183(<br>Los Angeles, CA 90067-2320 |
| | Holthouse, Carlin & Van Trigt, LLP<br>11444 W. Olympic Blvd, 11th Floor<br>Los Angeles, CA 90064-1500 | Howard L. Abselet<br>114 Pine Street<br>Port Jefferson Station, NY 11776- |
| Howard L. Abselet<br>c/o Henry S. David<br>The David Firm(R) | Howard Weg<br>Robins Kaplan LLP<br>2049 Century Park East Ste. 3400 | Internal Revenue Service<br>300 North Los Angeles Street, MS 5<br>Los Angeles, CA 90012-3478 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                     F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| 617 W. 7th St., Suite 702<br>Los Angeles, CA 90017-3853 | Los Angeles, CA 90067-3208 | |
| Iraj Zokai<br>1058 22nd Street<br>Santa Monica, CA 90403-4518 | Israel Abselet<br>c/o Henry S. David<br>The David Firm (R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017-3853 | JCBL Trust<br>16661 Ventura Blvd Ste. 608<br>Encino, CA 91436-4831 |
| Jay J. Fathi<br>235 1/2 Elm St.<br>Beverly Hills, CA 90212-4010 | John Hancock Life Insurance Company<br>PO Box 894764<br>Los Angeles, CA 90189-4764 | Joshua Paradise Holdings, LLC<br>c/o Larry G. Ball<br>100 N. Broadway, Suite 2900<br>Oklahoma City, OK 73102-8865 |
| Kefayat Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 | Keith Owens<br>Venable LLP<br>2049 Century Park East Ste. 2300<br>Los Angeles, CA 90067-3125 | Kluger & Stein<br>16000 Ventura Blvd, Suite 1000<br>Encino, CA 91436-2762 |
| Law Offices of Homan Taghdiri<br>1801 Century Park East, Ste. 830<br>Los Angeles, CA 90067-2336 | Law Offices of Paras B Barnett<br>3883 Howard Hughes Pkwy Ste 790<br>Las Vegas NV 89169-5995 | |
| M.E.R. Enterprises, Inc.<br>P.O. Box 32428<br>Los Angeles, CA 90032-0428 | Marc Smith<br>Krane & Smith<br>16255 Ventura Blvd. Ste. 600<br>Encino, CA 91436-2311 | Massoud Aaron Yashouafar<br>16661 Ventura Boulevard, Suite 60(<br>Encino, CA 91436-1927 |
| Mayer Makabi<br>10432 Eastborn Ave., Appt #205<br>Los Angeles, CA 90024-6188 | Mehrdad Taghdiri<br>9744 Wilshire Blvd. Ste. 306<br>Beverly Hills, CA 90212-1813 | Mer Enterprises<br>P.O. Box 32428<br>Los Angeles, CA 90032-0428 |
| Michael W. Vivoli<br>2550 Fifth Avenue, Ste. 709<br>San Diego, CA 92103-6624 | Morris Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 | N&S Investments LLC<br>18345 Ventura Blvd. Ste. 500<br>Tarzana, CA 91356-4245 |
| Nasser Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 | Neiman Marcus<br>PO Box 5235<br>Carol Stream, IL 60197-5235 | Neman Brothers and Asst<br>1525 S Broadway<br>Los Angeles, CA 90015-3030 |
| Paradise Spa Owners Association<br>c/o Solomon Dwiggins & Freer | Parvin Rabbani<br>133 North Willaman | Philip Pournazarian<br>20722 Wells Drive |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| 9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129-8911 | Beverly Hills, CA 90211-2112 | Woodland Hills, CA 91364-3437 |
| Phillips 66 Co./SYNCB<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Raymond Yashouafar<br>16661 Ventura Blvd Ste. 608<br>Encino, CA 91436-4831 | Raymund Carino, on behalf of hims<br>c/o Solomon Dwiggins & Freer<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129-8911 |
| Ready Fresh<br>PO Box 856158<br>Louisville, KY 40285-6158 | Reliable Properties<br>6399 Wilshire Blvd., Ste. 604<br>Los Angeles, CA 90048-5709 | Robert M. Heller<br>1880 Century Park East, Ste. 615<br>Los Angeles, CA 90067-1622 |
| Rodney Yashouafar<br>1033 Hilts Avenue<br>Los Angeles, CA 90024-3214 | Simon Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 | Sina Abselet<br>19 Doral Drive<br>Manhasset, NY 11030-3907 |
| The Estate of Yahouda Yahoudai<br>1875 Century Park East Suite 920<br>Los Angeles, CA 90067-2510 | The Nimkoff Firm<br>28 Robert Circle<br>Syosset, NY 11791-3828 | |
| Time Warner Cable<br>PO Box 60074<br>City of Industry, CA 91716-0074 | U.S. Bank National Association, as Trustee<br>c/o Keith C. Owens<br>Venable LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067-3125 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Bank<br>c/o Keith Owens<br>Venable LLP<br>2049 Century Park East Ste. 2300<br>Los Angeles, CA 90067-3125 | Union Bank/First Bankcard (FNB Omaha U.B.)<br>PO Box 2557<br>Omaha, NE 68103-2557 | United Mileage Plus (Chase Card Se<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Van Nuys Plywood, LLC<br>Danny Pakravan<br>3131 Antelo Road<br>Los Angeles, CA 90077-1603 | Vivoli Saccuzzo, LLP<br>c/o Michael W. Vivoli, Esq.<br>2550 Fifth Avenue, Suite 709<br>San Diego, CA 92103<br>San Diego, CA 92103-6624 | Vivopools<br>825 S. Primrose Ave. Suite H<br>Monrovia, CA 91016-3413 |
| World Real Estate Group<br>Farid Faryab<br>PO Box 15925 | Wraytec Security Services<br>4730 Walnut St.<br>Simi Valley, CA 93063-1440 | Yahouda Yahoudai<br>10390 Wilshire Blvd. #1203<br>Los Angeles, CA 90024-6451 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

Beverly Hills, CA 90209-1925

Yona Samih
11766 Wilshire Blvd, Ste. 260
Los Angeles, CA 90025-6573

Ziba Sarafian
18345 Ventura Blvd., Ste. 500
Tarzana, CA 91356-4245

Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356-4245

H. Joseph Nourmand
c/o Snipper Wainer & Markoff
9595 Wilshire Boulevard
Suite 201
Beverly Hills, CA 90212-2502

Howard L. Abselet
c/o Henry S. David
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Jack NOURAFSHAN
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave., 37th Floor
Los Angeles, CA 90071-3147

Mark E Goodfriend
Law Offices of Mark E Goodfriend
16055 Ventrua Blvd
Encino, CA 91436-2601

Massoud Aaron Yashouafar
c/o Merritt, Hagen & Sharf, LLP
5950 Canoga Ave
Suite 400
Woodland Hills, CA 91367-5037

Parvin NOURAFSHAN
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave., 37th Floor
Los Angeles, CA 90071-3147

Raymund Carino
c/o Wolf, Rifkin, Shapiro, Schulm
11400 West Olympic Blvd., 9th Flo
Los Angeles, CA 90064-1582

Simon Barlava
2209 South Santa Avenue
Los Angeles, CA 90058-1109

Solyman Yashouafar
4633 White Oak Place
Encino, CA 91316-4336

Thomas P Jeremiassen (TR)
Development Specialists, Inc.
333 South Grand Ave., Suite 4070
Los Angeles, CA 90071-1544

William Harold Brownstein
11755 Wilshire Boulevard Suite 1250
Los Angeles, CA 90025-1540

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE