Henry S. David (#89297)
*hdavid@davidfirm.com*
Hayim M. Gamzo (#307033)
*hgamzo@davidfirm.com*
THE DAVID FIRM®
617 W. 7th St., Suite 702
Los Angeles, CA 90017
Telephone: (213) 550-4020

Andrew F. Kim (#156533)
*akim@afklaw.com*
Law Office of Andrew F. Kim, Esq., P.C.
9018 Balboa Boulevard, Suite 552
Northridge, CA 91325
Telephone: (818) 216-5288

Attorneys for Creditor
HOWARD L. ABSELET

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and<br>MASSOUD AARON YASHOUAFAR,<br><br>    Debtors. | Case No. 1:16-bk-12255-GM<br>Jointly Administered with Case<br>No. 1:16-bk-12408-GM<br><br>Chapter 11 |
| In re:<br><br>SOLYMAN YASHOUAFAR,<br><br>    Debtor. | **RESPONSE BY CREDITORS HOWARD L. ABSELET AND ISRAEL ABSELET RE VARIOUS FEE APPLICATIONS** |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>    Debtor. | Date: January 29, 2019<br>Time: 10:03 a.m.<br>Place: Courtroom 303 |
| Affects:<br><br>    Both Debtors. | |

ABSELETS' RESPONSE RE FEE APPLICATIONS

Creditors Howard L. Abselet and Israel Abselet (together, the "Abselets") provide this response to various interim fee applications filed in these bankruptcies, and, in particular, to address the interaction/interface of the Settlement Agreement between the Abselets and the Trustee in these bankruptcies and the payment of the fees that this Court may award under those fee applications.

The Trustee's "commission" under section 326(a) and the Committee's Fees are not "Current Reimbursables" under the Settlement Agreement. See Dkt. 493, Ex. 1 [Settlement Agreement, § VIII[1], and Exhibit I (Schedule of Definitions)[2]]. Hence, the Trustee's and the Committee's fees are payable out of the Estates' one-third portion of Tier Three of the Waterfall in Section VII of the Settlement. In other words, the Abselets are not affected, directly or indirectly, by those fees at all and therefore do not comment on the fee applications of the Trustee or the Committee.

In the fee application of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), the Trustee states that the "Post-Order Fees" are those fees that the Trustee incurs after May 31, 2017.[3] That is not correct: Post-Order Fees consist solely of certain of the

---

[1] "Other than the Trustee's Post-Order Fees that are satisfied under the 'First' level of the Waterfall, all administrative expenses in the Bankruptcies and other obligations of the Trustee and the Estates (including but not limited to the Trustee's compensation under Bankruptcy Code section 326(a)) shall be payable solely from Liquidation Proceeds, if any, that the Trustee receives under the 'Third' and 'Fourth' levels of the Waterfall. [¶] Neither the Abselets, nor either of them, nor their respective rights under this Agreement, shall have liability or obligation for such expenses and obligations, and the Abselets shall not be surcharged for such expenses and obligations. Without limiting the generality of the immediately preceding sentence, the Abselets' rights to receive distributions of Liquidation Proceeds as prescribed in the Waterfall shall not be reduced by reason of the Trustee's entitlement to compensation and/or the payment of his administrative expenses under the Code." (Emphasis in original omitted.)

[2] Definition of "Post-Order Fees": "the reasonable fees and costs that the Trustee incurs after the Effective Date to collect or otherwise liquidate the Estate Property, but excluding (1) fees and costs with respect to (a) claim objections for proofs of claims filed in the Bankruptcies; (b) fee applications in the Bankruptcies; and (c) the Estates' share of the Abselet Property; and (2) the fees and costs to which the Trustee may be entitled under Section XXI."

[3] First Application of Pachulski Stang Ziehl & Jones LLP for Interim Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel to David K. Gottlieb, Chapter 11 Trustee [Dkt. 648], page 14, lines 10 to 14.

1  fees that the Trustee incurs after the "Effective Date" of the Settlement Agreement,
2  which was October 11, 2017.[4]  This is of significance to the Abselets because the
3  Post-Order Fees are paid through Tier One of the Waterfall, while the other
4  administrative expenses are payable out of the Estates' one-third share of Tier
5  Three distributions.  So, the Abselets' ultimate recovery is affected by the Post-
6  Order Fees, but not by the fees that the Trustee incurred before the Effective Date.

7  Finally, in PSZJ's fee application, the Trustee states, twice, that moneys that
8  the Abselets receive from sources other than Liquidation Proceeds shall be credited
9  against Tier Two <u>and</u> Tier Three.[5]  The Abselets disagree, as only Tier Three
10  addresses potential credits, and Tier Two does not mention them at all.  But this
11  Court need not resolve that issue in the context of these fee applications.

12  DATED: January 15, 2019                    THE DAVID FIRM®

14                                              By:    /s/ Henry S. David
15                                                    Henry S. David
                                                      Attorneys for Creditors HOWARD L.
16                                                    ABSELET and ISRAEL ABSELET

---

[4] The definition of "Post-Order Fees" is quoted in footnote 2 above.  The Settlement Agreement defines "Effective Date" as "the first full court day (1) after the day on which the Bankruptcy Court shall have entered the Approval Order in the form of Exhibit III (or such other form of Approval Order to which all Parties, in their absolute discretion, have agreed), and (2) the Approval Order shall not be subject to any stay."  The Court entered the "Approval Order" on October 10, 2017.  Dkt. 554.  Hence, the Effective Date was October 11, 2017.
[5] PSJZ Fee App., 13:25-14:3, 14:10.

THE DAVID FIRM®
LAW OFFICES
617 W. 7th St., Suite 702
Los Angeles, California 90017
(213) 550-4020

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **617 W. 7th Street, Suite 702, Los Angeles, CA 90017**.

A true and correct copy of the foregoing document entitled (*specify*): **RESPONSE BY CREDITORS HOWARD L. ABSELET AND ISRAEL ABSELET RE VARIOUS FEE APPLICATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **01/15/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attachment 1

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **01/15/19**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Massoud Aaron Yashouafar
12730 Montana Ave.
Los Angeles, CA 90049

Solyman Yashouafar
19034 Bessemer St.
Reseda, CA 91335

Sina Abselet
19 Dorsal Drive
Manhasset, NY 11030

Massoud Aaron Yashouafar
P.O. Box 261847
Encino, CA 91426

A. David Mongan
4558 Toni Lane
La Mesa, CA 91941

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **01/15/19**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Geraldine Mund
United States Bankruptcy Court, Central District of California
21041 Burbank Boulevard, Suite 312 / Courtroom 303
Woodland Hills, CA 91367
(by overnight mail)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 15, 2019 | Hayim M. Gamzo | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

- 3 -

ABSELETS' RESPONSE RE FEE APPLICATIONS

# ATTACHMENT 1

### (Served by the Court via NEF)

- **Timothy C Aires**    tca@arlawyers.com, mdkhan@arlawyers.com
- **Bret D. Allen**    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **Simon Aron**    saron@wrslawyers.com
- **Larry G Ball**    lball@hallestill.com, gjohnson@hallestill.com
- **William H Brownstein**    Brownsteinlaw.bill@gmail.com
- **Carol Chow**    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **Henry S David**    hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- **Brian L Davidoff**    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Michael T Delaney**    mdelaney@bakerlaw.com
- **Fahim Farivar**    ffarivar@foley.com, amcdow@foley.com;scvasquez@foley.com;scvasquez@foley.com
- **Todd S Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Marian Garza**    ecfnotices@ascensioncapitalgroup.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **Mark E Goodfriend**    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- **David Keith Gottlieb (TR)**    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- **Lee W Harwell**    leehar@earthlink.net, shada12200@hotmail.com
- **Eric P Israel**    eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Andrew V Jablon**    ajablon@rpblaw.com, mlynch@rpblaw.com
- **Thomas P Jeremiassen (TR)**    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz

THE DAVID FIRM®
LAW OFFICES
617 W. 7th St., Suite 702
Los Angeles, California 90017
(213) 550-4020

- **Robert B Kaplan**   rbk@jmbm.com
- **Andrew F Kim**   akim@afklaw.com, 6229175420@filings.docketbird.com
- **Matthew Kramer**   mkramer@wwhgd.com, iperez@wwhgd.com
- **Zi Chao Lin**   zlin@garrett-tully.com, dcameron@garrett-tully.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
- **Ashley M McDow**   amcdow@foley.com, scvasquez@foley.com;Ffarivar@foley.com
- **Kevin Meek**   kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **C John M Melissinos**   jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Jessica Mickelsen Simon**   jmsimon@hrhlaw.com
- **William K Mills**   mills@parkermillsllp.com, sally@parkermillsllp.com
- **David L. Neale**   dln@lnbyb.com
- **Juliet Y Oh**   jyo@lnbrb.com, jyo@lnbrb.com
- **Tomas A Ortiz**   tortiz@garrett-tully.com
- **Keith C Owens**   kowens@venable.com, khoang@venable.com
- **Dipika Parmar**   dipika.parmar@aissolution.com
- **Jeremy V Richards**   jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **S Margaux Ross**   margaux.ross@usdoj.gov
- **Kambiz J Shabani**   joseph@shabanipartners.com
- **Mark M Sharf**   msharf@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com

- **Nico N Tabibi**   nico@tabibilaw.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Maurice Wainer**   mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- **Howard J Weg**   hweg@robinskaplan.com
- **Thomas J Weiss**   tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- **Gilbert R Yabes**   ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
- **Aaron E de Leest**   aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

THE DAVID FIRM®
LAW OFFICES
617 W. 7th St., Suite 702
Los Angeles, California 90017
(213) 550-4020

- 6 -
ABSELETS' RESPONSE RE FEE APPLICATIONS