Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Tel: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jrichards@pszjlaw.com
              jlucas@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee of the
Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1]<br><br>Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>SOLYMAN YASHOUAFAR,<br><br>Debtor. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br><br>Case No.: 1:16-bk-12408-GM |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>Debtor.<br><br>Affects:<br><br>☒ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar<br><br>Debtors. | Chapter 11<br><br>**DECLARATION OF DAVID K. GOTTLIEB IN SUPPORT OF  APPLICATIONS OF PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 2016-(A)(1)(J)**<br><br>[Relates to Docket Nos. 644, 648, and 649]<br><br>Date:   January 29, 2019<br>Time:  10:00 a.m.<br>Place:  Courtroom 303<br>            U.S. Bankruptcy Court<br>            21041 Burbank Blvd.<br>            Woodland Hills, CA 91367<br>Judge:  Hon. Geraldine Mund |

I, David K. Gottlieb, declare as follows:

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

DOCS_LA:318876.1 32274/001

1. I am the duly appointed chapter 11 trustee (the "Trustee") of the Estates of debtors Massoud Aaron Yashouafar and Solyman Yashouafar.

2. If called upon to testify, I would testify to the facts set forth in this Declaration. This Declaration is filed in accordance with Local Bankruptcy Rule 2016-(a)(1)(J).

3. I have reviewed the fee applications (the "Applications") including the bills that are attached as exhibits to those Applications filed by (1) Pachulski Stang Ziehl & Jones, general bankruptcy counsel to the Trustee ("PSZJ"); (2) Development Specialists, Inc., accountants and financial advisors to the Trustee ("DSI"); and (3) Berkeley Research Group, accountants and financial advisors to the Trustee ("BRG").

4. I have no objections to the Applications nor the services rendered and compensation requested by PSZJ, DSI, or BRG.

5. I support Court approval for the allowance of fees and costs as set forth in the Applications, and payment to PSZJ, DSI, and BRG to the extent I receive or recover funds in such amounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of January, 2019 at Encino, California.

_____
David K. Gottlieb

2

DOCS_LA:318876.1 32274/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DAVID K. GOTTLIEB IN SUPPORT OF APPLICATIONS OF PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 2016-(a)(1)(J)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 24, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **January 24, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Accountants and Financial Advisors to the Chapter 11 Trustee
Vernon L. Calder, CPA
Berkeley Research Group
2029 Century Park East, Suite 1250
Los Angeles, CA 90067

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 24, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Suite 312, Courtroom 303,
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 24, 2019 | MYRA KULICK | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:301668.2 32274/001

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

- *Timothy C Aires    tca@arlawyers.com, mdkhan@arlawyers.com*
- *Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com*
- *Simon Aron    saron@wrslawyers.com*
- *Larry G Ball    lball@hallestill.com, gjohnson@hallestill.com*
- *William H Brownstein    Brownsteinlaw.bill@gmail.com*
- *Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com*
- *Henry S David    hdavid@davidfirm.com, 8163836420@filings.docketbird.com*
- *Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *Michael T Delaney    mdelaney@bakerlaw.com*
- *Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;scvasquez@foley.com;scvasquez@foley.com*
- *Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com*
- *Marian Garza    ecfnotices@ascensioncapitalgroup.com*
- *Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com*
- *Eliza Ghanooni    eliza@ghanoonilaw.com, monicabedia@ghanoonilaw.com*
- *Mark E Goodfriend    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com*
- *David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com*
- *Lee W Harwell    leehar@earthlink.net, shada12200@hotmail.com*
- *Eric P Israel    eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com*
- *Andrew V Jablon    ajablon@rpblaw.com, mlynch@rpblaw.com*
- *Thomas P Jeremiassen (TR)    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz*
- *Robert B Kaplan    rbk@jmbm.com*
- *Andrew F Kim    akim@afklaw.com, 6229175420@filings.docketbird.com*
- *Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com*
- *John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com*
- *Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com*
- *Ashley M McDow    amcdow@foley.com, scvasquez@foley.com;Ffarivar@foley.com*
- *Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com*
- *C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *Jessica Mickelsen Simon    jmsimon@hrhlaw.com*
- *William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com*
- *David L. Neale    dln@lnbyb.com*
- *Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com*
- *Tomas A Ortiz    tortiz@garrett-tully.com*
- *Keith C Owens    kowens@venable.com, khoang@venable.com*
- *Dipika Parmar    dipika.parmar@aissolution.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com*
- *S Margaux Ross    margaux.ross@usdoj.gov*
- *Kambiz J Shabani    joseph@shabanipartners.com*
- *Mark M Sharf    msharf@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com*
- *Nico N Tabibi    nico@tabibilaw.com*
- *United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov*
- *Maurice Wainer    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com*
- *Howard J Weg    hweg@robinskaplan.com*
- *Thomas J Weiss    tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com*
- *Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com*
- *Aaron E de Leest    aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:301668.2 32274/001