Ashley M. McDow (245114)
Fahim Farivar (252153)
**FOLEY & LARDNER LLP**
555 S. Flower St., Suite 3300
Los Angeles, CA 90071
Telephone:  213.972.4500
Facsimile:  213.486.0065
Email:  amcdow@foley.com
  ffarivar@foley.com

Attorneys for the Official Committee of Unsecured Creditors

FILED & ENTERED

JAN 29 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gasparia DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR<br><br>Debtor.<br>——<br>In re:<br><br>MASSOUD AARON YASHOUAFAR<br><br>Debtor.<br>——<br>Affects:<br><br>☒ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Aaron Yashouafar | Case No. 1:16-bk-12255-GM<br><br>Jointly Administered<br><br>Case No. 1:16-bk-12408-GM<br><br>Chapter 11<br><br>**ORDER APPROVING FIRST APPLICATION OF FOLEY & LARDNER, LLP FOR PAYMENT OF INTERIM FEES AND EXPENSES**<br><br>**Hearing**<br>**Date:**  January 29, 2019<br>**Time:**  10:00 a.m.<br>**Courtroom:** 303<br>   United States Bankruptcy Court<br>   21041 Burbank Blvd<br>   Woodland Hills, CA 92501 |

On January 29, 2019, in the above captioned Court, the Honorable Geraldine Mund presiding, the First Application of Foley & Lardner, LLP For Payment of Interim Fees And Expenses (the "<u>Application</u>") came on for hearing (the "Hearing"). Appearances were as noted on the record.

- 1 -

4838-7946-6886.2

1  By and through the Application, Foley & Lardner, LLP ("Foley"), counsel for the Official Committee of Unsecured Creditors, requested fees in the amount of $35,235.50 and expenses in the amount of $1,154.46 (the "Expenses"). Having given due consideration to the Application, the arguments of counsel at the Hearing, and all relevant documents on file in the above-captioned bankruptcy cases, and finding good and adequate cause thereof,

**IT IS HEREBY ORDERED** that fees in the amount of $30,235.50 (the "Allowed Fees") and expenses in the amount of $1,154.46 shall be allowed.  The Trustee is hereby authorized to pay Foley or have paid to Foley the Expenses in full and to pay Foley or have Foley paid fifty percent (50%) of the Allowed Fees.

**IT IS SO ORDERED.**

###

Date: January 29, 2019

_____
Geraldine Mund
United States Bankruptcy Judge

- 2 -

4838-7946-6886.2