**FILED & ENTERED**

**JUN 10 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jarquin **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Solyman Yashouafar<br><br><br><br>Debtor(s). | Case No.: 1:16-bk-12255-GM<br><br>CHAPTER 11<br><br>**ORDER MOVING HEARING DATE**<br><br>**RE: Status Conference re: Chapter 11 case**<br><br>Previous Date:<br>Date: July 16, 2019<br>Time: 1:30 p.m.<br>Courtroom: 303<br><br>**Continued Date:**<br>**Date: July 16, 2019**<br>**Time: 10:00 a.m.**<br>**Courtroom: 303** |

**PLEASE TAKE NOTICE THAT ON THE COURT'S OWN MOTION**, the hearing on the above-referenced matter, previously scheduled to be heard on July 16 at 1:30 p.m., is hereby reset to July 16, 2019

-1-

1 | **At** 10:00 a.m. in courtroom 303 of the United States Bankruptcy Court, located at
2 | 21041 Burbank Boulevard, Woodland Hills, CA 91367.

###

Date: June 10, 2019

Geraldine Mund
United States Bankruptcy Judge