Mark Sharf (SBN 140390)
Sharf Law Firm
6080 Center Dr., Suite 600
Los Angeles, CA 90045
Tel (323) 612-0202
Fax (323) 320-4221
mark@sharflaw.com

Attorneys for Massoud Aaron Yashouafar

**FILED & ENTERED**

OCT 25 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| **In re:**<br><br>**SOLYMAN YASHOUAFAR**<br><br>            **Debtor.** | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br><br>Jointly Administered<br>  Case No.: 1:16-bk-12255-GM<br><br>  Chapter 11<br><br>  Case No.: 1:16-bk-12408-GM<br><br>  Chapter 11<br><br>ORDER GRANTING MOTIONS OF MASSOUD AARON YASHOUAFAR AND SOLYMAN YASHOUAFAR TO CONVERT WITHIN BANKRUTPCY CASES TO CHAPTER 7<br><br>Date:   October 8, 2019<br>Time:   10:00 a.m.<br>Ctrm:   303 |

-1-

-2-

On October 8, 2019 at 10:00 a.m. at Woodland Hills, California there came on to be heard the Motion By Massoud Aaron Yashoaufar To Convert Case to Chapter 7 (Docket 710) and the Motion By Solyman Yashouafar To Convert Case to Chapter 7 (Docket 714)(together, both motions are referred to as the "Motions").

Having reviewed the Motions, the Opposition thereto filed by the Official Committee of Unsecured Creditors, as well as the Statement By Creditor Howard L. Abselet in response to the Motions, and having considered the argument made on the record at the hearing on the Motions by Jeremy Richards, Counsel for the Chapter 11 Trustee, by counsel for the Creditor's Committee, and by counsel for Massoud Aaron Yashouafar and counsel for Solyman Yashoaufar,  and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motions are granted;
2. The bankruptcy cases of Solyman Yashouafar and Massoud Aaron Yashouafar, Case No 1:16-bk-12255-GM and Case No.: 1:16-bk-12408-GM, are hereby converted to Chapter 7 of the Bankruptcy Code.

###

Date: October 25, 2019

Geraldine Mund
United States Bankruptcy Judge