Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: 310/277-6910 - Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
jlucas@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,<br>Debtors. | Case No. 1:16-bk-12255-GM<br><br>Chapter 11<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>Debtor. | Case No. 1:16-bk-12255-GM<br>Chapter 11 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>Debtor. | Case No. 1:16-bk-12408-GM<br>Chapter 11 |
| Affects:<br>☑ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | **REPLY TO ELKWOOD ASSOCIATES, LLC OPPOSITION TO APPLICATION TO EMPLOY HILTON & HYLAND AS REAL ESTATE BROKERS**<br><br>Date: March 24, 2020<br>Time: 10:00 a.m.<br>Place: Ctrm 302 |

David K. Gottlieb, as Chapter 7 trustee for Aaron Massoud Yashouafar (the "Trustee") hereby replies to the objection (the "Objection") of Elkwood Associates, LLC ("Elkwood") to the Trustee's application (the "Application") to employ Hilton & Hyland as brokers to market and sell the Real Estate. (All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Application).

Elkwood does not raise any substantive objection to the Application. Rather, in an effort to further the delay the Trustee from taking control of, and selling the Real Estate, Elkwood argues that the Application is premature and should be withdrawn until the District Court re-enters its Judgment,

declaring that the Trustee is the legal owner of the Real Estate and granting him possession. The objection is easily addressed by making any order granting the Application conditional upon the entry of said Judgment (which is expected to occur imminently). In the unlikely event that Judgment is stayed, the Trustee will of course not be able to actively market and sell the property during the pendency of any such stay. As provided for in the listing agreement itself, the listing period will not commence until the Trustee gives notice to the Broker that he has secured possession of the Real Estate.

For all of the reasons set forth herein and in the Application, the Application should be granted, subject to the additional condition set forth herein.

Dated: March 16, 2020

PACHULKSI STANG ZIEHL & JONES LLP

By: *Jeremy V. Richards*
Jeremy V. Richards

Attorneys for DAVID K. GOTTLIEB, Chapter 11 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled: ***REPLY TO ELKWOOD ASSOCIATES, LLC OPPOSITION TO APPLICATION TO EMPLOY HILTON & HYLAND AS REAL ESTATE BROKERS*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 16, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) March 16, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 16, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Maureen Tighe
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 324
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 16, 2020 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 1:17-ap-01040-MT**

- **Timothy C Aires** tca@arlawyers.com, gperez@arlawyers.com
- **Henry S David** hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- **Zi Chao Lin** zlin@garrett-tully.com, dcameron@garrett-tully.com
- **John W Lucas** jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Daniel J McCarthy** dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
- **Ashley M McDow** amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- **Tomas A Ortiz** tortiz@garrett-tully.com
- **Jeremy V Richards** jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Ronald N Richards** ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **United States Trustee (SV)** ustpregion16.wh.ecf@usdoj.gov