Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: 310/277-6910 - Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
         jlucas@pszjlaw.com

Attorneys for David K. Gottlieb,
Chapter 7 Trustee of the Estates of Solyman
Yashouafar and Massoud Aaron Yashouafar

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SOLYMAN YASHOUAFAR and<br>MASSOUD AARON YASHOUAFAR,<br>Debtors. | Case No. 1:16-bk-12255-GM<br><br>Chapter 7<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>Debtor. | Case No. 1:16-bk-12255-GM<br>Chapter 7 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>Debtor. | Case No. 1:16-bk-12408-GM<br>Chapter 7 |
| Affects:<br>☑ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | **NOTICE OF FILING OF MOTION OF CHAPTER 7 TRUSTEE FOR ORDER APPROVING SETTLEMENT WITH THE ELKWOOD PARTIES AND FOR SALE OF REXFORD HOME FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**<br><br>[Relates to Docket No. 758]<br><br>Date: June 23, 2020<br>Time: 10:00 a.m.<br>Place: Ctrm 303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367<br><br>Judge: Hon. Geraldine Mund |

DOCS_LA:329555.1 32274/001

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRPUTCY JUDGE; ALL CREDITORS; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that David K. Gottlieb, in his capacity as Chapter 7 Trustee (the "*Trustee*") for Aaron Massoud Yashouafar ("*Aaron*") and Solyman Yashouafar ("*Solyman*," and together with Aaron, the "*Debtors*"), has filed a *Motion of Chapter 7 Trustee for Order Approving Settlement With Elkwood Parties and for Sale of Rexford Home Free and Clear of Liens, Claims and Encumbrances* (the "*Motion*") [Docket No. 758]. The Motion seeks entry of an order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure and Bankruptcy Code §§ 105; 363 (f) approving a settlement agreement (the "*Settlement Agreement*") by and between the Trustee and Israel and Howard Abselet, on the one hand, and Elkwood Associates, LLC ("*Elkwood*"), Fieldbook Associates, Inc., Reliable Properties and Jack Nourafshan (collectively, the "*Elkwood Parties*"), on the other hand, which, *inter alia*, contemplates the sale to Elkwood of certain real property commonly known as 910 N. Rexford Drive, Beverly Hills, 90210 (the "*Rexford Property*"), free and clear of certain liens and encumbrances (but excluding a lien for real property taxes, due or not yet due and payable and a first priority lien in favor of Chase Manhattan Mortgage Company for a purchase price of $5.525 million. The Settlement Agreement will also finally and fully release any claims that the Trustee, as the trustee of the Debtors' estates, has against the Elkwood Parties; any claims that the Trustee, as trustee for the estate of Solyman has, or may have in and to certain real property formerly owned by Solyman and commonly known as 580 Chalette Drive, Beverly Hills, California (the "*Chalette Property*"); and that the Trustee of the Debtors' estates, has against persons and entities affiliated with the Elkwood Parties relating to the Rexford and Chalette Properties. Further, because the Settlement Agreement is being entered into by the Trustee on behalf of the Debtors' estates, creditors and parties in interest in the Debtors' cases will be precluded from pursuing claims against the Elkwood Parties and persons and entities affiliated with them relating to the Rexford and Chalette Properties. The terms and conditions of the settlement are more fully set forth in the Settlement Agreement, a true and correct copy of which is attached as Exhibit "1" to the Declaration of David K. Gottlieb, filed in support of the Motion.

DOCS_LA:329555.1 32274/001

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion has been scheduled for June 23, 2020 at 10:00 a.m., Pacific Time, or as soon thereafter as counsel may be heard, before the Honorable Geraldine Mund, United States Bankruptcy Court Judge, in Courtroom 303, 21041 Burbank Boulevard, Woodland Hills, California 91367.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(f), if you wish to oppose the Motion, you must file a written response with the Court and serve a copy of it upon the undersigned counsel no later than fourteen (14) days prior to the hearing on the Motion. The failure to properly file and serve an opposition may be deemed consent to the relief requested in the Motion or a waiver of any right to oppose the Motion. A copy of the Motion may be obtained by contacting Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067, Telephone: (310) 277-6910, Facsimile (310) 201-0760, email: bdassa@pszjlaw.com.

Dated: May 21, 2020     PACHULKSI STANG ZIEHL & JONES LLP

By: *Jeremy V. Richards*
    Jeremy V. Richards

Attorneys for David K Gottlieb, Chapter 7 Trustee

DOCS_LA:329555.1 32274/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled: ***NOTICE OF FILING OF MOTION OF CHAPTER 7 TRUSTEE FOR ORDER APPROVING SETTLEMENT WITH THE ELKWOOD PARTIES AND FOR SALE OF REXFORD HOME FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 21, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) May 21, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 21, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Geraldine Mund
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 303
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 21, 2020 | Gini L. Downing | /s/ Gini L. Downing |
|---|---|---|
| Date | Printed Name | Signature |

DOCS_LA:329555.1 32274/001

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Timothy C Aires    tca@arlawyers.com, gperez@arlawyers.com
- Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- Simon Aron    saron@wrslawyers.com
- Larry G Ball    lball@hallestill.com, kbauer@hallestill.com
- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- Henry S David    hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Michael T Delaney    mdelaney@bakerlaw.com
- Fahim Farivar    fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Marian Garza    ecfnotices@ascensioncapitalgroup.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Mark E Goodfriend    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Lee W Harwell    leehar@earthlink.net, shada12200@hotmail.com
- Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Andrew V Jablon    ajablon@rpblaw.com, mlynch@rpblaw.com
- Thomas P Jeremiassen (TR)    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- Robert B Kaplan    rbk@jmbm.com
- Andrew F Kim    akim@afklaw.com, 6229175420@filings.docketbird.com
- Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com
- Zi Chao Lin    zlin@garrett-tully.com, dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- Ashley M McDow    amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Jessica Mickelsen Simon    simonjm@ballardspahr.com, carolod@ballardspahr.com
- William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com
- Shane J Moses    smoses@foley.com, vgoldsmith@foley.com
- David L. Neale    dln@lnbyb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Tomas A Ortiz    tortiz@garrett-tully.com
- Keith C Owens    kowens@foxrothschild.com, khoang@foxrothschild.com
- Dipika Parmar    dipika.parmar@aissolution.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- S Margaux Ross    margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV
- Kambiz J Shabani    joseph@shabanipartners.com
- Mark M Sharf    msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- Nico N Tabibi    nico@tabibilaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Maurice Wainer    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- Howard J Weg    hweg@robinskaplan.com
- Thomas J Weiss    tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
- Aaron E de Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Label Matrix for local noticing
0973-1
Case 1:16-bk-12255-GM
Central District of California
San Fernando Valley
Mon May 18 18:11:59 PDT 2020

Elkwood Associates, LLC
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave.
37th Floor
Los Angeles, CA 90071-3147

Encino - 16661 Ventura Blvd Trust, a Delawar
c/o Keith C. Owens
Venable LLP
2049 Century Park East #2300
Los Angeles, CA 90067-3125

Fieldbrook, Inc.
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave.
37th Floor
Los Angeles, CA 90071-3147

N&S Investment, LLC
18345 Ventura Blvd., Ste 500
Tarzana, CA 91356-4245

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

AXA Equitable
Box 371459
Pittsburgh, PA 15250-7459

Alliance Property Investments, Inc.
c/o Henry S. David
The David Firm(R)
617 West 7th Street, Suite 702
Los Angeles, CA 90017-3853

Andrews Davis, P.C
100 N Broadway, Ste. 3300
Oklahoma City, OK 73102-8831

Anthem Blue Cross
PO Box 54580
Los Angeles, CA 90054-0580

Ashley M. McDow
Baker & Hostetler LLP
11601 Wilshire Blvd. Ste. 1400
Los Angeles, CA 90025-1744

BB&T
c/o Peter J. Nugent
2711 North Haskell Ave. Ste. 1300
Lockbox 19
Dallas, TX 75204-2911

Babak Cohen / Bita Kohan
1216 Saltair Ave. #102
Los Angeles, CA 90025-1398

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

California Bank & Trust (Bankcard Center)
PO Box 30833
Salt Lake City, UT 84130-0833

Camelia Kusuma
24150 Victory Blvd
Woodland Hills, CA 91367-1255

Capital One
PO Box 60599
City of Industry, CA 91716-0599

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chester Tower, LLC
PO Box 32428
Los Angeles, CA 90032-0428

Citicards
PO Box 689197
Des Moines, IA 50368-9197

City of Beverly Hills
455 North Rexford Drive
Beverly Hills, CA 90210-4817

DMARC  2007 CD5 Garden Street, LLC
Aires Law Firm
180 Newport Center Dr, Ste. 260
Newport Beach, CA 92660-0901

DMARC 2007-CD5 GARDEN STREET LLC
C/O AIRES LAW FIRM
6 HUGHES, SUITE 205
IRVINE, CA 92618-2063

DMF Lighting
1118 E. 223rd St. Unit 1
Carson, CA 90745-4210

David Pourbaba
8271 Melrose Ave Ste. 200
Los Angeles, CA 90046-6826

Discover
PO Box 61033
Carol Stream, IL 60197-6103

ELI BENDAVID
1535 RUHLAND AVE
MANHATTAN BEACH CA 90266-7127

Edmond Lavi
5177 Avenida Hacienda
Tarzana, CA 91356-4224

Eli Javid Bendavid
6839 Kings Harbor Drive
Rancho Palos Verdes, CA 90275-4621

Elizabeth Sax
6355 Topanga Canyon Blvd. Ste# 255
Woodland Hills, CA 91367-2117

Encino Corporate Plaza, L.P.
c/o Henry S. David
The David Firm(R)
617 West 7th Street, Suite 702
Los Angeles, CA 90017-3853

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Fereydoun Dayani
18345 Ventura Blvd. Ste# 500
Tarzana, CA 91356-4245

Figueroa Tower II, LP
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

First National Buildings II, LLC
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 AVENUE OF THE STARS 21ST FL
LOS ANGELES CA 90067-4301

Gregor Law Offices
2550 Fifth Avenue, Ste. 709
San Diego, CA 92103-6624

Hamid Ahmadi
6906 Rain Creek Parkway
Austin, TX 78759-7038

Hamid Joseph Nourmand
1801 Century Park East, Suite 1830
Los Angeles, CA 90067-2320

Henry David
The David Firm
617 W. 7th St. Ste. 702
Los Angeles, CA 90017-3853

Holthouse, Carlin & Van Trigt, LLP
11444 W. Olympic Blvd, 11th Floor
Los Angeles, CA 90064-1500

Howard L. Abselet
114 Pine Street
Port Jefferson Station, NY 11776-3161

Howard L. Abselet
c/o Henry S. David
The David Firm(R)
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Howard Weg
Robins Kaplan LLP
2049 Century Park East Ste. 3400
Los Angeles, CA 90067-3208

Internal Revenue Service
300 North Los Angeles Street, MS 5022
Los Angeles, CA 90012-3478

Iraj Zokai
1058 22nd Street
Santa Monica, CA 90403-4518

Israel Abselet
c/o Henry S. David
The David Firm(R)
617 West 7th Street, Suite 702
Los Angeles, CA 90017-3853

JCBL Trust
16661 Ventura Blvd Ste. 608
Encino, CA 91436-4831

Jay J. Fathi
235 1/2 Elm St.
Beverly Hills, CA 90212-4010

John Hancock Life Insurance Company
PO Box 894764
Los Angeles, CA 90189-4764

Joshua Paradise Holdings, LLC
c/o Larry G. Ball
100 N. Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Kefayat Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

Keith Owens
Venable LLP
2049 Century Park East Ste. 2300
Los Angeles, CA 90067-3125

Kluger & Stein
16000 Ventura Blvd, Suite 1000
Encino, CA 91436-2762

Law Offices of Homan Taghdiri
1801 Century Park East, Ste. 830
Los Angeles, CA 90067-2302

Law Offices of Paras B Barnett
3883 Howard Hughes Pkwy Ste 790
Las Vegas NV 89169-5995

Levene, Neale, Bender, Yoo & Brill
10250 Constellation Blvd, Suite 170
Los Angeles, CA 90067-6253

M.E.R. Enterprises, Inc.
P.O. Box 32428
Los Angeles, CA 90032-0428

Marc Smith
Krane & Smith
16255 Ventura Blvd. Ste. 600
Encino, CA 91436-2311

Massoud Aaron Yashouafar
16661 Ventura Boulevard, Suite 600
Encino, CA 91436-1927

Mayer Makabi
10432 Eastborn Ave., Appt #205
Los Angeles, CA 90024-6188

Mehrdad Taghdiri
9744 Wilshire Blvd. Ste.306
Beverly Hills, CA 90212-1813

Mer Enterprises
P.O. Box 32428
Los Angeles, CA 90032-0428

Michael W. Vivoli
2550 Fifth Avenue, Ste.709
San Diego, CA 92103-6624

Morris Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

N&S Investments LLC
18345 Ventura Blvd. Ste.500
Tarzana, CA 91356-4245

Nasser Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

Neiman Marcus
PO Box 5235
Carol Stream, IL 60197-5235

Neman Brothers and Asst
1525 S Broadway
Los Angeles, CA 90015-3030

Nourollah Siman, Ziba Sarafian
18345 Ventura Blvd., Suite 500
Tarzana, CA 91356-4245

Paradise Spa Owners Association
c/o Solomon Dwiggins & Freer
9060 W. Cheyenne Ave.
Las Vegas, NV 89129-8911

Parvin Rabbani
133 North Willaman
Beverly Hills, CA 90211-2112

Philip Pournazarian
20722 Wells Drive
Woodland Hills, CA 91364-3437

Phillips 66 Co./SYNCB
PO Box 530942
Atlanta, GA 30353-0942

Raymond Yashouafar
16661 Ventura Blvd Ste. 608
Encino, CA 91436-4831

Raymund Carino, on behalf of himself and oth
c/o Solomon Dwiggins & Freer
9060 W. Cheyenne Ave.
Las Vegas, NV 89129-8911

Ready Fresh
PO Box 856158
Louisville, KY40285-6158

Reliable Properties
6399 Wilshire Blvd., Ste. 604
Los Angeles, CA 90048-5709

Robert M. Heller
1880 Century Park East, Ste.615
Los Angeles, CA 90067-1622

Rodney Yashouafar
1033 Hilts Avenue
Los Angeles, CA 90024-3214

Simon Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

Sina Abselet
19 Doral Drive
Manhasset, NY 11030-3907

The Estate of Yahouda Yahoudai
1875 Century Park East Suite 920
Los Angeles, CA 90067-2510

The Nimkoff Firm
28 Robert Circle
Syosset, NY 11791-3828

Thomas J. Weiss
Law Offices of Thomas J. Weiss
1925 Century Park East Ste. 2140
Los Angeles, CA 90067-2722

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

U.S. Bank National Association, as Trustee
c/o Keith C. Owens
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067-3125

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank
c/o Keith Owens
Venable LLP
2049 Century Park East Ste. 2300
Los Angeles, CA 90067-3125

US Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

Union Bank/First Bankcard (FNB Omaha U.B.)
PO Box 2557
Omaha, NE 68103-2557

United Mileage Plus (Chase Card Serv
PO Box 94014
Palatine, IL 60094-4014

Van Nuys Plywood, LLC
Danny Pakravan
3131 Antelo Road
Los Angeles, CA 90077-1603

Vivoli Saccuzzo, LLP
c/o Michael W. Vivoli, Esq.
2550 Fifth Avenue, Suite 709
San Diego, CA  92103
San Diego, CA 92103-6624

Vivopools
825 S. Primrose Ave. Suite H
Monrovia, CA 91016-3413

World Real Estate Group
Farid Faryab
PO Box 15925
Beverly Hills, CA 90209-1925

Wraytec Security Services
4730 Walnut St.
Simi Valley, CA 93063-1440

Yahouda Yahoudai
10390 Wilshire Blvd. #1203
Los Angeles, CA 90024-6451

Yona Samih
11766 Wilshire Blvd, Ste. 260
Los Angeles, CA 90025-6573

Ziba Sarafian
18345 Ventura Blvd., Ste. 500
Tarzana, CA 91356-4245

David Keith Gottlieb (TR)
16255 Ventura Boulevard, Suite 440
Encino, CA CA 91436-2308

Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356-4245

H. Joseph Nourmand
c/o Snipper Wainer & Markoff
9595 Wilshire Boulevard
Suite 201
Beverly Hills, CA 90212-2502

Howard L. Abselet
c/o Henry S. David
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Israel Abselet

Jack NOURAFSHAN
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave., 37th Floor
Los Angeles, CA 90071-3147

Mark E Goodfriend
Law Offices of Mark E Goodfriend
16055 Ventrua Blvd
Encino, CA 91436-2601

Massoud Aaron Yashouafar
c/o Merritt, Hagen & Sharf, LLP
5950 Canoga Ave
Suite 400
Woodland Hills, CA 91367-5037

Parvin NOURAFSHAN
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave., 37th Floor
Los Angeles, CA 90071-3147

Raymund Carino
c/o Wolf, Rifkin, Shapiro, Schulman & Ra
11400 West Olympic Blvd., 9th Floor
Los Angeles, CA 90064-1582

Simon Barlava
2209 South Santa Avenue
Los Angeles, CA 90058-1109

Solyman Yashouafar
4633 White Oak Place
Encino, CA 91316-4336

Thomas P Jeremiassen (TR)
Development Specialists, Inc.
333 South Grand Ave., Suite 4100
Los Angeles, CA 90071-1571

William Harold Brownstein
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Chase Card Services
PO Box 94014
Palatine, IL 60094-4014

(d)Chase Card Services (Southwest)
PO Box 94014
Palatine, IL 60094-4014

US Bank
PO Box 790408
Saint Louis, MO 63179-0408


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Alliance Property Investments Inc

(u)BMW Financial Services NA, LLC a servicing

(u)Berkeley Research Group LLC


(u)Carla Ridge, LLC

(u)Courtesy NEF

(du)Courtesy NEF


(u)Desert Field, LLC

(u)Development Specialists Inc

(u)Foley & Lardner LLP


(u)Official Committee of Unsecured Creditors

(u)PY Note Investors, LLC

(u)Simon Barlava and Related Individuals and


(u)Van Nuys Plywood, LLC

(u)Danny Pakravan

(u)Doris Moradzadeh


(u)Hamid Joseph Nourmand

(u)Iraj Zokai

(u)Nourollah Siman


(u)Robert M. Heller, Esq.

(u)Rosa Zokai

(d)Sina Abselet
19 Doral Drive
Manhasset, NY 11030-3907

(d) Yona Samih
11766 Wilshire Blvd Suite 260
Los Angeles, CA 90025-6573

(u) the Registered Holders of CD 2006-CD3 U.S.

End of Label Matrix
Mailable recipients  115
Bypassed recipients   23
Total                138

Label Matrix for local noticing
0973-1
Case 1:16-bk-12408-GM
Central District of California
San Fernando Valley
Mon May 18 18:18:07 PDT 2020

BMW Financial Services NA, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BMW Financial Services NA, LLC
c/o Ascension Capital Group
P.O. Box 165028
Irving, TX 75016-5028

Encino - 16661 Ventura Blvd Trust, a Delawar
c/o Keith C. Owens
Venable LLP
2049 Century Park East #2300
Los Angeles, CA 90067-3125

Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067-6253

Mercedes-Benz Financial Services USA LLC
c/o Bk Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

N&S Investment LLC
18345 Ventura Blvd Suite 500
Tarzana, CA 91356-4245

Soda Partners, LLC
Law Offices of Ronald Richards & Associa
P.O. Box 11480
P
Bevery Hills, CA 90213-4480

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

AXA Equitable
Box 371459
Pittsburgh, PA 15250-7459

Alliance Property Investments, Inc.
c/o Henry S. David
The David Firm(R)
617 West 7th Street, Suite 702
Los Angeles, CA 90017-3853

American Express
Box 0001
Los Angeles, CA 90096-8000

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Andrews Davis, P.C
100 N Broadway, Ste. 3300
Oklahoma City, OK 73102-8831

Ashley M. McDow
Baker & Hostetler LLP
11601 Wilshire Blvd. Ste. 1400
Los Angeles, CA 90025-1744

BB&T
c/o Peter J. Nugent
2711 North Haskell Ave. Ste. 1300
Lockbox 19
Dallas, TX 75204-2911

BMW BANK OF NORTH AMERICA
POB 23356
PITTSBURGH PA 15222-6356

BMW Card Services
PO Box 660545
Dallas, TX 75266-0545

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

Babak Cohen / Bita Kohan
1216 Saltair Ave. #102
Los Angeles, CA 90025-1398

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Barclay Card (Card Services)
PO Box 60517
City of Industry, CA 91716-0517

Barnett and Csoka
3883 Howard Huges Parkway,Ste. 790
Las Vegas, NV 89169-5995

Bloomingdale's
PO Box 183083
Columbus, OH 43218-3083

Bloomingdale's (Amex)
PO Box 183083
Columbus, OH 43218-3083

Capital One
PO Box 60599
City of Industry, CA 91716-0599

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chester Tower, LLC
PO Box 32428
Los Angeles, CA 90032-0428

Citicards
PO Box 689197
Des Moines, IA 50368-9197

City of Beverly Hills
455 North Rexford Drive
Beverly Hills, CA 90210-4817

DMARC  2007 CD5 Garden Street, LLC
Aires Law Firm
180 Newport Center Dr, Ste. 260
Newport Beach, CA 92660-0901

DMARC 2007-CD5 GARDEN STREET LLC
C/O AIRES LAW FIRM
6 HUGHES, SUITE 205
IRVINE, CA 92618-2063

DMF Lighting
1118 E. 223rd St. Unit 1
Carson, CA 90745-4210

Danny Pakranvan
3131 Antelo Road
Los Angeles, CA 90077-1603

Danny Pakravan
3131 Antelo Road
Los Angeles, CA 90077-1603

David Pouraba
8271 Melrose Ave Ste. 200
Los Angeles, CA 90046-6826

Diners Club
PO Box 6101
Carol Stream, IL 60197-6101

Discover
PO Box 29033
Phoenix, AZ 85038-9033

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

ELI BENDAVID
1535 RUHLAND AVE
MANHATTAN BEACH CA 90266-7127

East West Bank (Cardmember Service)
PO Box 790408
Saint Louis, MO 63179-0408

Edmond Lavi
5177 Avenida Hacienda
Tarzana, CA 91356-4224

Eli Javid Bendavid
6839 Kings Harbor Drive
Rancho Palos Verdes, CA 90275-4621

Elizabeth Sax
6355 Topanga Canyon Blvd. Ste# 255
Woodland Hills, CA 91367-2117

Elkwood Associate LLC
Daniel J McCarthy
300 S Grand Ave, 37th Flr
Los Angeles, CA 90071-3147

Encino Corporate Plaza, L.P.
c/o Henry S. David
The David Firm(R)
617 West 7th Street, Suite 702
Los Angeles, CA 90017-3853

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356-4245

Fereydoun Dayani
18345 Ventura Blvd. Ste# 500
Tarzana, CA 91356-4245

Great Lakes (US Department of Educa
PO Box 530229
Atlanta, GA 30353-0229

Greenblatt Loveridge
22151 Ventura Blvd. Ste. 200
Woodland Hills, CA 91364-1666

Gregor Law Offices
2550 Fifth Avenue, Ste. 709
San Diego, CA 92103-6624

Hamid Ahmadi
6906 Rain Creek Parkway
Austin, TX 78759-7038

Hamid Joseph Nourmand
1801 Century Park East, Suite 1830
Los Angeles, CA 90067-2320

Henry David
The David Firm
617 W. 7th St. Ste. 702
Los Angeles, CA 90017-3853

Holthouse, Carlin & Van Trigt, LLP
11444 W. Olympic Blvd, 11th Floor
Los Angeles, CA 90064-1500

Howard L. Abselet
114 Pine Street
Port Jefferson Station, NY 11776-3161

Howard L. Abselet
c/o Henry S. David
The David Firm(R)
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Howard Weg
Robins Kaplan LLP
2049 Century Park East Ste. 3400
Los Angeles, CA 90067-3208

Internal Revenue Service
300 North Los Angeles Street, MS 5022
Los Angeles, CA 90012-3478

Iraj Zokai
1058 22nd Street
Santa Monica, CA 90403-4518

Israel Abselet
c/o Henry S. David
The David Firm(R)
617 West 7th Street, Suite 702
Los Angeles, CA 90017-3853

JCBL Trust
16661 Ventura Blvd Ste. 608
Encino, CA 91436-4831

Jay J. Fathi
235 1/2 Elm St.
Beverly Hills, CA 90212-4010

John Hancock Life Insurance Company
PO Box 894764
Los Angeles, CA 90189-4764

Joshua Paradise Holdings, LLC
c/o Larry G. Ball
100 N. Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Keith Owens
Venable LLP
2049 Century Park East Ste. 2300
Los Angeles, CA 90067-3125

Kluger & Stein
16000 Ventura Blvd, Suite 1000
Encino, CA 91436-2762

Law Offices of Homan Taghdiri
1801 Century Park East, Ste. 830
Los Angeles, CA 90067-2302

Levene, Neale, Bender, Yoo & Brill
10250 Constellation Blvd, Suite 170
Los Angeles, CA 90067-6253

M.E.R. Enterprises, Inc.
P.O. BOX 32428
Los Angeles, CA 90032-0428

Macy's
PO Box 689195
Des Moines, IA 50368-9195

Mark Smith
16225 Ventura Blvd. Ste. 600
Encino, CA 91436

Mayer Makabi
10432 Eastborn Ave., Appt #205
Los Angeles, CA 90024-6188

Mehrdad Taghdiri
9744 Wilshire Blvd. Ste.306
Beverly Hills, CA 90212-1813

Mer Enterprises
P.O. BOX 32428
Los Angeles, CA 90032-0428

Mercedes Benz Financial Services
P. O. Box 5209
Hoffman Estates, IL 60192-5209

Mercury Insurance
PO Box 11991
Santa Ana, CA 92711-1991

Michael W. Vivoli
2550 Fifth Avenue, Ste.709
San Diego, CA 92103-6624

Milken Community High School
15800 Zeldin's Way
Los Angeles, CA 90049-6861

N&S Investments LLC
18345 Ventura Blvd. Ste.500
Tarzana, CA 91356-4245

Neiman Marcus
PO Box 5235
Carol Stream, IL 60197-5235

Nemen Brothers and Asst
1525 S Broadway
Los Angeles, CA 90015-3030

Nordstrom Bank
PO Box 79137
Phoenix, AZ 85062-9137

Nourollah Siman, Ziba Sarafian
18345 Ventura Blvd., Suite 500
Tarzana, CA 91356-4245

PY Note, LLC
Danny Pakravan
3131 Antelo Road
Los Angeles, CA 90077-1603

Paradise Spa Owners Association
c/o Mark A. Solomon
Solomon Dwiggins & Freer, LTD.
9060 W. Cheyenne Ave.
Las Vegas, NV 89129-8933

Parvin Rabbani
133 North Willaman
Beverly Hills, CA 90211-2112

Philip Pournazarian
20722 Wells Drive
Woodland Hills, CA 91364-3437

Quality Swimming Pool
2938 W. 15th St.
Los Angeles, CA 90006-4238

Raymond Carino
c/o Mark A. Solomon
Solomon Dwiggins & Freer, LTD.
9060 W. Cheyenne Ave.
Las Vegas, NV 89129-8933

Raymond Yashouafar
16661 Ventura Blvd Ste. 608
Encino, CA 91436-4831

Reliable Properties
6399 Wilshire Blvd., Ste. 604
Los Angeles, CA 90048-5709

Robert M. Heller
1880 Century Park East, Ste.615
Los Angeles, CA 90067-1622

Robins Kaplan - Attn: K. Meek
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208

Rodney Yashouafar
2208 Parnell Ave.
Los Angeles, CA 90064-2005

SOUTHERN CALIFORNIA EDISON
1551 W SAN BERNARDINO RD
COVINA CA 91722-3407

Simon Barlava
524 N. Alpine Dr.
Beverly Hills, CA 90210-3316

Sina Abselet
19 Doral Drive
Manhasset, NY 11030-3907

Soda Partners, LLC
c/o RRA
PO Box 11480
Beverly Hills, CA 90213-4480

Southern California Edison
PO Box 600
Rosemead, CA 91770-0600

Southern California Edison
Po Box 30337
Los Angeles CA 90030-0337

The Estate of Yahouda Yahoudai
1875 Century Park East Suite 920
Los Angeles, CA 90067-2510

The Gas Company
PO Box C
Monterey Park, CA 91754-0932

The Nimkoff Firm
28 Robert Circle
Syosset, NY 11791-3828

Thomas J. Weiss
Law Offices of Thomas J. Weiss
1925 Century Park East Ste. 2140
Los Angeles, CA 90067-2722

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Bank National Association, as Trustee
c/o Keith C. Owens
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067-3125

US Bank
c/o Keith Owens
Venable LLP
2049 Century Park East Ste. 2300
Los Angeles, CA 90067-3125

US DEPT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON WI 53708-8973

US Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

Unite Mileage Plus (Chase Card Serv
PO Box 94014
Palatine, IL 60094-4014

Van Nuys Plywood
Danny Pakravan
3131 Antelo Road
Los Angeles, CA 90077-1603

Vivoli Saccuzzo, LLP
c/o Michael W. Vivoli, Esq.
2550 Fifth Avenue, Suite 709
San Diego, CA 92103-6624

World Real Estate Group
PO Box 15925
Beverly Hills, CA 90209-1925

Yahouda Yahoudai
10390 Wilshire Blvd. #1203
Los Angeles, CA 90024-6451

Yona Samih
11766 Wilshire Blvd Suite 260
Los Angeles, CA 90025-6573

Ziba Sarafian
18345 Ventura Blvd., Ste. 500
Tarzana, CA 91356-4245

Brian L Davidoff
Greenberg Glusker
1900 Ave of the Stars 21st Fl
Los Angeles, CA 90067-4301

C John M Melissinos
Greenberg Glusker
1900 Avenue of the Stars 21st Fl
Los Angeles, CA 90067-4301

David Keith Gottlieb (TR)
16255 Ventura Boulevard, Suite 440
Encino, CA CA 91436-2308

Howard L. Abselet
c/o Henry S. David
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Mark M Sharf
Sharf Law Firm
6080 Center Dr., Suite 600
Los Angeles, CA 90045-1540

Massoud Aaron Yashouafar
12730 Montana Ave
Los Angeles, CA 90049-4906

the Registered Holders of CD 2006-CD3 U.S. B
Venable LLP
Attn: Keith C. Owens
2049 Century Park East
Suite 2300
Los Angeles, CA 90067-3125

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW Financial Services
PO Box 78103
Phoenix, AZ 85062-8103

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Chase Card Services
PO Box 94014
Palatine, IL 60094-4014

(d)Chase Card Services (Southwest)
PO Box 94014
Palatine, IL 60094-4014

U.S. Bank National Association
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

(d)US Bank
PO Box 790408
Saint Louis, MO 63179-0408

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)PY Note Investors, LLC

(u)Van Nuys Plywood, LLC

(d)BMW Financial Services NA, LLC
4515 N Santa Fe Ave Dept APS
Oklahoma City OK 73118-7901

(d)Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

(d)N&S Investment LLC
18345 Ventura Blvd Suite 500
Tarzana, CA 91356-4245

(d)Van Nuys Plywood, LLC
Danny Pakravan
3131 Antelo Road
Los Angeles, CA 90077-1603

(d)Yona Samih
11766 Wilshire Blvd, Ste. 260
Los Angeles, CA 90025-6573

(u)Danny Pakravan

(d)Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356-4245

(u)Robert M. Heller, Esq.

(d)Yona Samih
11766 Wilshire Blvd Suite 260
Los Angeles, CA 90025-6573

End of Label Matrix
Mailable recipients   127
Bypassed recipients    12
Total                 139