Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: 310/277-6910 - Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
jlucas@pszjlaw.com

Attorneys for David K. Gottlieb,
Chapter 7 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,<br>Debtors. | Case No. 1:16-bk-12255-GM<br><br>Chapter 7<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>Debtor. | Case No. 1:16-bk-12255-GM<br>Chapter 7 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>Debtor. | Case No. 1:16-bk-12408-GM<br>Chapter 7 |
| Affects:<br>☑ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | **VOLUNTARY DISMISSAL OF MOTION**<br><br>[Relates to Docket No. 758, 759]<br><br>Date: June 23, 2020<br>Time: 10:00 a.m.<br>Place: Ctrm 303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367<br><br>Judge: Hon. Geraldine Mund |



PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRPUTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

David K. Gottlieb, chapter 7 trustee in the above-captioned bankruptcy case, hereby voluntarily withdraws the *Notice of Motion and Motion of Chapter 7 Trustee for Order Approving Settlement with the Elkwood Parties and for Sale of Rexford Home Free and Clear of Liens, Claims and Encumbrances; Memorandum of Points and Authorities; Declaration of David K. Gottlieb in Support Thereof* [Docket No. 758] (the "**Withdrawn Motion**") and the corresponding *Notice of Filing of Motion of Chapter 7 Trustee for Order Approving Settlement with the Elkwood Parties and for Sale of Rexford Home Free and Clear of Liens, Claims and Encumbrances* [Docket No. 759] (the "**Withdrawn Notice**"). The Withdrawn Motion has been **refiled** as a new motion [Docket No. 761], and the Withdrawn Notice has been **refiled** as a new notice [Docket No. 762].

Dated: May 21, 2020 PACHULKSI STANG ZIEHL & JONES LLP

By: */s/ Jeremy V. Richards*
Jeremy V. Richards

Attorneys for David K Gottlieb, Chapter 7 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled: ***VOLUNTARY DISMISSAL OF MOTION*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 21, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) May 21, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 21, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Geraldine Mund
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 303
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 21, 2020 | Gini L. Downing | */s/ Gini L. Downing* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Timothy C Aires** tca@arlawyers.com, gperez@arlawyers.com
- **Bret D. Allen** ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **Simon Aron** saron@wrslawyers.com
- **Larry G Ball** lball@hallestill.com, kbauer@hallestill.com
- **William H Brownstein** Brownsteinlaw.bill@gmail.com
- **Carol Chow** carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **Henry S David** hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- **Brian L Davidoff** bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Michael T Delaney** mdelaney@bakerlaw.com
- **Fahim Farivar** fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- **Todd S Garan** ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Marian Garza** ecfnotices@ascensioncapitalgroup.com
- **Thomas M Geher** tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **Mark E Goodfriend** markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- **David Keith Gottlieb (TR)** dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- **Lee W Harwell** leehar@earthlink.net, shada12200@hotmail.com
- **Eric P Israel** eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Andrew V Jablon** ajablon@rpblaw.com, mlynch@rpblaw.com
- **Thomas P Jeremiassen (TR)** tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- **Robert B Kaplan** rbk@jmbm.com
- **Andrew F Kim** akim@afklaw.com, 6229175420@filings.docketbird.com
- **Matthew Kramer** mkramer@wwhgd.com, iperez@wwhgd.com
- **Zi Chao Lin** zlin@garrett-tully.com, dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com
- **John W Lucas** jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Daniel J McCarthy** dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Ashley M McDow** amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- **Kevin Meek** kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **C John M Melissinos** jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Jessica Mickelsen Simon** simonjm@ballardspahr.com, carolod@ballardspahr.com
- **William K Mills** mills@parkermillsllp.com, sally@parkermillsllp.com
- **Shane J Moses** smoses@foley.com, vgoldsmith@foley.com
- **David L. Neale** dln@lnbyb.com
- **Juliet Y Oh** jyo@lnbrb.com, jyo@lnbrb.com
- **Tomas A Ortiz** tortiz@garrett-tully.com
- **Keith C Owens** kowens@foxrothschild.com, khoang@foxrothschild.com
- **Dipika Parmar** dipika.parmar@aissolution.com
- **Jeremy V Richards** jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Ronald N Richards** ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **S Margaux Ross** margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV
- **Kambiz J Shabani** joseph@shabanipartners.com
- **Mark M Sharf** msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- **Nico N Tabibi** nico@tabibilaw.com
- **United States Trustee (SV)** ustpregion16.wh.ecf@usdoj.gov
- **Maurice Wainer** mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- **Howard J Weg** hweg@robinskaplan.com
- **Thomas J Weiss** tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- **Gilbert R Yabes** ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
- **Aaron E de Leest** adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA