1 | Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
2 | PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
3 | Los Angeles, CA  90067
Tel: 310/277-6910 - Facsimile: 310/201-0760
4 | E-mail:  jrichards@pszjlaw.com
          jlucas@pszjlaw.com
5 |
6 | Attorneys for David K. Gottlieb,
Chapter 7 Trustee of the Estates of Solyman
7 | Yashouafar and Massoud Aaron Yashouafar

8 |
**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
9 | **SAN FERNANDO VALLEY DIVISION**

10 | In re

11 | SOLYMAN YASHOUAFAR and
MASSOUD AARON YASHOUAFAR,
12 |                                Debtors.

13 | In re:
SOLYMAN YASHOUAFAR,
                                Debtor.
14 |

15 | In re:
MASSOUD AARON YASHOUAFAR,
                                Debtor.
16 | Affects:
☑  Both Debtors
17 | ☐  Solyman Yashouafar
☐  Massoud Aaron Yashouafar
18 |

Case No.  1:16-bk-12255-GM

Chapter 7
Jointly Administered

Case No. 1:16-bk-12255-GM
Chapter 7

Case No. 1:16-bk-12408-GM
Chapter 7

**REPLY IN SUPPORT OF MOTION FOR ORDER APPROVING SETTLEMENT WITH THE ELKWOOD PARTIES AND FOR SALE OF REXFORD HOME FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

[Relates to Docket No. 761]

Date:     June 23, 2020
Time:     10:00 a.m.
Place:    Ctrm 303
          21041 Burbank Blvd.
          Woodland Hills, CA  91367

Judge:    Hon. Geraldine Mund

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:330188.2 32274/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  David K. Gottlieb, Chapter 7 trustee for Aaron Massoud Yashouafar and Solyman

2  Yashouafar (the "*Trustee*") hereby files his reply in support of the Motion For Order Approving

3  Settlement with the Elkwood Parties and for Sale of Rexford Home Free and Clear of Liens, Claims

4  and Encumbrances (the "*Motion*"). All capitalized terms not otherwise defined herein shall have the

5  same meaning as set forth in the Motion.

6  No formal objections to the Motion have been filed. The Trustee did receive an informal

7  objection on behalf of Soda Partners, which has a secured claim against the Rexford Property by

8  way of an Abstract of Judgment recorded in the Los Angeles County Recorder's office on or about

9  June 13, 2011, securing repayment of a judgment in the amount of $ 25,400.00. The Abstract of

10  Judgment is junior to the lien securing a note in favor of Sina Abselet (now held by Israel Abselet)

11  and is senior to the Abselet Judgment Lien. The valuation of the Rexford Property implicit in the

12  subject settlement means that this claim is fully secured and entitled to payment.

13  In order to resolve the objection of Soda Partners, the parties to the Settlement Agreement

14  have agreed as follows:

15  1.  As consideration for release of the Abstract of Judgment (which release shall be

16  effected pursuant to the order (the "*Approval Order*") approving the Settlement Agreement), the

17  Trustee shall pay to Soda Partners the sum of $48,260.00 plus any accrued interest, as applicable, all

18  as more fully set forth in the payoff letter attached hereto as **Exhibit "A."**

19  2.  Payment shall be made by check to the Law Offices of Ronald Richards &

20  Associates, APC Attorney Trust Account, which payment designation shall be included in the

21  Approval Order.

22  3.  The foregoing payment shall be made by the Trustee as soon as practicable after he is

23  permitted to distribute the Settlement Payment in accordance with section 2 of the Settlement

24  Agreement, provided the Settlement Agreement has not been rescinded pursuant to section 20

25  thereof.

26  4.  Soda Partners shall have the right to review and approve the Approval Order to

27  ensure that it complies with the parties' agreement. All parties to the Settlement Agreement and

28  Soda Partners approve the form of Approval Order attached hereto as **Exhibit "B"**.

1

DOCS_LA:330188.2 32274/001

1       5.     Soda Partners agrees not to oppose entry of the Stipulated Judgment in the R&R

2 Action in District Court.

3

4 Dated: June 12, 2020       PACHULKSI STANG ZIEHL & JONES LLP

5

6       By:     */s/ Jeremy V. Richards*
      Jeremy V. Richards

7

8       Attorneys for David K Gottlieb, Chapter 7 Trustee

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

**EXHIBIT "A"**

LAW OFFICES OF

# Ronald Richards and Associates

**A Professional Corporation**
**310-556-1001 Los Angeles Office**
**202-508-1060 DC Office**

**Office Locations:**

**\*Admitted in the following
Courts:\***
All Fed. and State Cts. in
California, 2ⁿᵈ, 9ᵗʰ & 11th Circuit,
C.O.A's, ED of Michigan, D of
Colorado, W.D. of Tenn.,
The United States Supreme Court
(U.S.S.C.)

**Bar Membership:**
California
District of Columbia

Richards Law Building
West Hollywood, CA

CA Mailing Address:
PO Box 11480
Beverly Hills, CA  90213

DC Office Address:
1629 K ST. Suite 300
Washington D.C., 20006

EMAIL: RON@RONALDRICHARDS.COM
WEBSITE: WWW.RONALDRICHARDS.COM

MAY 28, 2020

**Mr. John W. Lucas**
Pachulski Stang Ziehl & Jones LLP

DEMAND FOR PAYOFF:
Case 2:16-bk-20343-WB Claim 1
Filed 08/18/16
Claimant:  Soda Partners
Abstract of Judgment Recorded on 6-13-2011

**Amount:  $48,260.00 before June 23, 2020.**
**Amount Due After July 1, 2020, $48,683.33 plus $211.66 for July's interest**

Dear John,

Thank you for our call on Friday and emails today and yesterday.

I am submitting a revised demand for payoff now good through June 23, 2020.  After this date, two months interest will be added that we were willing to not add if the payment is made by the end of June which would be $423.33 for a revised total of **$48,683.33.**

**For each month starting July 1, 2020, $211.66 in accrued interest will be added to the claim until paid.  It is not a big amount of interest but I can't have the debtor think this is free money.  I was happy to wait as interest was accruing at 10% per Code.**

**In December of 2020, if the claim is still not paid, I will be filing a form with the court to add the interest the principle and interest will accrue on the new amount.  Hopefully we**

**will be paid long before then.**

My wiring instruction are below.

| | |
|---|---|
| Bank: | Wells Fargo Bank |
| | 333 S. Grand Ave., 5th Floor |
| | Los Angeles, CA 90071 |
| Account Name: | Law Offices of Ronald Richards & Associates, APC, Attorney Client Trust Account |
| Routing Number: | 121000248 |
| Account Number: | 7321682051 |

Sincerely,

Ronald Richards, Esq.

**EXHIBIT "B"**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and<br>MASSOUD AARON YASHOUAFAR,[1]<br>                                  Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 7<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>                                  Debtor. | Case No.: 1:16-bk-12255-GM<br>Chapter 7 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>                                  Debtor. | Case No.: 1:16-bk-12408-GM<br>Chapter 7 |
| Affects:   ·<br>☑  Both Debtors<br>☐  Solyman Yashouafar<br>☐  Massoud Aaron Yashouafar | **ORDER GRANTING MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY**<br><br>**DATE: June 23, 2020**<br>**TIME: 10:00 a.m.**<br>**PLACE: Courtroom 303** |

The Motion for Approval of Compromise of Controversy ("**Motion**") of David K.

Gottlieb, Chapter 7 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron

Yashouafar (the "**Trustee**") came on for hearing on June 23, 2020, at 10:00 a.m. in

Courtroom 303 of the above-entitled Court. Such appearances were made as were noted for

the record. No formal opposition was filed to the Motion and an informal objection, made by

Soda Partners, is addressed and resolved in this Order.

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are: Solyman Yashouafar (5875) and Massoud Aaron Yashouafar (6590).

1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   The Court, having considered the Motion, all pleadings filed in connection with the

2   Motion, The reply (the "Reply") filed in support of the Motion, the Court's files, and the

3   statements of counsel, and finding that such notice and opportunity to be heard was given

4   regarding the motion, and good cause appearing.

5   **IT IS HEREBY ORDERED:**

6   1.      The Motion it granted such that the Settlement Agreement and Mutual Release

7   ("Settlement Agreement"), a copy of which attached as Exhibit A to the Motion, is approved

8   in its entirety.

9   2.      All creditors of Solyman Yashouafar and/or Massoud Aaron Yashouafar

10  ("**Debtors**") and all parties in interest in Debtors' Chapter 7 are permanently enjoined from

11  filing any lawsuits, causes of action or claims against Elkwood Associates, LLC, Fieldbrook,

12  Inc., Reliable Properties, Jack Nourafshan, and/or any person or entity affiliated with them,

13  including their respective employees, representatives, agents, independent contractors,

14  attorneys, spouses, children, accountants, successors and assigns, regarding or in any way

15  relating to the real 910 North Rexford Drive, Beverly Hills, California 90210 ("**Rexford**

16  **Property**") and 580 Chalette Drive, Beverly Hills, California 90210 ("**Chalette Property**"),

17  including without limitation any claims relating to the trustee's sale of the Chalette Property

18  on February 20, 2015, and the trustee's sale of the Rexford Property on February 23, 2015.

19  3.      The Court requests that Judge Maureen Tighe enter an order in adversary

20  proceeding no. 1:17-ap-01040-MT in the form attached as part of Exhibit B to the Settlement

21  Agreement that vacates the "Report and Recommendation to the District Court re Entry of

22  Judgment on First Claim for Relief (Quiet Title)," which was entered on November 13,

23  2019, in that adversary proceeding, and that dismisses that adversary proceeding with

24  prejudice. [Docket no. 283]

25  4.      The Court requests that the United States District Court for the Central District

26  of California ("**District Court**") enter the stipulated judgment in the form attached as part of

27  Exhibit A to the Settlement Agreement by which the District Court vacates its Order,

28  Judgment and Findings of Fact and Conclusions of Law that were entered in case no. 2:19-

2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

cv-9915-JFW on March 20, 2020, and quiets title to the Rexford Property in the name of Elkwood Associates, LLC, subject only to the deed of trust recorded in the Los Angeles County Recorder's Office on January 16, 2004, as instrument no. 04-112689 for the benefit of Chase Manhattan Mortgage Company ("**Chase DOT**") and the lien to secure payment of real property taxes, whether or not yet due and payable.

5.    The Court authorizes and approves the Trustee selling any and all right, title and interest he has in the Rexford Property to Elkwood Associates, LLC, and said sale shall be free and clear of all liens, claims, interests and encumbrances, except the Chase DOT and the lien to secure payment of real property taxes, whether or not yet due and payable.

6.    This Order shall be immediately effective upon entry, and any 14-day stay of this Order pursuant to Rules 6004(h) and 7062 of the Federal Rules of Bankruptcy Procedure and any other rule is deemed inapplicable.

7.    The Court shall retain jurisdiction to resolve any and all disputes relating to, and to enforce the terms of this Order.

8.    As soon as practicable after he is permitted to distribute the Settlement Payment in accordance with section 2 of the Settlement Agreement (provided the Settlement Agreement has not been rescinded pursuant to section 20 thereof), the Trustee shall make a payment of $48,260.00 plus interest, as applicable, all as more fully set forth in the payoff letter attached as Exhibit "A" to the Reply, by check to the Law Offices of Ronald Richards & Associates, APC Attorney Trust Account.

# # # #

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:  10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled: ***REPLY IN SUPPORT OF MOTION FOR ORDER APPROVING SETTLEMENT WITH THE ELKWOOD PARTIES AND FOR SALE OF REXFORD HOME FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 12, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒        Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) June 12, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356

☐        Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 12, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Geraldine Mund
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 303
Woodland Hills, CA 91367

☐        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 12, 2020 | Gini L. Downing | /s/ Gini L. Downing |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- **Timothy C Aires**   tca@arlawyers.com, gperez@arlawyers.com
- **Bret D. Allen**   ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **Simon Aron**   saron@wrslawyers.com
- **Larry G Ball**   lball@hallestill.com, kbauer@hallestill.com
- **William H Brownstein**   Brownsteinlaw.bill@gmail.com
- **Carol Chow**   carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **Henry S David**   hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- **Brian L Davidoff**   bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Michael T Delaney**   mdelaney@bakerlaw.com
- **Fahim Farivar**   fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Marian Garza**   ecfnotices@ascensioncapitalgroup.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **Mark E Goodfriend**   markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- **David Keith Gottlieb (TR)**   dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- **Lee W Harwell**   leehar@earthlink.net, shada12200@hotmail.com
- **Eric P Israel**   eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Andrew V Jablon**   ajablon@rpblaw.com, mlynch@rpblaw.com
- **Thomas P Jeremiassen (TR)**   tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- **Robert B Kaplan**   rbk@jmbm.com
- **Andrew F Kim**   akim@afklaw.com, 6229175420@filings.docketbird.com
- **Matthew Kramer**   mkramer@wwhgd.com, iperez@wwhgd.com
- **Zi Chao Lin**   zlin@garrett-tully.com, dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Ashley M McDow**   amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- **Kevin Meek**   kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **C John M Melissinos**   jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Jessica Mickelsen Simon**   simonjm@ballardspahr.com, carolod@ballardspahr.com
- **William K Mills**   mills@parkermillsllp.com, sally@parkermillsllp.com
- **Shane J Moses**   smoses@foley.com, vgoldsmith@foley.com
- **David L. Neale**   dln@lnbyb.com
- **Juliet Y Oh**   jyo@lnbrb.com, jyo@lnbrb.com
- **Tomas A Ortiz**   tortiz@garrett-tully.com
- **Keith C Owens**   kowens@foxrothschild.com, khoang@foxrothschild.com
- **Dipika Parmar**   dipika.parmar@aissolution.com
- **Jeremy V Richards**   jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **S Margaux Ross**   margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV
- **Kambiz J Shabani**   joseph@shabanipartners.com
- **Mark M Sharf**   msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- **Nico N Tabibi**   nico@tabibilaw.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Maurice Wainer**   mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- **Howard J Weg**   hweg@robinskaplan.com
- **Thomas J Weiss**   tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- **Gilbert R Yabes**   ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
- **Aaron E de Leest**   adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

DOCS_LA:330188.2 32274/001