Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
         jlucas@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee of the
Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1]<br>Debtors. | Case No.: 1:16-bk-12255-GM<br>Chapter 7<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>Debtor. | Case No.: 1:16-bk-12255-GM<br>Chapter 7 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>Debtor. | Case No.: 1:16-bk-12408-GM<br>Chapter 7 |
| Affects:<br>☒ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar<br>Debtors. | **CHAPTER 7 TRUSTEE'S CASE STATUS REPORT**<br>**Status Hearing**:<br>DATE:     November 17, 2020<br>TIME:     10.00 a.m.<br>             21041 Burbank Boulevard<br>             Courtroom 303<br>             Woodland Hills, CA 91367<br>Judge:     Honorable Geraldine Mund |

David K. Gottlieb, the duly appointed and acting chapter 7 trustee (the "**Trustee**"), in the above captioned jointly administered cases of Solyman Yashouafar ("**Solyman**") and Massoud Aaron Yashouafar ("**Massoud**" and together, the "**Debtors**"), hereby files this status report (the "**Status Report**") and respectfully represents as follows:

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are: Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

DOCS_LA:333611.1 32274/001

1. The Trustee has completed administration of the last remaining material asset of the Massoud Estate, namely the litigation relating to the Rexford Home. As a result of the court approved settlement of that litigation, the Trustee has recovered approximately $1.55 million for the benefit of the Massoud Estate, which when added to existing funds in the Estate, brings the total cash balance in the Massoud Estate to approximately $1.92 million. The Solyman Estate, on the other hand, has cash on hand of only $99.86 and no additional assets to administer.

2. As the Court is aware, there is substantial overlap between the creditors of the Solyman Estate and the creditors of the Massoud Estate, given that the Debtors typically jointly and severally guaranteed business debt.

3. The Trustee intends to file a final report in the Solyman Case, indicating that there are no assets for distribution to creditors.

4. In the Massoud Case, the Trustee estimates approximately $250,000 in accrued and unpaid chapter 7 expenses and approximately $1.45 million in accrued and unpaid chapter 11 expenses. The Trustee is in the process of determining whether there are any outstanding tax obligations of the estate.

5. The Trustee has now completed limited objections to disputed general unsecured claims against the Massoud Estate, and the total allowed, or deemed allowed general unsecured claims equal just over $85 million.

6. The Trustee has asked the Chapter 11 administrative creditors to agree to a partial subordination of their allowed fees and expenses in order to permit approximately $850,000 (or approximately a one percent distribution) to be distributed to the allowed creditors of the Massoud Estate.

7. The Trustee has a hearing date for final approval of all chapter 7 and chapter 11 fees for December 22, 2020, at 10.00 a.m., after which the Trustee will file a final report and make a single distribution to the holders of allowed unsecured claims against Massoud, the amount of which will be dependent upon an agreement with professionals regarding partial subordination of their allowed chapter 11 administrative expenses.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  Dated: November 3, 2020             PACHULSKI STANG ZIEHL & JONES LLP

2

3                                      By: */s/ Jeremy V. Richards*
                                           Jeremy V. Richards

4
                                       Attorneys for
5                                      David K. Gottlieb, Chapter 11 Trustee

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Blvd. Suite 1300, Los Angeles, CA 90067.

A true and correct copy of the following documents entitled (*specify*): **CHAPTER 7 TRUSTEE'S CASE STATUS REPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 3, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **November 3, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 3, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Geraldine Mund
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 312 / Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 3, 2020 | Gini L. Downing | /s/ Gini L. Downing |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:333611.1 32274/001

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Timothy C Aires    tca@arlawyers.com, gperez@arlawyers.com
- Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- Simon Aron    saron@wrslawyers.com
- Larry G Ball    lball@hallestill.com, kbauer@hallestill.com
- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- Henry S David    hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Michael T Delaney    mdelaney@bakerlaw.com
- Fahim Farivar    fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Marian Garza    ecfnotices@ascensioncapitalgroup.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Mark E Goodfriend    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Lee W Harwell    leehar@earthlink.net, shada12200@hotmail.com
- Eric P Israel    eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Andrew V Jablon    ajablon@rpblaw.com, mlynch@rpblaw.com
- Thomas P Jeremiassen (TR)    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- Robert B Kaplan    rbk@jmbm.com
- Andrew F Kim    akim@afklaw.com, 6229175420@filings.docketbird.com
- Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com
- Zi Chao Lin    zlin@garrett-tully.com, dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- Ashley M McDow    amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Jessica Mickelsen Simon    jmsimon@hrhlaw.com
- William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com
- Shane J Moses    smoses@foley.com
- David L. Neale    dln@lnbyb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Tomas A Ortiz    tortiz@garrett-tully.com
- Keith C Owens    kowens@venable.com, khoang@venable.com
- Dipika Parmar    dipika.parmar@aissolution.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Kambiz J Shabani    joseph@shabanipartners.com
- Mark M Sharf    msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com

DOCS_LA:333611.1 32274/001

- Nico N Tabibi    nico@tabibilaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Maurice Wainer    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- Howard J Weg    hweg@robinskaplan.com
- Thomas J Weiss    tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
- Aaron E de Leest    aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

2. **SERVED VIA US MAIL:**
   **CONSOLIDATED TOP 20 LIST OF GENERAL UNSECURED CREDITORS OF THE DEBTORS:**

| | | |
|---|---|---|
| Howard Abselet<br>114 Pine Street<br>Port Jefferson Station, NY 11776 | DMARC - 2007 CD5 Garden Street<br>180 Newport Center Drive, Ste. 260<br>Newport Beach, CA 92666 | Chester Tower, LLC<br>PO Box 32428<br>Los Angeles, CA 90032 |
| N&S Investment LLC<br>18345 Ventura Blvd., Ste. 500<br>Tarzana, CA 91356 | Sina Abselet<br>19 Doral Drive<br>Manhasset, NY 11030 | Reliable Properties<br>6399 Wilshire Blvd., Ste. 604<br>Los Angeles, CA 90048 |
| Parvin Rabbani<br>133 North Willaman<br>Beverly Hills, CA 90120 | Fereydoun Dayani<br>18345 Ventura Blvd., Ste. 500<br>Tarzana, CA 91356 | Neman Brothers and Asst<br>1525 Broadway<br>Los Angeles, CA 90015 |
| Edmond Lavi<br>5177 Avenida Hacienda<br>Tarzana, CA 91356 | Yahouda Yahoudai<br>10390 Wilshire Blvd, #1203<br>Los Angeles, CA 90024 | JCBL Trust<br>16661 Ventura Blvd., Ste. 608<br>Encino, CA 91436 |
| Yona Smith<br>11766 Wilshire Blvd., Ste. 260<br>Los Angeles, CA 90025 | Mer Enterprises<br>PO Box 32428<br>Los Angeles, CA 90032 | DMF Lighting<br>1118 East 223rd Street, Unit 1<br>Carson, CA 90745 |
| Eli Javid Bendavid<br>6839 Kings Harbor Drive<br>Rancho Palos Verdes, CA 90275 | Michael W. Vivoli<br>2550 Fifth Avenue, Ste 709<br>San Diego, CA 92103 | Levene, Neale, Bender, Yoo & Brill<br>10250 Constellation Blvd., Ste. 170<br>Los Angeles, CA 90067 |
| Hamid Joseph Nourmand<br>1801 Century Park East, Ste. 1830<br>Los Angeles, CA 90067 | BB&T<br>c/o Peter J. Nugent<br>2711 North Haskell Ave. Ste. 1300<br>Lockbox 19<br>Dallas, TX 75204 | DMF Lighting<br>1118 E. 223rd St., Unit 1<br>Carson, CA 90745 |
| Hamid Ahmadi<br>6906 Rain Creek Parkway<br>Austin, TX 78759 | Iraj Zokai<br>1058 22nd Street<br>Santa Monica, CA 90403 | Mer Enterprises<br>P.O. Box 32428<br>Los Angeles, CA 90032 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:333611.1 32274/001