1  Jeremy V. Richards (CA Bar No. 102300)
   John W. Lucas (CA Bar No. 271038)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA  90067
   Tel: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail:  jrichards@pszjlaw.com
5           jlucas@pszjlaw.com

6  Attorneys for David K. Gottlieb, Chapter 7 Trustee of the Estates
   of Solyman Yashouafar and Massoud Aaron Yashouafar

7

8              UNITED STATES BANKRUPTCY COURT

               CENTRAL DISTRICT OF CALIFORNIA
9
               SAN FERNANDO VALLEY DIVISION

10

| | |
|---|---|
| In re: | Case No.: 1:16-bk-12255-GM |
| SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1] | Chapter 7 |
| Debtors. | Jointly Administered |
| | Case No.: 1:16-bk-12255-GM |
| In re: | Chapter 7 |
| SOLYMAN YASHOUAFAR, | Case No.: 1:16-bk-12408-GM |
| Debtor. | Chapter 7 |
| In re: | **SUBMISSION OF SECOND AND FINAL APPLICATION OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES; DECLARATION OF VERNON L. CALDER** |
| MASSOUD AARON YASHOUAFAR, | |
| Debtor. | |
| Affects: | Date:   December 22, 2020 |
| ☑  Both Debtors | Time:   10:00 a.m. |
| ☐  Solyman Yashouafar | Place:  Courtroom 303 |
| ☐  Massoud Aaron Yashouafar | U.S. Bankruptcy Court |
| Debtors. | 21041 Burbank Blvd. Woodland Hills, CA 91367 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

[1] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

1    David K. Gottlieb, chapter 7 trustee (the "Trustee") through his counsel of record, hereby

2   submits the second and final fee application of Berkeley Research Group, Accountants and Financial

3   Advisors to the Trustee.

4   Dated:  December 1, 2020                    PACHULSKI STANG ZIEHL & JONES LLP

5                                              By:     /s/ Jeremy V. Richards
                                                       Jeremy V. Richards
6                                                      John W. Lucas

7                                                      Attorneys for David K. Gottlieb,
8                                                      Chapter 7 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:318638.1 32274/001

Vernon L. Calder, CPA
Berkeley Research Group
2029 Century Park East, Suite 1250
Los Angeles, California 90067
Telephone No.: (310) 499-4730
Facsimile No.: (310) 557-8982
Email: vcalder@thinkbrg.com

Accountants and Financial Advisors for David K. Gottlieb, Chapter 11 Trustee
of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SOLYMAN YASHOUAFAR, and<br>MASSOUD AARON YASHOUAFAR,<br><br>       Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br><br>Jointly Administered |
| In re<br><br>SOLYMAN YASHOUAFAR,<br><br>       Debtor. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>       Debtor. | Case No. 1:16-bk-12408-GM<br><br>Chapter 11<br><br>**SECOND AND FINAL APPLICATION OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES; DECLARATION OF VERNON L. CALDER** |
| Affects:<br>☑ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | Date: December 22, 2020<br>Time: 10:00 a.m.<br>Place: Courtroom 303<br>      U.S. Bankruptcy Court<br>      24014 Burbank Blvd.<br>      Woodland Hills, CA 91367 |

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE CHAPTER 11 TRUSTEE; AND OTHER PARTIES IN INTEREST:**

Berkeley Research Group ("BRG" or "Applicant"), as accountants and financial advisors in the above-captioned estates, respectfully represent:

## I.

## INTRODUCTION

BRG respectfully applies under 11 U.S.C. §§ 330, 331, 503(b), and 507(a)(2) and Local Bankruptcy Rule 2016-1 for final approval and authorization of payment for compensation for services rendered, and reimbursement of expenses incurred, from December 1, 2018 through November 20, 2020 (the "Application").

BRG has previously requested compensation. During the period covered by the First Interim Application, September 21, 2016 through November 30, 2018,. BRG incurred fees in the amount of $123,312.00 and expense reimbursement in the amount of $9,857.25 for a total previously requested of $133,169.25. The full amount of previously requested fees and expenses was approved by the Court. However, there was a holdback of a portion of the approved fees and expenses that has yet to be paid. The amount of holdback for approved fees and expenses associated with the First Interim Fee Application that has yet to be paid is $61,656.00.

During the period covered by this Second and Final Fee Application, December 1, 2018 through November 20, 2020, (the "Second and Final Reporting Period"), BRG incurred fees in the amount of $29,315.50 representing 65.6 hours of services to the estates, for which it seeks approval on a final basis. Fees incurred during the Chapter 11 period total $11,010.00 representing 24.7 hours of services to the estates, while fees incurred during the Chapter 7 period total $18,305.50 representing 40.9 hours of services to the estates. BRG also advanced expenses during the Second and Final Reporting Period related to its services in the amount of $26,088.75 for which it seeks final allowance for reimbursement and for authorization of payment for these fees and expenses. Expenses advanced during the Chapter 11 period total $4,008.08, while expenses advanced during the Chapter 7 period total $22,080.67.

In total, Applicant requests final approval of fees and expenses associated with the First Interim Fee Application in the amount of $123,312.00 in fees and $9,857.25 in expenses. Applicant also seeks payment of the holdback amount of $61,656.00 associated with the First Interim Fee Application. Applicant also requests final approval and payment of fees and expenses associated with this Second and Final Fee Application in the amount of $29,315.50 and $26,088.75, respectively. The total amount of payment requested is $117,060.25, consisting of $61,656.00 in holdback from the First Interim Fee Application and $29,315.50 in fees and $26,088.75 in expenses from this Second and Final Fee Application. The total amount of payment requested consists of Chapter 11 period fees and expenses in the amount of $76,674.08 and Chapter 7 period fees and expenses in the amount of $40,386.17.

## A.    Exhibits to this Application

The nature and extent of BRG services during this Second and Final Reporting Period, and other information, are described in subsequent paragraphs and in the following exhibits to this Application:

Exhibit "A" provides the detailed time entries for the services provided by category by BRG as well as the details of all costs expended.

Exhibit "B" includes the resumes that describe the education and qualifications of the professionals and paraprofessionals for BRG whose time constitutes the basis for this Application.

## B.    Reasonableness of Rates

Each year, BRG attempts to gather accurate information about rates charged by comparable accounting firms for comparable services to ensure its rates are competitive. BRG is informed and believes the rates charged by its staff and accountants are fair and reasonable in light of the rates charged by comparable firms. By way of example, Mr. Calder had an hourly rate of $650 during the 2020 billing period that is among the highest rates of any professional of BRG whose time is included in this Application. As set forth in Mr. Calder's resume (Exhibit

3

"B"), Mr. Calder has over 35 years of public accounting experience. Applicants are informed and believe professionals at Mr. Calder's level at so-called "Big-Four" accounting firms, with whom Applicant competes, have hourly rates as high, or higher, than the rates of Applicant.

The average hourly billing rate for BRG was $446.88. The rates charged in these cases are the same rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days. Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative. Costs and disbursements were also reviewed. Time was billed in tenths of an hour.

During January of each year, BRG revises its billing rates for new cases accepted thereafter and for pending cases in the coming year based on facts described above. All services included in this Application were billed at the applicable standard hourly rates.

## II.

## BACKGROUND

### A.    Procedural Background

On or about August 3, 2016, petitioning creditors Fereydoun Dayani, Yona Samih, and N&S Investment, LLC c/o Sina Navidbakhsh (the "Petitioning Creditors" filed an involuntary petition under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code") against debtor Solyman Yashouafar ("S. Yashouafar"), bearing case number 16-12255.

On or about August 3, 2016, the Petitioning Creditors filed an involuntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code against debtor Massoud Aaron Yashouafar ("M. Yashouafar"), bearing case number 16-12408.

On or about September 9, 2016, the Petitioning Creditors and S. Yashouafar entered into a *Stipulation for Entry for Order For Relief and Appointment of Chapter 11 Trustee,* which stipulation was granted by Order entered on September 12, 2016.

On or about September 9, 2016, the Petitioning Creditors and M. Yashouafar entered into a *Stipulation for Entry for Order For Relief and Appointment of Chapter 11 Trustee,* which stipulation was granted by Order entered on September 20, 2016.

4

On or about September 16, 2016, the United States Trustee (the "UST") filed its *Notice of Appointment of Chapter 11 Trustee,* appointing David K. Gottlieb as Chapter 11 Trustee in S. Yashouafar's chapter 11 case.

On or about September 16, 2016, the UST filed an *Application for Order Approving Appointment of Trustee* in the S. Yashouafar case, which application was granted by Order entered on September 16, 2016. On September 19, 2016, the Court entered an *Order for Relief and Order to File Schedules, Statements and List(s).*

On or about September 16, 2016, the United States Trustee (the "UST") filed its *Notice of Appointment of Chapter 11 Trustee,* appointing David K. Gottlieb as Chapter 11 Trustee in S. Yashouafar's chapter 11 case [Docket No. 91]

On or about September 16, 2016, the UST filed an *Application for Order Approving Appointment of Trustee* in the S. Yashouafar case, which application was granted by Order entered on September 20, 2016. On September 19, 2016, the Court entered an *Order for Relief and Order to File Schedules, Statements and List(s).*

On or about September 30, 2016, the Trustee filed a *Motion for Order Directing Joint Administration of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(B)* in the S. Yashouafar case, which order was entered on October 18, 2016.

On or about September 30, 2016, the Trustee filed a *Motion for Order Directing Joint Administration of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(B)* in the M. Yashouafar case, which order was entered on October 18, 2016.

On or about November 16, 2016, the Court entered an order authorizing the Trustee's employment of BRG as accountants and financial advisors, effective September 21, 2016.

On October 25, 2019 the M. Yashouafar Chapter 11 case and the S. Yashouafar Chapter 11 case were both converted to cases under Chapter 7.

### III.

### SUMMARY DESCRIPTION OF SERVICES

Without limiting the detail of BRG's services contained in Exhibit "A", following are summary descriptions of the services provided during the Second Interim Reporting Period:

**A.    700 – Tax Analysis**

**(Hours: 6.60; Fees: $3,783.50)**

At the request of the Trustee, Applicant researched and identified necessary tax information to determine taxable gain/loss from various proposed asset dispositions. Applicant consulted with Trustee and counsel regarding the tax ramifications of proposed Abselet Settlement. Applicant analyzed additional documents in order to identify other tax issues to be addressed in the case.

**B.    710 – Tax Return Preparation**

**(Hours: 52.60; Fees: $21,982.00)**

Applicant analyzed financial records, tax documents and other relevant information needed to prepare bankruptcy estate income tax returns for tax year(s) 2018, 2019 and 2020 for both the Solyman and Massoud estates. Applicant prepared supporting work papers for each year 2018, 2019 and 2020. BRG prepared all required federal and state income tax returns for year(s) 2018, 2019 and 2020 for both the Solyman and Massoud estates. The completed returns were reviewed to ensure completeness and accuracy. Corrections were made as was required. All finalized federal and state income tax returns for year(s) 2018, 2019 and 2020 were caused to be filed with the proper taxing authorities. Applicant prepared required 2018 and 2019 federal information returns (Form(s) 1099) and filed with appropriate taxing authorities.

**C.    920 – Fee Application**

**(Hours: 6.4; Fees: $3,550.00)**

Applicant prepared its First Interim Fee Application for the period September 21, 2016 through November 30, 2018 and its Second and Final Fee applications for the period December 1, 2018 through November 20, 2020.

**IV.**

**SUMMARY DESCRIPTION OF EXPENSES**

The Trustee incurred out-of-pocket costs in connection with services rendered to the estates, summarized as follows:

**A.    Data Research and Retrieval ($8.40)**

This represents the actual Pacer charges for retrieval of pleadings and information from the Court docket and data retrieval of certain tax documents and programs. Also included are actual tax software charges associated with income tax return preparation.

**B.    Overnight/Messenger Deliveries ($103.67)**

This consists of actual costs of overnight and messenger deliveries of documents.

**C.    Document Moving and Storage ($25,974.18)**

This is actual cost of moving and storing case documents

**D.    Postage ($2.50)**

This cost represents actual postage costs.

.

**V.**

**CONCLUSION**

Applicant believes compensation awarded herein will account for the quality of services rendered, the complexity of the issues at hand, the desirability of employment, the results obtained and the contingency thereof, as well as the actual hours expended. Applicant believes payment of its fees is justified when weighed against the benefit of its work, as described above.

No agreement exists between Applicant and any other person for the sharing of compensation that is received in connection with this case, except for the understanding concerning compensation among its shareholders.

Notice of this fee application has been given to creditors and parties in interest.

WHEREFORE, Applicant respectfully requests the following: (a) final allowance for the fees and expenses incurred during the First Interim Reporting Period in the amount of $123,312.00 and $9,857.25, respectively; (b) payment of the holdback amount associated with the First Interim Reporting Period in the amount of $61,656; (c) final allowance and payment for fees and expenses incurred during this Second and Final Reporting Period in the amount of $29,315.50 and $26,088.75 respectively, for a total payment of $117,060.25 (Chapter 11 fees and expenses of $76,674.08 and Chapter 7 fees and expenses of $40,386.17); and (d) any other relief that the Court deems just and proper.

7

Dated: November _25_, 2020                    Respectfully submitted,


Vernon L. Calder
Berkeley Research Group

## DECLARATION OF VERNON L. CALDER

I, Vernon L. Calder, declare as follows:

I am a Certified Public Accountant and am a managing director in the firm of Berkeley Research Group ("BRG"). I have read the foregoing *Second and Final Application of Berkeley Research Group for Allowance and Payment of Compensation and Reimbursement of Expenses* (the "Application") and know the contents thereof. I certify that the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true.

BRG has previously requested compensation. During the period covered by the First Interim Application, September 21, 2016 through November 30, 2018,. BRG incurred fees in the amount of $123,312.00 and expense reimbursement in the amount of $9,857.25 for a total previously requested of $133,169.25. The full amount of previously requested fees and expenses was approved by the Court. However, there was a holdback of a portion of the approved fees and expenses that has yet to be paid. The amount of holdback for approved fees and expenses associated with the First Interim Fee Application that has yet to be paid is $61,656.

During the period covered by this Second and Final Fee Application, December 1, 2018 through November 20, 2020, (the "Second and Final Reporting Period"), BRG incurred fees in the amount of $29,315.50 representing 65.6 hours of services to the estates, for which it seeks approval on a final basis. Fees incurred during the Chapter 11 period total $11,010.00 representing 24.7 hours of services to the estates, while fees incurred during the Chapter 7 period total $18,305.50 representing 40.9 hours of services to the estates. BRG also advanced expenses during the Second and Final Reporting Period related to its services in the amount of $26,088.75 for which it seeks final allowance for reimbursement and for authorization of payment for these fees and expenses. Expenses advanced during the Chapter 11 period total $4,008.08, while expenses advanced during the Chapter 7 period total $22,080.67.

In total, Applicant requests final approval of fees and expenses associated with the First Interim Fee Application in the amount of $123,312.00 in fees and $9,857.25 in expenses. Applicant also seeks payment of the holdback amount of $61,656.00 associated with the First

Interim Fee Application.  Applicant also requests final approval and payment of fees and expenses associated with this Second and Final Fee Application in the amount of $29,315.50 and $26,088.75, respectively.  The total amount of payment requested is $117,060.25, consisting of $61,656.00 in holdback from the First Interim Fee Application and $29,315.50 in fees and $26,088.75 in expenses from this Second and Final Fee Application.  The total amount of payment requested consists of Chapter 11 period fees and expenses in the amount of $76,674.08 and Chapter 7 period fees and expenses in the amount of $40,386.17.

I believe the Application substantially complies with the U.S. Trustee Guidelines concerning professionals' fee applications.

I declare under penalty of perjury under the laws of the United States of America that the facts stated herein are true and correct to the best of my knowledge.  Executed this _25_<sup>th</sup> day of November, 2020, at Salt Lake City, Utah.


Vernon L. Calder, CPA

# EXHIBIT A

# BRG

INVOICE

David K. Gottlieb, Chapter 7 Trustee
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403

November 24, 2020
Client-Matter: 10243-15107
Invoice #: 105395
Tax ID # 27-1451273

RE: **Yashouafar Chapter 11 Bankruptcy**

Services Rendered From December 1, 2018 Through October 25, 2019

| | | | |
|---|---|---|---|
| Professional Services | $ | 11,010.00 | USD |
| Expenses Incurred | | 4,008.08 | |
| **CURRENT CHARGES** | $ | **15,018.08** | USD |

*OTHER OUTSTANDING INVOICES AS OF TODAY*
Invoice # 74384 - Dated 01/07/19              61,656.00

## PAYMENT IS DUE UPON RECEIPT

Please direct questions regarding this invoice to: Vernon Calder at (801) 321-0053 or vcalder@thinkbrg.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire or ACH to:**
Bank Name:      PNC Bank, N.A.
SWIFT:             PNCCUS33
ABA #:             031207607
Account Name:  Berkeley Research Group, LLC
Account #:        8026286672
Reference:        105395

Remittance advices are to be sent to:
remitadvice@thinkbrg.com

**\*\*Due to COVID-19, we are kindly requesting all payments to be made electronically.**

 INVOICE

**To:** David K. Gottlieb, Chapter 7 Trustee  
**RE:** Yashouafar Chapter 11 Bankruptcy

**Page 2 of 7**  
**Invoice # 105395**  
**Client-Matter: 10243-015107**

Services Rendered From December 1, 2018 Through October 25, 2019

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| Vernon Calder | 640.00 | 8.80 | 5,632.00 |
| | | | |
| **Associate Director** | | | |
| Leif Larsen | 475.00 | 9.70 | 4,607.50 |
| | | | |
| **Case Assistant** | | | |
| Evelyn Perry | 170.00 | 1.20 | 204.00 |
| Kellee Calder | 135.00 | 1.90 | 256.50 |
| Victoria Calder | 100.00 | 3.10 | 310.00 |
| | | | |
| **Total Professional Services** | | **24.70** | **11,010.00** |

**EXPENSES**

| | |
|---|---|
| Data Research | 8.40 |
| Express Messenger/Shipping | 27.00 |
| Other | 3,972.68 |
| **Total Expenses** | **4,008.08** |

 **BRG** INVOICE

**To:** David K. Gottlieb, Chapter 7 Trustee

**RE:** Yashouafar Chapter 11 Bankruptcy

Page 3 of 7

Invoice # 105395

Client-Matter: 10243-015107

### SUMMARY BY TASK CODE

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 700 | Tax Analysis | 3.40 | 2,060.50 |
| 710 | Tax Return Preparation | 16.70 | 6,569.50 |
| 920 | Fee Application | 4.60 | 2,380.00 |
| **Total Professional Services** | | **24.70** | **11,010.00** |

 **INVOICE**

**To:** David K. Gottlieb, Chapter 7 Trustee  
**RE:** Yashouafar Chapter 11 Bankruptcy

Page 4 of 7  
Invoice # 105395  
Client-Matter: 10243-015107

Services Rendered From January 4, 2019 Through October 25, 2019

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 700 - Tax Analysis** | | | | | |
| 01/29/19 | Leif Larsen | Analyzed potential tax impact to estate's regarding settlement proceeds. | 0.40 | 475.00 | 190.00 |
| 01/30/19 | Vernon Calder | Read and analyzed Abselet Settlement Agreement to identify potential tax issues. | 0.80 | 640.00 | 512.00 |
| 01/30/19 | Vernon Calder | Discussed via telephone with Tom Jeremiassen regarding tax issues related to Abselet Settlement. | 0.30 | 640.00 | 192.00 |
| 01/30/19 | Leif Larsen | Analyzed tax implication of settlement proceeds. | 0.30 | 475.00 | 142.50 |
| 02/06/19 | Vernon Calder | Participated in conference call with Diane Conniff and Tom Jeremiassen regarding historical background and tax analysis of Roosevelt Lofts, Inc and sale of Oklahoma property. | 0.90 | 640.00 | 576.00 |
| 02/06/19 | Vernon Calder | Participated in conference call regarding tax issues related to Abselet settlement. | 0.20 | 640.00 | 128.00 |
| 09/23/19 | Vernon Calder | Analyzed issues related to proper income tax reporting of funds received from JCBL Trust. | 0.50 | 640.00 | 320.00 |
| | | **Total for Task Code 700** | **3.40** | | **2,060.50** |
| **Task Code: 710 - Tax Return Preparation** | | | | | |
| 01/14/19 | Victoria Calder | Analyzed 2018 transaction ledgers in conjunction with preparation of IRS form(s) 1099. | 0.20 | 100.00 | 20.00 |
| 03/26/19 | Kellee Calder | Analyzed 2018 Form 2 to determine taxable income and deductible expenditures for Solyman Yashouafar. | 0.90 | 135.00 | 121.50 |
| 03/26/19 | Kellee Calder | Analyzed 2018 Form 2 to determine taxable income and deductible expenditures for Massoud Yashouafar. | 0.90 | 135.00 | 121.50 |

 **BRG** INVOICE

**To:** David K. Gottlieb, Chapter 7 Trustee

**RE:** Yashouafar Chapter 11 Bankruptcy

Page 5 of 7

Invoice # 105395

Client-Matter: 10243-015107

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/27/19 | Kellee Calder | Analyzed 2018 Form 2 to determine taxable income and deductible expenditures for Massoud Yashouafar. | 0.10 | 135.00 | 13.50 |
| 04/01/19 | Victoria Calder | Prepared Solyman Yashouafar 2018 extension form 7004. | 0.20 | 100.00 | 20.00 |
| 04/01/19 | Victoria Calder | Prepared Massoud Yashouafar 2018 extension form 7004. | 0.20 | 100.00 | 20.00 |
| 04/10/19 | Vernon Calder | Reviewed IRS Form 7004, Application for Automatic Extension of Time, for 2018 income tax returns. | 0.20 | 640.00 | 128.00 |
| 09/23/19 | Leif Larsen | Reviewed and referenced the 2018 income tax returns and supporting work papers of the Massoud bankruptcy estate. | 0.40 | 475.00 | 190.00 |
| 09/23/19 | Leif Larsen | Prepared the 2018 income tax returns of the Massoud bankruptcy estate. | 2.10 | 475.00 | 997.50 |
| 09/23/19 | Leif Larsen | Prepared the 2018 income tax returns of the Solyman bankruptcy estate. | 1.60 | 475.00 | 760.00 |
| 09/23/19 | Leif Larsen | Analyzed 2018 financial records and prepared supporting work papers to be used in the preparation of the 2018 income tax returns of the Solyman bankruptcy estate. | 1.40 | 475.00 | 665.00 |
| 09/23/19 | Leif Larsen | Analyzed 2018 financial records and prepared supporting work papers to be used in the preparation of the 2018 income tax returns of the Massoud bankruptcy estate. | 1.80 | 475.00 | 855.00 |
| 09/23/19 | Leif Larsen | Reviewed and referenced the 2018 income tax returns and supporting work papers of the Solyman bankruptcy estate. | 0.40 | 475.00 | 190.00 |
| 09/25/19 | Vernon Calder | Reviewed 2018 income tax returns and related tax files. | 1.10 | 640.00 | 704.00 |
| 09/26/19 | Vernon Calder | Verified clearance of review notes on 2018 income tax returns and related tax files. | 0.60 | 640.00 | 384.00 |
| 09/26/19 | Leif Larsen | Cleared review notes related to the 2018 Solyman income tax returns. | 0.30 | 475.00 | 142.50 |
| 09/26/19 | Leif Larsen | Cleared review notes related to the 2018 Massoud income tax returns. | 0.30 | 475.00 | 142.50 |

 INVOICE

**To:** David K. Gottlieb, Chapter 7 Trustee
**RE:** Yashouafar Chapter 11 Bankruptcy

Page 6 of 7
Invoice # 105395
Client-Matter: 10243-015107

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/27/19 | Vernon Calder | Verified clearance of review notes on 2018 income tax returns. | 0.30 | 640.00 | 192.00 |
| 09/27/19 | Victoria Calder | Prepared Solyman Yashouafar 2018 tax return to send to taxing authorities. | 1.00 | 100.00 | 100.00 |
| 09/27/19 | Leif Larsen | Cleared additional review notes related to the 2018 Massoud income tax returns. | 0.30 | 475.00 | 142.50 |
| 09/27/19 | Leif Larsen | Cleared additional review notes related to the 2018 Solyman income tax returns. | 0.40 | 475.00 | 190.00 |
| 09/30/19 | Vernon Calder | Verified clearance of additional review notes on 2018 income tax returns and related tax file - Massoud Estate. | 0.10 | 640.00 | 64.00 |
| 10/01/19 | Victoria Calder | Prepared Massoud Yashouafar Bankruptcy Estate 2018 tax return to send to taxing authorities. | 1.00 | 100.00 | 100.00 |
| 10/02/19 | Vernon Calder | Performed final review and signed 2018 income tax returns. | 0.40 | 640.00 | 256.00 |
| 10/02/19 | Victoria Calder | Performed quality control procedures on 2018 workpapers and tax returns for Solyman Yashouafar. | 0.20 | 100.00 | 20.00 |
| 10/02/19 | Victoria Calder | Performed quality control procedures on 2018 workpapers and tax returns for Massoud Yashouafar. | 0.30 | 100.00 | 30.00 |
| | | **Total for Task Code 710** | **16.70** | | **6,569.50** |

**Task Code: 920 - Fee Application**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/04/19 | Vernon Calder | Drafted First Interim Fee Application. | 2.80 | 640.00 | 1,792.00 |
| 01/04/19 | Vernon Calder | Reviewed detailed time descriptions in conjunction with preparation of First Interim Fee Application. | 0.50 | 640.00 | 320.00 |
| 01/04/19 | Evelyn Perry | Prepared schedules for the 1st interim fee application. | 1.20 | 170.00 | 204.00 |
| 01/07/19 | Vernon Calder | Reviewed, revised and signed First Interim Fee Application. | 0.10 | 640.00 | 64.00 |
| | | **Total for Task Code 920** | **4.60** | | **2,380.00** |
| | | **Professional Services** | **24.70** | | **11,010.00** |

 INVOICE

**To:** David K. Gottlieb, Chapter 7 Trustee
**RE:** Yashouafar Chapter 11 Bankruptcy

**Page 7 of 7**
**Invoice # 105395**
**Client-Matter:** 10243-015107

## DETAIL OF EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| **Date** | **Description** | **Amount** |
| **Data Research** | | |
| 01/31/19 | Pacer - Court (pacer.gov) | 8.40 |
| | **Total For Data Research** | **8.40** |
| **Express Messenger/Shipping** | | |
| 10/15/19 | FedEx - Express Messenger/Shipping | 27.00 |
| | **Total For Express Messenger/Shipping** | **27.00** |
| **Other** | | |
| 01/29/19 | One Hundred Towers, LLC - One Hundred Towers 01/29/2019 Storage February 2019 | 441.41 |
| 02/26/19 | One Hundred Towers, LLC - One Hundred Towers 3/1/19 Storage March 2019 | 441.41 |
| 03/27/19 | One Hundred Towers, LLC - One Hundred Towers 03/27/19 Storage April 2019 | 441.40 |
| 04/26/19 | One Hundred Towers, LLC - One Hundred Towers 04/26/19 Storage P1-55 May 2019 | 441.41 |
| 05/29/19 | One Hundred Towers, LLC - One Hundred Towers 05/29/19 Storage June 2019 | 441.41 |
| 06/25/19 | One Hundred Towers, LLC - One Hundred Towers 06/25/19 Storage July 2019. | 441.41 |
| 07/29/19 | One Hundred Towers, LLC - One Hundred Towers 07/29/19 August 2019 Storage C-468687 | 441.41 |
| 08/27/19 | One Hundred Towers, LLC - One Hundred Towers 08/27/19 Storage C-486739 | 441.41 |
| 09/26/19 | One Hundred Towers, LLC - One Hundred Towers 10/01/2019 October 2019 Storage | 441.41 |
| | **Total For Other** | **3,972.68** |
| **Expenses** | | **4,008.08** |

 **BRG** INVOICE

David K. Gottlieb, Chapter 7 Trustee
15233 Ventura Blvc., 9th Floor
Sherman Oaks, CA 91403

November 24, 2020
Client-Matter: 10243-15107
Invoice #: 105462
Tax ID # 27-1451273

**RE: Yashouafar Chapter 07 Bankruptcy**

Services Rendered From October 26, 2019 Through November 24, 2020

| | | | |
|---|---|---|---|
| Professional Services | $ | 18,305.50 | USD |
| Expenses Incurred | | 22,080.67 | |
| **CURRENT CHARGES** | $ | **40,386.17** | USD |

*OTHER OUTSTANDING INVOICES AS OF TODAY*
Invoice # 74384 - Dated 01/07/19                      61,656.00

### PAYMENT IS DUE UPON RECEIPT

Please direct questions regarding this invoice to: Vernon Calder at (801) 321-0053 or vcalder@thinkbrg.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA  94608

**Please remit payment by wire or ACH to:**
Bank Name:      PNC Bank, N.A.
SWIFT:             PNCCUS33
ABA #:             031207607
Account Name:  Berkeley Research Group, LLC
Account #:        8026286672
Reference:        105462

Remittance advices are to be sent to:
remitadvice@thinkbrg.com

**\*\*Due to COVID-19, we are kindly requesting all payments to be made electronically.**

 INVOICE

**To:** David K. Gottlieb, Chapter 7 Trustee

**RE:** Yashouafar Chapter 11 Bankruptcy

Page 2 of 8

Invoice # 105462

Client-Matter: 10243-015107

Services Rendered From October 26, 2019 Through November 24, 2020

**PROFESSIONAL SERVICES**

|  | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| Vernon Calder | 650.00 | 8.30 | 5,395.00 |
| **Associate Director** | | | |
| Leif Larsen | 480.00 | 25.30 | 12,144.00 |
| **Case Assistant** | | | |
| Victoria Calder | 105.00 | 7.30 | 766.50 |
| **Total Professional Services** | | 40.90 | 18,305.50 |

**EXPENSES**

| | |
|---|---|
| Express Messenger/Shipping | 76.67 |
| Other | 22,001.50 |
| Postage | 2.50 |
| **Total Expenses** | **22,080.67** |

 **BRG**  INVOICE

**To:** David K. Gottlieb, Chapter 7 Trustee

**RE:** Yashouafar Chapter 11 Bankruptcy

Page 3 of 8

Invoice # 105462

Client-Matter: 10243-015107

## SUMMARY BY TASK CODE

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 700 | Tax Analysis | 3.20 | 1,723.00 |
| 710 | Tax Return Preparation | 35.90 | 15,412.50 |
| 920 | Fee Application | 1.80 | 1,170.00 |
| **Total Professional Services** | | **40.90** | **18,305.50** |

 **BRG** INVOICE

**To:** David K. Gottlieb, Chapter 7 Trustee

**RE:** Yashouafar Chapter 11 Bankruptcy

Page 4 of 8

Invoice # 105462

Client-Matter: 10243-015107

Services Rendered From October 26, 2019 Through November 24, 2020

## DETAIL OF PROFESSIONAL SERVICES

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 700  -  Tax Analysis** | | | | | |
| 07/13/20 | Vernon Calder | Analyzed settlement agreement to determine tax aspects of agreement. | 1.10 | 650.00 | 715.00 |
| 07/13/20 | Leif Larsen | Analyzed settlement documents in order to determine potential tax liabilities and prepared estimated taxable income schedules. | 2.10 | 480.00 | 1,008.00 |
| | | **Total for Task Code 700** | **3.20** | | **1,723.00** |
| **Task Code: 710  -  Tax Return Preparation** | | | | | |
| 01/13/20 | Vernon Calder | Reviewed 2019 activity and IRS Form 1099 filings. | 0.20 | 650.00 | 130.00 |
| 01/30/20 | Victoria Calder | Preparation of 2019 IRS forms 1099 for Massoud Yashouafar Bankruptcy Estate. | 0.30 | 105.00 | 31.50 |
| 01/30/20 | Leif Larsen | Electronically filed Forms 1096 & 1099 for tax year 2019. | 0.20 | 480.00 | 96.00 |
| 07/09/20 | Victoria Calder | Prepared extension form 7004 for Solyman Yashouafar, Bankruptcy Estate 2019 tax return. | 0.20 | 105.00 | 21.00 |
| 07/09/20 | Victoria Calder | Prepared extension form 7004 for Massoud Yashouafar, Bankruptcy Estate 2019 tax return. | 0.20 | 105.00 | 21.00 |
| 10/06/20 | Leif Larsen | Prepared an initial draft of the 2019 Solyman Yashouafar bankruptcy estate income tax returns. | 1.40 | 480.00 | 672.00 |
| 10/06/20 | Leif Larsen | Prepared an initial draft of supporting work papers to be used in the preparation of the 2019 Solyman Yashouafar bankruptcy estate income tax returns. | 0.90 | 480.00 | 432.00 |
| 10/07/20 | Vernon Calder | Determined proper income tax return reporting related to cash received from asset sales. | 0.40 | 650.00 | 260.00 |
| 10/07/20 | Leif Larsen | Prepared an initial draft of the 2019 Massoud Yashouafar bankruptcy estate income tax returns. | 2.40 | 480.00 | 1,152.00 |



INVOICE

To: David K. Gottlieb, Chapter 7 Trustee

RE: Yashouafar Chapter 11 Bankruptcy

Page 5 of 8

Invoice # 105462

Client-Matter: 10243-015107

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/07/20 | Leif Larsen | Prepared an initial draft of supporting work papers to be used in the preparation of the 2019 Massoud Yashouafar bankruptcy estate income tax returns. | 2.10 | 480.00 | 1,008.00 |
| 10/08/20 | Vernon Calder | Reviewed 2019 income tax returns and related tax file - Solyman Estate. | 0.20 | 650.00 | 130.00 |
| 10/08/20 | Vernon Calder | Reviewed 2019 income tax returns and related tax file - Massoud Estate. | 0.90 | 650.00 | 585.00 |
| 10/09/20 | Vernon Calder | Verified clearance of review notes on 2019 income tax returns and related tax files. | 0.30 | 650.00 | 195.00 |
| 10/09/20 | Vernon Calder | Performed final review and signed 2019 income tax returns. | 0.70 | 650.00 | 455.00 |
| 10/09/20 | Victoria Calder | Prepared Massoud Yashouafar Bankruptcy Estate 2019 tax return to send to taxing authorities. | 0.70 | 105.00 | 73.50 |
| 10/09/20 | Victoria Calder | Prepared Solyman Yashouafar Bankruptcy Estate 2019 tax return to send to taxing authorities. | 0.70 | 105.00 | 73.50 |
| 10/09/20 | Victoria Calder | Performed quality control procedures on 2019 workpapers and tax returns for Solyman Yashouafar Bankruptcy Estate. | 0.20 | 105.00 | 21.00 |
| 10/09/20 | Victoria Calder | Performed quality control procedures on 2019 workpapers and tax returns for Massoud Yashouafar Bankruptcy Estate. | 0.20 | 105.00 | 21.00 |
| 10/09/20 | Leif Larsen | Updated returns and work papers to include tax documents received and cleared review notes related to the 2019 Massoud Yashouafar bankruptcy estate income tax returns. | 2.60 | 480.00 | 1,248.00 |
| 10/09/20 | Leif Larsen | Updated returns and work papers to include tax documents received and cleared review notes related to the 2019 Solyman Yashouafar bankruptcy estate income tax returns. | 2.30 | 480.00 | 1,104.00 |
| 10/10/20 | Vernon Calder | Performed final review and signed updated 2019 income tax returns - Massoud and Solyman Estates. | 0.30 | 650.00 | 195.00 |

 

**To:** David K. Gottlieb, Chapter 7 Trustee
**RE:** Yashouafar Chapter 11 Bankruptcy

Page 6 of 8
Invoice # 105462
Client-Matter: 10243-015107

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/10/20 | Vernon Calder | Reviewed updated 2019 income tax returns, incorporating Schedule K-1 information. | 0.80 | 650.00 | 520.00 |
| 10/10/20 | Victoria Calder | Prepared Massoud Yashouafar Bankruptcy Estate 2019 tax return to send to taxing authorities. | 0.60 | 105.00 | 63.00 |
| 10/10/20 | Victoria Calder | Performed quality control procedures on 2019 workpapers and tax returns for Massoud Yashouafar Bankruptcy Estate. | 0.20 | 105.00 | 21.00 |
| 10/10/20 | Victoria Calder | Prepared Solyman Yashouafar Bankruptcy Estate 2019 tax return to send to taxing authorities. | 0.60 | 105.00 | 63.00 |
| 10/10/20 | Victoria Calder | Performed quality control procedures on 2019 workpapers and tax returns for Solyman Yashouafar Bankruptcy Estate. | 0.20 | 105.00 | 21.00 |
| 10/15/20 | Victoria Calder | Submitted prompt determination requests to the Centralized Insolvency Operation. | 1.10 | 105.00 | 115.50 |
| 10/15/20 | Victoria Calder | Performed quality control procedures on 2019 workpapers and tax returns for Solyman Yashouafar Bankruptcy Estate. | 0.10 | 105.00 | 10.50 |
| 10/15/20 | Victoria Calder | Performed quality control procedures on 2019 workpapers and tax returns for Massoud Yashouafar Bankruptcy Estate. | 0.10 | 105.00 | 10.50 |
| 11/10/20 | Leif Larsen | Analyzed 2020 financial activity and prepared supporting work papers to be used in the preparation of the 2020 income tax returns of the Massoud Bankruptcy Estate. | 2.40 | 480.00 | 1,152.00 |
| 11/10/20 | Leif Larsen | Analyzed 2020 financial activity and prepared supporting work papers to be used in the preparation of the 2020 income tax returns of the Solyman Bankruptcy Estate. | 1.30 | 480.00 | 624.00 |
| 11/12/20 | Vernon Calder | Reviewed final income tax returns and related tax file - Massoud Estate. | 0.30 | 650.00 | 195.00 |

 **INVOICE**

To: David K. Gottlieb, Chapter 7 Trustee
RE: Yashouafar Chapter 11 Bankruptcy

Page 7 of 8
Invoice # 105462
Client-Matter: 10243-015107

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/12/20 | Leif Larsen | Prepared the 2020 income tax returns of the Massoud Bankruptcy Estate. | 2.90 | 480.00 | 1,392.00 |
| 11/12/20 | Leif Larsen | Prepared the 2020 income tax returns of the Solyman Bankruptcy Estate. | 2.40 | 480.00 | 1,152.00 |
| 11/13/20 | Vernon Calder | Verified clearance of review notes on final income tax returns and related tax files - Massoud and Solyman Estates. | 0.50 | 650.00 | 325.00 |
| 11/13/20 | Vernon Calder | Reviewed final income tax returns and related tax file - Solyman Estate. | 0.40 | 650.00 | 260.00 |
| 11/13/20 | Vernon Calder | Reviewed final income tax returns and related tax file - Massoud Estate. | 0.20 | 650.00 | 130.00 |
| 11/13/20 | Leif Larsen | Cleared review notes related to the 2020 income tax returns of the Solyman Bankruptcy Estate. | 1.10 | 480.00 | 528.00 |
| 11/13/20 | Leif Larsen | Cleared review notes related to the 2020 income tax returns of the Massoud Bankruptcy Estate. | 1.20 | 480.00 | 576.00 |
| 11/18/20 | Victoria Calder | Prepared Massoud Yashouafar Bankruptcy Estate 2020 tax return to send to taxing authorities. | 0.80 | 105.00 | 84.00 |
| 11/18/20 | Victoria Calder | Prepared Solyman Yashouafar Bankruptcy Estate 2020 tax return to send to taxing authorities. | 0.70 | 105.00 | 73.50 |
| 11/20/20 | Vernon Calder | Performed final review and signed final income tax returns - Massoud and Solyman Estates. | 0.20 | 650.00 | 130.00 |
| 11/20/20 | Victoria Calder | Performed quality control procedures on workpapers and tax returns for 2020. | 0.40 | 105.00 | 42.00 |
| | | **Total for Task Code 710** | **35.90** | | **15,412.50** |
| **Task Code: 920  -  Fee Application** | | | | | |
| 11/20/20 | Vernon Calder | Prepared Second and Final Fee Application. | 1.80 | 650.00 | 1,170.00 |
| | | **Total for Task Code 920** | **1.80** | | **1,170.00** |
| **Professional Services** | | | **40.90** | | **18,305.50** |

 **INVOICE**

**To:** David K. Gottlieb, Chapter 7 Trustee                                                  **Page 8 of 8**
**RE:** Yashouafar Chapter 11 Bankruptcy                                              **Invoice # 105462**
                                                                                     **Client-Matter: 10243-015107**

### DETAIL OF EXPENSES

| Date | Description | Amount |
|------|-------------|-------:|
| 10/28/19 | One Hundred Towers, LLC - One Hundred Towers 11/01/2019 Storage Nov 2019 | 1,500.79 |
| 11/21/19 | One Hundred Towers, LLC - One Hundred Towers 12/01/2019 Storage C-533131 Dec 2019 | 1,500.79 |
| 12/27/19 | One Hundred Towers, LLC - One Hundred Towers 12/27/2019 Storage Jan 2020 | 1,500.79 |
| 01/28/20 | One Hundred Towers, LLC - One Hundred Towers 01/28/2020 Storage P-1 Feb 2020 | 1,590.83 |
| 02/26/20 | One Hundred Towers, LLC - March 2020 Storage | 1,590.83 |
| 03/25/20 | One Hundred Towers, LLC – April 2020 Storage | 1,590.83 |
| 04/28/20 | One Hundred Towers, LLC - May 2020 Storage | 1,590.83 |
| 05/25/20 | One Hundred Towers, LLC - One Hundred Towers June 2020 Storage | 1,590.83 |
| 06/23/20 | One Hundred Towers, LLC - One Hundred Towers July 2020 Storage | 1,590.83 |
| 07/27/20 | One Hundred Towers, LLC - One Hundred Towers August 2020 storage | 1,590.83 |
| 08/25/20 | One Hundred Towers, LLC - One Hundred Towers Sept 2020 Storage | 1,590.83 |
| 09/25/20 | One Hundred Towers, LLC - One Hundred Towers October 2020 Storage | 1,590.83 |
| 10/27/20 | One Hundred Towers, LLC - Oner Hundred Towers Nov 2020 storage | 1,590.83 |
| 10/28/19 | One Hundred Towers, LLC - One Hundred Towers 11/01/2019 Storage Nov 2019 | 1,500.79 |
| 11/21/19 | One Hundred Towers, LLC - One Hundred Towers 12/01/2019 Storage C-533131 Dec 2019 | 1,500.79 |
| 11/23/20 | One Hundred Towers, LLC - One Hundred Towers 12/1/20 - December 2020 Storage | 1,590.83 |

**Expenses**                                                                              **22,080.67**

# EXHIBIT B



## VERNON L. CALDER
## MANAGING DIRECTOR

**BERKELEY RESEARCH GROUP, LLC**
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0053
Fax: 801.335.9926
vcalder@thinkbrg.com

## Summary

Vernon L. Calder, a Director with Berkeley Research Group ("BRG"), has 35 years of experience in public accounting specializing in tax services. Mr. Calder is a Certified Public Accountant (CPA) and a Certified Insolvency and Reorganization Advisor (CIRA). For over twenty five years he has specialized in bankruptcy tax compliance and planning.

Mr. Calder has provided a wide variety of tax services to clients throughout his career. His efforts have focused on special tax issues in corporate, partnership and individual bankruptcy, formation of and tax compliance for liquidating trusts; representation of taxpayers before federal and state taxing authorities; tax consulting with regard to "change of ownership" issues; tax consulting and compliance for U.S. companies operating internationally; tax consulting and compliance for corporations with multi-state income using "water's edge" method; analysis of deductible ordinary and necessary business expenses; and supervising tax compliance for high technology companies.

Mr. Calder's clients have included companies ranging in size from $1 billion in annual sales to small development companies in many industries such as computer and peripherals, software, semiconductors, life sciences, energy, hospitality, professional sports and automotive parts rebuilders.

In addition, he has provided tax services to a variety of clients including individuals, corporations, partnerships, decedent estates, trusts, and bankruptcy estates. Services rendered include tax compliance, representation before taxing authorities, bankruptcy court appearances, testifying as an expert witness, and tax consulting and planning.

## Education

Bachelor of Science, Brigham Young University
Master of Accountancy/Taxation, Brigham Young University



# Curriculum Vitae

**LEIF M. LARSEN**
**ASSOCIATE DIRECTOR**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0080
Fax: 801.335.9926
llarsen@thinkbrg.com

## SUMMARY

Leif M. Larsen, an Associate Director with Berkeley Research Group, LLC has over 20 years' experience in tax return preparation. Prior to working at Berkeley Research Group, LLC he was with LECG, LLC, working as a Senior Managing Consultant and prior to that he was with Neilson Elggren, LLP, working as a Tax Manager. Mr. Larsen is a Certified Public Accountant and is an Enrolled Agent. Mr. Larsen is also a Certified Insolvency Restructuring Advisor. His experience also includes all areas of payroll taxes and sales & use taxes, including return preparation.

Mr. Larsen has provided a wide variety of tax services throughout his career. His efforts have focused on special tax issues in corporate, partnership, and individual bankruptcy; formation of and tax compliance for liquidating trusts and representation of taxpayers before federal and state taxing authorities.

A few of the cases in which Mr. Larsen has been involved include:

- Ezri Namvar Bankruptcy Estate. – Accountants to the Trustee. Prepared original and amended individual, corporate, partnership and estate income tax returns for the estate and related entities. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having hundreds of beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Le-Nature's, Inc. – Accountants to the Trustee. Prepared original and amended corporate income tax returns and numerous information returns for related entities. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having over four hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Leslie Todd Bankruptcy Estate – Accountants to the Trustee. Prepared initial and final fiduciary tax returns for Individual bankruptcy case. Analyzed treatment of settlement proceeds received from breach of contract related to sale of debtors business to an outside party.



# Curriculum Vitae

- Reed Slatkin – Accountants to the Trustee. Prepared individual and S Corporation tax returns and numerous information returns for pass through entities, including Partnerships, and LLCs. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having over three hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Metropolitan Mortgage & Securities Co., Inc. – Accountants to the Trustee. Prepared consolidated income tax returns and prepared Liquidating Trust returns having over seven thousand beneficiaries.

- National Summit Corporation – Accountants to the Trustee. Prepared consolidated income tax returns and prepared Liquidating Trust returns having over two thousand beneficiaries.

- Michael G. Tyson – Accountants to the Debtor in Possession. Prepared individual and S Corporation tax returns. Also prepared Liquidating Trust returns having over one hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- JMS Automotive Rebuilders, Inc. – Accountants to the Trustee. Analyzed many tax documents relating to the Internal Revenue Service' audit of multiple tax years. Prepared corporate tax returns.

- Webvan Group, Inc. and Subsidiaires – Accountants to the Trustee. Prepared consolidated corporate tax returns which included assets of over one billion dollars.

## LICENSES & CERTIFICATIONS

Certified Public Accountant – Licensed in the state of California
Enrolled Agent – Internal Revenue Service
Certified Insolvency & Restructuring Advisor - Association of Insolvency and Restructuring Advisors
Certified in Financial Forensics – American Institute of Certified Public Accountants

## EDUCATION

Bachelor of Science in Accounting, University of Utah

## PROFESSIONAL MEMBERSHIPS

California Society of CPAs
American Institute of Certified Public Accountants
Association of Insolvency and Restructuring Advisors



# Curriculum Vitae

## EMPLOYMENT HISTORY

| | |
|---|---|
| 2011 – Present | **Berkeley Research Group, LLC**<br>Associate Director (2018 – present)<br>Senior Managing Consultant (2011 – 2017) |
| 2005 – 2011 | **LECG, LLC**<br>Senior Managing Consultant (2011 – 2011)<br>Managing Consultant (2007 – 2010)<br>Consultant (2005 - 2006) |
| 2001 – 2005 | **Neilson Elggren LLP**<br>Manager (2005)<br>Experienced Senior (2002 - 2005)<br>Senior (2000 – 2001) |
| 1996 – 2001 | **Interwest Business Group, Inc.**<br>Manager (1999 - 2001)<br>Staff Accountant (1996 – 1998) |

# Curriculum Vitae



**EVELYN S PERRY**
**PARAPROFESSIONAL**

**BERKELEY RESEARCH GROUP, LLC**
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0082
Fax: 801.335.9926
eperry@thinkbrg.com

## SUMMARY

Evelyn Perry is a member of Berkeley Research Group, LLC ("BRG") with over twenty-nine years experience in the areas of Bankruptcy and Tax.  Prior to joining BRG she was with LECG LLC, Neilson Elggren LLP, Arthur Andersen LLP in the Global Corporate Finance division and Neilson Elggren Durkin & Company.

Evelyn's responsibilities include the preparation and submission of fee application pleadings to the bankruptcy court as well assisting with assembly and submission of tax returns.  Other responsibilities include reconciliation and assembly of billings to litigation, tax and other clients, reconciliation of client bank accounts and related support duties assisting professionals.

## CASE EXAMPLES

Several of the cases in which Evelyn has been involved include:

- Death Row Records—Trustee and Accountants to the Trustee
- LeNature — Accountants to the Trustee
- Robert B. Solomon – Chapter 11 Debtor-in-possession
- Estate Financial – Accountants to the Trustee
- Reed E. Slatkin (One of California's largest Ponzi schemes) – Accountants to the Trustee
- Adelphia – Forensic Accountants to the Creditor Committee

## EDUCATION

Ricks College, Associate Degree in Business Education

**Curriculum Vitae**



**KELLEE CALDER**
**Executive Assistant**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.6637
Fax: 801.335.9926

## SUMMARY

Kellee Calder is a member of Berkeley Research Group, LLC ("BRG") in the Salt Lake City office, with over five years experience in the areas of Bankruptcy and Tax. Prior to joining BRG she was with, Neilson Elggren LLP, Arthur Andersen LLP in the Global Corporate Finance division and Neilson Elggren Durkin & Company.

Kellee's responsibilities include the assembly and submission of tax returns. Other responsibilities include support duties assisting professionals.

## CASE EXAMPLES
Cases in which Kellee has been involved include:

• Woodbridge — Accountants to the CRO
• Namvar — Accountants to the Trustee

**Curriculum Vitae**



**VICTORIA CALDER**
**EXECUTIVE ASSISTANT**

**BERKELEY RESEARCH GROUP, LLC**
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.6637
Fax: 801.335.9926

## SUMMARY

Victoria Calder has been employed at Berkeley Research Group, LLC ("BRG") in the Salt Lake City office, for the last four years. She earned an Associate of Science degree in December of 2017. Victoria has assisted with various accounting and tax issues in a variety of cases.

1

# PROOF OF SERVICE OF DOCUMENT

2   I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business
    address is:  10100 Santa Monica Blvd., #1300, Los Angeles, CA 90067

3

4   A true and correct copy of the foregoing documents entitled (*specify*):

5   **SECOND AND FINAL APPLICATION OF BERKELEY RESEARCH GROUP FOR
    ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF
    EXPENSES; DECLARATION OF VERNON L. CALDER**

6

7   will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d);
    and (b) in the manner stated below:

8   **1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling
    General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the

9   document. On (*date*) **December 1, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary
    proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF

10  transmission at the email addresses stated below:

11                              ☒  Service information continued on attached page

12  **2.  SERVED BY UNITED STATES MAIL:**
    On (*date*) **December 1, 2020**, I served the following persons and/or entities at the last known addresses in

13  this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope
    in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here

14  constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document
    is filed.

15                              ☐  Service information continued on attached page

16

17  **3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL
    (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on

18  (*date*) **December 1, 2020**, I served the following persons and/or entities by personal delivery, overnight mail
    service, or (for those who consented in writing to such service method), by facsimile transmission and/or

19  email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail
    to, the judge will be completed no later than 24 hours after the document is filed.

20  **VIA FEDEX**
    The Honorable Geraldine Mund

21  United States Bankruptcy Court
    21041 Burbank Blvd., Courtroom 303,

22  Woodland Hills, CA 91367
                                ☐  Service information continued on attached page

23  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

24
    | December 1, 2020 | Gini L. Downing | /s/ Gini L. Downing |
    |---|---|---|
25  | *Date* | *Printed Name* | *Signature* |

26

27

28

3

DOCS_LA:318638.1 32274/001

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Timothy C Aires    tca@arlawyers.com, gperez@arlawyers.com
- Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- Simon Aron    saron@wrslawyers.com, eweiman@wrslawyers.com
- Larry G Ball    lball@hallestill.com, kbauer@hallestill.com
- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- Henry S David    hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Michael T Delaney    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- Fahim Farivar    fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Marian Garza    ecfnotices@ascensioncapitalgroup.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Mark E Goodfriend    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com;rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- Lee W Harwell    leehar@earthlink.net, shada12200@hotmail.com
- Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Andrew V Jablon    ajablon@rpblaw.com, ntariche@rpblaw.com
- Thomas P Jeremiassen (TR)    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- Robert B Kaplan    rbk@jmbm.com
- Andrew F Kim    akim@afklaw.com, 6229175420@filings.docketbird.com
- Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com
- Zi Chao Lin    zlin@garrett-tully.com, dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- Ashley M McDow    amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Jessica Mickelsen Simon    simonjm@ballardspahr.com, carolod@ballardspahr.com
- William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com
- Shane J Moses    smoses@foley.com, vgoldsmith@foley.com
- David L. Neale    dln@lnbyb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Tomas A Ortiz    tortiz@garrett-tully.com
- Keith C Owens    kowens@foxrothschild.com, khoang@foxrothschild.com
- Dipika Parmar    dipika.parmar@aissolution.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- S Margaux Ross    margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV
- Kambiz J Shabani    joseph@shabanipartners.com
- Mark M Sharf    msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- Nico N Tabibi    nico@tabibilaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Maurice Wainer    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- Howard J Weg    hweg@robinskaplan.com
- Thomas J Weiss    tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
- Aaron E de Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:325625.3 32274/001

**2. SERVED BY UNITED STATES MAIL:**

## REQUEST FOR NOTICE LIST

| | |
|---|---|
| **Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates**<br>Keith C. Owens<br>Jennifer L. Nassiri<br>VENABLE LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 229-9900<br>Facsimile: (310) 229-9901<br>Email:    kowens@venable.com<br>       jnassiri@venable.com | **Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates**<br>Gregory A. Cross<br>VENABLE LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, MD 21202<br>Telephone: (410) 244-7400<br>Facsimile: (410) 244-7742<br>Email:    gacross@venable.com |
| Eli Javid Bendavid<br>6839 Kings Harbor Drive<br>Rancho Palos Verdes, CA 90275-4621 | Fahim Farivar<br>Farivar Law Firm PC<br>18653 Ventura Blvd., Suite 362<br>Tarzana, CA  91356 |
| Attn: BMW Financial Services NA, LLC Dept.<br>Ascension Capital Group<br>Account: XXXXX4721<br>P.O. Box 165028<br>Irving, TX 75016 | BMW Financial Services NA LLC<br>4515 Santa Fe Avenue<br>Dept. APS<br>Oklahoma City, OK  73118 |
| BMW Financial Services<br>Customer Service Center<br>PO Box 3608<br>Dublin OH 43016-0306 | |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**