1  Jeremy V. Richards (CA Bar No. 102300)
   John W. Lucas (CA Bar No. 271038)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA  90067
   Tel: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail:  jrichards@pszjlaw.com
5           jlucas@pszjlaw.com

6  Attorneys for David K. Gottlieb, Chapter 7 Trustee of the Estates
   of Solyman Yashouafar and Massoud Aaron Yashouafar

7

8              **UNITED STATES BANKRUPTCY COURT**

               **CENTRAL DISTRICT OF CALIFORNIA**

9              **SAN FERNANDO VALLEY DIVISION**

10 | In re: | Case No.: 1:16-bk-12255-GM |
11 | SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1] | Chapter 7 |
12 | | Jointly Administered |
   | Debtors. | |
13 | | Case No.: 1:16-bk-12255-GM |
14 | In re: | Chapter 7 |
15 | SOLYMAN YASHOUAFAR, | Case No.: 1:16-bk-12408-GM |
   | | Chapter 7 |
   | Debtor. | |
16 | | **SUPPLEMENTAL PROOF OF SERVICE RE (1) SECOND AND FINAL APPLICATION OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES; DECLARATION OF VERNON L. CALDER; AND (2) DECLARATION OF DAVID K. GOTTLIEB IN SUPPORT OF SECOND AND FINAL APPLICATION OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** |
17 | In re: | |
18 | MASSOUD AARON YASHOUAFAR, | |
19 | Debtor. | |
20 | Affects: | |
21 | ☒  Both Debtors ☐  Solyman Yashouafar ☐  Massoud Aaron Yashouafar | |
22 | | |
23 | Debtors. | Date:   December 22, 2020 |
24 | | Time:   10:00 a.m. |
25 | | Place:  Courtroom 303 U.S. Bankruptcy Court 21041 Burbank Blvd. Woodland Hills, CA 91367 |

26

27

28

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

DOCS_LA:334229.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  ***(1) SUBMISSION OF SECOND AND FINAL APPLICATION OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES; DECLARATION OF VERNON L. CALDER; AND (2) DECLARATION OF DAVID K. GOTTLIEB  IN SUPPORT OF SECOND AND FINAL APPLICATION OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 1, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐     Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) **December 1, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Solyman Yashouafar                                     Massoud Aaron Yashouafar
4633 White Oak Place                                   12730 Montana Ave.
Encino, CA 91316                                          Los Angeles, CA 90049

☐     Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 1, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 1, 2020 | Gini L. Downing | /s/ *Gini L. Downing* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**