Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Tel: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jrichards@pszjlaw.com
         jlucas@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 7 Trustee of the Estates
of Solyman Yashouafar and Massoud Aaron Yashouafar

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1]<br><br>                       Debtors. | Case No.: 1:16-bk-12255-GM<br>Chapter 7<br><br>Jointly Administered<br><br>Case No.: 1:16-bk-12255-GM<br>Chapter 7 |
| In re:<br><br>SOLYMAN YASHOUAFAR,<br><br>                       Debtor. | Case No.: 1:16-bk-12408-GM<br>Chapter 7 |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>                       Debtor. | **NOTICE OF HEARING ON FINAL APPLICATIONS FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ESTATE PROFESSIONALS** |
| Affects:<br><br>☒  Both Debtors<br>☐  Solyman Yashouafar<br>☐  Massoud Aaron Yashouafar<br><br>                       Debtors. | Date: December 22, 2020<br>Time: 10:00 a.m.<br>Place: Courtroom 303<br>       U.S. Bankruptcy Court<br>       21041 Burbank Blvd.<br>       Woodland Hills, CA 91367 |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

DOCS_LA:334036.1 32274/001

**PLEASE TAKE NOTICE** that a hearing will be held on December 22, 2020 at 10:00 a.m. in Courtroom 303, 21041 Burbank Blvd., Woodland Hills, California 91367 for the Court to consider and act upon the applications (the "Applications") of certain professionals employed in the above-captioned case (the "Estate Professionals") for approval of final compensation and reimbursement of expenses.

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications are on file with the Clerk of the United States Bankruptcy Court, at 21041 Burbank Blvd., Woodland Hills, California 91367 and will be available for inspection during the Court's normal business hours. Copies of the Applications may be obtained upon written request to Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th Floor, Los Angeles, California 90067-4003, Telephone: 310-277-6910, Facsimile: 310-201-0760, email: bdassa@pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that the compensation and reimbursement requested by the Estate Professionals in the Applications is as follows:

1. Pachulski Stang Ziehl & Jones, LLP ("PSZJ"), general bankruptcy counsel to David K. Gottlieb, Chapter 7 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar (the "Trustee"), is seeking (A) approval on a final basis of fees in the amount of $1,404,583.50 and reimbursement of expenses in the amount of $74,768.49 for the period September 16, 2016 through November 30, 2018, which fees and expenses were previously approved on an interim basis; (B) approval on a final basis of fees in the amount of $424,484.50 and reimbursement of expenses in the amount of $18,207.08 for the period December 1, 2018 through October 31, 2020[1]; and (C) approval on a final basis of $20,000.00 as an estimated total of fees and reimburseable expenses anticipated between November 1, 2020 and December 22, 2020.

2. Berkeley Research Group ("BRG"), accountants and financial advisors to the Trustee, is seeking (A) approval on a final basis of fees in the amount of $123,312.00 and reimbursement of expenses in the amount of $9,857.25 for the period September 21, 2016 through November 30, 2018,

---

[1] Of the total fees PSZJ sought for the period December 1, 2018 through October 31, 2020 (the "Second Fee Period"), $310,285.50 is for fees incurred during the period December 1, 2018 through October 24, 2019 (the "Chapter 11 Period"), and $106,265.00 is for fees incurred during the period October 25, 2019 through October 31, 2020 (the "Chapter 7 Period"). Of the total expenses sought for the Second Fee Period, $9,680.38 is for expenses incurred during the Chapter 11 Period, and $8,453.60 is for expenses incurred during the Chapter 7 Period.

2

DOCS_LA:334213.1 32274/001

which fees and expenses were previously approved on an interim basis; and (B) approval on a final basis of fees in the amount of $29,135.50 and reimbursement of expenses in the amount of $26,088.75 for the period December 1, 2018 through November 20, 2020.[2]

3.    Development Specialists, Inc. ("DSI"), accountants and financial advisors to the Trustee, is seeking (A) approval on a final basis of fees in the amount of $20,120.00, which fees were previously approved on an interim basis; (B) approval on a final basis of fees in the amount of $6,627.50 and reimbursement of expenses in the amount of $40.36 for the period January 1, 2019 through October 24, 2019; and (C) approval on a final basis of fees in the amount of $7,365.00 for the period after the cases converted to Chapter 7 under the Bankruptcy Code, *i.e.*, October 25, 2019 through October 31, 2020.

4.    Foley & Lardner LLP ("Foley"), counsel to the Official Committee of Unsecured Creditors, is seeking (A) approval on a final basis of fees in the amount of $35,235.50 and reimbursement of expenses in the amount of $1,154.46 for the period April 30, 2018 through December 31, 2018, which fees and expenses were previously approved on an interim basis; and (B) approval on a final basis of fees in the amount of $51,700.00 and reimbursement of expenses in the amount of $961.96 for the period January 1, 2019 through October 24, 2019.

5.    Baker Hostetler LLP ("Baker"), former attorneys for the Official Committee of Unsecured Creditors, is seeking approval on a final basis of fees in the amount of $184,706.00 and reimbursement of expenses in the amount of $3,778.17 for the period November 3, 2016 through February 28, 2018.

6.    David K. Gottlieb, the Chapter 11 Trustee, is seeking (A) approval on a final basis of fees in the amount of $62,220.09 and reimbursement of expenses in the amount of $465.54 for the period September 16, 2018 through October 24, 2019, *i.e.*, the Chapter 11 Period (which fees and expenses were previously approved on an interim basis); and (B) approval on a final basis of fees in

---

[2] Of the total fees BRG sought for the period December 1, 2018 through November 20, 2020 (the "BRG Second Fee Period"), $11,010.00 is for fees incurred during the period December 1, 2018 through October 24, 2019 (the "Chapter 11 Period"), and $18,305.50 is for fees incurred during the period October 25, 2019 through November 20, 2020 (the "Chapter 7 Period"). Of the total expenses sought for the BRG Second Fee Period, $4,008.08 is for expenses incurred during the Chapter 11 Period, and $22,080.67 is for expenses incurred during the Chapter 7 Period.

3

DOCS_LA:334213.1 32274/001

the amount of $178,768.10 and reimbursement of expenses in the amount of $133.30 for the period October 25, 2019 through October 31, 2020, *i.e.*, the Chapter 7 Period.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), any response or opposition must be in writing and filed with the Court and served upon the appropriate Professional (see addresses below) and the undersigned counsel to the Chapter 7 Trustee no later than fourteen (14) days prior to the hearing date. Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file any response or opposition may be deemed by the Court to be consent to the approval of the Applications.

### ADDRESSES FOR ALL PROFESSIONALS

General Bankruptcy Counsel to the Chapter 11 Trustee
Jeremy V. Richards, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Accountants and Financial Advisors to the Chapter 11 Trustee
Thomas Jeremiassen
Development Specialists, Inc.
333 South Grand Avenue, Suite 4100
Los Angeles, CA 90071

Accountants and Financial Advisors to the Chapter 11 Trustee
Vernon L. Calder, CPA
Berkeley Research Group
2029 Century Park East, Suite 1250
Los Angeles, CA 90067

Former Attorneys for Official Committee of Unsecured Creditors
Lauren Attard, Esq.
Baker & Hostetler, LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025

Counsel to the Official Committee of Unsecured Creditors
Ashley M. McDow, Esq.
Foley & Lardner LLP
555 South Flower St., Suite 3300
Los Angeles, CA 90071

4

DOCS_LA:334213.1 32274/001

1 | <u>Chapter 11 Trustee</u>
2 | David K. Gottlieb
2 | D. Gottlieb & Associates LLC
3 | 16255 Ventura Blvd., Suite 440
3 | Encino, CA 91436

4 | Dated: December 1, 2020                    PACHULSKI STANG ZIEHL & JONES LLP

5 |                                             By:    */s/ Jeremy V. Richards*
6 |                                                    Jeremy V. Richards
6 |                                                    John W. Lucas

7 |                                             Attorneys for David K. Gottlieb, Chapter 7
8 |                                             Trustee of the Estates of Solyman Yashouafar
8 |                                             and Massoud Aaron Yashouafar

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

5

DOCS_LA:334213.1 32274/001

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON FINAL APPLICATIONS FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ESTATE PROFESSIONAL** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 1, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **December 1, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**
The Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Suite 312, Courtroom 303
Woodland Hills, CA 91367

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 1, 2020 | Rolanda L. Mori | */s/ Rolanda L. Mori* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:325625.3 32274/001

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Timothy C Aires    tca@arlawyers.com, gperez@arlawyers.com
- Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- Simon Aron    saron@wrslawyers.com, eweiman@wrslawyers.com
- Larry G Ball    lball@hallestill.com, kbauer@hallestill.com
- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- Henry S David    hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Michael T Delaney    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- Fahim Farivar    fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Marian Garza    ecfnotices@ascensioncapitalgroup.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Mark E Goodfriend    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- Lee W Harwell    leehar@earthlink.net, shada12200@hotmail.com
- Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Andrew V Jablon    ajablon@rpblaw.com, ntariche@rpblaw.com
- Thomas P Jeremiassen (TR)    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- Robert B Kaplan    rbk@jmbm.com
- Andrew F Kim    akim@afklaw.com, 6229175420@filings.docketbird.com
- Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com
- Zi Chao Lin    zlin@garrett-tully.com, dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- Ashley M McDow    amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Jessica Mickelsen Simon    simonjm@ballardspahr.com, carolod@ballardspahr.com
- William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com
- Shane J Moses    smoses@foley.com, vgoldsmith@foley.com
- David L. Neale    dln@lnbyb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Tomas A Ortiz    tortiz@garrett-tully.com
- Keith C Owens    kowens@foxrothschild.com, khoang@foxrothschild.com
- Dipika Parmar    dipika.parmar@aissolution.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- S Margaux Ross    margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV
- Kambiz J Shabani    joseph@shabanipartners.com
- Mark M Sharf    msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- Nico N Tabibi    nico@tabibilaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Maurice Wainer    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- Howard J Weg    hweg@robinskaplan.com
- Thomas J Weiss    tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
- Aaron E de Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:325625.3 32274/001

2

**2. SERVED BY UNITED STATES MAIL:**

| Solyman Yashouafar<br>4633 White Oak Place<br>Encino, CA 91316 | Massoud Aaron Yashouafar<br>12730 Montana Ave.<br>Los Angeles, CA 90049 |
|---|---|

### REQUEST FOR NOTICE LIST

| **Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates**<br>Keith C. Owens<br>Jennifer L. Nassiri<br>VENABLE LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 229-9900<br>Facsimile: (310) 229-9901<br>Email:   kowens@venable.com<br>           jnassiri@venable.com | **Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates**<br>Gregory A. Cross<br>VENABLE LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, MD 21202<br>Telephone: (410) 244-7400<br>Facsimile: (410) 244-7742<br>Email:   gacross@venable.com |
| Eli Javid Bendavid<br>6839 Kings Harbor Drive<br>Rancho Palos Verdes, CA 90275-4621 | Fahim Farivar<br>Farivar Law Firm PC<br>18653 Ventura Blvd., Suite 362<br>Tarzana, CA 91356 |
| Attn: BMW Financial Services NA, LLC Dept.<br>Ascension Capital Group<br>Account: XXXXX4721<br>P.O. Box 165028<br>Irving, TX 75016 | BMW Financial Services NA LLC<br>4515 Santa Fe Avenue<br>Dept. APS<br>Oklahoma City, OK 73118 |
| BMW Financial Services<br>Customer Service Center<br>PO Box 3608<br>Dublin OH 43016-0306 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:325625.3 32274/001

3