United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 16-12255-GM |
| Solyman Yashouafar | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: lfisherC | Page 1 of 1 |
| Date Rcvd: Dec 28, 2020 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

**Recip ID            Recipient Name and Address**
db            +  Solyman Yashouafar, 4633 White Oak Place, Encino, CA 91316-4336

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2020            Signature:            /s/Joseph Speetjens

Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Tel: 310/277-6910
Facsimile: 310/201-0760
E-mail:   jrichards@pszjlaw.com
                jlucas@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 7 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

**FILED & ENTERED**

**DEC 28 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fisherl     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and<br>MASSOUD AARON YASHOUAFAR,[1]<br><br>                              Debtors. | Case No.: 1:16-bk-12255-GM<br>Chapter 7<br><br>Jointly Administered<br><br>Case No.: 1:16-bk-12255-GM<br>Chapter 7<br><br>Case No.: 1:16-bk-12408-GM<br>Chapter 7 |
| In re:<br><br>SOLYMAN YASHOUAFAR,<br><br>                              Debtor. | **ORDER GRANTING APPLICATIONS FILED BY 1) PACHULSKI STANG ZIEHL & JONES LLP; 2) BERKELEY RESEARCH GROUP; 3) DEVELOPMENT SPECIALISTS, INC.; 4) FOLEY & LARDNER LLP; 5) BAKER HOSTETLER LLP; AND 6) DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE (AND FORMER CHAPTER 11 TRUSTEE)**<br><br>[Relates to Dkt. Nos. 782, 785, 786, 789, 790, 795, 796, 797, 799, 800, 805, 806, 807, 810, and 811]<br><br>Hearing Date:     December 22, 2020<br>Hearing Time:     10:00 a.m.<br>Place:                   Courtroom 303<br>                              U.S. Bankruptcy Court<br>                              21041 Burbank Blvd.<br>                              Woodland Hills, CA |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

DOCS_LA:334785.2 32274/001

In re:

MASSOUD AARON YASHOUAFAR,

                    Debtor.

Affects:

☒ Both Debtors
☐ Solyman Yashouafar
☐ Massoud Aaron Yashouafar

                    Debtors.

The Court has considered the final fee applications (collectively, the "Final Applications") of Pachulski Stang Ziehl & Jones LLP ("PSZJ")"), as general bankruptcy counsel to David K. Gottlieb, Chapter 7 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar (the "Trustee"); Berkeley Research Group ("BRG"), accountants and financial advisors to the Trustee; Development Specialists, Inc. ("DSI"), accountants and financial advisors to the Trustee; Foley & Lardner LLP ("Foley"), counsel to the Official Committee of Unsecured Creditors (the "Committee"); Baker Hostetler LLP ("Baker"), former attorneys for the Committee; and David K. Gottlieb, Chapter 7 Trustee (and former Chapter 11 Trustee) in the in the above-referenced bankruptcy cases (collectively, the " Estate Professionals").

Based upon the Court's review and consideration of the Final Applications, and having considered the *Stipulation By and Between Pachulski, Stang, Ziehl & Jones LLP; Development Specialists, Inc.; and Berkeley Research Group, on the One Hand, and the United States Trustee, on the Other Hand, Regarding Final Fee Applications* (the "Stipulation") [Docket No. 805], the declarations filed in support thereof, and the records and pleadings filed in the above-captioned chapter 7 case,

**THE COURT HEREBY FINDS** that that such notice was appropriate and sufficient under the circumstances.

**THEREFORE, IT IS HEREBY ORDERED:**

1.     The Final Applications are granted, and the requested fees and expenses are approved, on a final basis, as reflected herein.

2

DOCS_LA:334785.2 32274/001

| Professional | Time Period | Fees Sought | Expenses Sought | Fees Approved | Expenses Approved | Balance Due |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | 9/16/16 – 10/24/19 | $1,714,869.00 | $84,448.47 | $1,714,869.00 | $84,448.47 | $900,105.88 |
| Berkeley Research Group | 9/21/16 – 10/24/19 | $134,322.00 | $13,865.33 | $134,322.00 | $13,865.33 | $74,831.28 |
| Berkeley Research Group | 10/25/19 – 12/20/20 | $18,305.50 | $22,080.67[2] | $0.00 | $22,080.67 | $22,080.67 |
| Development Specialists, Inc. | 3/1/18 – 10/24/19 | $26,747.50 | $40.36 | $26,747.50 | $40.36 | $16,727.86 |
| Foley & Lardner LLP | 4/30/18 – 10/24/19 | $86,464.82 | $2,116.42 | $86,464.82 | $2,116.42 | $59,268.71 |
| Baker Hostetler LLP | 11/3/16 – 2/28/18 | $184,706.00 | $3,778.17 | $184,706.00 | $3,778.17 | $160,778.27 |
| David K. Gottlieb | 9/16/16- 10/24/19 | $62,220.09 | $465.54 | $62,220.09 | $465.54 | $16,650.93 |
| David K. Gottlieb | 10/25/19 – 10/31/20 | $178,768.10 | $133.30 | $178,768.10 | $133.30 | $178,906.40 |

2. All fees and expenses requested by PSZJ, DSI, BRG, and Foley after conversion of these cases to chapter 7 on October 25, 2019 are hereby waived and are, accordingly, disallowed by the Court.

3. The balances due the Estate Professionals are based upon chapter 11 fee reductions made pursuant to the Stipulation.

4. All previously allowed fees and expenses approved on an interim basis are now approved on a final basis.

---

[2] These expenses, while incurred during the Chapter 7 period, were actual expenses of the estates relating to the storage of documents, and were not expenses incurred by BRG relating to their professional services.

3

DOCS_LA:334785.2 32274/001

5. The Trustee is hereby authorized to immediately pay each Professional such allowed final fees and expenses, to the extent unpaid.

6. The Court shall retain jurisdiction over any issues or disputes arising out of or relating to this Order.

###

Date: December 28, 2020

_____
Geraldine Mund
United States Bankruptcy Judge

4

DOCS_LA:334785.2 32274/001