United States Bankruptcy Court

Central District of California

In re:                                                                                                                                    Case No. 16-12255-GM

Solyman Yashouafar                                                                                                         Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0973-1                    User: lfisherC                    Page 1 of 6

Date Rcvd: Dec 28, 2020                Form ID: pdf042               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Solyman Yashouafar, 4633 White Oak Place, Encino, CA 91316-4336 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2020                    Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E de Leest | on behalf of Creditor Simon Barlava adeleest@DanningGill.com  danninggill@gmail.com;adeleest@ecf.inforuptcy.com |
| Aaron E de Leest | on behalf of Creditor Carla Ridge  LLC adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com |
| Andrew F Kim | on behalf of Plaintiff Encino Corporate Plaza LP akim@afklaw.com  6229175420@filings.docketbird.com |
| Andrew F Kim | on behalf of Plaintiff Howard L. Abselet akim@afklaw.com  6229175420@filings.docketbird.com |
| Andrew V Jablon | on behalf of Plaintiff Carla Ridge  LLC ajablon@rpblaw.com, ntariche@rpblaw.com |
| Andrew V Jablon | on behalf of Plaintiff Kefayat Barlava ajablon@rpblaw.com  ntariche@rpblaw.com |

| | |
|---|---|
| Andrew V Jablon | on behalf of Plaintiff First National Buildings II  LLC ajablon@rpblaw.com, ntariche@rpblaw.com |
| Andrew V Jablon | on behalf of Plaintiff Figueroa Tower II  LP ajablon@rpblaw.com, ntariche@rpblaw.com |
| Andrew V Jablon | on behalf of Interested Party Courtesy NEF ajablon@rpblaw.com  ntariche@rpblaw.com |
| Andrew V Jablon | on behalf of Plaintiff Simon Barlava ajablon@rpblaw.com  ntariche@rpblaw.com |
| Andrew V Jablon | on behalf of Plaintiff Morris Barlava ajablon@rpblaw.com  ntariche@rpblaw.com |
| Andrew V Jablon | on behalf of Plaintiff Nasser Barlava ajablon@rpblaw.com  ntariche@rpblaw.com |
| Ashley M McDow | on behalf of Petitioning Creditor N&S Investment  LLC amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com |
| Ashley M McDow | on behalf of Petitioning Creditor Yona Samih amcdow@foley.com sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com |
| Ashley M McDow | on behalf of Creditor Committee Official Committee of Unsecured Creditors amcdow@foley.com sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com |
| Ashley M McDow | on behalf of Petitioning Creditor Fereydoun Dayani amcdow@foley.com sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com |
| Ashley M McDow | on behalf of Petitioning Creditor N&S Investment LLC amcdow@foley.com sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com |
| Ashley M McDow | on behalf of Interested Party Courtesy NEF amcdow@foley.com sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com |
| Bret D. Allen | on behalf of Creditor BMW Financial Services NA  LLC a servicing agent for Financial Services Vehicle Trust ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com |
| Brian L Davidoff | on behalf of Interested Party Courtesy NEF bdavidoff@greenbergglusker.com calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Brian L Davidoff | on behalf of Debtor Massoud Aaron Yashouafar bdavidoff@greenbergglusker.com calendar@greenbergglusker.com;jking@greenbergglusker.com |
| C John M Melissinos | on behalf of Debtor Massoud Aaron Yashouafar jmelissinos@greenbergglusker.com kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Carol Chow | on behalf of Creditor Robert M. Heller  Esq. carol.chow@ffslaw.com, easter.santamaria@ffslaw.com |
| Daniel J McCarthy | on behalf of Cross-Claimant Elkwood Associates  LLC dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com |
| Daniel J McCarthy | on behalf of Cross-Claimant Fieldbrook  Inc. dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com |
| Daniel J McCarthy | on behalf of Counter-Claimant Fieldbrook  Inc. dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com |
| Daniel J McCarthy | on behalf of Counter-Defendant Reliable Properties dmccarthy@hillfarrer.com  spadilla@hillfarrer.com;nchacon@hfbllp.com |
| Daniel J McCarthy | on behalf of Counter-Defendant Elkwood Associates  LLC dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com |
| Daniel J McCarthy | on behalf of Counter-Defendant Fieldbrook  Inc. dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com |
| Daniel J McCarthy | on behalf of Creditor Elkwood Associates  LLC dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com |

| | | |
|---|---|---|
| District/off: 0973-1 | User: lfisherC | Page 3 of 6 |
| Date Rcvd: Dec 28, 2020 | Form ID: pdf042 | Total Noticed: 1 |

Daniel J McCarthy
    on behalf of Counter-Defendant Jack Nourafshan dmccarthy@hillfarrer.com  spadilla@hillfarrer.com;nchacon@hfbllp.com

Daniel J McCarthy
    on behalf of Interested Party Jack NOURAFSHAN dmccarthy@hillfarrer.com  spadilla@hillfarrer.com;nchacon@hfbllp.com

Daniel J McCarthy
    on behalf of Defendant Elkwood Associates  LLC dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com

Daniel J McCarthy
    on behalf of Interested Party Fieldbrook  Inc. dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com

Daniel J McCarthy
    on behalf of Counter-Claimant Elkwood Associates  LLC dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com

Daniel J McCarthy
    on behalf of Counter-Defendant Jack NOURAFSHAN dmccarthy@hillfarrer.com  spadilla@hillfarrer.com;nchacon@hfbllp.com

Daniel J McCarthy
    on behalf of Interested Party Parvin NOURAFSHAN dmccarthy@hillfarrer.com  spadilla@hillfarrer.com;nchacon@hfbllp.com

Daniel J McCarthy
    on behalf of Defendant Fieldbrook  Inc. dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com

David Keith Gottlieb (TR)
    dkgtrustee@dkgallc.com
    dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

David L. Neale
    on behalf of Interested Party Levene  Neale, Bender, Yoo & Brill L.L.P. dln@lnbyb.com

Dipika Parmar
    on behalf of Creditor BMW Financial Services NA  LLC dipika.parmar@aissolution.com

Eric P Israel
    on behalf of Creditor Simon Barlava eisrael@DanningGill.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel
    on behalf of Creditor Simon Barlava and Related Individuals and Entities eisrael@DanningGill.com danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel
    on behalf of Attorney Courtesy NEF eisrael@DanningGill.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Fahim Farivar
    on behalf of Petitioning Creditor N&S Investment  LLC fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com

Fahim Farivar
    on behalf of Creditor Nourollah Siman fahim@farivarlaw.com  catherine@farivarlaw.com;lisa@farivarlaw.com

Fahim Farivar
    on behalf of Petitioning Creditor Yona Samih fahim@farivarlaw.com  catherine@farivarlaw.com;lisa@farivarlaw.com

Fahim Farivar
    on behalf of Creditor Committee Official Committee of Unsecured Creditors fahim@farivarlaw.com catherine@farivarlaw.com;lisa@farivarlaw.com

Gail S Greenwood
    on behalf of Trustee David Keith Gottlieb (TR) ggreenwood@pszjlaw.com  rrosales@pszjlaw.com

Gilbert R Yabes
    on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

Henry S David
    on behalf of Counter-Claimant Howard L. Abselet hdavid@davidfirm.com  8163836420@filings.docketbird.com

Henry S David
    on behalf of Defendant Howard Abselet hdavid@davidfirm.com  8163836420@filings.docketbird.com

Henry S David
    on behalf of Cross Defendant Howard Abselet hdavid@davidfirm.com  8163836420@filings.docketbird.com

Henry S David
    on behalf of Interested Party Courtesy NEF hdavid@davidfirm.com  8163836420@filings.docketbird.com

Henry S David
    on behalf of Counter-Claimant Israel Abselet hdavid@davidfirm.com  8163836420@filings.docketbird.com

Henry S David
    on behalf of Creditor Israel Abselet hdavid@davidfirm.com  8163836420@filings.docketbird.com

Henry S David

| | | |
|---|---|---|
| District/off: 0973-1 | User: lfisherC | Page 4 of 6 |
| Date Rcvd: Dec 28, 2020 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Alliance Property Investments Inc hdavid@davidfirm.com 8163836420@filings.docketbird.com |
| Henry S David | |
| | on behalf of Cross Defendant Israel Abselet hdavid@davidfirm.com 8163836420@filings.docketbird.com |
| Henry S David | |
| | on behalf of Defendant Israel Abselet hdavid@davidfirm.com 8163836420@filings.docketbird.com |
| Henry S David | |
| | on behalf of Creditor Howard L. Abselet hdavid@davidfirm.com 8163836420@filings.docketbird.com |
| Henry S David | |
| | on behalf of Plaintiff Encino Corporate Plaza LP hdavid@davidfirm.com 8163836420@filings.docketbird.com |
| Henry S David | |
| | on behalf of Plaintiff Howard L. Abselet hdavid@davidfirm.com 8163836420@filings.docketbird.com |
| Howard J Weg | |
| | on behalf of Creditor Van Nuys Plywood LLC hweg@robinskaplan.com |
| Howard J Weg | |
| | on behalf of Creditor Danny Pakravan hweg@robinskaplan.com |
| Howard J Weg | |
| | on behalf of Creditor PY Note Investors LLC hweg@robinskaplan.com |
| Jeremy V Richards | |
| | on behalf of Plaintiff DAVID K GOTTLIEB jrichards@pszjlaw.com bdassa@pszjlaw.com;imorris@pszjlaw.com |
| Jeremy V Richards | |
| | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP jrichards@pszjlaw.com bdassa@pszjlaw.com;imorris@pszjlaw.com |
| Jeremy V Richards | |
| | on behalf of Trustee David Keith Gottlieb (TR) jrichards@pszjlaw.com bdassa@pszjlaw.com;imorris@pszjlaw.com |
| Jeremy V Richards | |
| | on behalf of Plaintiff David K. Gottlieb jrichards@pszjlaw.com bdassa@pszjlaw.com;imorris@pszjlaw.com |
| Jeremy V Richards | |
| | on behalf of Interested Party Courtesy NEF jrichards@pszjlaw.com bdassa@pszjlaw.com;imorris@pszjlaw.com |
| Jeremy V Richards | |
| | on behalf of Accountant Berkeley Research Group LLC jrichards@pszjlaw.com bdassa@pszjlaw.com;imorris@pszjlaw.com |
| Jeremy V Richards | |
| | on behalf of Plaintiff David K. Gottlieb jrichards@pszjlaw.com bdassa@pszjlaw.com;imorris@pszjlaw.com |
| Jessica Mickelsen Simon | |
| | on behalf of Plaintiff Howard L. Abselet simonjm@ballardspahr.com carolod@ballardspahr.com |
| Jessica Mickelsen Simon | |
| | on behalf of Defendant Howard Abselet simonjm@ballardspahr.com carolod@ballardspahr.com |
| Jessica Mickelsen Simon | |
| | on behalf of Plaintiff Encino Corporate Plaza LP simonjm@ballardspahr.com carolod@ballardspahr.com |
| John W Lucas | |
| | on behalf of Interested Party Courtesy NEF jlucas@pszjlaw.com ocarpio@pszjlaw.com |
| John W Lucas | |
| | on behalf of Trustee David Keith Gottlieb (TR) jlucas@pszjlaw.com ocarpio@pszjlaw.com |
| John W Lucas | |
| | on behalf of Plaintiff DAVID K GOTTLIEB jlucas@pszjlaw.com ocarpio@pszjlaw.com |
| John W Lucas | |
| | on behalf of Plaintiff David K. Gottlieb jlucas@pszjlaw.com ocarpio@pszjlaw.com |
| John W Lucas | |
| | on behalf of Counter-Defendant DAVID K GOTTLIEB jlucas@pszjlaw.com ocarpio@pszjlaw.com |
| Juliet Y Oh | |
| | on behalf of Interested Party Courtesy NEF jyo@lnbrb.com jyo@lnbrb.com |
| Kambiz J Shabani | |
| | on behalf of Interested Party Courtesy NEF joseph@shabanipartners.com |
| Keith C Owens | |
| | on behalf of Interested Party the Registered Holders of CD 2006-CD3 U.S. Bank National Association as Trustee, as Successor-In-Interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for kowens@foxrothschild.com, khoang@foxrothschild.com |
| Keith C Owens | |

Case 1:16-bk-12255-GM    Doc 824    Filed 12/30/20    Entered 12/30/20 21:39:04    Desc
Imaged Certificate of Notice    Page 5 of 10

| | | |
|---|---|---|
| District/off: 0973-1 | User: lfisherC | Page 5 of 6 |
| Date Rcvd: Dec 28, 2020 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Encino - 16661 Ventura Blvd Trust a Delaware statutory trust kowens@foxrothschild.com, khoang@foxrothschild.com |
| Keith C Owens | |
| | on behalf of Creditor Encino - 16661 Ventura Blvd Trust a Delaware statutory trust kowens@foxrothschild.com, khoang@foxrothschild.com |
| Keith C Owens | |
| | on behalf of Interested Party the Registered Holders of CD 2006-CD3 U.S. Bank National Association as Trustee, as succcessor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for kowens@foxrothschild.com, khoang@foxrothschild.com |
| Kevin Meek | |
| | on behalf of Creditor PY Note Investors LLC kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com |
| Kevin Meek | |
| | on behalf of Creditor Van Nuys Plywood LLC kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com |
| Kevin Meek | |
| | on behalf of Creditor Danny Pakravan kmeek@robinskaplan.com kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com |
| Larry G Ball | |
| | on behalf of Interested Party Courtesy NEF lball@hallestill.com kbauer@hallestill.com |
| Lauren T Attard | |
| | on behalf of Other Professional Baker & Hostetler LLP lattard@bakerlaw.com agrosso@bakerlaw.com |
| Lee W Harwell | |
| | on behalf of Interested Party Courtesy NEF leehar@earthlink.net shada12200@hotmail.com |
| Marian Garza | |
| | on behalf of Creditor BMW Financial Services NA LLC ecfnotices@ascensioncapitalgroup.com |
| Mark E Goodfriend | |
| | on behalf of Defendant Solyman Yashouafar markgoodfriend@yahoo.com monica.yoohanna@gmail.com |
| Mark E Goodfriend | |
| | on behalf of Debtor Solyman Yashouafar markgoodfriend@yahoo.com monica.yoohanna@gmail.com |
| Mark E Goodfriend | |
| | on behalf of Interested Party Courtesy NEF markgoodfriend@yahoo.com monica.yoohanna@gmail.com |
| Mark M Sharf | |
| | on behalf of Interested Party Massoud Aaron Yashouafar msharf00@gmail.com 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com |
| Mark M Sharf | |
| | on behalf of Debtor Massoud Aaron Yashouafar msharf00@gmail.com 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com |
| Matthew Kramer | |
| | on behalf of Interested Party Courtesy NEF mkramer@wwhgd.com iperez@wwhgd.com |
| Maurice Wainer | |
| | on behalf of Counter-Claimant Doris Moradzadeh mrwainer@aol.com daniel@swmfirm.com;mrwainer@swmfirm.com |
| Maurice Wainer | |
| | on behalf of Counter-Claimant Desert Field LLC mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com |
| Maurice Wainer | |
| | on behalf of Counter-Claimant Hamid Joseph Nourmand mrwainer@aol.com daniel@swmfirm.com;mrwainer@swmfirm.com |
| Maurice Wainer | |
| | on behalf of Respondent H. Joseph Nourmand mrwainer@aol.com daniel@swmfirm.com;mrwainer@swmfirm.com |
| Michael T Delaney | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors mdelaney@bakerlaw.com TBreeden@bakerlaw.com |
| Nico N Tabibi | |
| | on behalf of Interested Party Courtesy NEF nico@tabibilaw.com |
| Robert B Kaplan | |
| | on behalf of Interested Party Courtesy NEF rbk@jmbm.com |
| Ronald N Richards | |
| | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com morani@ronaldrichards.com,justin@ronaldrichards.com |
| Ronald N Richards | |
| | on behalf of Creditor Soda Partners LLC ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com |
| Ronald N Richards | |
| | on behalf of Defendant Soda Partners LLC ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com |

| | | |
|---|---|---|
| District/off: 0973-1 | User: lfisherC | Page 6 of 6 |
| Date Rcvd: Dec 28, 2020 | Form ID: pdf042 | Total Noticed: 1 |

S Margaux Ross
    on behalf of U.S. Trustee United States Trustee (SV) margaux.ross@usdoj.gov Kate.Bunker@UST.DOJ.GOV

Shane J Moses
    on behalf of Creditor Committee Official Committee of Unsecured Creditors smoses@foley.com vgoldsmith@foley.com

Simon Aron
    on behalf of Creditor Raymund Carino saron@wrslawyers.com eweiman@wrslawyers.com

Thomas J Weiss
    on behalf of Interested Party Courtesy NEF tweiss@weisslawla.com
    kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com

Thomas M Geher
    on behalf of Interested Party Courtesy NEF tmg@jmbm.com bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Thomas P Jeremiassen (TR)
    tjeremiassen@dsi.biz ntroszak@dsi.biz;rdizon@dsi.biz

Timothy C Aires
    on behalf of Defendant DMARC 2007-CD5 Garden Street LLC tca@arlawyers.com, gperez@arlawyers.com

Timothy C Aires
    on behalf of Counter-Defendant DMARC 2007-CD5 Garden Street LLC tca@arlawyers.com, gperez@arlawyers.com

Todd S Garan
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Tomas A Ortiz
    on behalf of Interested Party Courtesy NEF tortiz@garrett-tully.com

United States Trustee (SV)
    ustpregion16.wh.ecf@usdoj.gov

William H Brownstein
    on behalf of Attorney William Harold Brownstein Brownsteinlaw.bill@gmail.com

William K Mills
    on behalf of Respondent H. Joseph Nourmand mills@parkermillsllp.com sally@parkermillsllp.com

Zi Chao Lin
    on behalf of Interested Party Courtesy NEF zlin@garrett-tully.com
    dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com

TOTAL: 123

Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Tel: 310/277-6910
Facsimile: 310/201-0760
E-mail:   jrichards@pszjlaw.com
          jlucas@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 7 Trustee of
the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

**FILED & ENTERED**

**DEC 28 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fisherl    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and<br>MASSOUD AARON YASHOUAFAR,[1]<br><br>　　　　　　　　　　　Debtors. | Case No.: 1:16-bk-12255-GM<br>Chapter 7<br><br>Jointly Administered<br><br>Case No.: 1:16-bk-12255-GM<br>Chapter 7<br><br>Case No.: 1:16-bk-12408-GM<br>Chapter 7 |
| In re:<br><br>SOLYMAN YASHOUAFAR,<br><br>　　　　　　　　　　　Debtor. | **ORDER GRANTING APPLICATIONS FILED BY 1) PACHULSKI STANG ZIEHL & JONES LLP; 2) BERKELEY RESEARCH GROUP; 3) DEVELOPMENT SPECIALISTS, INC.; 4) FOLEY & LARDNER LLP; 5) BAKER HOSTETLER LLP; AND 6) DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE (AND FORMER CHAPTER 11 TRUSTEE)**<br><br>[Relates to Dkt. Nos. 782, 785, 786, 789, 790, 795, 796, 797, 799, 800, 805, 806, 807, 810, and 811]<br><br>Hearing Date:　December 22, 2020<br>Hearing Time:　10:00 a.m.<br>Place:　Courtroom 303<br>　　　　U.S. Bankruptcy Court<br>　　　　21041 Burbank Blvd.<br>　　　　Woodland Hills, CA |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

DOCS_LA:334785.2 32274/001

| | |
|---|---|
| In re: | |
| MASSOUD AARON YASHOUAFAR, | |
|                              Debtor. | |
| Affects: | |
| ☒ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | |
|                              Debtors. | |

The Court has considered the final fee applications (collectively, the "Final Applications") of Pachulski Stang Ziehl & Jones LLP ("PSZJ")"), as general bankruptcy counsel to David K. Gottlieb, Chapter 7 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar (the "Trustee"); Berkeley Research Group ("BRG"), accountants and financial advisors to the Trustee; Development Specialists, Inc. ("DSI"), accountants and financial advisors to the Trustee; Foley & Lardner LLP ("Foley"), counsel to the Official Committee of Unsecured Creditors (the "Committee"); Baker Hostetler LLP ("Baker"), former attorneys for the Committee; and David K. Gottlieb, Chapter 7 Trustee (and former Chapter 11 Trustee) in the in the above-referenced bankruptcy cases (collectively, the " Estate Professionals").

Based upon the Court's review and consideration of the Final Applications, and having considered the *Stipulation By and Between Pachulski, Stang, Ziehl & Jones LLP; Development Specialists, Inc.; and Berkeley Research Group, on the One Hand, and the United States Trustee, on the Other Hand, Regarding Final Fee Applications* (the "Stipulation") [Docket No. 805], the declarations filed in support thereof, and the records and pleadings filed in the above-captioned chapter 7 case,

**THE COURT HEREBY FINDS** that that such notice was appropriate and sufficient under the circumstances.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Final Applications are granted, and the requested fees and expenses are approved, on a final basis, as reflected herein.

2

DOCS_LA:334785.2 32274/001

| Professional | Time Period | Fees Sought | Expenses Sought | Fees Approved | Expenses Approved | Balance Due |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | 9/16/16 – 10/24/19 | $1,714,869.00 | $84,448.47 | $1,714,869.00 | $84,448.47 | $900,105.88 |
| Berkeley Research Group | 9/21/16 – 10/24/19 | $134,322.00 | $13,865.33 | $134,322.00 | $13,865.33 | $74,831.28 |
| Berkeley Research Group | 10/25/19 – 12/20/20 | $18,305.50 | $22,080.67[2] | $0.00 | $22,080.67 | $22,080.67 |
| Development Specialists, Inc. | 3/1/18 – 10/24/19 | $26,747.50 | $40.36 | $26,747.50 | $40.36 | $16,727.86 |
| Foley & Lardner LLP | 4/30/18 – 10/24/19 | $86,464.82 | $2,116.42 | $86,464.82 | $2,116.42 | $59,268.71 |
| Baker Hostetler LLP | 11/3/16 – 2/28/18 | $184,706.00 | $3,778.17 | $184,706.00 | $3,778.17 | $160,778.27 |
| David K. Gottlieb | 9/16/16- 10/24/19 | $62,220.09 | $465.54 | $62,220.09 | $465.54 | $16,650.93 |
| David K. Gottlieb | 10/25/19 – 10/31/20 | $178,768.10 | $133.30 | $178,768.10 | $133.30 | $178,906.40 |

2.    All fees and expenses requested by PSZJ, DSI, BRG, and Foley after conversion of these cases to chapter 7 on October 25, 2019 are hereby waived and are, accordingly, disallowed by the Court.

3.    The balances due the Estate Professionals are based upon chapter 11 fee reductions made pursuant to the Stipulation.

4.    All previously allowed fees and expenses approved on an interim basis are now approved on a final basis.

---

[2] These expenses, while incurred during the Chapter 7 period, were actual expenses of the estates relating to the storage of documents, and were not expenses incurred by BRG relating to their professional services.

3

DOCS_LA:334785.2 32274/001

5. The Trustee is hereby authorized to immediately pay each Professional such allowed final fees and expenses, to the extent unpaid.

6. The Court shall retain jurisdiction over any issues or disputes arising out of or relating to this Order.

###

Date: December 28, 2020

_____
Geraldine Mund
United States Bankruptcy Judge

4

DOCS_LA:334785.2 32274/001