John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: 310/277-6910
Facsimile: 310/201-0760
E-mail: jlucas@pszjlaw.com

[Proposed] Attorneys for David K. Gottlieb, Chapter 7 Trustee
of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1]<br><br>                  Debtors. | Case No.: 1:16-bk-12255-GM<br>Chapter 7<br><br>Jointly Administered<br><br>Case No.: 1:16-bk-12255-GM<br>Chapter 7 |
| In re:<br><br>SOLYMAN YASHOUAFAR,<br><br>                  Debtor. | Case No.: 1:16-bk-12408-GM<br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE JUNE 7, 2021**<br><br>[No Hearing Required] |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>                  Debtor. | |
| Affects:<br><br>☒ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar<br><br>                  Debtors. | |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are: Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

DOCS_LA:338454.1 32274/002

**TO THE DEBTORS AND THEIR COUNSEL OF RECORD, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that David K. Gottlieb, the Chapter 7 Trustee (the "Trustee") in the jointly administered bankruptcy cases (the "Cases") of Solyman Yashouafar and Massoud Aaron Yashouafar (the "Debtors"), has filed with the Court an application (the "Application") to employ Pachulski Stang Ziehl & Jones LLP (the "Firm") as general bankruptcy counsel, effective as of June 7, 2021, to represent him in his duties with respect to the review and reconciliation of claims against the Debtors' estates, any distributions to creditors, and the filing of a final chapter 7 report.

**PLEASE TAKE FURTHER NOTICE** that, subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules and this Court's rules, the Trustee proposes to pay the Firm its customary hourly rates in effect from time to time and to reimburse the Firm according to its customary reimbursement policies. The hourly rates of John Lucas and Gail Greenwood, the attorneys currently expected to be principally responsible for the Cases, are $995 and $950, respectively, effective as of January 1, 2021. The hourly rate for Beth Dassa, the paralegal assigned to the Cases, is $460. The hourly rates of all of the Firm's attorneys and paraprofessionals are attached as **Exhibit "B"** to the Declaration of John Lucas filed in support of the Application.

**PLEASE TAKE FURTHER NOTICE** that while the Firm did not receive any retainer in connection with its proposed employment, it is contemplated that the Firm may seek interim compensation during the Cases as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm understands that its compensation in the Cases is subject to the prior approval of this Court. No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

**PLEASE TAKE FURTHER NOTICE** that a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court. Pursuant to Local Rule 2014-1(b)(3)(E), any objection to the proposed Application and request for hearing must be in the form prescribed by Local Rule 9013-1(f)(1) and must be filed and served on the Trustee, its proposed counsel, and the Office of the United States Trustee **no later**

DOCS_LA:338454.1 32274/002

**than fourteen (14) days from the date of service of this notice.** A true and correct copy of the Application may be obtained by contacting Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067; Telephone: (310) 277-6910; Facsimile: (310) 201-0760; email: bdassa@pszjlaw.com.

Dated: June 16, 2021          PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ John W. Lucas*
    John W. Lucas

[Proposed] Attorneys for David K. Gottlieb, Chapter 7 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:338454.1 32274/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled **CHAPTER 7 TRUSTEE'S NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP, AS HIS GENERAL BANKRUPTCY COUNSEL EFFECTIVE JUNE 7, 2021** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 16, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 16, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June ___, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 16, 2021 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**

- **Timothy C Aires**   tca@arlawyers.com, gperez@arlawyers.com
- **Bret D. Allen**   ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **Simon Aron**   saron@wrslawyers.com, eweiman@wrslawyers.com
- **Lauren T Attard**   lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Larry G Ball**   lball@hallestill.com, kbauer@hallestill.com
- **William H Brownstein**   Brownsteinlaw.bill@gmail.com
- **Carol Chow**   carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **Aaron E DE Leest**   adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Henry S David**   hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- **Brian L Davidoff**   bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Fahim Farivar**   fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Marian Garza**   ecfnotices@ascensioncapitalgroup.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **Mark E Goodfriend**   markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- **David Keith Gottlieb (TR)**   dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- **Gail S Greenwood**   ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **Lee W Harwell**   leehar@earthlink.net, shada12200@hotmail.com
- **Eric P Israel**   eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Andrew V Jablon**   ajablon@rpblaw.com, ntariche@rpblaw.com
- **Thomas P Jeremiassen (TR)**   tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- **Robert B Kaplan**   rbk@jmbm.com
- **Andrew F Kim**   akim@afklaw.com, 6229175420@filings.docketbird.com
- **Matthew Kramer**   mkramer@wwhgd.com, iperez@wwhgd.com
- **Zi Chao Lin**   zlin@garrett-tully.com, dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Ashley M McDow**   amcdow@foley.com, sgaeta@foley.com;smoses@foley.com;ashley-mcdow-8850@ecf.pacerpro.com;swells@foley.com
- **Kevin Meek**   kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **C John M Melissinos**   jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Jessica Mickelsen Simon**   simonjm@ballardspahr.com, carolod@ballardspahr.com
- **William K Mills**   mills@parkermillsllp.com, sally@parkermillsllp.com
- **Shane J Moses**   smoses@foley.com, vgoldsmith@foley.com
- **David L. Neale**   dln@lnbyb.com
- **Juliet Y Oh**   jyo@lnbyb.com, jyo@lnbrb.com
- **Tomas Andres Ortiz**   tortiz@zuberlawler.com
- **Keith C Owens**   kowens@foxrothschild.com, khoang@foxrothschild.com
- **Dipika Parmar**   dipika.parmar@aissolution.com
- **Jeremy V Richards**   jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com
- **S Margaux Ross**   margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV
- **Kambiz J Shabani**   joseph@shabanipartners.com
- **Mark M Sharf**   msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- **Nico N Tabibi**   nico@tabibilaw.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Maurice Wainer**   mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- **Howard J Weg**   hweg@robinskaplan.com
- **Thomas J Weiss**   tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- **Gilbert R Yabes**   ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:**

*See attached Label Matrix*

| | |
|---|---|
| Solyman Yashouafar<br>4633 White Oak Place<br>Encino, CA 91316 | Massoud Aaron Yashouafar<br>12730 Montana Ave.<br>Los Angeles, CA 90049 |

| | |
|---|---|
| **Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates**<br>Keith C. Owens<br>Jennifer L. Nassiri<br>VENABLE LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 229-9900<br>Facsimile: (310) 229-9901<br>Email:  kowens@venable.com<br>         jnassiri@venable.com | **Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates**<br>Gregory A. Cross<br>VENABLE LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, MD 21202<br>Telephone: (410) 244-7400<br>Facsimile: (410) 244-7742<br>Email:  gacross@venable.com |
| Eli Javid Bendavid<br>6839 Kings Harbor Drive<br>Rancho Palos Verdes, CA 90275-4621 | ~~Fahim Farivar~~<br>~~Farivar Law Firm PC~~<br>~~18653 Ventura Blvd., Suite 362~~<br>~~Tarzana, CA  91356~~ |
| BMW Financial Services<br>Customer Service Center<br>PO Box 3608<br>Dublin OH 43016-0306 | BMW Financial Services NA LLC<br>4515 Santa Fe Avenue<br>Dept. APS<br>Oklahoma City, OK  73118-7901 |
| ~~Attn: BMW Financial Services NA, LLC Dept.~~<br>~~Ascension Capital Group~~<br>~~Account: XXXXX4721~~<br>~~P.O. Box 165028~~<br>~~Irving, TX 75016~~ | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:338364.2 32274/001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-1<br>Case 1:16-bk-12255-GM<br>Central District of California<br>San Fernando Valley<br>Wed Jun 16 11:52:41 PDT 2021 | Elkwood Associates, LLC<br>c/o Daniel J. McCarthy<br>Hill, Farrer & Burrill LLP<br>300 South Grand Ave.<br>37th Floor<br>Los Angeles, CA 90071-3147 | Encino - 16661 Ventura Blvd Trust, a Delawar<br>c/o Keith C. Owens<br>Venable LLP<br>2049 Century Park East #2300<br>Los Angeles, CA 90067-3125 |
| Fieldbrook, Inc.<br>c/o Daniel J. McCarthy<br>Hill, Farrer & Burrill LLP<br>300 South Grand Ave.<br>37th Floor<br>Los Angeles, CA 90071-3147 | N&S Investment, LLC<br>18345 Ventura Blvd., Ste 500<br>Tarzana, CA 91356-4245 | Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4114 |
| United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | San Fernando Valley Division<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367-6606 | AXA Equitable<br>Box 371459<br>Pittsburgh, PA 15250-7459 |
| Alliance Property Investments, Inc.<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017-3853 | Andrews Davis, P.C<br>100 N Broadway, Ste. 3300<br>Oklahoma City, OK 73102-8831 | Anthem Blue Cross<br>PO Box 54580<br>Los Angeles, CA 90054-0580 |
| Ashley M. McDow<br>Baker & Hostetler LLP<br>11601 Wilshire Blvd. Ste. 1400<br>Los Angeles, CA 90025-1744 | BB&T<br>c/o Peter J. Nugent<br>2711 North Haskell Ave. Ste. 1300<br>Lockbox 19<br>Dallas, TX 75204-2911 | Babak Cohen / Bita Kohan<br>1216 Saltair Ave. #102<br>Los Angeles, CA 90025-1398 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | California Bank & Trust (Bankcard Center)<br>PO Box 30833<br>Salt Lake City, UT 84130-0833 | Camelia Kusuma<br>24150 Victory Blvd<br>Woodland Hills, CA 91367-1255 |
| Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chester Tower, LLC<br>PO Box 32428<br>Los Angeles, CA 90032-0428 |
| Citicards<br>PO Box 689197<br>Des Moines, IA 50368-9197 | City of Beverly Hills<br>455 North Rexford Drive<br>Beverly Hills, CA 90210-4817 | DMARC  2007 CD5 Garden Street, LLC<br>Aires Law Firm<br>180 Newport Center Dr, Ste. 260<br>Newport Beach, CA 92660-0901 |
| DMARC 2007-CD5 GARDEN STREET LLC<br>C/O AIRES LAW FIRM<br>6 HUGHES, SUITE 205<br>IRVINE, CA 92618-2063 | DMF Lighting<br>1118 E. 223rd St. Unit 1<br>Carson, CA 90745-4210 | David Pourbaba<br>8271 Melrose Ave Ste. 200<br>Los Angeles, CA 90046-6826 |
| Discover<br>PO Box 61033<br>Carol Stream, IL 60197-6103 | ELI BENDAVID<br>1535 RUHLAND AVE<br>MANHATTAN BEACH CA 90266-7127 | Edmond Lavi<br>5177 Avenida Hacienda<br>Tarzana, CA 91356-4224 |

| | | |
|---|---|---|
| Eli Javid Bendavid<br>6839 Kings Harbor Drive<br>Rancho Palos Verdes, CA 90275-4621 | Elizabeth Sax<br>6355 Topanga Canyon Blvd. Ste# 255<br>Woodland Hills, CA 91367-2117 | Encino Corporate Plaza, L.P.<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017-3853 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fereydoun Dayani<br>18345 Ventura Blvd. Ste# 500<br>Tarzana, CA 91356-4245 | Figueroa Tower II, LP<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 |
| First National Buildings II, LLC<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 | GREENBERG GLUSKER FIELDS<br>CLAMAN & MACHTINGER LLP<br>1900 AVENUE OF THE STARS 21ST FL<br>LOS ANGELES CA 90067-4301 | Gregor Law Offices<br>2550 Fifth Avenue, Ste. 709<br>San Diego, CA 92103-6624 |
| Hamid Ahmadi<br>6906 Rain Creek Parkway<br>Austin, TX 78759-7038 | Hamid Joseph Nourmand<br>1801 Century Park East, Suite 1830<br>Los Angeles, CA 90067-2320 | Henry David<br>The David Firm<br>617 W. 7th St. Ste. 702<br>Los Angeles, CA 90017-3853 |
| Holthouse, Carlin & Van Trigt, LLP<br>11444 W. Olympic Blvd, 11th Floor<br>Los Angeles, CA 90064-1500 | Howard L. Abselet<br>114 Pine Street<br>Port Jefferson Station, NY 11776-3161 | Howard L. Abselet<br>c/o Henry S. David<br>The David Firm(R)<br>617 W. 7th St., Suite 702<br>Los Angeles, CA 90017-3853 |
| Howard Weg<br>Robins Kaplan LLP<br>2049 Century Park East Ste. 3400<br>Los Angeles, CA 90067-3208 | Internal Revenue Service<br>300 North Los Angeles Street, MS 5022<br>Los Angeles, CA 90012-3478 | Iraj Zokai<br>1058 22nd Street<br>Santa Monica, CA 90403-4518 |
| Israel Abselet<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017-3853 | JCBL Trust<br>16661 Ventura Blvd Ste. 608<br>Encino, CA 91436-4831 | Jay J. Fathi<br>235 1/2 Elm St.<br>Beverly Hills, CA 90212-4010 |
| John Hancock Life Insurance Company<br>PO Box 894764<br>Los Angeles, CA 90189-4764 | Joshua Paradise Holdings, LLC<br>c/o Larry G. Ball<br>100 N. Broadway, Suite 2900<br>Oklahoma City, OK 73102-8865 | Kefayat Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 |
| Keith Owens<br>Venable LLP<br>2049 Century Park East Ste. 2300<br>Los Angeles, CA 90067-3125 | Kluger & Stein<br>16000 Ventura Blvd, Suite 1000<br>Encino, CA 91436-2762 | Law Offices of Homan Taghdiri<br>1801 Century Park East, Ste. 830<br>Los Angeles, CA 90067-2302 |
| Law Offices of Paras B Barnett<br>3883 Howard Hughes Pkwy Ste 790<br>Las Vegas NV 89169-5995 | Levene, Neale, Bender, Yoo & Brill<br>10250 Constellation Blvd, Suite 170<br>Los Angeles, CA 90067-6253 | M.E.R. Enterprises, Inc.<br>P.O. Box 32428<br>Los Angeles, CA 90032-0428 |

| | | |
|---|---|---|
| Marc Smith<br>Krane & Smith<br>16255 Ventura Blvd. Ste. 600<br>Encino, CA 91436-2311 | Massoud Aaron Yashouafar<br>16661 Ventura Boulevard, Suite 600<br>Encino, CA 91436-1927 | Mayer Makabi<br>10432 Eastborn Ave., Appt #205<br>Los Angeles, CA 90024-6188 |
| Mehrdad Taghdiri<br>9744 Wilshire Blvd. Ste.306<br>Beverly Hills, CA 90212-1813 | Mer Enterprises<br>P.O. Box 32428<br>Los Angeles, CA 90032-0428 | Michael W. Vivoli<br>2550 Fifth Avenue, Ste.709<br>San Diego, CA 92103-6624 |
| Morris Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 | N&S Investments LLC<br>18345 Ventura Blvd. Ste.500<br>Tarzana, CA 91356-4245 | Nasser Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 |
| Neiman Marcus<br>PO Box 5235<br>Carol Stream, IL 60197-5235 | Neman Brothers and Asst<br>1525 S Broadway<br>Los Angeles, CA 90015-3030 | Nourollah Siman, Ziba Sarafian<br>18345 Ventura Blvd., Suite 500<br>Tarzana, CA 91356-4245 |
| Paradise Spa Owners Association<br>c/o Solomon Dwiggins & Freer<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129-8911 | Parvin Rabbani<br>133 North Willaman<br>Beverly Hills, CA 90211-2112 | Philip Pournazarian<br>20722 Wells Drive<br>Woodland Hills, CA 91364-3437 |
| Phillips 66 Co./SYNCB<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Raymond Yashouafar<br>16661 Ventura Blvd Ste. 608<br>Encino, CA 91436-4831 | Raymund Carino, on behalf of himself and oth<br>c/o Solomon Dwiggins & Freer<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129-8911 |
| Ready Fresh<br>PO Box 856158<br>Louisville, KY40285-6158 | Reliable Properties<br>6399 Wilshire Blvd., Ste. 604<br>Los Angeles, CA 90048-5709 | Robert M. Heller<br>1880 Century Park East, Ste.615<br>Los Angeles, CA 90067-1622 |
| Rodney Yashouafar<br>1033 Hilts Avenue<br>Los Angeles, CA 90024-3214 | Simon Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 | Sina Abselet<br>19 Doral Drive<br>Manhasset, NY 11030-3907 |
| The Estate of Yahouda Yahoudai<br>1875 Century Park East Suite 920<br>Los Angeles, CA 90067-2510 | The Nimkoff Firm<br>28 Robert Circle<br>Syosset, NY 11791-3828 | Thomas J. Weiss<br>Law Offices of Thomas J. Weiss<br>1925 Century Park East Ste. 2140<br>Los Angeles, CA 90067-2722 |
| Time Warner Cable<br>PO Box 60074<br>City of Industry, CA 91716-0074 | U.S. Bank National Association, as Trustee<br>c/o Keith C. Owens<br>Venable LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067-3125 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |

| | | |
|---|---|---|
| US Bank<br>c/o Keith Owens<br>Venable LLP<br>2049 Century Park East Ste. 2300<br>Los Angeles, CA 90067-3125 | US Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017-3560 | Union Bank/First Bankcard (FNB Omaha U.B.)<br>PO Box 2557<br>Omaha, NE 68103-2557 |
| United Mileage Plus (Chase Card Serv<br>PO Box 94014<br>Palatine, IL 60094-4014 | Van Nuys Plywood, LLC<br>Danny Pakravan<br>3131 Antelo Road<br>Los Angeles, CA 90077-1603 | Vivoli Saccuzzo, LLP<br>c/o Michael W. Vivoli, Esq.<br>2550 Fifth Avenue, Suite 709<br>San Diego, CA  92103<br>San Diego, CA 92103-6624 |
| Vivopools<br>825 S. Primrose Ave. Suite H<br>Monrovia, CA 91016-3413 | World Real Estate Group<br>Farid Faryab<br>PO Box 15925<br>Beverly Hills, CA 90209-1925 | Wraytec Security Services<br>4730 Walnut St.<br>Simi Valley, CA 93063-1440 |
| Yahouda Yahoudai<br>10390 Wilshire Blvd. #1203<br>Los Angeles, CA 90024-6451 | Yona Samih<br>11766 Wilshire Blvd, Ste. 260<br>Los Angeles, CA 90025-6573 | Ziba Sarafian<br>18345 Ventura Blvd., Ste. 500<br>Tarzana, CA 91356-4245 |
| (p)DAVID KEITH GOTTLIEB  TR<br>16255 VENTURA BOULEVARD SUITE 440<br>ENCINO CA 91436-2308 | Fereydoun Dayani<br>18345 Ventura Blvd Suite 500<br>Tarzana, CA 91356-4245 | H. Joseph Nourmand<br>c/o Snipper Wainer & Markoff<br>9595 Wilshire Boulevard<br>Suite 201<br>Beverly Hills, CA 90212-2502 |
| Howard L. Abselet<br>c/o Henry S. David<br>617 W. 7th St., Suite 702<br>Los Angeles, CA 90017-3853 | Israel Abselet | Jack NOURAFSHAN<br>c/o Daniel J. McCarthy<br>Hill, Farrer & Burrill LLP<br>300 South Grand Ave., 37th Floor<br>Los Angeles, CA 90071-3147 |
| Mark E Goodfriend<br>Law Offices of Mark E Goodfriend<br>16055 Ventrua Blvd<br>Encino, CA 91436-2601 | Massoud Aaron Yashouafar<br>c/o Merritt, Hagen & Sharf, LLP<br>5950 Canoga Ave<br>Suite 400<br>Woodland Hills, CA 91367-5037 | Parvin NOURAFSHAN<br>c/o Daniel J. McCarthy<br>Hill, Farrer & Burrill LLP<br>300 South Grand Ave., 37th Floor<br>Los Angeles, CA 90071-3147 |
| Raymund Carino<br>c/o Wolf, Rifkin, Shapiro, Schulman & Ra<br>11400 West Olympic Blvd., 9th Floor<br>Los Angeles, CA 90064-1582 | Simon Barlava<br>2209 South Santa Avenue<br>Los Angeles, CA 90058-1109 | Solyman Yashouafar<br>4633 White Oak Place<br>Encino, CA 91316-4336 |
| Thomas P Jeremiassen (TR)<br>Development Specialists, Inc.<br>333 South Grand Ave., Suite 4100<br>Los Angeles, CA 90071-1571 | William Harold Brownstein<br>11755 Wilshire Boulevard<br>Suite 1250<br>Los Angeles, CA 90025-1540 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America                      Chase Card Services              (d)Chase Card Services (Southwest)
PO Box 15019                         PO Box 94014                     PO Box 94014
Wilmington, DE 19886-5019            Palatine, IL 60094-4014          Palatine, IL 60094-4014


US Bank                              David Keith Gottlieb (TR)
PO Box 790408                        16255 Ventura Boulevard, Suite 440
Saint Louis, MO 63179-0408           Encino, CA CA 91436
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Alliance Property Investments Inc    (u)BMW Financial Services NA, LLC a servicing    (u)Baker & Hostetler LLP

(u)Berkeley Research Group LLC          (u)Carla Ridge, LLC                              (u)Courtesy NEF

(du)Courtesy NEF                        (u)Desert Field, LLC                             (u)Development Specialists Inc

(u)Foley & Lardner LLP                  (u)Official Committee of Unsecured Creditors     (u)PY Note Investors, LLC

(u)Simon Barlava and Related Individuals and    (u)Van Nuys Plywood, LLC                 (u)Danny Pakravan

(u)Doris Moradzadeh                     (u)Hamid Joseph Nourmand                         (u)Iraj Zokai

(u)Nourollah Siman                      (u)Robert M. Heller, Esq.                        (u)Rosa Zokai
```

```
(d)Sina Abselet                     (d)Yona Samih                          (u)the Registered Holders of CD 2006-CD3 U.S.
19 Doral Drive                      11766 Wilshire Blvd Suite 260
Manhasset, NY 11030-3907            Los Angeles, CA 90025-6573


End of Label Matrix
Mailable recipients   115
Bypassed recipients    24
Total                 139
```