| Attorney or Party Name, Address, Telephone & FAX Nos, State Bar No. & Email Address<br><br>John W. Lucas (CA Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd. 13th Floor<br>Los Angeles, CA  90067<br>Tel:  310/277-6910<br>Facsimile:  310/201-0760<br>Email:  JLucas@pszjlaw.com<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR<br><br><br>Debtor(s) | Case No.:  1:16-bk-12255-GM [Jointly Administered]<br>CHAPTER 7<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*) 6/16/21 Movant(s) filed a motion or application (Motion) entitled:  Chapter 7 Trustee's Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP, as General Bankruptcy Counsel Effective June 7, 2021.

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*) 6/16/21 Movant(s), served a copy of ☐ the notice of motion or ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R. Civ. P. 5(b)(2)(D) or (F).

6. More than 25 days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

_____
This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2016                                         Page 3  **F 9013-1.2.NO REQUEST.HEARING.DEC.**DOCS_LA:338887.1 32274/001

9.  Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.  Movant(s) request that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: <u>07/12/21</u>

<u>/s/ John W. Lucas</u>
Signature

<u>John W. Lucas</u>
Printed name

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2016                    Page 2 **F 9013-1.2.NO REQUEST.HEARING.DEC.**DOCS_LA:338887.1 32274/001

John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: 310/277-6910
Facsimile: 310/201-0760
E-mail: jlucas@pszjlaw.com

[Proposed] Attorneys for David K. Gottlieb, Chapter 7 Trustee
of the Estates of Solyman Yashouafar and Massoud Aaron
Yashouafar

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1]<br><br>               Debtors. | Case No.: 1:16-bk-12255-GM<br>Chapter 7<br><br>Jointly Administered |
| In re:<br><br>SOLYMAN YASHOUAFAR,<br><br>               Debtor. | Case No.: 1:16-bk-12255-GM<br>Chapter 7<br><br>Case No.: 1:16-bk-12408-GM<br>Chapter 7 |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>               Debtor. | **CHAPTER 7 TRUSTEE'S APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE JUNE 7, 2021; DECLARATION OF JOHN W. LUCAS** |
| Affects:<br><br>☑ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar<br><br>               Debtors. | [No Hearing Required] |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are: Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    David K. Gottlieb, the duly appointed Chapter 7 trustee (the "Trustee") in the jointly

2    administered bankruptcy cases (the "Cases") of Solyman Yashouafar and Massoud Aaron

3    Yashouafar (the "Debtors"), hereby applies to the Court (the "Application") for entry of an order

4    authorizing the Trustee's retention and employment of Pachulski Stang Ziehl & Jones LLP ("PSZJ"

5    or the "Firm") as his general bankruptcy counsel effective as of June 7, 2021.

6    This Application is brought pursuant to section 327 of title 11 of the United States Code (the

7    "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 2014, and Local Bankruptcy Rule

8    2014-1.  In support of the Application, the Trustee represents as follows:

9                                                    **I.**

10                                          **BACKGROUND**

11    **The Chapter 11 Cases.**  On August 3, 2016, almost five years ago, petitioning creditors

12    Fereydoun Dayani, Yona Samih, and N&S Investment, LLC c/o Sina Navidbakhsh (the "Petitioning

13    Creditors") filed (a) an involuntary petition for relief under chapter 11 of the Bankruptcy Code

14    against debtor Solyman, bearing case number 16-12555-GM, and (b) an involuntary petition for

15    relief under chapter 11 of the Bankruptcy Code against debtor Massoud, bearing case number 16-

16    12408.  Shortly thereafter, the Petitioning Creditors and Solyman stipulated to entry of an order for

17    relief and appointment of a chapter 11 trustee, and the United States Trustee sought and obtained

18    appointment of a chapter 11 trustee in the Massoud Case.  The Trustee was appointed as chapter 11

19    trustee in the Cases, and the Cases have been jointly administered pursuant to Federal Rule of

20    Bankruptcy Procedure 1015(b).

21    The Trustee began his administration of the Cases well after litigation related to the Debtors'

22    major assets had begun, at which point the largest creditors, the Abselets, had commenced

23    approximately seven law suits in three states and taken numerous related actions to execute on liens

24    and judgments. By application and order, the Trustee employed PSZJ as his general bankruptcy

25    counsel in his capacity as chapter 11 trustee for the Debtors.  [Docket Nos. 159, 244]. The initial

26    work of the Trustee and PSZJ involved investigation of a complex set of transfers and ensuing

27    litigation.  Over the next several years, the Trustee investigated numerous complicated transactions

28

and pursued causes of action on behalf of the estates.  The Trustee successfully resolved multi-party claims and litigation, but the estates' assets remain nominal.

**Conversion to Chapter 7.**  In October 2016, the Trustee filed a *Motion for Order Converting Cases to Chapter 7* [Docket No. 192] (the "<u>Conversion Motion</u>") based on his conclusion that it was not necessary to administer the Cases in chapter 11 and that claims could be addressed by liquidation under chapter 7.  However, after the filing of the Conversion Motion, an official committee of unsecured creditors (the "<u>Committee</u>") was appointed.  By various stipulations and orders, the Conversion Motion was continued until a date in May 2017.  Prior to a hearing, the Debtors filed their own motions to convert their Cases to chapter 7, which were opposed by the Committee.  The Court tentatively denied conversion without prejudice.

In September 2019, the Debtors renewed their Conversion Motion [Docket Nos. 710-11], which was again opposed by the Committee [Docket No. 721].  On October 25, 2019, the Court entered orders granting the Conversion Motion [Docket No. 730] and subsequently appointed the Trustee to act as chapter 7 trustee [Docket No. 733].

PSZJ continued to serve as the Trustee's counsel following conversion of the Cases, but the Firm did not file a new employment application.  In December 2020, PSZJ and other professionals stipulated to waive fees incurred during the chapter 7 in connection with final fee applications and in order to permit the Trustee to make a small distribution to unsecured creditors.  *See Stipulation By and Between Pachulski Stang Ziehl & Jones LLP, Development Specialists, Inc., and Berkeley Research Group, on the One Hand, and the United States Trustee, on the Other Hand, Regarding Final Fee Applications* [Docket No. 805].  PSZJ waived more than $100,000 of professional fees.

The Trustee is prepared to reconcile final claims, make distributions, and file a final report to close the Cases.  The Trustee seeks approval to re-engage PSZJ to provide legal services to the Trustee that will be required to wind down these Cases under chapter 7.

## II.

## <u>RELIEF REQUESTED AND SCOPE OF SERVICES</u>

The Trustee seeks Court approval to retain PSZJ, effective as of June 7, 2021, to provide legal services to the Trustee.  The Trustee seeks to re-engage PSZJ because of its particular

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

bankruptcy expertise and because it served as bankruptcy counsel during the Cases for over four years.  In addition to its knowledge of the facts and issues in these Cases, PSZJ has served as general bankruptcy counsel to chapter 7 and 11 trustees in many cases and to a wide range of debtors in various industries. PSZJ also has extensive experience in representing creditors' committee, individual creditors, special interest committees, asset purchasers and investors in both in and out of court restructurings. A copy of the resume John W. Lucas, the PSZJ attorney who is expected to be principally responsible for the Cases is attached to his declaration (the "Lucas Declaration") as **Exhibit A**.  PSZJ's depth of bankruptcy experience in general, and its experience handling these Cases in particular, makes it well qualified to represent the Trustee. More information about PSZJ is available at its website, www.pszjlaw.com. Therefore, the Trustee believes that PSZJ's retention is in the best interest of the Estates.

The Trustee desires to retain PSZJ, at the expense of the Debtors' estates, to represent him in his duties with respect to the review and reconciliation of claims against the Debtors' estates, any distributions to creditors, and the filing of a final chapter 7 report.

### III.

### PSZJ'S DISCLOSURES

To the best of the Trustee's knowledge and based upon the Lucas Declaration filed herewith, neither PSZJ nor any of its partners, of counsel, or associates has any connection with the Debtors, any creditor of the estates, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except (a) PSZJ has served as counsel to the Chapter 11 Trustee in these Cases, and (b) to the extent set forth in the Declaration of John W. Lucas appended hereto.

### IV.

### PSZJ'S COMPENSATION

Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules, and this Court's rules, the Trustee proposes to pay PSZJ its customary hourly rates in effect from time to time and to reimburse the Firm according to its customary reimbursement policies. The hourly rates of John Lucas and Gail Greenwood, the attorneys currently expected to be

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:338364.2 32274/001

principally responsible for the Cases, are $995 and $950, respectively, effective as of January 1,

2021. The hourly rate for Beth Dassa, the paralegal assigned to the Cases, is $460. The hourly rates

of all of the Firm's attorneys and paraprofessionals are attached to the Lucas Declaration as Exhibit

B.

The Firm has not received any retainer in contemplation of its proposed employment by the

Trustee. However, it is contemplated that the Firm may seek compensation during the Cases as

permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm

understands that its compensation in these Cases is subject to the prior approval of this Court. No

compensation will be paid except upon application to and approval by this Court after notice and a

hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016,

and Local Bankruptcy Rule 2016-1.

Pursuant to Local Bankruptcy Rule 2014-1(b)(4), a hearing is not required in connection with

the Application unless requested by the United States Trustee, a party in interest, or otherwise

ordered by the Court. Pursuant to Local Bankruptcy Rule 2014-1(b)(3), any response to the

Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-

1(f) and must be filed with the Court and served upon the Trustee, its proposed counsel, and the

United States Trustee no later than fourteen (14) days from the date of service of notice of the filing

of the Application.

Notice of filing of this Application was provided to the Office of the United States Trustee,

the Debtors and their counsel of record, and all parties who filed and served a request for special

notice as of the date of service of the Notice.

**WHEREFORE**, the Trustee requests that this Court approve the employment of Pachulski

Stang Ziehl & Jones LLP, as his general bankruptcy counsel, effective as of June 7, 2021, to render

services as described above, with compensation to be paid by the estates as an administrative

expense in such amounts as this Court may hereafter determine and allow.

Dated: June 16, 2021

By: _____

David K. Gottlieb
Chapter 7 Trustee

5

DOCS_LA:338364.2 32274/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Tel: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jlucas@pszjlaw.com

[Proposed] Attorneys for David K. Gottlieb, Chapter 7 Trustee
of the Estates of Solyman Yashouafar and Massoud Aaron
Yashouafar

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[2]<br><br>          Debtors. | Case No.: 1:16-bk-12255-GM<br>Chapter 7<br><br>Jointly Administered<br><br>Case No.: 1:16-bk-12255-GM<br>Chapter 7 |
| In re:<br><br>SOLYMAN YASHOUAFAR,<br><br>          Debtor. | Case No.: 1:16-bk-12408-GM<br>Chapter 7<br><br>**DECLARATION OF JOHN W. LUCAS IN SUPPORT OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE JUNE 7, 2021** |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>          Debtor. | [No Hearing Required] |
| Affects:<br><br>☑  Both Debtors<br>☐  Solyman Yashouafar<br>☐  Massoud Aaron Yashouafar<br><br>          Debtors. | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[2] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar
(5875) and Massoud Aron Yashouafar (6590).

DOCS_LA:338364.2 32274/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    I, John W. Lucas, declare and state as follows:

2    1.    I am a partner of Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm")[3] and am

3    duly admitted to practice in the State of California and before this Court.

4    2.    I make this declaration in support of the application (the "Application") filed by

5    David K. Gottlieb, Chapter 7 Trustee (the "Trustee") of the Estates of Solyman Yashouafar and

6    Massoud Aaron Yashouafar (collectively, the "Debtors"), to employ PSZJ as his general bankruptcy

7    counsel, effective as of June 7, 2021.

8    3.    The name, address, telephone number, and facsimile number of the Firm are as

9    follows:

10    Pachulski Stang Ziehl & Jones LLP
    10100 Santa Monica Blvd., 13th Floor
11    Los Angeles, California 90067
    Telephone: (310) 277-6910
12    Facsimile: (310) 201-0760

13    4.    The Firm served as counsel to the Trustee in his capacity as the chapter 11 trustee in

14    these Cases pursuant to the *Order Approving Chapter 11 Trustee's Application to Employ Pachulski*

15    *Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective September 16, 2016* [Dkt. No.

16    244]. The Firm continued to represent the Trustee in his capacity as chapter 11 trustee through the

17    end of 2020 and waived substantial fees as set forth in the *Stipulation By and Between Pachulski*

18    *Stang, Ziehl & Jones LLP, Development Specialists, Inc., and Berkeley Research Group, on the One*

19    *Hand, and the United States Trustee, on the Other Hand, Regarding Final Fee Applications* [Docket

20    No. 805]. Consequently, the Firm is very familiar with the facts and issues in these Cases.

21    5.    The Firm has extensive expertise in the areas of insolvency, bankruptcy and other

22    debtor/creditor matters, and in representing individual creditors, creditors' committees, special

23    interest committees, asset purchasers, and investors in both in and out-of-court restructurings. The

24    Firm has served as general bankruptcy counsel to chapter 7 and 11 trustees in many cases and to a

25    wide range of debtors and committees in various industries. I will be the attorney at the Firm who is

26    principally responsible for representation of the Trustee in the chapter 7 Cases. A copy of my

27    resume is attached hereto as **Exhibit A**.

28

---

[3] Capitalized terms not defined herein have the meanings used in the Application.

7

6.     The Trustee desires to retain the Firm, at the expense of the chapter 7 estates, to represent him in his duties with respect to the review and reconciliation of claims against the Debtors' estates, any distributions to creditors, and the filing of a final chapter 7 report.

7.     Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules and this Court's rules, the Trustee proposes to pay the Firm its customary hourly rates in effect from time to time and to reimburse the Firm according to its customary reimbursement policies.   My hourly rate is $995, effective as of January 1, 2021, the hourly rate of Gail Greenwood, another PSZJ attorney at the Firm expected to work on these cases, is $950, and the hourly rate for Beth Dassa, the paralegal assigned to the Cases, is $460. The hourly rates of all of the Firm's attorneys and paraprofessionals are attached hereto as **Exhibit B**.

8.     To the best of my knowledge, neither PSZJ nor any of its partners, of counsel, or associates has any connection with the Debtors, any creditor of the estates, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except (a) PSZJ has served as counsel to the Trustee in his capacity as chapter 11 trustee in these Cases, and (b) to the extent set forth in the previously filed *Declaration of Jeremy V. Richards in Support of Chapter 11 Trustee's Application to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective September 16, 2016* [Docket No. 160], a copy of which is attached hereto as **Exhibit C**.

9.     To the best of my knowledge, neither PSZJ nor any of its partners, of counsel, or associates is an equity security holder or an "insider" of the Debtors as that term is defined in section 101(31) of the Bankruptcy Code.

10.     To the best of my knowledge, neither PSZJ nor any of its partners, of counsel, or associates (a) is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtors, or (b) holds a prepetition claim against the Debtors.

11.     PSZJ incurred professional fees in connection with its representation of the Trustee in his capacity as chapter 11 trustee and continued representation thereafter.  PSZJ's professional fees and expenses through October 24, 2019, the date prior to conversion, were approved by the Court [Docket No. 822], and PSZJ waived additional fees and expenses.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

8

12.     To the best of my knowledge, neither PSZJ nor any of its partners, of counsel, or associates has any interest materially adverse to the interest of the Estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors for any other reason.  Accordingly, PSZJ and its partners, of counsel, and associates are "disinterested persons" as that term is defined and used in sections 101(14) and 327 of the Bankruptcy Code with respect to the Chapter 7 Estates.

13.     The Firm conducted an extensive conflicts check relating to its proposed retention as counsel for the Trustee in his capacity as chapter 7 trustee, including a conflict check of the Debtors, professionals and all creditors of each of the Debtors.  Thus far, the Firm has not encountered any creditors of the Debtors or parties in interest in which an actual conflict exists between the Firm and such parties.  If, at any subsequent time during the course of these proceedings, the Firm learns of any other representation which may give rise to a conflict, the Firm will promptly file with the Court and the Office of the United States Trustee an amended declaration identifying and specifying such involvement.

14.     Given the Firm's experience representing various parties in interest in bankruptcy proceedings throughout the United States, the Firm may have represented creditors' committees in other cases in which the members of such committees or their constituencies have included creditors and current or former creditors of the Debtors; however, PSZJ is not representing any of those entities in the Cases and will not represent any members of these committees in any claims that they may have collectively or individually against the Debtors.

15.     To the best of my knowledge, PSZJ and certain of its shareholders, counsel and associates may have in the past represented, may currently represent, and will likely in the future represent creditors of the Debtors in connection with matters unrelated to the Debtors and these Cases.

16.     The Firm has represented and, in some cases, continues to represent the Trustee, solely in the capacity as trustee or examiner in bankruptcy cases that were or are pending in the Central District of California that are unrelated to these Cases.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

9

17. The Firm has not received any retainer in contemplation of its proposed employment as counsel to the Trustee in his capacity as chapter 7 trustee. The Firm will seek compensation during the Cases as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm understands that its compensation in the Cases is subject to the prior approval of this Court. No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

18. The attorneys at the Firm who will be involved in the Cases are familiar with the Bankruptcy Code, the Bankruptcy Rules, and Local Bankruptcy Rules and will comply with them.

To the best of my knowledge, after conducting or supervising the investigation described above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 16th day of June, 2021, at San Francisco, California.

*/s/ John W. Lucas*
John W. Lucas

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:338364.2 32274/001

# EXHIBIT  A





150 California Street
15th Floor
San Francisco, CA
94111-4500

# John W. Lucas

Tel: 415.217.5108    |    jlucas@pszjlaw.com

**EDUCATION**

University of California at
Los Angeles (B.A. *magna
cum laude*,1992)

University of Oregon School
of Law (J.D. 2004)

**BAR AND COURT
ADMISSIONS**

2010, California

2005, New York

**CLERKSHIPS**

Law clerk, Judge Robert D.
Drain (Bankr. S.D.N.Y.
2004-06)

Mr. Lucas represents debtors, creditors' committees, creditors, and trustees in chapter 11 cases and companies in out-of-court restructurings with an emphasis on transportation, financial products, food services, retail, automotive, and technology. Mr. Lucas is a graduate of the University of California at Los Angeles and received his J.D. from the University of Oregon School of Law and was a member of the *Oregon Law Review*. Mr. Lucas is admitted to practice in California and New York and is a resident in our San Francisco office.

## Representations

Chapter 11 debtors: Sedgwick LLP; Kona Grill; Tintri Inc.; A.M. Castle & Co.; Blue Earth; NewZoom Inc.; Response Genetics; Tri-Valley Learning Corporation; Elephant Bar Restaurants; Z'Tejas Restaurants; Highway Technologies; American Suzuki Motor Corporation; Global Aviation; Mesa Airlines; Lehman Brothers Holdings; Champion Enterprises; Heller Ehrman LLP; Lexington Precision; Silicon Graphics

Chapter 11 creditors: Cottonwood Cajon in Premier Golf Properties; Lehman Commercial Paper Inc. and Lehman ALI Inc. in Palmdale Hills Property LLC ("SunCal"); indenture trustee in Calpine; bondholders in Portrait Corporations of America

Creditors' committees: Boy Scouts of America; Uni-Pixel; Rdio Inc.; Yellow Cab of San Francisco; Champps/Fox & Hound Restaurants; Trident Microsystems (Far East) Ltd.

Trustees: Yashouafar; Evergreen International Aviation; Exigen (USA)

Section 363 asset sales: Represented buyers in Bartlett Mgt. Services (KFC franchise); Quality Discount Ice Cream; Nurserymen's Exchange

John W. Lucas (Cont.)

Out-of-court restructurings: Security Capital Assurance Ltd. and a
professional sports franchise

## Professional Affiliations

Board member, American Bankruptcy Institute (2019-)

Co-chair, American Bankruptcy Institute Annual Southwest Bankruptcy
Conference (2014-18)

Advisory Board Member, American Bankruptcy Institute Annual Southwest
Bankruptcy Conference (2011-14)

## Publications

Debtor-in-Possession Financing
Funding a Chapter 11 Case
ABI, December 2012

Creditor's Self-Interest Precludes Fee Reimbursement From the Estate
September 2012

First Day Motions (3d ed.)
A Guide to the Critical First Days of a Bankruptcy Case
American Bankruptcy Institute, June 2012

"Approval of the DIP Financing Order" in *Debtor-in-Possession Financing:
Funding a Chapter 11 Case* (ABI 2012)

Coauthor, "The Role and Retention of the Chief Restructuring Officer," in *The
Americas Restructuring and Insolvency Guide* (2008/2009)

"The Article 9 Buyer's Seller Rule & The Justification for Its Harsh Effects,"
83 *Oregon Law Review* 289 (2004)

# EXHIBIT B

**HOURLY BILLING RATES FOR PROFESSIONALS AND PARAPROFESSIONALS OF
PACHULSKI STANG ZIEHL & JONES LLP
January 2021 RATES**

| Partners | Billing Rate |
|---|---|
| Isaac M. Pachulski | $1,695.00 |
| Jeffrey H. Davidson | $1,645.00 |
| Richard M. Pachulski | $1,595.00 |
| Laura Davis Jones | $1,445.00 |
| Robert J. Feinstein | $1,395.00 |
| Dean A. Ziehl | $1,395.00 |
| Alan J. Kornfeld | $1,395.00 |
| James I. Stang | $1,345.00 |
| Scott  L. Hazan | $1,345.00 |
| David J. Barton | $1,345.00 |
| Ira D. Kharasch | $1,325.00 |
| Robert B. Orgel | $1,325.00 |
| Jeremy V. Richards | $1,295.00 |
| Debra Grassgreen | $1,295.00 |
| Jeffrey N. Pomerantz | $1,295.00 |
| Bradford J. Sandler | $1,295.00 |
| Henry C. Kevane | $1,275.00 |
| David M. Bertenthal | $1,275.00 |
| Andrew W. Caine | $1,245.00 |
| John A. Morris | $1,245.00 |
| Linda F. Cantor | $1,245.00 |
| Kenneth H. Brown | $1,225.00 |
| Michael D. Warner | $1,225.00 |
| Richard E. Mikels | $1,195.00 |
| Stanley E. Goldich | $1,175.00 |
| Iain A.W. Nasatir | $1,145.00 |
| Maxim B. Litvak | $1,125.00 |
| Paul J. Labov | $1,095.00 |
| James E. O'Neill | $1,050.00 |
| Joshua M. Fried | $1,050.00 |
| Shirley S. Cho | $1,050.00 |
| Gabriel I. Glazer | $1,050.00 |
| John D. Fiero | $1,045.00 |
| Jeffrey W. Dulberg | $1,025.00 |
| Malhar S. Pagay | $995.00 |
| John W. Lucas | $995.00 |
| Jason S. Pomerantz | $975.00 |
| Ilan D. Scharf | $895.00 |
| Nina L. Hong | $875.00 |
| Timothy P. Cairns | $875.00 |
| Teddy M. Kapur | $875.00 |
| Jason H. Rosell | $845.00 |

| Of Counsel | Billing Rate |
|---|---|
| Richard J. Gruber | $1,275.00 |
| Judith Elkin | $1,195.00 |
| Karen B. Dine | $1,195.00 |
| Steven J. Kahn | $1,195.00 |
| Daryl G. Parker | $1,095.00 |
| James E. Mahoney | $1,095.00 |
| James K.T. Hunter | $1,095.00 |
| Mary F. Caloway | $1,095.00 |
| Harry D. Hochman | $1,095.00 |
| Victoria A. Newmark | $1,050.00 |
| Jonathan J. Kim | $995.00 |
| Gina F. Brandt | $950.00 |
| Michael R. Seidl | $950.00 |
| Beth E. Levine | $950.00 |
| Erin Gray | $950.00 |
| Gail S. Greenwood | $950.00 |
| Gregory V. Demo | $950.00 |
| Jeffrey P. Nolan | $925.00 |
| Robert M. Saunders | $925.00 |
| Colin R. Robinson | $925.00 |
| Elissa A. Wagner | $925.00 |
| Tavi C. Flanagan | $875.00 |
| Miriam Manning | $850.00 |
| William L. Ramseyer | $850.00 |
| Gillian N. Brown | $850.00 |
| Peter J. Keane | $845.00 |
| Cia H. Mackle | $750.00 |
| Ayala A. Hassell | $725.00 |
| Brittany M. Michael | $695.00 |

| Associates | Billing Rate |
|---|---|
| Ben L. Wallen | $750.00 |
| Steven W. Golden | $725.00 |
| Hayley R. Winograd | $695.00 |

| Paralegals | Billing Rate |
|---|---|
| Elizabeth C. Thomas | $460.00 |
| Beth D. Dassa | $460.00 |
| Patricia J. Jeffries | $460.00 |
| Karina K. Yee | $460.00 |
| Patricia E. Cuniff | $460.00 |
| La Asia S. Canty | $460.00 |
| Nancy P F Lockwood | $460.00 |
| Kerri  L. Labrada | $460.00 |
| Cheryl A. Knotts | $425.00 |
| Michael A. Matteo | $425.00 |

| Law Library Dir. | Billing Rate |
|---|---|
| Leslie A. Forrester | $475.00 |

| Law Clerks/Clerks | Billing Rate |
|---|---|
| Sheryle L. Pitman | $375.00 |
| Beatrice M. Koveleski | $375.00 |
| Charles J. Bouzoukis | $375.00 |
| Andrea R. Paul | $375.00 |
| Karen S. Neil | $375.00 |

# EXHIBIT C

Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
         jlucas@pszjlaw.com

Proposed Attorneys for David K. Gottlieb, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Case No.: 1:16-bk-12255-GM |
| SOLYMAN YASHOUAFAR, | Chapter 11 |
| Debtor. | **DECLARATION OF JEREMY V. RICHARDS IN SUPPORT OF CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE SEPTEMBER 16, 2016** |

I, Jeremy V. Richards, declare and state as follows:

1. I am a partner of Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm")[1] and am duly admitted to practice in the State of California and before this Court.

2. I make this declaration in support of the application (the "Application") filed by David K. Gottlieb, Chapter 11 Trustee of the estate of Solyman Yashouafar (the "Trustee"), to employ the PSZJ as general bankruptcy counsel, effective as of September 16, 2016.

3. The name, address, telephone number, and facsimile number of the Firm are as follows:

> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 13th Floor
> Los Angeles, California 90067
> Telephone: (310) 277-6910
> Facsimile: (310) 201-0760

---

[1] Capitalized terms not defined herein have the meanings used in the Application.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4.      The Firm has particular expertise in the areas of insolvency, business reorganization, and other debtor/creditor matters. The Firm has served as general bankruptcy counsel to chapter 7 and 11 trustees in many cases and to a wide range of debtors in various industries. In addition, the Firm has served as counsel to unsecured creditors' committees in numerous chapter 11 cases. The Firm also has extensive experience in representing individual creditors, special interest committees, asset purchasers and investors in both in and out of court restructurings. Copies of the resumes of the Firm's attorneys who are expected to be principally responsible for the bankruptcy case of Solyman Yashouafar (the "Case"), are attached hereto as **Exhibit A.**

5.      The Trustee desires to retain the Firm, at the expense of the estate, to undertake such tasks as required by the Trustee, including, but not limited to the following:

(a)      Advising the Trustee concerning the rights and remedies of the estate in regard to the assets of the estate, and with respect to the secured, priority and unsecured claims of creditors;

(b)      Representing the Trustee in connection with financial and business matters, including the sale of any assets;

(c)      Representing the Trustee in connection with investigation of potential causes of action, and the litigation thereof if warranted and directed by the Trustee;

(d)      Investigating and prosecuting preference, fraudulent transfer and other actions, if any, arising under the Trustee's avoiding powers;

(e)      Representing the Trustee in any proceeding or hearing in the Bankruptcy Court, and in any action in other courts where the rights of the estate may be litigated or affected;

(f)      Conducting examinations of witnesses, claimants, or adverse parties and preparing and assisting in the preparation of motions, applications, answers, orders, memoranda, reports and papers, etc.;

(g)      Advising the Trustee concerning the requirements of the Bankruptcy Code and Rules and the requirements of the Office of the United States Trustee relating to the administration of the estate; and

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

(h)    Rendering such other advice and services as the Trustee may require in connection with the Case.

6.    To the best of my knowledge, neither the Firm nor any of its partners, of counsel, or associates has any connection with Solyman Yashouafar (the "Debtor"), any creditor of the estate, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth below:

(a)    The Firm has in the past represented the Trustee in his capacity as chapter 7 and 11 trustees in other cases wholly unrelated to this matter.

(b)    The Firm represents many committees, whose members may be creditors in the Debtor's chapter 11 case; however, the Firm is not representing any of those entities in this Case and will not represent any members of these committees in any claims that they may have collectively or individually against the Debtor.

(c)    The Trustee or the Firm may retain various professionals during the pendency of this Case, and the Trustee or the Firm may retain other professionals in the future. The Firm has previously worked with and will continue to work with certain of these professionals on various representations, at times representing the same parties and at other times representing parties with similar interests or parties with adverse interests.

(d)    This Firm and certain of its shareholders, counsel and associates may have in the past represented, and may currently represent and will likely in the future represent creditors of the Debtor in connection with matters unrelated to the Debtor and the Case. At this time, the Firm is not aware of any current representations in unrelated cases of parties who are creditors of the Debtor or other parties on the conflicts list attached hereto as **Exhibit B**.

7.    To the best of my knowledge, neither the Firm nor any of its partners, of counsel, or associates is a creditor, equity security holder, or an "insider" of the Debtor as that term is defined in section 101(31) of the Bankruptcy Code.

8.    To the best of my knowledge, neither the Firm nor any of its partners, of counsel, or associates is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

9.      To the best of my knowledge, neither the Firm nor any of its partners, of counsel, or associates has any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor for any other reason. Accordingly, the Firm and its partners, of counsel, and associates are "disinterested persons" as that term is defined and used in sections 101(14) and 327 of the Bankruptcy Code.

10.     Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules and this Court's rules, the Trustee proposes to pay the Firm its customary hourly rates in effect from time to time and to reimburse the Firm according to its customary reimbursement policies. The attorneys currently expected to be principally responsible for the Case, and their respective hourly rates effective as of January 1, 2016, are as follows:  Jeremy V. Richards ($995); John W. Lucas ($675). The hourly rate for Beth Dassa, the paralegal assigned to the Case, is $325. The hourly rates of all of the Firm's attorneys and paraprofessionals are attached hereto as **Exhibit C**.

11.     PSZJ proposes that the fees and expenses incurred will be charged to the estates of Solyman Yashouafar and Massoud Aaron Yashouafar[2] on a joint and several basis.  The Trustee and PSZJ believe that this is warranted because substantially all of the assets of both debtors are co-owned either directly or indirectly and they have a common core group of creditors relating to the same universe of assets. However, in the event the Trustee or PSZJ undertakes services that relate solely to either Solyman Yashouafar or Massoud Aaron Yashouafar, they will attribute such fees and expenses arising from those services to the applicable debtors' estate. Regardless, categorized time records will be maintained for all services.

12.     The Firm has not received any retainer in contemplation of its proposed employment. However, it is contemplated that the Firm will seek interim compensation during the Case as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm understands that its compensation in the Case is subject to the prior approval of this Court. No

---

[2] Contemporaneously with the filing of the Application, the Trustee filed an application to retain PSZJ in Massoud Aaron Yashouafar's chapter 11 case [Case No. 16-12408]. The Trustee is seeking to have the cases jointly administered for procedural proposes.

compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

13. The attorneys at the Firm that will be involved in the Case are familiar with the Bankruptcy Code, the Bankruptcy Rules, and Local Bankruptcy Rules and will comply with them.

14. The Firm has not represented and does not currently represent a related debtor in a bankruptcy case in this Court or any other court.

To the best of my knowledge, after conducting or supervising the investigation described above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 11th day of October, 2016, at Los Angeles, California.


/s/ Jeremy V. Richards
Jeremy V. Richards

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT A

## BIOGRAPHIES OF JEREMY V. RICHARDS AND JOHN W. LUCAS





PACHULSKI
STANG
ZIEHL
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Jeremy V. Richards

Tel: 310.277.6910    |    jrichards@pszjlaw.com

**EDUCATION**

Oxford University (B.A., first class honors, Jurisprudence, 1979; B.C.L., first class honors, Law, 1980)

Harvard University (LL.M. 1981)

David Blank Open Scholarship in Jurisprudence, 1976-1979; Frank Knox Fellowship, 1980-1981

**BAR AND COURT ADMISSIONS**

1982, California

Mr. Richards has extensive experience representing the major constituencies in bankruptcies, out-of-court workouts, and related litigation, with an emphasis on debtor and creditors' committee representations in large, complex reorganizations. He has written and lectured extensively on insolvency and insolvency-related issues, and has served as director and program committee chair for the Turnaround Management Association Southern California chapter. He is a graduate of Oxford University (B.A. 1979; B.C.L. 1980) and was a Frank Knox Fellow at Harvard Law School (1980-81), where he received his LL.M. He holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability; has been named a "Super Lawyer" in the field of Bankruptcy & Creditor/Debtor Rights every year since 2007 in a peer survey conducted by *Law & Politics* and the publishers of *Los Angeles* magazine, an honor bestowed on only 5% of Southern California attorneys; and was selected by Best Lawyers in America. Mr. Richards is admitted to practice in California, and is a resident in our Los Angeles office.

## Representations

Chapter 11 debtors: Woodside Homes (formerly one of the nation's largest privately owned homebuilders); People's Choice Home Loan (formerly a major national subprime lender and loan originator); Thorpe Insulation Company (formerly one of the largest California-based installers and distributors of insulation products); Peregrine Systems (major softward developer/distributor); Murray, Inc. (paper products); Precision Specialty Metals

Creditors' committees: AMC Entertainment; Qintex Entertainment; Weintraub Entertainment; Leisure Technology; First Capital Holdings; Loews Cineplex

PACHULSKI
STANG
ZIEHL
&
JONES

Jeremy V. Richards (Cont.)

Bondholder & equity committees: Barry's Jewelers; Sun World

Trustees: Georges Marciano (Guess Jeans cofounder); Triad America Corporation; Oppenheimer Industries

Examiners: Metropolitan Mortgage (real estate investment and finance entity); DVI, Inc. (equipment financer)

Secured creditors in Meruelo Maddux Properties

Provides regular insolvency advice to a major Hollywood studio and other significant entertainment industry participants

Lead insolvency counsel to a national homebuilder in the successful out-of-court restructure of more than $400M of debt

## Programs and Lectures

California Bankruptcy Forum (real estate bankruptcy issues); Turnaround Management Association (debtor-in-possession financing issues); Beverly Hills Bar Association (entertainment bankruptcy issues)





150 California Street
15th Floor
San Francisco, CA
94111-4500

# John W. Lucas

Tel: 415.217.5108    |    jlucas@pszjlaw.com

**EDUCATION**

University of California at
Los Angeles (B.A. *magna
cum laude,*1992)

University of Oregon School
of Law (J.D. 2004)

**BAR AND COURT
ADMISSIONS**

2010, California

2005, New York

**CLERKSHIPS**

Law clerk, Judge Robert D.
Drain (Bankr. S.D.N.Y.
2004-06)

Mr. Lucas represents debtors, creditors' committees, creditors, and trustees in chapter 11 cases and companies in out-of-court restructurings with an emphasis on transportation, financial products, food services, retail, automotive, and technology. Mr. Lucas is a graduate of the University of California at Los Angeles and received his J.D. from the University of Oregon School of Law and was a member of the *Oregon Law Review*. Mr. Lucas is admitted to practice in California and New York and is a resident in our San Francisco office.

## Representations

Chapter 11 debtors: Blue Earth, NewZoom Inc.; Response Genetics; Elephant Bar Restaurants; Z'Tejas Restaurants; Highway Technologies; American Suzuki Motor Corporation; Global Aviation; Mesa Air Group; Lehman Brothers Holdings; Champion Enterprises; Heller Ehrman LLP; Lexington Precision; Silicon Graphics

Chapter 11 creditors: Cottonwood Cajon in Premier Golf Properties; Lehman Commercial Paper Inc. and Lehman ALI Inc. in Palmdale Hills Property LLC ("SunCal"); indenture trustee in Calpine; bondholders in Portrait Corporations of America

Creditors' committees: Rdio Inc.; Yellow Cab of San Francisco; Champps/Fox & Hound Restaurants; Trident Microsystems (Far East) Ltd.

Trustees: Evergreen International Aviation; Exigen (USA)

Section 363 asset sales: Represented buyer in Nurserymen's Exchange

Out-of-court restructurings: Security Capital Assurance Ltd. and a professional sports franchise

John W. Lucas (Cont.)

---

## Professional Affiliations

Cochair, American Bankruptcy Institute Annual Southwest Bankruptcy Conference (2014-)

Advisory Board Member, American Bankruptcy Institute Annual Southwest Bankruptcy Conference (2011-2014)

## Publications

Debtor-in-Possession Financing
Funding a Chapter 11 Case
December 2012

Creditor's Self-Interest Precludes Fee Reimbursement From the Estate
September 2012

First Day Motions (3d ed.)
A Guide to the Critical First Days of a Bankruptcy Case
American Bankruptcy Institute, June 2012

"Approval of the DIP Financing Order" in *Debtor-in-Possession Financing: Funding a Chapter 11 Case* (ABI 2012)

Coauthor, "The Role and Retention of the Chief Restructuring Officer," in *The Americas Restructuring and Insolvency Guide* (2008/2009)

"The Article 9 Buyer's Seller Rule & The Justification for Its Harsh Effects," 83 *Oregon Law Review* 289 (2004)

# EXHIBIT B

# EXHIBIT B

## CONFLICTS CHECK PARTIES

| | | |
|---|---|---|
| Encino - 16661 Ventura Blvd Trust, a Delaware<br>c/o Keith C. Owens<br>Venable LLP<br>2049 Century Park East #2300<br>Los Angeles, CA 90067-3125 | Levene, Neale, Bender, Yoo & Brill L.L.P.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067-6253 | N&S Investment LLC<br>18345 Ventura Blvd Suite 500<br>Tarzana, CA 91356-4245 |
| Soda Partners, LLC<br>Law Offices of Ronald Richards & Associates<br>P.O. Box 11480<br>Beverly Hills, CA 90213-4480 | United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | San Fernando Valley Division<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367-6606 |
| AXA Equitable<br>Box 371459<br>Pittsburgh, PA 15250-7459 | American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | Andrews Davis, P.C.<br>100 N Broadway, Ste. 3300<br>Oklahoma City, OK 73102-8831 |
| Ashley M. McDow<br>Baker & Hostetler LLP<br>11601 Wilshire Blvd. Ste. 1400<br>Los Angeles, CA 90025-1750 | BB&T<br>c/o Peter J. Nugent<br>2711 North Haskell Ave. Ste. 1300<br>Lockbox 19<br>Dallas, TX 75204-2911 | BMW Car Services<br>PO Box 660545<br>Dallas, TX 75266-0545 |
| BMW Financial Services<br>Customer Service Center<br>Po Box 3608<br>Dublin OH 43016-0306 | Babak Cohen / Bita Kohan<br>1216 Saltair Ave., #102<br>Los Angeles, CA 90025-1398 | Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 |
| Barclay Card (Card Services)<br>PO Box 60517<br>City of Industry, CA 91716-0517 | Barnett and Csoka<br>3883 Howard Hughes Parkway, Ste. 790<br>Las Vegas, NV 89169-5995 | Bloomingdale's<br>PO Box 183083<br>Columbus, OH 43218-3083 |
| Bloomingdale's (Amex)<br>PO Box 183083<br>Columbus, OH 43218-3083 | Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | Chase Card Services<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Chase Card Services (Southwest)<br>PO Box 94014<br>Palatine, IL 60094-4014 | Chester Tower, LLC<br>PO Box 32428<br>Los Angeles, CA 90032-0428 | CitiCards<br>PO Box 689197<br>Des Moines, IA 50368-9197 |
| City of Beverly Hills<br>455 North Rexford Drive<br>Beverly Hills, CA 90210-4817 | DMARC 2007 CD5 Garden Street, LLC<br>Aires Law Firm<br>180 Newport Center Dr, Ste. 260<br>Newport Beach, CA 92660-0901 | DMF Lighting<br>1118 E. 223rd St. Unit 1<br>Carson, CA 90745-4210 |
| David Pouraba<br>8271 Melrose Ave Ste. 200<br>Los Angeles, CA 90046-6826 | Diners Club<br>PO Box 6101<br>Carol Stream, IL 60197-6101 | Discover<br>PO Box 29033<br>Phoenix, AZ 85038-9033 |
| East West Bank (Cardmember Service)<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | Edmond Lavi<br>5177 Avenida Hacienda<br>Tarzana, CA 91356-4224 | Eli Javid Bendavid<br>6839 Kings Harbor Drive<br>Rancho Palos Verdes, CA 90275-4621 |
| Elizabeth Sax<br>6355 Topanga Canyon Blvd. Ste# 255<br>Woodland Hills, CA 91367-2117 | Fereydoun Dayani<br>18345 Ventura Blvd Suite 500<br>Tarzana, CA 91356-4245 | Great Lakes (US Department of Education)<br>PO Box 530229<br>Atlanta, GA 30353-0229 |
| Greenblatt Loveridge<br>22151 Ventura Blvd. Ste. 200<br>Woodland Hills, CA 91364-1666 | Gregor Law Offices<br>2550 Fifth Avenue, Ste. 709<br>San Diego, CA 92103-6624 | Hamid Ahmadi<br>6906 Rain Creek Parkway<br>Austin, TX 78759-7038 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | | |
|---|---|---|
| Hamid Joseph Nourmand<br>1801 Century Park East, Suite 1830<br>Los Angeles, CA 90067-2320 | Henry David<br>The David Firm<br>617 W. 7th St. Ste. 702<br>Los Angeles, CA 90017-3853 | Holthouse, Carlin & Van Trigt, LLP<br>11444 W. Olympic Blvd, 11th Floor<br>Los Angeles, CA 90064-1500 |
| Howard L. Abselet<br>114 Pine Street<br>Port Jefferson Station, NY 11776-3161 | Howard L. Abselet<br>c/o Henry S. David<br>The David Firm(R)<br>617 W. 7th St., Suite 702<br>Los Angeles, CA 90017-3853 | Howard Weg<br>Robins Kaplan LLP<br>2049 Century Park East Ste. 3400<br>Los Angeles, CA 90067-3208 |
| Iraj Zokai<br>1058 22nd Street<br>Santa Monica, CA 90403-4518 | JCBL Trust<br>16661 Ventura Blvd Ste. 608<br>Encino, CA 91436-4831 | Jay J. Fathi<br>235 1/2 Elm St.<br>Beverly Hills, CA 90212-4010 |
| John Hancock Life Insurance<br>Company<br>PO Box 894764<br>Los Angeles, CA 90189-4764 | Keith Owens<br>Venable LLP<br>2049 Century Park East Ste. 2300<br>Los Angeles, CA 90067-3125 | Kluger & Stein<br>16000 Ventura Blvd, Suite 1000<br>Encino, CA 91436-2762 |
| Law Offices of Homan Taghdiri<br>1801 Century Park East, Ste. 830<br>Los Angeles, CA 90067-2336 | Solyman Yashouafar<br>4633 White Oak Place<br>Encino, CA 91316-4336 | Macy's<br>PO Box 689195<br>Des Moines, IA 50368-9195 |
| Mark Smith<br>16225 Ventura Blvd. Ste. 600<br>Encino, CA 91436 | Mayer Makabi<br>10432 Eastborn Ave., Apt #205<br>Los Angeles, CA 90024-6188 | Mehrdad Taghdiri<br>9744 Wilshire Blvd. Ste.306<br>Beverly Hills, CA 90212-1813 |
| MER Enterprises<br>P.O. Box 32428<br>Los Angeles, CA 90032-0428 | Mercedes Benz Financial Services<br>P. O. Box 5209<br>Hoffman Estates, IL 60192-5209 | Mercury Insurance<br>PO Box 11991<br>Santa Ana, CA 92711-1991 |
| Michael W. Vivoli<br>2550 Fifth Avenue, Ste.709<br>San Diego, CA 92103-6624 | Milken Community High School<br>15800 Zeldin's Way<br>Los Angeles, CA 90049-6861 | N&S Investments LLC<br>18345 Ventura Blvd. Ste.500<br>Tarzana, CA 91356-4245 |
| Neiman Marcus<br>PO Box 5235<br>Carol Stream, IL 60197-5235 | Neman Brothers and Asst<br>1525 S Broadway<br>Los Angeles, CA 90015-3030 | Nordstrom Bank<br>PO Box 79137<br>Phoenix, AZ 85062-9137 |
| Paradise Spa Owners Association<br>c/o Mark A. Solomon<br>Solomon Dwiggins & Freer, LTD.<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129-8933 | Parvin Rabbani<br>133 North Willaman<br>Beverly Hills, CA 90211-2112 | Philip Pournazarian<br>20722 Wells Drive<br>Woodland Hills, CA 91364-3437 |
| Quality Swimming Pool<br>2938 W. 15th St.<br>Los Angeles, CA 90006-4238 | Raymond Carino<br>c/o Mark A. Solomon<br>Solomon Dwiggins & Freer, LTD.<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129-8933 | Raymond Yashouafar<br>16661 Ventura Blvd Ste. 608<br>Encino, CA 91436-4831 |
| Reliable Properties<br>6399 Wilshire Blvd., Ste. 604<br>Los Angeles, CA 90048-5709 | Robert M. Heller<br>1880 Century Park East, Ste.615<br>Los Angeles, CA 90067-1622 | Rodney Yashouafar<br>2208 Parnell Ave.<br>Los Angeles, CA 90064-2005 |
| Simon Barlava<br>524 N. Alpine Dr.<br>Beverly Hills, CA 90210-3316 | Sina Abselet<br>19 Doral Drive<br>Manhasset, NY 11030-3907 | Soda Partners, LLC<br>c/o RRA<br>PO Box 11480<br>Beverly Hills, CA 90213-4480 |
| Southern California Edison<br>PO Box 600<br>Rosemead, CA 91770-0600 | The Gas Company<br>PO Box C<br>Monterey Park, CA 91754-0932 | The Nimkoff Firm<br>28 Robert Circle<br>Syosset, NY 11791-3828 |
| Thomas J. Weiss<br>Law Offices of Thomas J. Weiss<br>1925 Century Park East Ste. 2140<br>Los Angeles, CA 90067-2722 | Time Warner Cable<br>PO Box 60074<br>City of Industry, CA 91716-0074 | US Bank<br>PO Box 5229<br>Cincinnati OH 45201-5229 |

3

013

| US Bank<br>c/o Keith Owens<br>Venable LLP<br>2049 Century Park East Ste. 2300<br>Los Angeles, CA 90067-3125 | Unite Mileage Plus (Chase Card Services)<br>PO Box 94014<br>Palatine, IL 60094-4014 | World Real Estate Group<br>PO Box 15925<br>Beverly Hills, CA 90209-1925 |
|---|---|---|
| Yahouda Yahoudai<br>10390 Wilshire Blvd. #1203<br>Los Angeles, CA 90024-6451 | Yona Samih<br>11766 Wilshire Blvd Suite 260<br>Los Angeles, CA 90025-6573 | Ziba Sarafian<br>18345 Ventura Blvd., Ste. 500<br>Tarzana, CA 91356-4245 |
| Brian L Davidoff<br>Greenberg Glusker<br>1900 Ave of the Stars 21st Fl<br>Los Angeles, CA 90067-4301 | C John M Melissinos<br>Greenberg Glusker<br>1900 Avenue of the Stars 21st Fl<br>Los Angeles, CA 90067-4301 | David Keith Gottlieb (TR)<br>15233 Ventura Blvd, 9th Floor<br>Sherman Oaks, CA 91403-2250 |
| Howard L. Abselet<br>c/o Henry S. David<br>617 W. 7th St., Suite 702<br>Los Angeles, CA 90017-3853 | Massoud Aaron Yashouafar, the Registered Holders of CD 2006-CD3 U.S. B<br>910 North Rexford Drive   Venable LLP<br>Beverly Hills, CA 90210-2911 | Attn: Keith C. Owens<br>2049 Century Park East<br>Suite 2300<br>Los Angeles, CA 90067-3125 |
| BMW Financial Services<br>PO Box 78103<br>Phoenix, AZ  85062-8103 | US Bank<br>PO Box 790408<br>Saint Louis, MO  63179-0408 | Anthem Blue Cross<br>PO Box 54580<br>Los Angeles, CA 90054-0580 |
| California Bank & Trust (Bankcard Center)<br>PO Box 30833<br>Salt Lake City, UT 84130-0833 | Camelia Kusuma<br>24150 Victory Blvd<br>Woodland Hills, CA 91367-1255 | Discover<br>PO Box 61033<br>Carol Stream, IL 60197-6103 |
| Marc Smith<br>Krane & Smith<br>16255 Ventura Blvd. Ste. 600<br>Encino, CA 91436-2311 | Massoud Aaron Yashouafar<br>16661 Ventura Boulevard, Suite 600<br>Encino, CA 91436-1927 | Phillips 66 Co./SYNCB<br>PO Box 530942<br>Atlanta, GA 30353-0942 |
| Ready Fresh<br>PO Box 856158<br>Louisville, KY40285-6158 | Union Bank/First Bankcard (FNB Omaha U.B.)<br>PO Box 2557<br>Omaha, NE 68103-2557 | Vivopools<br>825 S. Primrose Ave. Suite H<br>Monrovia, CA 91016-3413 |
| Wraytec Security Services<br>4730 Walnut St.<br>Simi Valley, CA 93063-1440 | Fereydoun Dayani<br>18345 Ventura Blvd Suite 500<br>Tarzana, CA 91356-4245 | Mark E Goodfriend<br>Law Offices of Mark E Goodfriend<br>16055 Ventrua Blvd<br>Encino, CA 91436-2610 |
| Solyman Yashouafar | Massoud Yashouafar | Simon Barlava |
| Howard Abselet | Roxanna Aboudi | Justin Yashouafar |
| Raymond Yashouafar | Joshua Paradise Holdings | Neman Family |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4

014

# EXHIBIT C

**HOURLY BILLING RATES FOR PROFESSIONALS AND PARAPROFESSIONALS OF
PACHULSKI STANG ZIEHL & JONES LLP
JANUARY 2016 RATES**

### HOURLY BILLING RATES FOR PROFESSIONALS AND PARAPROFESSIONALS OF
### PACHULSKI STANG ZIEHL & JONES LLP
### JANUARY 2016 RATES

| Partners | Billing Rate |
|---|---|
| Isaac M. Pachulski | $1,195.00 |
| Jeffrey H. Davidson | $1,145.00 |
| Richard M. Pachulski | $1,145.00 |
| Laura Davis Jones | $1,050.00 |
| Dean A. Ziehl | $1,025.00 |
| James I. Stang | $1,025.00 |
| Robert J. Feinstein | $995.00 |
| Ira D. Kharasch | $995.00 |
| Jeremy V. Richards | $995.00 |
| Robert B. Orgel | $995.00 |
| Alan J. Kornfeld | $995.00 |
| Andrew W. Caine | $950.00 |
| Debra Grassgreen | $950.00 |
| Richard E. Mikels | $940.00 |
| Henry C. Kevane | $925.00 |
| Jeffrey N. Pomerantz | $925.00 |
| David J. Barton | $925.00 |
| David M. Bertenthal | $925.00 |
| John A. Morris | $925.00 |
| Linda F. Cantor | $925.00 |
| Stanley E. Goldich | $875.00 |
| Iain A.W. Nasatir | $875.00 |
| Kenneth H. Brown | $875.00 |
| Bradford J. Sandler | $875.00 |
| Ellen M. Bender | $850.00 |
| John D. Fiero | $825.00 |
| Maxim B. Litvak | $825.00 |
| James E. O'Neill | $795.00 |
| Joshua M. Fried | $795.00 |
| Jeffrey W. Dulberg | $750.00 |
| Nina L. Hong | $695.00 |
| Gabriel I. Glazer | $695.00 |
| Ilan D. Scharf | $675.00 |
| John W. Lucas | $675.00 |
| Teddy M. Kapur | $595.00 |

| Of Counsel | Billing Rate |
|---|---|
| Richard J. Gruber | $975.00 |
| Daryl G. Parker | $875.00 |
| James E. Mahoney | $875.00 |
| James K.T. Hunter | $875.00 |
| Steven J. Kahn | $875.00 |
| Harry D. Hochman | $795.00 |
| Shirley S. Cho | $795.00 |
| Victoria A. Newmark | $795.00 |
| Maria Bove | $750.00 |
| Gina F. Brandt | $725.00 |
| Jason S. Pomerantz | $725.00 |
| Jeffrey Kandel | $725.00 |
| Jonathan J. Kim | $725.00 |
| Malhar S. Pagay | $725.00 |
| Michael R. Seidl | $695.00 |
| Beth E. Levine | $695.00 |
| Erin Gray | $695.00 |
| Gail S. Greenwood | $695.00 |
| Jeffrey P. Nolan | $695.00 |
| Robert M. Saunders | $695.00 |
| Colin R. Robinson | $695.00 |
| Gillian N. Brown | $675.00 |
| Elissa A. Wagner | $675.00 |
| Miriam Manning | $675.00 |
| William L. Ramseyer | $675.00 |
| Cia H. Mackle | $550.00 |
| Jason H. Rosell | $550.00 |

| Associates | Billing Rate |
|---|---|
| Peter J. Keane | $550.00 |
| Joseph M. Mulvihill | $425.00 |
| Steven W. Golden | $425.00 |

| Paralegals | Billing Rate |
|---|---|
| Kathleen F. Finlayson | $325.00 |
| Elizabeth C. Thomas | $325.00 |
| Beth D. Dassa | $325.00 |
| Patricia J. Jeffries | $325.00 |
| Monica A. Molitor | $325.00 |
| Felice S. Harrison | $325.00 |
| Karina K. Yee | $325.00 |
| Margaret L. McGee | $325.00 |
| Patricia E. Cuniff | $305.00 |
| Cheryl A. Knotts | $305.00 |
| Denise A. Harris | $305.00 |
| Michael A. Matteo | $295.00 |

| Law Library Dir. | Billing Rate |
|---|---|
| Leslie A. Forrester | $350.00 |

| Law Clerks/Clerks | Billing Rate |
|---|---|
| Timothy P. Cairns | $325.00 |
| Sheryle L. Pitman | $250.00 |
| Beatrice M. Koveleski | $250.00 |
| Charles J. Bouzoukis | $250.00 |
| Andrea R. Paul | $250.00 |
| Karen S. Neil | $250.00 |

Document Number: 247995

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): ***DECLARATION OF JEREMY V. RICHARDS IN SUPPORT OF CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE SEPTEMBER 16, 2016*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 11, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 11, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Solyman Yashouafar
4633 White Oak Place
Encino, CA 91316

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 11, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Suite 312, Courtroom 303,
Woodland Hills, CA 91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 11, 2016 | MYRA KULICK | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Larry G Ball    lball@hallestill.com, gjohnson@hallestill.com*
- *Carol Chow    carol.chow@ffslaw.com*
- *Henry S David    hdavid@davidfirm.com, hdavid@davidfirm.com*
- *Brian L Davidoff    bdavidoff@greenbergglusker.com,*
  *calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *Fahim Farivar    ffarivar@bakerlaw.com,*
  *amcdow@bakerlaw.com,mdelaney@bakerlaw.com,sgaeta@bakerlaw.com*
- *Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com*
- *Mark E Goodfriend    markgoodfriend@yahoo.com*
- *David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com,*
  *dgottlieb@ecf.epiqsystems.com,rjohnson@dkgallc.com,akuras@dkgallc.com*
- *Andrew V Jablon    ajablon@rpblaw.com, mlynch@rpblaw.com*
- *Robert B Kaplan    rbk@jmbm.com*
- *Matthew Kramer    mkramer@wwhgd.com, krodriguez@wwhgd.com*
- *John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com*
- *Ashley M McDow    amcdow@bakerlaw.com,*
  *mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com*
- *Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com*
- *Keith C Owens    kowens@venable.com, bclark@venable.com;khoang@venable.com;DGIge@venable.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Ronald N Richards    ron@ronaldrichards.com, nick@ronaldrichards.com*
- *S Margaux Ross    margaux.ross@usdoj.gov*
- *Nico N Tabibi    nico@tabibilaw.com*
- *United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov*
- *Howard J Weg    hweg@robinskaplan.com*

**2. SERVED BY UNITED STATES MAIL**:

*See attached Label Matrix*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-1
Case 1:16-bk-12255-GM
Central District of California
San Fernando Valley
Tue Oct 11 11:51:39 PDT 2016

Employment Development Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Encino - 16661 Ventura Blvd Trust, a Delawar
c/o Keith C. Owens
Venable LLP
2049 Century Park East #2300
Los Angeles, CA 90067-3125

Franchise Tax Board
Bankruptcy Section MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

L.A. County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90054-0110

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

N&S Investment, LLC
18345 Ventura Blvd., Ste 500
Tarzana, CA 91356-4245

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

AXA Equitable
Box 371459
Pittsburgh, PA 15250-7459

Andrews Davis, P.C
100 N Broadway, Ste. 3300
Oklahoma City, OK 73102-8831

Anthem Blue Cross
PO Box 54580
Los Angeles, CA 90054-0580

Ashley M. McDow
Baker & Hostetler LLP
11601 Wilshire Blvd. Ste. 1400
Los Angeles, CA 90025-1750

BB&T
c/o Peter J. Nugent
2711 North Haskell Ave. Ste. 1300
Lockbox 19
Dallas, TX 75204-2911

Babak Cohen / Bita Kohan
1216 Saltair Ave. #102
Los Angeles, CA 90025-1398

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

California Bank & Trust (Bankcard Center)
PO Box 30833
Salt Lake City, UT 84130-0833

Camelia Kusuma
24150 Victory Blvd
Woodland Hills, CA 91367-1255

Capital One
PO Box 60599
City of Industry, CA 91716-0599

Chase Card Services
PO Box 94014
Palatine, IL 60094-4014

Chase Card Services (Southwest)
PO Box 94014
Palatine, IL 60094-4014

Chester Tower, LLC
PO Box 32428
Los Angeles, CA 90032-0428

Citicards
PO Box 689197
Des Moines, IA 50368-9197

City of Beverly Hills
455 North Rexford Drive
Beverly Hills, CA 90210-4817

DMARC   2007 CD5 Garden Street, LLC
Aires Law Firm
180 Newport Center Dr, Ste. 260
Newport Beach, CA 92660-0901

DMF Lighting
1118 E. 223rd St. Unit 1
Carson, CA 90745-4210

David Pourbaba
8271 Melrose Ave Ste. 200
Los Angeles, CA 90046-6826

Discover
PO Box 61033
Carol Stream, IL 60197-6103

ELI BENDAVID
1535 RUHLAND AVE
MANHATTAN BEACH CA 90266-7127

Edmond Lavi
5177 Avenida Hacienda
Tarzana, CA 91356-4224

Elizabeth Sax
6355 Topanga Canyon Blvd. Ste# 255
Woodland Hills, CA 91367-2117

6639 Kings Harbor Drive
Rancho Palos Verdes, CA 90275-4621

Fereydoun Dayani
18345 Ventura Blvd. Ste# 500
Tarzana, CA 91356-4245

Gregor Law Offices
2550 Fifth Avenue, Ste. 709
San Diego, CA 92103-6624

Hamid Ahmadi
6906 Rain Creek Parkway
Austin, TX 78759-7038

Hamid Joseph Nourmand
1801 Century Park East, Suite 1830
Los Angeles, CA 90067-2320

Henry David
The David Firm
617 W. 7th St. Ste. 702
Los Angeles, CA 90017-3853

Holthouse, Carlin & Van Trigt, LLP
11444 W. Olympic Blvd, 11th Floor
Los Angeles, CA 90064-1500

Howard L. Abselet
114 Pine Street
Port Jefferson Station, NY 11776-3161

Howard L. Abselet
c/o Henry S. David
The David Firm(R)
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Howard Weg
Robins Kaplan LLP
2049 Century Park East Ste. 3400
Los Angeles, CA 90067-3208

Iraj Zokai
1058 22nd Street
Santa Monica, CA 90403-4518

JCBL Trust
16661 Ventura Blvd Ste. 608
Encino, CA 91436-4831

Jay J. Fathi
235 1/2 Elm St.
Beverly Hills, CA 90212-4010

John Hancock Life Insurance Company
PO Box 894764
Los Angeles, CA 90189-4764

Keith Owens
Venable LLP
2049 Century Park East Ste. 2300
Los Angeles, CA 90067-3125

Kluger & Stein
16000 Ventura Blvd, Suite 1000
Encino, CA 91436-2762

Law Offices of Homan Taghdiri
1801 Century Park East, Ste. 830
Los Angeles, CA 90067-2336

Levene, Neale, Bender, Yoo & Brill
10250 Constellation Blvd, Suite 170
Los Angeles, CA 90067-6253

Marc Smith
Krane & Smith
16255 Ventura Blvd. Ste. 600
Encino, CA 91436-2311

Massoud Aaron Yashouafar
16661 Ventura Boulevard, Suite 600
Encino, CA 91436-1927

Mayer Makabi
10432 Eastborn Ave., Appt #205
Los Angeles, CA 90024-6188

Mehrdad Taghdiri
9744 Wilshire Blvd. Ste.306
Beverly Hills, CA 90212-1813

Mer Enterprises
P.O. Box 32428
Los Angeles, CA 90032-0428

Michael W. Vivoli
2550 Fifth Avenue, Ste.709
San Diego, CA 92103-6624

N&S Investments LLC
18345 Ventura Blvd. Ste.500
Tarzana, CA 91356-4245

Neiman Marcus
PO Box 5235
Carol Stream, IL 60197-5235

Neman Brothers and Asst
1525 S Broadway
Los Angeles, CA 90015-3030

Parvin Rabbani
133 North Willaman
Beverly Hills, CA 90211-2112

Philip Pournazarian
20722 Wells Drive
Woodland Hills, CA 91364-3437

PO Box 530942
PO Box 530942
Atlanta, GA 30353-0942

Raymond Yashouafar
16661 Ventura Blvd Ste. 608
Encino, CA 91436-4831


Ready Fresh
PO Box 856158
Louisville, KY40285-6158

Reliable Properties
6399 Wilshire Blvd., Ste. 604
Los Angeles, CA 90048-5709

Robert M. Heller
1880 Century Park East, Ste.615
Los Angeles, CA 90067-1622


Rodney Yashouafar
1033 Hilts Avenue
Los Angeles, CA 90024-3214

Simon Barlava
524 N. Alpine Dr.
Beverly Hills, CA 90210-3316

Sina Abselet
19 Doral Drive
Manhasset, NY 11030-3907


The Nimkoff Firm
28 Robert Circle
Syosset, NY 11791-3828

Thomas J. Weiss
Law Offices of Thomas J. Weiss
1925 Century Park East Ste. 2140
Los Angeles, CA 90067-2722

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074


(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank
c/o Keith Owens
Venable LLP
2049 Century Park East Ste. 2300
Los Angeles, CA 90067-3125

Union Bank/First Bankcard (FNB Omaha U.B.)
PO Box 2557
Omaha, NE 68103-2557


United Mileage Plus (Chase Card Serv
PO Box 94014
Palatine, IL 60094-4014

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Vivopools
825 S. Primrose Ave. Suite H
Monrovia, CA 91016-3413


World Real Estate Group
PO Box 15925
Beverly Hills, CA 90209-1925

Wraytec Security Services
4730 Walnut St.
Simi Valley, CA 93063-1440

Yahouda Yahoudai
10390 Wilshire Blvd. #1203
Los Angeles, CA 90024-6451


Yona Samih
11766 Wilshire Blvd, Ste. 260
Los Angeles, CA 90025-6573

Ziba Sarafian
18345 Ventura Blvd., Ste. 500
Tarzana, CA 91356-4245

David Keith Gottlieb (TR)
15233 Ventura Blvd, 9th Floor
Sherman Oaks, CA 91403-2250


Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356-4245

Howard L. Abselet
c/o Henry S. David
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Mark E Goodfriend
Law Offices of Mark E Goodfriend
16055 Ventrua Blvd
Encino, CA 91436-2610


Solyman Yashouafar
4633 White Oak Place
Encino, CA 91316-4336

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


US Bank
PO Box 790408
Saint Louis, MO 63179-0408




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF                        (u)PY Note Investors, LLC                  (u)Van Nuys Plywood, LLC




(u)Danny Pakravan                      (u)Robert M. Heller, Esq.                  (u)Solyman Yashouafar
                                                                                  Encino, CA




(d)Yona Samih                          (u)the Registered Holders of CD 2006-CD3 U.S.    End of Label Matrix
11766 Wilshire Blvd Suite 260                                                     Mailable recipients    87
Los Angeles, CA 90025-6573                                                        Bypassed recipients     8
                                                                                  Total                  95

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled **CHAPTER 7 TRUSTEE'S APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP, AS HIS GENERAL BANKRUPTCY COUNSEL EFFECTIVE JUNE 7, 2021; DECLARATION OF JOHN W. LUCAS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 16, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 16, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June ___, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 16, 2021 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Timothy C Aires**   tca@arlawyers.com, gperez@arlawyers.com
- **Bret D. Allen**   ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **Simon Aron**   saron@wrslawyers.com, eweiman@wrslawyers.com
- **Lauren T Attard**   lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Larry G Ball**   lball@hallestill.com, kbauer@hallestill.com
- **William H Brownstein**   Brownsteinlaw.bill@gmail.com
- **Carol Chow**   carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **Aaron E DE Leest**   adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Henry S David**   hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- **Brian L Davidoff**   bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Fahim Farivar**   fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Marian Garza**   ecfnotices@ascensioncapitalgroup.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **Mark E Goodfriend**   markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- **David Keith Gottlieb (TR)**   dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- **Gail S Greenwood**   ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **Lee W Harwell**   leehar@earthlink.net, shada12200@hotmail.com
- **Eric P Israel**   eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Andrew V Jablon**   ajablon@rpblaw.com, ntariche@rpblaw.com
- **Thomas P Jeremiassen (TR)**   tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- **Robert B Kaplan**   rbk@jmbm.com
- **Andrew F Kim**   akim@afklaw.com, 6229175420@filings.docketbird.com
- **Matthew Kramer**   mkramer@wwhgd.com, iperez@wwhgd.com
- **Zi Chao Lin**   zlin@garrett-tully.com, dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Ashley M McDow**   amcdow@foley.com, sgaeta@foley.com;smoses@foley.com;ashley-mcdow-8850@ecf.pacerpro.com;swells@foley.com
- **Kevin Meek**   kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **C John M Melissinos**   jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Jessica Mickelsen Simon**   simonjm@ballardspahr.com, carolod@ballardspahr.com
- **William K Mills**   mills@parkermillsllp.com, sally@parkermillsllp.com
- **Shane J Moses**   smoses@foley.com, vgoldsmith@foley.com
- **David L. Neale**   dln@lnbyb.com
- **Juliet Y Oh**   jyo@lnbyb.com, jyo@lnbrb.com
- **Tomas Andres Ortiz**   tortiz@zuberlawler.com
- **Keith C Owens**   kowens@foxrothschild.com, khoang@foxrothschild.com
- **Dipika Parmar**   dipika.parmar@aissolution.com
- **Jeremy V Richards**   jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com
- **S Margaux Ross**   margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV
- **Kambiz J Shabani**   joseph@shabanipartners.com
- **Mark M Sharf**   msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- **Nico N Tabibi**   nico@tabibilaw.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Maurice Wainer**   mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- **Howard J Weg**   hweg@robinskaplan.com
- **Thomas J Weiss**   tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- **Gilbert R Yabes**   ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## 2. **SERVED BY UNITED STATES MAIL:**

*See attached Label Matrix*

| | |
|---|---|
| Solyman Yashouafar<br>4633 White Oak Place<br>Encino, CA 91316 | Massoud Aaron Yashouafar<br>12730 Montana Ave.<br>Los Angeles, CA 90049 |

| | |
|---|---|
| **Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates**<br>Keith C. Owens<br>Jennifer L. Nassiri<br>VENABLE LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 229-9900<br>Facsimile: (310) 229-9901<br>Email:    kowens@venable.com<br>         jnassiri@venable.com | **Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates**<br>Gregory A. Cross<br>VENABLE LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, MD 21202<br>Telephone: (410) 244-7400<br>Facsimile: (410) 244-7742<br>Email:    gacross@venable.com |
| Eli Javid Bendavid<br>6839 Kings Harbor Drive<br>Rancho Palos Verdes, CA 90275-4621 | ~~Fahim Farivar~~<br>~~Farivar Law Firm PC~~<br>~~18653 Ventura Blvd., Suite 362~~<br>~~Tarzana, CA  91356~~ |
| BMW Financial Services<br>Customer Service Center<br>PO Box 3608<br>Dublin OH 43016-0306 | BMW Financial Services NA LLC<br>4515 Santa Fe Avenue<br>Dept. APS<br>Oklahoma City, OK  73118-7901 |
| ~~Attn: BMW Financial Services NA, LLC Dept.~~<br>~~Ascension Capital Group~~<br>~~Account: XXXXX4721~~<br>~~P.O. Box 165028~~<br>~~Irving, TX 75016~~ | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:338364.2 32274/001

**F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-1
Case 1:16-bk-12255-GM
Central District of California
San Fernando Valley
Wed Jun 16 11:52:41 PDT 2021

Rexford Associates, LLC
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave.
37th Floor
Los Angeles, CA 90071-3147

Encino - 16661 Ventura Blvd Trust, a Delawar
c/o Keith C. Owens
Venable LLP
2049 Century Park East #2300
Los Angeles, CA 90067-3125

Fieldbrook, Inc.
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave.
37th Floor
Los Angeles, CA 90071-3147

N&S Investment, LLC
18345 Ventura Blvd., Ste 500
Tarzana, CA 91356-4245

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4114

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

AXA Equitable
Box 371459
Pittsburgh, PA 15250-7459

Alliance Property Investments, Inc.
c/o Henry S. David
The David Firm(R)
617 West 7th Street, Suite 702
Los Angeles, CA 90017-3853

Andrews Davis, P.C
100 N Broadway, Ste. 3300
Oklahoma City, OK 73102-8831

Anthem Blue Cross
PO Box 54580
Los Angeles, CA 90054-0580

Ashley M. McDow
Baker & Hostetler LLP
11601 Wilshire Blvd. Ste. 1400
Los Angeles, CA 90025-1744

BB&T
c/o Peter J. Nugent
2711 North Haskell Ave. Ste. 1300
Lockbox 19
Dallas, TX 75204-2911

Babak Cohen / Bita Kohan
1216 Saltair Ave. #102
Los Angeles, CA 90025-1398

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

California Bank & Trust (Bankcard Center)
PO Box 30833
Salt Lake City, UT 84130-0833

Camelia Kusuma
24150 Victory Blvd
Woodland Hills, CA 91367-1255

Capital One
PO Box 60599
City of Industry, CA 91716-0599

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chester Tower, LLC
PO Box 32428
Los Angeles, CA 90032-0428

Citicards
PO Box 689197
Des Moines, IA 50368-9197

City of Beverly Hills
455 North Rexford Drive
Beverly Hills, CA 90210-4817

DMARC   2007 CD5 Garden Street, LLC
Aires Law Firm
180 Newport Center Dr, Ste. 260
Newport Beach, CA 92660-0901

DMARC 2007-CD5 GARDEN STREET LLC
C/O AIRES LAW FIRM
6 HUGHES, SUITE 205
IRVINE, CA 92618-2063

DMF Lighting
1118 E. 223rd St. Unit 1
Carson, CA 90745-4210

David Pourbaba
8271 Melrose Ave Ste. 200
Los Angeles, CA 90046-6826

Discover
PO Box 61033
Carol Stream, IL 60197-6103

ELI BENDAVID
1535 RUHLAND AVE
MANHATTAN BEACH CA 90266-7127

Edmond Lavi
5177 Avenida Hacienda
Tarzana, CA 91356-4224

Eli Javid Bendavid
6839 Kings Harbor Drive
Rancho Palos Verdes, CA 90275-4621

Elizabeth Say
6355 Topanga Canyon Blvd. Ste# 255
Woodland Hills, CA 91367-2117

Encino Corporate Plaza, L.P.
c/o Henry S. David
The David Firm(R)
617 West 7th Street, Suite 702
Los Angeles, CA 90017-3853

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Fereydoun Dayani
18345 Ventura Blvd. Ste# 500
Tarzana, CA 91356-4245

Figueroa Tower II, LP
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

First National Buildings II, LLC
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 AVENUE OF THE STARS 21ST FL
LOS ANGELES CA 90067-4301

Gregor Law Offices
2550 Fifth Avenue, Ste. 709
San Diego, CA 92103-6624

Hamid Ahmadi
6906 Rain Creek Parkway
Austin, TX 78759-7038

Hamid Joseph Nourmand
1801 Century Park East, Suite 1830
Los Angeles, CA 90067-2320

Henry David
The David Firm
617 W. 7th St. Ste. 702
Los Angeles, CA 90017-3853

Holthouse, Carlin & Van Trigt, LLP
11444 W. Olympic Blvd, 11th Floor
Los Angeles, CA 90064-1500

Howard L. Abselet
114 Pine Street
Port Jefferson Station, NY 11776-3161

Howard L. Abselet
c/o Henry S. David
The David Firm(R)
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Howard Weg
Robins Kaplan LLP
2049 Century Park East Ste. 3400
Los Angeles, CA 90067-3208

Internal Revenue Service
300 North Los Angeles Street, MS 5022
Los Angeles, CA 90012-3478

Iraj Zokai
1058 22nd Street
Santa Monica, CA 90403-4518

Israel Abselet
c/o Henry S. David
The David Firm(R)
617 West 7th Street, Suite 702
Los Angeles, CA 90017-3853

JCBL Trust
16661 Ventura Blvd Ste. 608
Encino, CA 91436-4831

Jay J. Fathi
235 1/2 Elm St.
Beverly Hills, CA 90212-4010

John Hancock Life Insurance Company
PO Box 894764
Los Angeles, CA 90189-4764

Joshua Paradise Holdings, LLC
c/o Larry G. Ball
100 N. Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Kefayat Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

Keith Owens
Venable LLP
2049 Century Park East Ste. 2300
Los Angeles, CA 90067-3125

Kluger & Stein
16000 Ventura Blvd, Suite 1000
Encino, CA 91436-2762

Law Offices of Homan Taghdiri
1801 Century Park East, Ste. 830
Los Angeles, CA 90067-2302

Law Offices of Paras B Barnett
3883 Howard Hughes Pkwy Ste 790
Las Vegas NV 89169-5995

Levene, Neale, Bender, Yoo & Brill
10250 Constellation Blvd, Suite 170
Los Angeles, CA 90067-6253

M.E.R. Enterprises, Inc.
P.O. Box 32428
Los Angeles, CA 90032-0428

Marc Smith
Krane & Smith
16255 Ventura Blvd. Ste. 600
Encino, CA 91436-2311

Masoud Doran Yashouafar
16661 Ventura Boulevard, Suite 600
Encino, CA 91436-1927

Mayer Makabi
10432 Eastborn Ave., Appt #205
Los Angeles, CA 90024-6188

Mehrdad Taghdiri
9744 Wilshire Blvd. Ste.306
Beverly Hills, CA 90212-1813

Mer Enterprises
P.O. Box 32428
Los Angeles, CA 90032-0428

Michael W. Vivoli
2550 Fifth Avenue, Ste.709
San Diego, CA 92103-6624

Morris Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

N&S Investments LLC
18345 Ventura Blvd. Ste.500
Tarzana, CA 91356-4245

Nasser Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

Neiman Marcus
PO Box 5235
Carol Stream, IL 60197-5235

Neman Brothers and Asst
1525 S Broadway
Los Angeles, CA 90015-3030

Nourollah Siman, Ziba Sarafian
18345 Ventura Blvd., Suite 500
Tarzana, CA 91356-4245

Paradise Spa Owners Association
c/o Solomon Dwiggins & Freer
9060 W. Cheyenne Ave.
Las Vegas, NV 89129-8911

Parvin Rabbani
133 North Willaman
Beverly Hills, CA 90211-2112

Philip Pournazarian
20722 Wells Drive
Woodland Hills, CA 91364-3437

Phillips 66 Co./SYNCB
PO Box 530942
Atlanta, GA 30353-0942

Raymond Yashouafar
16661 Ventura Blvd Ste. 608
Encino, CA 91436-4831

Raymund Carino, on behalf of himself and oth
c/o Solomon Dwiggins & Freer
9060 W. Cheyenne Ave.
Las Vegas, NV 89129-8911

Ready Fresh
PO Box 856158
Louisville, KY40285-6158

Reliable Properties
6399 Wilshire Blvd., Ste. 604
Los Angeles, CA 90048-5709

Robert M. Heller
1880 Century Park East, Ste.615
Los Angeles, CA 90067-1622

Rodney Yashouafar
1033 Hilts Avenue
Los Angeles, CA 90024-3214

Simon Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

Sina Abselet
19 Doral Drive
Manhasset, NY 11030-3907

The Estate of Yahouda Yahoudai
1875 Century Park East Suite 920
Los Angeles, CA 90067-2510

The Nimkoff Firm
28 Robert Circle
Syosset, NY 11791-3828

Thomas J. Weiss
Law Offices of Thomas J. Weiss
1925 Century Park East Ste. 2140
Los Angeles, CA 90067-2722

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

U.S. Bank National Association, as Trustee
c/o Keith C. Owens
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067-3125

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank
c/o Keith Owens
Venable LLP
2049 Century Park East Ste. 2300
Los Angeles, CA 90067-3125

US Bankruptcy
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

Union Bank/First Bankcard (FNB Omaha U.B.)
PO Box 2557
Omaha, NE 68103-2557

United Mileage Plus (Chase Card Serv
PO Box 94014
Palatine, IL 60094-4014

Van Nuys Plywood, LLC
Danny Pakravan
3131 Antelo Road
Los Angeles, CA 90077-1603

Vivoli Saccuzzo, LLP
c/o Michael W. Vivoli, Esq.
2550 Fifth Avenue, Suite 709
San Diego, CA  92103
San Diego, CA 92103-6624

Vivopools
825 S. Primrose Ave. Suite H
Monrovia, CA 91016-3413

World Real Estate Group
Farid Faryab
PO Box 15925
Beverly Hills, CA 90209-1925

Wraytec Security Services
4730 Walnut St.
Simi Valley, CA 93063-1440

Yahouda Yahoudai
10390 Wilshire Blvd. #1203
Los Angeles, CA 90024-6451

Yona Samih
11766 Wilshire Blvd, Ste. 260
Los Angeles, CA 90025-6573

Ziba Sarafian
18345 Ventura Blvd., Ste. 500
Tarzana, CA 91356-4245

(p)DAVID KEITH GOTTLIEB  TR
16255 VENTURA BOULEVARD SUITE 440
ENCINO CA 91436-2308

Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356-4245

H. Joseph Nourmand
c/o Snipper Wainer & Markoff
9595 Wilshire Boulevard
Suite 201
Beverly Hills, CA 90212-2502

Howard L. Abselet
c/o Henry S. David
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Israel Abselet

Jack NOURAFSHAN
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave., 37th Floor
Los Angeles, CA 90071-3147

Mark E Goodfriend
Law Offices of Mark E Goodfriend
16055 Ventrua Blvd
Encino, CA 91436-2601

Massoud Aaron Yashouafar
c/o Merritt, Hagen & Sharf, LLP
5950 Canoga Ave
Suite 400
Woodland Hills, CA 91367-5037

Parvin NOURAFSHAN
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave., 37th Floor
Los Angeles, CA 90071-3147

Raymund Carino
c/o Wolf, Rifkin, Shapiro, Schulman & Ra
11400 West Olympic Blvd., 9th Floor
Los Angeles, CA 90064-1582

Simon Barlava
2209 South Santa Avenue
Los Angeles, CA 90058-1109

Solyman Yashouafar
4633 White Oak Place
Encino, CA 91316-4336

Thomas P Jeremiassen (TR)
Development Specialists, Inc.
333 South Grand Ave., Suite 4100
Los Angeles, CA 90071-1571

William Harold Brownstein
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Chase Card Services
PO Box 94014
Palatine, IL 60094-4014

(d)Chase Card Services (Southwest)
PO Box 94014
Palatine, IL 60094-4014

US Bank
PO Box 790408
Saint Louis, MO 63179-0408

David Keith Gottlieb (TR)
16255 Ventura Boulevard, Suite 440
Encino, CA CA 91436

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alliance Property Investments Inc

(u)BMW Financial Services NA, LLC a servicing

(u)Baker & Hostetler LLP

(u)Berkeley Research Group LLC

(u)Carla Ridge, LLC

(u)Courtesy NEF

(du)Courtesy NEF

(u)Desert Field, LLC

(u)Development Specialists Inc

(u)Foley & Lardner LLP

(u)Official Committee of Unsecured Creditors

(u)PY Note Investors, LLC

(u)Simon Barlava and Related Individuals and

(u)Van Nuys Plywood, LLC

(u)Danny Pakravan

(u)Doris Moradzadeh

(u)Hamid Joseph Nourmand

(u)Iraj Zokai

(u)Nourollah Siman

(u)Robert M. Heller, Esq.

(u)Rosa Zokai

1   John W. Lucas (CA Bar No. 271038)
    PACHULSKI STANG ZIEHL & JONES LLP
2   10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA  90067
3   Tel: 310/277-6910
    Facsimile: 310/201-0760
4   E-mail:  jlucas@pszjlaw.com

5   [Proposed] Attorneys for David K. Gottlieb, Chapter 7 Trustee
    of the Estates of Solyman Yashouafar and Massoud Aaron
6   Yashouafar

7

8               UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10              SAN FERNANDO VALLEY DIVISION

11

| | |
|---|---|
| In re: | Case No.: 1:16-bk-12255-GM<br>Chapter 7 |
| SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1] | Jointly Administered |
|        Debtors. | Case No.: 1:16-bk-12255-GM<br>Chapter 7 |
| In re: | Case No.: 1:16-bk-12408-GM<br>Chapter 7 |
| SOLYMAN YASHOUAFAR, | |
|        Debtor. | **CHAPTER 7 TRUSTEE'S NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP, AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE JUNE 7, 2021** |
| In re: | |
| MASSOUD AARON YASHOUAFAR, | |
|        Debtor. | [No Hearing Required] |
| Affects: | |
| ☑  Both Debtors<br>☐  Solyman Yashouafar<br>☐  Massoud Aaron Yashouafar | |
|        Debtors. | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

DOCS_LA:338454.1 32274/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO THE DEBTORS AND THEIR COUNSEL OF RECORD, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that David K. Gottlieb, the Chapter 7 Trustee (the "Trustee") in the jointly administered bankruptcy cases (the "Cases") of Solyman Yashouafar and Massoud Aaron Yashouafar (the "Debtors"), has filed with the Court an application (the "Application") to employ Pachulski Stang Ziehl & Jones LLP (the "Firm") as general bankruptcy counsel, effective as of June 7, 2021, to represent him in his duties with respect to the review and reconciliation of claims against the Debtors' estates, any distributions to creditors, and the filing of a final chapter 7 report.

**PLEASE TAKE FURTHER NOTICE** that, subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules and this Court's rules, the Trustee proposes to pay the Firm its customary hourly rates in effect from time to time and to reimburse the Firm according to its customary reimbursement policies. The hourly rates of John Lucas and Gail Greenwood, the attorneys currently expected to be principally responsible for the Cases, are $995 and $950, respectively, effective as of January 1, 2021. The hourly rate for Beth Dassa, the paralegal assigned to the Cases, is $460. The hourly rates of all of the Firm's attorneys and paraprofessionals are attached as **Exhibit "B"** to the Declaration of John Lucas filed in support of the Application.

**PLEASE TAKE FURTHER NOTICE** that while the Firm did not receive any retainer in connection with its proposed employment, it is contemplated that the Firm may seek interim compensation during the Cases as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm understands that its compensation in the Cases is subject to the prior approval of this Court. No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

**PLEASE TAKE FURTHER NOTICE** that a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court. Pursuant to Local Rule 2014-1(b)(3)(E), any objection to the proposed Application and request for hearing must be in the form prescribed by Local Rule 9013-1(f)(1) and must be filed and served on the Trustee, its proposed counsel, and the Office of the United States Trustee **no later**

1   **than fourteen (14) days from the date of service of this notice.** A true and correct copy of the

2   Application may be obtained by contacting Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones

3   LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067; Telephone:  (310) 277-6910;

4   Facsimile:  (310) 201-0760; email:  bdassa@pszjlaw.com.

5   Dated:  June 16, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

6

7                                           By: */s/ John W. Lucas*

8                                               John W. Lucas

9                                           [Proposed] Attorneys for David K. Gottlieb, Chapter 7
                                            Trustee of the Estates of Solyman Yashouafar and
10                                          Massoud Aaron Yashouafar

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

DOCS_LA:338454.1 32274/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled **CHAPTER 7 TRUSTEE'S NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP, AS HIS GENERAL BANKRUPTCY COUNSEL EFFECTIVE JUNE 7, 2021** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 16, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 16, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June ___, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 16, 2021 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Timothy C Aires**    tca@arlawyers.com, gperez@arlawyers.com
- **Bret D. Allen**    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **Simon Aron**    saron@wrslawyers.com, eweiman@wrslawyers.com
- **Lauren T Attard**    lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Larry G Ball**    lball@hallestill.com, kbauer@hallestill.com
- **William H Brownstein**    Brownsteinlaw.bill@gmail.com
- **Carol Chow**    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **Aaron E DE Leest**    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Henry S David**    hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- **Brian L Davidoff**    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Michael T Delaney**    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Fahim Farivar**    fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- **Todd S Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Marian Garza**    ecfnotices@ascensioncapitalgroup.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **Mark E Goodfriend**    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- **David Keith Gottlieb (TR)**    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com;rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- **Gail S Greenwood**    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **Lee W Harwell**    leehar@earthlink.net, shada12200@hotmail.com
- **Eric P Israel**    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Andrew V Jablon**    ajablon@rpblaw.com, ntariche@rpblaw.com
- **Thomas P Jeremiassen (TR)**    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- **Robert B Kaplan**    rbk@jmbm.com
- **Andrew F Kim**    akim@afklaw.com, 6229175420@filings.docketbird.com
- **Matthew Kramer**    mkramer@wwhgd.com, iperez@wwhgd.com
- **Zi Chao Lin**    zlin@garrett-tully.com, dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Daniel J McCarthy**    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Ashley M McDow**    amcdow@foley.com, sgaeta@foley.com;smoses@foley.com;ashley-mcdow-8850@ecf.pacerpro.com;swells@foley.com
- **Kevin Meek**    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **C John M Melissinos**    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Jessica Mickelsen Simon**    simonjm@ballardspahr.com, carolod@ballardspahr.com
- **William K Mills**    mills@parkermillsllp.com, sally@parkermillsllp.com
- **Shane J Moses**    smoses@foley.com, vgoldsmith@foley.com
- **David L. Neale**    dln@lnbyb.com
- **Juliet Y Oh**    jyo@lnbyb.com, jyo@lnbrb.com
- **Tomas Andres Ortiz**    tortiz@zuberlawler.com
- **Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **Dipika Parmar**    dipika.parmar@aissolution.com
- **Jeremy V Richards**    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **S Margaux Ross**    margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV
- **Kambiz J Shabani**    joseph@shabanipartners.com
- **Mark M Sharf**    msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- **Nico N Tabibi**    nico@tabibilaw.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Maurice Wainer**    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- **Howard J Weg**    hweg@robinskaplan.com
- **Thomas J Weiss**    tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- **Gilbert R Yabes**    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

*Left margin (vertical):* PACHULSKI STANG ZIEHL & JONES LLP    ATTORNEYS AT LAW    LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## 2. **SERVED BY UNITED STATES MAIL:**

*See attached Label Matrix*

| | |
|---|---|
| Solyman Yashouafar<br>4633 White Oak Place<br>Encino, CA 91316 | Massoud Aaron Yashouafar<br>12730 Montana Ave.<br>Los Angeles, CA 90049 |
| **Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates**<br>Keith C. Owens<br>Jennifer L. Nassiri<br>VENABLE LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 229-9900<br>Facsimile: (310) 229-9901<br>Email:      kowens@venable.com<br>              jnassiri@venable.com | **Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates**<br>Gregory A. Cross<br>VENABLE LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, MD 21202<br>Telephone: (410) 244-7400<br>Facsimile: (410) 244-7742<br>Email:      gacross@venable.com |
| Eli Javid Bendavid<br>6839 Kings Harbor Drive<br>Rancho Palos Verdes, CA 90275-4621 | ~~Fahim Farivar~~<br>~~Farivar Law Firm PC~~<br>~~18653 Ventura Blvd., Suite 362~~<br>~~Tarzana, CA  91356~~ |
| BMW Financial Services<br>Customer Service Center<br>PO Box 3608<br>Dublin OH 43016-0306 | BMW Financial Services NA LLC<br>4515 Santa Fe Avenue<br>Dept. APS<br>Oklahoma City, OK  73118-7901 |
| ~~Attn: BMW Financial Services NA, LLC Dept.~~<br>~~Ascension Capital Group~~<br>~~Account: XXXXX4721~~<br>~~P.O. Box 165028~~<br>~~Irving, TX 75016~~ | |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

```
Label Matrix for local noticing        Allison Associates, LLC             Encino - 16661 Ventura Blvd Trust, a Delawar
0973-1                                  c/o Daniel J. McCarthy              c/o Keith C. Owens
Case 1:16-bk-12255-GM                   Hill, Farrer & Burrill LLP          Venable LLP
Central District of California          300 South Grand Ave.                2049 Century Park East #2300
San Fernando Valley                     37th Floor                         Los Angeles, CA 90067-3125
Wed Jun 16 11:52:41 PDT 2021            Los Angeles, CA 90071-3147

Fieldbrook, Inc.                        N&S Investment, LLC                 Pachulski Stang Ziehl & Jones LLP
c/o Daniel J. McCarthy                  18345 Ventura Blvd., Ste 500        10100 Santa Monica Blvd., 13th Floor
Hill, Farrer & Burrill LLP              Tarzana, CA 91356-4245              Los Angeles, CA 90067-4114
300 South Grand Ave.
37th Floor
Los Angeles, CA 90071-3147

United States Trustee (SV)              San Fernando Valley Division        AXA Equitable
915 Wilshire Blvd, Suite 1850           21041 Burbank Blvd,                 Box 371459
Los Angeles, CA 90017-3560              Woodland Hills, CA 91367-6606       Pittsburgh, PA 15250-7459



Alliance Property Investments, Inc.     Andrews Davis, P.C                  Anthem Blue Cross
c/o Henry S. David                      100 N Broadway, Ste. 3300           PO Box 54580
The David Firm(R)                       Oklahoma City, OK 73102-8831        Los Angeles, CA 90054-0580
617 West 7th Street, Suite 702
Los Angeles, CA 90017-3853

Ashley M. McDow                         BB&T                                Babak Cohen / Bita Kohan
Baker & Hostetler LLP                   c/o Peter J. Nugent                 1216 Saltair Ave. #102
11601 Wilshire Blvd. Ste. 1400          2711 North Haskell Ave. Ste. 1300   Los Angeles, CA 90025-1398
Los Angeles, CA 90025-1744              Lockbox 19
                                        Dallas, TX 75204-2911

(p)BANK OF AMERICA                      California Bank & Trust (Bankcard Center)  Camelia Kusuma
PO BOX 982238                           PO Box 30833                        24150 Victory Blvd
EL PASO TX 79998-2238                   Salt Lake City, UT 84130-0833       Woodland Hills, CA 91367-1255



Capital One                             (p)JPMORGAN CHASE BANK  N A         Chester Tower, LLC
PO Box 60599                            BANKRUPTCY MAIL INTAKE TEAM         PO Box 32428
City of Industry, CA 91716-0599         700 KANSAS LANE FLOOR 01            Los Angeles, CA 90032-0428
                                        MONROE LA 71203-4774

Citicards                               City of Beverly Hills               DMARC   2007 CD5 Garden Street, LLC
PO Box 689197                           455 North Rexford Drive             Aires Law Firm
Des Moines, IA 50368-9197               Beverly Hills, CA 90210-4817        180 Newport Center Dr, Ste. 260
                                                                            Newport Beach, CA 92660-0901

DMARC 2007-CD5 GARDEN STREET LLC        DMF Lighting                        David Pourbaba
C/O AIRES LAW FIRM                      1118 E. 223rd St. Unit 1            8271 Melrose Ave Ste. 200
6 HUGHES, SUITE 205                     Carson, CA 90745-4210               Los Angeles, CA 90046-6826
IRVINE, CA 92618-2063

Discover                                ELI BENDAVID                        Edmond Lavi
PO Box 61033                            1535 RUHLAND AVE                    5177 Avenida Hacienda
Carol Stream, IL 60197-6103            MANHATTAN BEACH CA 90266-7127       Tarzana, CA 91356-4224
```

Eli Javid Bendavid
6839 Kings Harbor Drive
Rancho Palos Verdes, CA 90275-4621

Elizabeth Say
6355 Topanga Canyon Blvd. Ste# 255
Woodland Hills, CA 91367-2117

Encino Corporate Plaza, L.P.
c/o Henry S. David
The David Firm(R)
617 West 7th Street, Suite 702
Los Angeles, CA 90017-3853

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Fereydoun Dayani
18345 Ventura Blvd. Ste# 500
Tarzana, CA 91356-4245

Figueroa Tower II, LP
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

First National Buildings II, LLC
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 AVENUE OF THE STARS 21ST FL
LOS ANGELES CA 90067-4301

Gregor Law Offices
2550 Fifth Avenue, Ste. 709
San Diego, CA 92103-6624

Hamid Ahmadi
6906 Rain Creek Parkway
Austin, TX 78759-7038

Hamid Joseph Nourmand
1801 Century Park East, Suite 1830
Los Angeles, CA 90067-2320

Henry David
The David Firm
617 W. 7th St. Ste. 702
Los Angeles, CA 90017-3853

Holthouse, Carlin & Van Trigt, LLP
11444 W. Olympic Blvd, 11th Floor
Los Angeles, CA 90064-1500

Howard L. Abselet
114 Pine Street
Port Jefferson Station, NY 11776-3161

Howard L. Abselet
c/o Henry S. David
The David Firm(R)
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Howard Weg
Robins Kaplan LLP
2049 Century Park East Ste. 3400
Los Angeles, CA 90067-3208

Internal Revenue Service
300 North Los Angeles Street, MS 5022
Los Angeles, CA 90012-3478

Iraj Zokai
1058 22nd Street
Santa Monica, CA 90403-4518

Israel Abselet
c/o Henry S. David
The David Firm(R)
617 West 7th Street, Suite 702
Los Angeles, CA 90017-3853

JCBL Trust
16661 Ventura Blvd Ste. 608
Encino, CA 91436-4831

Jay J. Fathi
235 1/2 Elm St.
Beverly Hills, CA 90212-4010

John Hancock Life Insurance Company
PO Box 894764
Los Angeles, CA 90189-4764

Joshua Paradise Holdings, LLC
c/o Larry G. Ball
100 N. Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Kefayat Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

Keith Owens
Venable LLP
2049 Century Park East Ste. 2300
Los Angeles, CA 90067-3125

Kluger & Stein
16000 Ventura Blvd, Suite 1000
Encino, CA 91436-2762

Law Offices of Homan Taghdiri
1801 Century Park East, Ste. 830
Los Angeles, CA 90067-2302

Law Offices of Paras B Barnett
3883 Howard Hughes Pkwy Ste 790
Las Vegas NV 89169-5995

Levene, Neale, Bender, Yoo & Brill
10250 Constellation Blvd, Suite 170
Los Angeles, CA 90067-6253

M.E.R. Enterprises, Inc.
P.O. Box 32428
Los Angeles, CA 90032-0428

Marc Smith
Krane & Smith
16255 Ventura Blvd. Ste. 600
Encino, CA 91436-2311

Mansure Yashouafar
16661 Ventura Boulevard, Suite 600
Encino, CA 91436-1927

Mayer Makabi
10432 Eastborn Ave., Appt #205
Los Angeles, CA 90024-6188

Mehrdad Taghdiri
9744 Wilshire Blvd. Ste.306
Beverly Hills, CA 90212-1813

Mer Enterprises
P.O. Box 32428
Los Angeles, CA 90032-0428

Michael W. Vivoli
2550 Fifth Avenue, Ste.709
San Diego, CA 92103-6624

Morris Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

N&S Investments LLC
18345 Ventura Blvd. Ste.500
Tarzana, CA 91356-4245

Nasser Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

Neiman Marcus
PO Box 5235
Carol Stream, IL 60197-5235

Neman Brothers and Asst
1525 S Broadway
Los Angeles, CA 90015-3030

Nourollah Siman, Ziba Sarafian
18345 Ventura Blvd., Suite 500
Tarzana, CA 91356-4245

Paradise Spa Owners Association
c/o Solomon Dwiggins & Freer
9060 W. Cheyenne Ave.
Las Vegas, NV 89129-8911

Parvin Rabbani
133 North Willaman
Beverly Hills, CA 90211-2112

Philip Pournazarian
20722 Wells Drive
Woodland Hills, CA 91364-3437

Phillips 66 Co./SYNCB
PO Box 530942
Atlanta, GA 30353-0942

Raymond Yashouafar
16661 Ventura Blvd Ste. 608
Encino, CA 91436-4831

Raymund Carino, on behalf of himself and oth
c/o Solomon Dwiggins & Freer
9060 W. Cheyenne Ave.
Las Vegas, NV 89129-8911

Ready Fresh
PO Box 856158
Louisville, KY40285-6158

Reliable Properties
6399 Wilshire Blvd., Ste. 604
Los Angeles, CA 90048-5709

Robert M. Heller
1880 Century Park East, Ste.615
Los Angeles, CA 90067-1622

Rodney Yashouafar
1033 Hilts Avenue
Los Angeles, CA 90024-3214

Simon Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

Sina Abselet
19 Doral Drive
Manhasset, NY 11030-3907

The Estate of Yahouda Yahoudai
1875 Century Park East Suite 920
Los Angeles, CA 90067-2510

The Nimkoff Firm
28 Robert Circle
Syosset, NY 11791-3828

Thomas J. Weiss
Law Offices of Thomas J. Weiss
1925 Century Park East Ste. 2140
Los Angeles, CA 90067-2722

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

U.S. Bank National Association, as Trustee
c/o Keith C. Owens
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067-3125

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank
c/o Keith Owens
Venable LLP
2049 Century Park East Ste. 2300
Los Angeles, CA 90067-3125

US Bankcorp
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

Union Bank/First Bankcard (FNB Omaha U.B.)
PO Box 2557
Omaha, NE 68103-2557

United Mileage Plus (Chase Card Serv
PO Box 94014
Palatine, IL 60094-4014

Van Nuys Plywood, LLC
Danny Pakravan
3131 Antelo Road
Los Angeles, CA 90077-1603

Vivoli Saccuzzo, LLP
c/o Michael W. Vivoli, Esq.
2550 Fifth Avenue, Suite 709
San Diego, CA  92103
San Diego, CA 92103-6624

Vivopools
825 S. Primrose Ave. Suite H
Monrovia, CA 91016-3413

World Real Estate Group
Farid Faryab
PO Box 15925
Beverly Hills, CA 90209-1925

Wraytec Security Services
4730 Walnut St.
Simi Valley, CA 93063-1440

Yahouda Yahoudai
10390 Wilshire Blvd. #1203
Los Angeles, CA 90024-6451

Yona Samih
11766 Wilshire Blvd, Ste. 260
Los Angeles, CA 90025-6573

Ziba Sarafian
18345 Ventura Blvd., Ste. 500
Tarzana, CA 91356-4245

(p)DAVID KEITH GOTTLIEB  TR
16255 VENTURA BOULEVARD SUITE 440
ENCINO CA 91436-2308

Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356-4245

H. Joseph Nourmand
c/o Snipper Wainer & Markoff
9595 Wilshire Boulevard
Suite 201
Beverly Hills, CA 90212-2502

Howard L. Abselet
c/o Henry S. David
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Israel Abselet

Jack NOURAFSHAN
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave., 37th Floor
Los Angeles, CA 90071-3147

Mark E Goodfriend
Law Offices of Mark E Goodfriend
16055 Ventrua Blvd
Encino, CA 91436-2601

Massoud Aaron Yashouafar
c/o Merritt, Hagen & Sharf, LLP
5950 Canoga Ave
Suite 400
Woodland Hills, CA 91367-5037

Parvin NOURAFSHAN
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave., 37th Floor
Los Angeles, CA 90071-3147

Raymund Carino
c/o Wolf, Rifkin, Shapiro, Schulman & Ra
11400 West Olympic Blvd., 9th Floor
Los Angeles, CA 90064-1582

Simon Barlava
2209 South Santa Avenue
Los Angeles, CA 90058-1109

Solyman Yashouafar
4633 White Oak Place
Encino, CA 91316-4336

Thomas P Jeremiassen (TR)
Development Specialists, Inc.
333 South Grand Ave., Suite 4100
Los Angeles, CA 90071-1571

William Harold Brownstein
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Chase Card Services
PO Box 94014
Palatine, IL 60094-4014

(d)Chase Card Services (Southwest)
PO Box 94014
Palatine, IL 60094-4014

US Bank
PO Box 790408
Saint Louis, MO 63179-0408

David Keith Gottlieb (TR)
16255 Ventura Boulevard, Suite 440
Encino, CA CA 91436

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alliance Property Investments Inc

(u)BMW Financial Services NA, LLC a servicing

(u)Baker & Hostetler LLP

(u)Berkeley Research Group LLC

(u)Carla Ridge, LLC

(u)Courtesy NEF

(du)Courtesy NEF

(u)Desert Field, LLC

(u)Development Specialists Inc

(u)Foley & Lardner LLP

(u)Official Committee of Unsecured Creditors

(u)PY Note Investors, LLC

(u)Simon Barlava and Related Individuals and

(u)Van Nuys Plywood, LLC

(u)Danny Pakravan

(u)Doris Moradzadeh

(u)Hamid Joseph Nourmand

(u)Iraj Zokai

(u)Nourollah Siman

(u)Robert M. Heller, Esq.

(u)Rosa Zokai

(d)Sina Abselet
19 Doral Drive
Manhasset, NY 11030-3907

(d)Yona Smith
11766 Wilshire Blvd Suite 260
Los Angeles, CA 90025-6573

(u)the Registered Holders of CD 2006-CD3 U.S.

End of Label Matrix
Mailable recipients    115
Bypassed recipients     24
Total                  139

(d)Sina Abselet
19 Doral Drive
Manhasset, NY 11030-3907

(l)Yona Smith
11766 Wilshire Blvd Suite 260
Los Angeles, CA 90025-6573

(u)the Registered Holders of CD 2006-CD3 U.S.

End of Label Matrix
Mailable recipients    115
Bypassed recipients     24
Total                  139

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled: ***DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **<u>July 12, 2021,</u>** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **<u>July 12, 2021,</u>** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>VIA OVERNIGHT MAIL</u>**
Hon. Geraldine Mund
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 312 / Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 12, 2021 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

_____
This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2016                          Page 3   **F 9013-1.2.NO REQUEST.HEARING.DEC.**DOCS_LA:338887.1 32274/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

## Mailing Information for Case 1:17-ap-01040-MT

- **Timothy C Aires**    tca@arlawyers.com, gperez@arlawyers.com
- **Bret D. Allen**    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **Simon Aron**    saron@wrslawyers.com, eweiman@wrslawyers.com
- **Lauren T Attard**    lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Larry G Ball**    lball@hallestill.com, kbauer@hallestill.com
- **William H Brownstein**    Brownsteinlaw.bill@gmail.com
- **Carol Chow**    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **Aaron E DE Leest**    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Henry S David**    hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- **Brian L Davidoff**    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Michael T Delaney**    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Fahim Farivar**    fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- **Todd S Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Marian Garza**    ecfnotices@ascensioncapitalgroup.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **Mark E Goodfriend**    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- **David Keith Gottlieb (TR)**    dkgtrustee@dkgallc.com,
  dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- **Gail S Greenwood**    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **Lee W Harwell**    leehar@earthlink.net, shada12200@hotmail.com
- **Eric P Israel**    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Andrew V Jablon**    ajablon@rpblaw.com, ntariche@rpblaw.com
- **Thomas P Jeremiassen (TR)**    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- **Robert B Kaplan**    rbk@jmbm.com
- **Andrew F Kim**    akim@afklaw.com, 6229175420@filings.docketbird.com
- **Matthew Kramer**    mkramer@wwhgd.com, iperez@wwhgd.com
- **Zi Chao Lin**    zlin@garrett-tully.com, dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Daniel J McCarthy**    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Ashley M McDow**    amcdow@foley.com, smoses@foley.com;ashley-mcdow-8850@ecf.pacerpro.com;swells@foley.com
- **Kevin Meek**    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **C John M Melissinos**    jmelissinos@greenbergglusker.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Jessica Mickelsen Simon**    simonjm@ballardspahr.com, carolod@ballardspahr.com
- **William K Mills**    mills@parkermillsllp.com, sally@parkermillsllp.com
- **Shane J Moses**    smoses@foley.com, vgoldsmith@foley.com
- **David L. Neale**    dln@lnbyb.com
- **Juliet Y Oh**    jyo@lnbyb.com, jyo@lnbrb.com
- **Tomas Andres Ortiz**    tortiz@zuberlawler.com
- **Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **Dipika Parmar**    dipika.parmar@aissolution.com
- **Jeremy V Richards**    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **S Margaux Ross**    margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV
- **Kambiz J Shabani**    joseph@shabanipartners.com
- **Mark M Sharf**    msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- **Nico N Tabibi**    nico@tabibilaw.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Maurice Wainer**    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- **Howard J Weg**    hweg@robinskaplan.com
- **Thomas J Weiss**    tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- **Gilbert R Yabes**    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California