John W. Lucas (CA Bar No. 271038)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jlucas@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 7 Trustee of the
Estates of Solyman Yashouafar and Massoud Aaron
Yashouafar

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1]<br><br>Debtors. | Case No.: 1:16-bk-12255-GM<br>Chapter 7<br><br>Jointly Administered<br><br>Case No.: 1:16-bk-12255-GM<br>Chapter 7 |
| In re:<br><br>SOLYMAN YASHOUAFAR,<br><br>Debtor. | Case No.: 1:16-bk-12408-GM<br>Chapter 7 |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>Debtor. | **DECLARATION OF CHAPTER 7 TRUSTEE DAVID K. GOTTLIEB IN SUPPORT OF MOTION FOR SUBSTANTIVE CONSOLIDATION OF THE DEBTORS' ESTATES** |
| Affects:<br><br>☒ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar<br><br>Debtors. | **Hearing**<br>Date:  November 30, 2021<br>Time:  10:00 a.m.<br>Place: 21041 Burbank Blvd., Courtroom 303<br>          Woodland Hills, CA 91367<br>Judge: Hon. Geraldine Mund |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

DOCS_SF:106256.2 32274/002

I, David K. Gottlieb, declare as follows:

1. I am the duly appointed chapter 7 trustee (the "Trustee") in the jointly administered bankruptcy cases (the "Cases") of Solyman Yashouafar and Massoud Aaron Yashouafar (collectively, the "Debtors"). I was originally appointed as the chapter 11 trustee of the Debtors' estates in September 2016. On October 25, 2019, after the estates reached a settlement with the Abselets, I agreed to convert the Cases to chapter 7 at the request of the Debtors and over the objection of the Official Committee of Unsecured Creditors. I was reappointed to continue as the Trustee.

2. I submit this declaration in support of the accompanying *Motion for Substantive Consolidation of the Debtors' Estates* (the "Motion"). If called upon to testify, I would testify to the facts and opinions set forth in this Declaration.

3. Except as otherwise indicated, all facts set forth in this Declaration are based on: my personal knowledge, information supplied by professionals under my supervision, or my opinion based on experience, knowledge, and information concerning the operations of the Debtors. It is my belief that the relief sought in the Motion should be granted because it is the most cost effective and efficient means to administer claims and make distributions to creditors in light of the manner in which in the Debtors conducted their business and the limited remaining resources available to general unsecured creditors.

4. After the Cases were converted to chapter 7, I re-engaged my former bankruptcy counsel to review and reconcile claims and file claim objections to the extent necessary so that the Debtors' estates can be fully administered.

5. Claim registers for each of the Debtors reflect over $80 million of filed claims, including between $15 and $18 million of secured claims. Thirty-eight (38) proofs of claim were filed against Solyman and forty proofs of claim (40) were filed against Massoud. Schedules of the Debtors reflect certain additional undisputed claims. The vast majority of claims, including some of the largest by amount, are filed against both Debtors and most assets were owned by both Debtors. As an example, the Abselets hold claims against both Debtors and have pursued collection against both Debtors. Likewise, DMARC 2007-CDF Garden Street LLC and US Bank each hold multi-

2

DOCS_SF:106256.2 32274/002

million claims against both Debtors. The Barlavas filed claims in the Solyman Case identifying Massoud as the applicable debtor and attaching pleadings that allege claims relating to both Debtors. Most creditors filed identical claims in both Cases. In fact, approximately 78% of the total claims filed in the Solyman Case are duplicative of the same claims filed in the Massoud Case.

6. At this time, the majority of secured claims against the Debtors have been resolved or paid through litigation settlements. Priority and administrative claims still need to be reviewed and paid, together with the remaining secured claims and all general unsecured claims. Before payment of administrative expenses, I estimate that there is approximately $856,000 in total currently available for distribution: the estate of Massoud holds approximately $856,077.25 and the estate of Solyman holds approximately $99.76. For the avoidance of doubt, the foregoing does not take into account the administrative expenses of the estate and any distributions to be made to the Trustee, which will serve to reduce the amount of cash being held by the estates subject to Court approval.

7. The history and pleadings of these Cases reflect the complicated nature of claims against the Debtors and disputes regarding ownership of assets belonging to the Debtors. I believe that substantive consolidation of the Debtors is appropriate because the Debtors, as brothers and business partners, embarked on business ventures, purchased real estate together, borrowed money together, and ultimately share many of the same debts. In fact, the majority of claims filed against one Debtor have also been filed against the other Debtor and, with the exception of their former residences, the Debtors co-owned many of the same assets. Even with respect to their former residences, the homes were used to secure the repayment obligations on promissory notes the Debtors executed for the benefit of their various real estate ventures.

8. As a result of the Debtors' shared business ventures, the Debtors' affairs cannot be disentangled or if they can, it would cause extraordinary expense and delay that would unnecessarily harm all creditor constituents. Substantive consolidation will reduce administrative costs and allow me to make a final distribution of available assets to the Debtors' creditors for the benefit of the creditor body as a whole. Moreover, substantive consolidation will avoid substantial cost and confusion that might be incurred over how to allocate value among the Debtors, which would threaten to exhaust the remaining cash and delay distributions to creditors. In sum, I believe that

3

DOCS_SF:106256.2 32274/002

substantive consolidation will be fair to the Debtors' creditors as a whole and, indeed, more fair than in the absence of substantive consolidation.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge. Executed this 28th day of October, 2021, at Encino, California.

_____
DAVID K. GOTTLEB

DOCS_SF:106256.2 32274/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*)**: DECLARATION OF CHAPTER 7 TRUSTEE DAVID K. GOTTLIEB IN SUPPORT OF MOTION FOR SUBSTANTIVE CONSOLIDATION OF THE DEBTORS' ESTATES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 28, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **October 28, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date)* **October 28, 2021,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Suite 312, Courtroom 303
Woodland Hills, CA 91367
\

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 28, 2021 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340479.1 32274/001

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Timothy C Aires   tca@arlawyers.com, gperez@arlawyers.com
- Bret D. Allen   ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- Simon Aron   saron@wrslawyers.com, eweiman@wrslawyers.com
- Lauren T Attard   lattard@bakerlaw.com, agrosso@bakerlaw.com
- Larry G Ball   lball@hallestill.com, kbauer@hallestill.com
- William H Brownstein   Brownsteinlaw.bill@gmail.com
- Carol Chow   carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- Aaron E DE Leest   adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- Henry S David   hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- Brian L Davidoff   bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Michael T Delaney   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- Fahim Farivar   fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- Todd S Garan   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Marian Garza   ecfnotices@ascensioncapitalgroup.com
- Thomas M Geher   tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Mark E Goodfriend   markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- David Keith Gottlieb (TR)   dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Gail S Greenwood   ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- Lee W Harwell   leehar@earthlink.net, shada12200@hotmail.com
- Eric P Israel   eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Andrew V Jablon   ajablon@rpblaw.com, ntariche@rpblaw.com
- Thomas P Jeremiassen (TR)   tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- Robert B Kaplan   rbk@jmbm.com
- Andrew F Kim   akim@afklaw.com, 6229175420@filings.docketbird.com
- Matthew Kramer   mkramer@wwhgd.com, iperez@wwhgd.com
- Zi Chao Lin   zlin@garrett-tully.com, dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com
- John W Lucas   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Daniel J McCarthy   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- Ashley M McDow   amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- Kevin Meek   kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- C John M Melissinos   jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Jessica Mickelsen Simon   simonjm@ballardspahr.com, carolod@ballardspahr.com
- William K Mills   mills@parkermillsllp.com, sally@parkermillsllp.com
- Shane J Moses   smoses@foley.com, vgoldsmith@foley.com
- David L. Neale   dln@lnbyb.com
- Juliet Y Oh   jyo@lnbrb.com, jyo@lnbrb.com
- Tomas A Ortiz   tortiz@garrett-tully.com
- Keith C Owens   kowens@foxrothschild.com, khoang@foxrothschild.com
- Dipika Parmar   dipika.parmar@aissolution.com
- Jeremy V Richards   jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Ronald N Richards   ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- S Margaux Ross   margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV
- Kambiz J Shabani   joseph@shabanipartners.com
- Mark M Sharf   msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- Nico N Tabibi   nico@tabibilaw.com
- United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
- Maurice Wainer   mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- Howard J Weg   hweg@robinskaplan.com
- Thomas J Weiss   tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- Gilbert R Yabes   ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340479.1 32274/001

**2. SERVED BY UNITED STATES MAIL:**

| | |
|---|---|
| Solyman Yashouafar<br>4633 White Oak Place<br>Encino, CA 91316 | Massoud Aaron Yashouafar<br>12730 Montana Ave.<br>Los Angeles, CA 90049 |

### REQUEST FOR NOTICE LIST

| | |
|---|---|
| **Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates**<br>Keith C. Owens<br>Jennifer L. Nassiri<br>VENABLE LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 229-9900<br>Facsimile: (310) 229-9901<br>Email:    kowens@venable.com<br>           jnassiri@venable.com | **Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates**<br>Gregory A. Cross<br>VENABLE LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, MD 21202<br>Telephone: (410) 244-7400<br>Facsimile: (410) 244-7742<br>Email:     gacross@venable.com |
| Eli Javid Bendavid<br>6839 Kings Harbor Drive<br>Rancho Palos Verdes, CA 90275-4621 | Fahim Farivar<br>Farivar Law Firm PC<br>18653 Ventura Blvd., Suite 362<br>Tarzana, CA 91356 |
| BMW Financial Services<br>Customer Service Center<br>PO Box 3608<br>Dublin OH 43016-0306 | BMW Financial Services NA LLC<br>4515 Santa Fe Avenue<br>Dept. APS<br>Oklahoma City, OK 73118-7901 |

| | | |
|---|---|---|
| Howard L. Abselet<br>c/o Henry S. David<br>617 W. 7th Street, Suite 702<br>Los Angeles, CA 90017 | Israel Abselet, POA for Howard L. Abselet<br>114 Pine Street<br>Pt. Jefferson, NY 11776 | Eli Bendavid<br>1535 Ruhland Avenue<br>Manhattan Beach, CA 90266 |
| Edmond Lavi<br>c/o Lee Harwell, Jr.<br>3424 Carson Street, Suite 320<br>Torrance, CA 90503 | N&S Investment, LLC<br>c/o Baker & Hostetler LLP<br>Attn: Fahim Farivar<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025 | N&S Investment, LLC<br>Attn: Sina Navidbakhsh, Manager<br>18345 Ventura Blvd., Suite 500<br>Tarzana, CA 91356 |
| Yona Samih<br>c/o Baker & Hostetler LLP<br>Attn: Fahim Farivar<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025 | Yona Smith<br>11766 Wilshire Blvd., Suite 260<br>Los Angeles, CA 90025 | DMARC 2007-CD5 Garden Street LLC<br>c/o Aires Law Firm<br>6 Hughes, Suite 205<br>Irvine, CA 92618 |
| DMARC 2007-CD5 Garden Street LLC<br>c/o Aires Law Firm<br>Attn: Timothy Carl Aires, Esq.<br>6 Hughes, Suite 205<br>Irvine, CA 92618 | Mehrdad Taghdiri<br>c/o Vincent James John Romeo<br>3692 Poker Hand Court<br>Las Vegas, NV 89129 | Van Nuys Plywood, LLC<br>Attn: Danny Pakravan, Managing Member<br>3131 Antelo Road<br>Los Angeles, CA 90077 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340479.1 32274/001

| | | |
|---|---|---|
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Andrews Davis, P.C.<br>100 North Broadway, Ste. 3300<br>Oklahoma City, OK 73102 | Andrews Davis, P.C.<br>Attn: David Pomeroy, President<br>100 North Broadway, Suite 3300<br>Oklahoma, OK 73102 |
| Leif E. Swedlow<br>Andrews Davis, P.C.<br>100 North Broadway, Ste. 3300<br>Oklahoma City, OK 73102 | Kefayat Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067 | Carla Ridge LLC<br>Kefayat Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067 |
| Simon Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067 | Simon Barlava<br>524 N. Alpine Drive<br>Beverly Hills, CA 90210 | Carla Ridge LLC<br>Simon Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067 |
| Figueroa Tower II, LP<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 | Figueroa Tower II, LP<br>c/o Resch Polster & Berger, LLP<br>Attn: Andrew Victor Jablon<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 | First National Buildings II, LLC<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 |
| First National Buildings II, LLC<br>c/o Resch Polster & Berger, LLP<br>Attn: Andrew Victor Jablon<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 | Morris Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 | Morris Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Andrew Victor Jablon<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 |
| Carla Ridge LLC<br>Morris Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 | Nasser Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 | Nasser Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Andrew Victor Jablon<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 |
| Carla Ridge LLC<br>Nasser Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 | Law Offices of Paras B Barnett<br>Attn: Paras B. Barnett, Manager<br>3883 Howard Hughes Pkwy., Ste. 790<br>Las Vegas, NV 89169 | Barras Csoka P.L.L.C.<br>Law Offices of Paras B Barnett<br>Attn: Paras B. Barnett, Manager<br>3883 Howard Hughes Pkwy., Ste. 790<br>Las Vegas, NV 89169 |
| U.S. Bank National Assoc., as Trustee<br>c/o Venable LLP<br>Attn: Keith C. Owens<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067 | U.S. Bank National Assoc., as Trustee<br>c/o C-III Asset Management LLC,<br>as Special Servicer<br>Attn: Jenna Unell, Sr. Marketing Dir./<br>    General Counsel<br>5221 North O'Connor Blvd., Suite 600<br>Irving, TX 75039 | Holthouse, Carlin & Van Trigt, LLP<br>11444 W. Olympic Blvd, 11th Floor<br>Los Angeles, CA 90064 |
| Holthouse, Carlin & Van Trigt, LLP<br>Attn: Carol Frischer, Accts. Rec. Manager<br>11444 W. Olympic Blvd, 11th Floor<br>Los Angeles, CA 90064 | The Estate of Yahouda Yahoudai<br>1875 Century Park East Suite 920<br>Los Angeles, CA 90067 | The Yahouda Yahoudai Revocable Living<br>Trust Dtd 9/25/08<br>Attn: Yosi Yahoudai, Trustee<br>1875 Century Park East Suite 920<br>Los Angeles, CA 90067 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                        **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340479.1 32274/001

| | | |
|---|---|---|
| Paradise Spa Owners Association<br>c/o Solomon Dwiggins & Freer<br>Attn:  Alex G. LeVeque<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129 | Raymund Carino, on behalf of himself &<br>others similiarly situated<br>c/o Solomon Dwiggins & Freer<br>Attn:  Alex G. LeVeque<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129 | Chester Tower, LLC<br>Lobel Weiland Golden Friedman LLP<br>Attn:  Jeffrey I. Golden, Esq.<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 |
| Chester Tower, LLC<br>PO Box 32428<br>Los Angeles, CA 90032 | M.E.R. Enterprises, Inc.<br>Lobel Weiland Golden Friedman LLP<br>Attn:  Jeffrey I. Golden, Esq.<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 | M.E.R. Enterprises, Inc.<br>P.O. Box 32428<br>Los Angeles, CA 90032 |
| Greenberg Glusker Fields<br>Claman & Machtinger LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067 | Greenberg Glusker Fields<br>Claman & Machtinger LLP<br>Attn:  Brian L. Davidoff, Dept. Chair<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067 | World Real Estate Group<br>Attn:  Farid Faryab, Managing Director<br>PO Box 15925<br>Beverly Hills, CA 90209 |
| World Accounting Group<br>World Real Estate Group<br>PO Box 15925<br>Beverly Hills, CA 90209 | Joshua Paradise Holdings, LLC<br>c/o Hall Estill<br>Attn:  Larry G. Ball<br>100 N. Broadway, Suite 2900<br>Oklahoma City, OK 73102 | The Nimkoff Firm<br>Attn:  Ronald Alan Nimkoff<br>28 Robert Circle<br>Syosset, NY 11791 |
| Parvin Rabbani<br>133 North Willaman Drive<br>Beverly Hills, CA 90210 | Alliance Property Investments, Inc.<br>c/o Henry S. David<br>The David Firm(R) | Alliance Property Investments, Inc.<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017 |
| Alliance Property Investments, Inc.<br>Attn: Israel Abselet, CEO<br>114 Pine Street<br>Pt. Jefferson Station, NY  11778 | Encino Corporate Plaza, L.P.<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017 | Encino Corporate Plaza, L.P.<br>Attn:  Israel Abselet, President of ECP<br>Bldg, Inc.,<br>General Partner of Encino Corporate<br>Plaza, L.P.<br>114 Pine Street<br>Pt. Jefferson, NY  11776 |
| Israel Abselet<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017 | Vivoli Saccuzzo, LLP<br>c/o Michael W. Vivoli, Esq.<br>2550 Fifth Avenue, Suite 709<br>San Diego, CA 92103 | Jay J. Fathi<br>235 1/2 Elm Drive<br>Beverly Hills, CA 90212 |
| US Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017 | M.E.R. Enterprises, Inc.<br>P.O. Box 32428<br>Los Angeles, CA 90032-0428 | M.E.R. Enterprises, Inc.<br>Attn:  Edmond Nahouray, Manager<br>P.O. Box 32428<br>Los Angeles, CA  90032-0428 |
| Chester Tower, LLC<br>PO Box 32428<br>Los Angeles, CA 90032 | Chester Tower, LLC<br>Attn: Edmond Nahouray, Manager<br>PO Box 32428<br>Los Angeles, CA 90032 | Nourollah Siman, Ziba Sarafian<br>18345 Ventura Blvd., Suite 500<br>Tarzana, CA 91356 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                         **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340479.1 32274/001

| | | |
|---|---|---|
| US Dept. of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI  53708-8973 | US Dept of Education<br>Claims Filing Unit<br>c/o Great Lakes Educational Loan Services, Inc.<br>Attn:  Mary Moua, Claims Filing Specialist<br>2401 International Lane<br>Madison, WI  53704 | |
| BMW Financial Services NA, LLC<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK  73118 | BMW Financial Services NA, LLC<br>c/o Ascension Capital Group<br>Attn:  Marian Garza, Claims Processor<br>PO Box 201347<br>Arlington, TX  76006 | BMW Financial Services NA, LLC<br>P.O. Box 3608<br>Dublin, OH  43016 |
| | Levene, Neale, Bender, Yoo & Brill<br>10250 Constellation Blvd, Suite 1700<br>Los Angeles, CA  90067 | Levene, Neale, Bender, Yoo & Brill<br>Attn:  David L. Neale, Partner<br>10250 Constellation Blvd, Suite 1700<br>Los Angeles, CA  90067 |
| Discover Bank<br>c/o Discover Products Inc.<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Bank<br>c/o Discover Products Inc.<br>Attn:  Darlene Slusher, Sr. Bk Specialist<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Card<br>Discover Financial Services<br>Discover Products Inc.<br>Discover Bank<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Southern California Edison<br>1551 W. San Bernardino Road<br>Covina, CA  91722 | Edmond Lavi<br>5177 Avenida Hacienda<br>Tarzana, CA  91356 | Mehrdad Taghdiri<br>9744 Wilshire Blvd. Ste.306<br>Beverly Hills, CA  90212 |
| BMW Bank of North America<br>PO Box 23356<br>Pittsburgh, PA  15222 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>Attn:  Kevin Hutty<br>Franchise Tax Board Claim Agent<br>PO Box 2952<br>Sacramento, CA  95812-2952 | Paradise Spa Owners Association<br>c/o Solomon Dwiggins & Freer, Ltd.<br>Attn:  Mark A. Solomon<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV  89129 |
| Paradise Spa Owners Association<br>c/o Solomon Dwiggins & Freer, Ltd.<br>Attn:  Alexander G. LeVeque<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV  89129 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>Attn:  Gregory P. Deegan, Claims Adm.<br>PO Box 3001<br>Malvern, PA  19355-0701 |
| Southern California Gas Company;<br>Mass Market Credit & Collections<br>PO Box 30337<br>Los Angeles, CA  90030 | Southern California Gas Company<br>Attn:  Abiola Dawodu, Mass Market Credit & Collections Dept. Supervisor<br>PO Box 30337<br>Los Angeles, CA  90030 | Southern California Edison<br>PO Box 30337<br>Los Angeles, CA  90030 |
| The Gas Company<br>Southern California Gas Company;<br>Mass Market Credit & Collections<br>PO Box 30337<br>Los Angeles, CA  90030 | Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN  55113-0011 | Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>Attn:  Ed Gezel, Agent<br>PO Box 131265<br>Roseville, MN  55113-0011 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340479.1 32274/001

| | | |
|---|---|---|
| Elkwood Associate LLC<br>Attn: Daniel J McCarthy<br>300 S Grand Avenue, 37th Floor<br>Los Angeles, CA  90071 | Elkwood Associate LLC<br>Attn: Jack Nourafshan, Manager<br>300 S Grand Avenue, 37th Floor<br>Los Angeles, CA  90071 | Joshua Paradise Holdings, LLC<br>Attn: Leon Neman, Manager<br>1525 S. Broadway Street<br>Los Angeles, CA  90015 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank (USA), N.A.<br>c/o American InfoSource<br>Attn: Ashley Boswell, Paralegal<br>PO Box 71083<br>Charlotte, NC  28272-1083 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis, MO  63166-0108 |
| U.S. Bank National Association<br>Attn: Jacqueline Marie Blum, Paralegal<br>Bankruptcy Department<br>PO Box 108<br>St. Louis, MO  63166-0108 | Nourollah Siman<br>Ziba Sarafian<br>c/o Farivar Law & Tax Firm, APC<br>18345 Ventura Blvd., Suite 500<br>Tarzana, CA  91356 | |
| Sina Abselet<br>16 Doral Drive<br>Manhasset, NY  11030 | A. David Mongan<br>4558 Toni Lane<br>La Mesa, CA  91941 | |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340479.1 32274/001