John W. Lucas (CA Bar No. 271038)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jlucas@pszjlaw.com
           ggreenwood@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 7 Trustee of the
Estates of Solyman Yashouafar and Massoud Aaron
Yashouafar

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1]<br><br>Debtors. | Case No.: 1:16-bk-12255-GM<br>Chapter 7<br><br>Jointly Administered<br><br>Case No.: 1:16-bk-12255-GM<br>Chapter 7 |
| In re:<br><br>SOLYMAN YASHOUAFAR,<br><br>Debtor. | Case No.: 1:16-bk-12408-GM<br>Chapter 7<br><br>**NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION OF THE DEBTORS' ESTATES** |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>Debtor.<br><br>Affects:<br><br>☑ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar<br><br>Debtors. | **Hearing**<br>Date:  November 30, 2021<br>Time:  10:00 a.m.<br>Place: 21041 Burbank Blvd., Courtroom 303<br>         Woodland Hills, CA 91367<br>Judge: Hon. Geraldine Mund<br><br>Relates to Docket Nos.: 846, 847 |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

DOCS_LA:340417.1 32274/002

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE, ALL CREDITORS THAT HAVE FILED PROOFS OF CLAIM, AND ALL PARTIES REQUESTING NOTICE:**

**PLEASE TAKE NOTICE** that David K. Gottlieb, the duly appointed Chapter 7 trustee (the "Trustee") in the jointly administered bankruptcy cases (the "Cases") of Solyman Yashouafar and Massoud Aaron Yashouafar (the "Debtors"), has filed a motion (the "Motion") [Docket No. 846] for entry of an order pursuant to Bankruptcy Code section 105, substantively consolidating the Debtors' estates. The vast majority of creditors have filed proofs of claim in both Cases and/or are scheduled as creditors of both estates. The Debtors are brothers who are liable on many of the same debts, resulting from the same business and real estate transactions. The majority of claims filed against one Debtor have also been filed against the other Debtor and, with the exception of their former residences, the Debtors co-owned many of the same assets. Their estates are so entangled that substantive consolidation of all assets and liabilities will reduce administrative costs and will benefit all creditors.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion has been scheduled for **November 30, 2021** at **10:00 a.m. Pacific Time**, or as soon thereafter as counsel may be heard before the Honorable Geraldine Mund, United States Bankruptcy Judge, in Courtroom 303, 21041 Burbank Boulevard, Woodland Hills, California 91367.

**PLEASE TAKE FURTHER NOTICE** that the Court will conduct the hearing remotely, using ZoomGov audio and video technology. Individuals will not be permitted access to the courtroom. The following is the unique ZoomGov connection information for the above-referenced hearing:

**Video/audio web address:** **https://cacb.zoomgov.com/j/1603326912**
**ZoomGov Meeting ID:** **160 332 6912**
**Password:** **744610**

**Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666**
**ZoomGov Meeting ID:** **160 332 6912**
**Password:** **744610**

2

DOCS_LA:340417.1 32274/002

1  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(f),
2  if you wish to oppose the Motion, you must file a written response with the Court and serve a copy
3  of it upon the undersigned counsel no later than fourteen (14) days prior to the hearing on the
4  Motion.  The failure to properly file and serve an opposition may be deemed consent to the relief
5  requested in the Motion or a waiver of any right to oppose the Motion.

7  Dated:  October 28, 2021                    PACHULKSI STANG ZIEHL & JONES LLP

9                                              By:    */s/ John W. Lucas*
                                                      John W. Lucas
10                                                    Gail S. Greenwood

11                                              Attorneys for David Gottlieb, Chapter 7 Trustee of the
                                                Estates of Solyman Yashouafar and Massoud Aaron
12                                              Yashouafar

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

DOCS_LA:340417.1 32274/002

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION OF THE DEBTORS' ESTATES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 28, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **October 28, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 28, 2021,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Suite 312, Courtroom 303
Woodland Hills, CA 91367
\

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 28, 2021 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340479.1 32274/001

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Timothy C Aires    tca@arlawyers.com, gperez@arlawyers.com
- Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- Simon Aron    saron@wrslawyers.com, eweiman@wrslawyers.com
- Lauren T Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Larry G Ball    lball@hallestill.com, kbauer@hallestill.com
- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- Aaron E DE Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- Henry S David    hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Michael T Delaney    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- Fahim Farivar    fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Marian Garza    ecfnotices@ascensioncapitalgroup.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Mark E Goodfriend    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- Lee W Harwell    leehar@earthlink.net, shada12200@hotmail.com
- Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Andrew V Jablon    ajablon@rpblaw.com, ntariche@rpblaw.com
- Thomas P Jeremiassen (TR)    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- Robert B Kaplan    rbk@jmbm.com
- Andrew F Kim    akim@afklaw.com, 6229175420@filings.docketbird.com
- Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com
- Zi Chao Lin    zlin@garrett-tully.com, dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- Ashley M McDow    amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Jessica Mickelsen Simon    simonjm@ballardspahr.com, carolod@ballardspahr.com
- William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com
- Shane J Moses    smoses@foley.com, vgoldsmith@foley.com
- David L. Neale    dln@lnbyb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Tomas A Ortiz    tortiz@garrett-tully.com
- Keith C Owens    kowens@foxrothschild.com, khoang@foxrothschild.com
- Dipika Parmar    dipika.parmar@aissolution.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- S Margaux Ross    margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV
- Kambiz J Shabani    joseph@shabanipartners.com
- Mark M Sharf    msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- Nico N Tabibi    nico@tabibilaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Maurice Wainer    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- Howard J Weg    hweg@robinskaplan.com
- Thomas J Weiss    tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340479.1 32274/001

**2. SERVED BY UNITED STATES MAIL:**

| | |
|---|---|
| Solyman Yashouafar<br>4633 White Oak Place<br>Encino, CA 91316 | Massoud Aaron Yashouafar<br>12730 Montana Ave.<br>Los Angeles, CA 90049 |

**REQUEST FOR NOTICE LIST**

| | |
|---|---|
| **Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates**<br>Keith C. Owens<br>Jennifer L. Nassiri<br>VENABLE LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 229-9900<br>Facsimile: (310) 229-9901<br>Email:    kowens@venable.com<br>           jnassiri@venable.com | **Attorneys for U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates**<br>Gregory A. Cross<br>VENABLE LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, MD 21202<br>Telephone: (410) 244-7400<br>Facsimile: (410) 244-7742<br>Email:    gacross@venable.com |
| Eli Javid Bendavid<br>6839 Kings Harbor Drive<br>Rancho Palos Verdes, CA 90275-4621 | Fahim Farivar<br>Farivar Law Firm PC<br>18653 Ventura Blvd., Suite 362<br>Tarzana, CA 91356 |
| BMW Financial Services<br>Customer Service Center<br>PO Box 3608<br>Dublin OH 43016-0306 | BMW Financial Services NA LLC<br>4515 Santa Fe Avenue<br>Dept. APS<br>Oklahoma City, OK 73118-7901 |

Howard L. Abselet
c/o Henry S. David
617 W. 7th Street, Suite 702
Los Angeles, CA 90017

Israel Abselet, POA for Howard L. Abselet
114 Pine Street
Pt. Jefferson, NY 11776

Eli Bendavid
1535 Ruhland Avenue
Manhattan Beach, CA 90266

Edmond Lavi
c/o Lee Harwell, Jr.
3424 Carson Street, Suite 320
Torrance, CA 90503

N&S Investment, LLC
c/o Baker & Hostetler LLP
Attn: Fahim Farivar
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025

N&S Investment, LLC
Attn: Sina Navidbakhsh, Manager
18345 Ventura Blvd., Suite 500
Tarzana, CA 91356

Yona Samih
c/o Baker & Hostetler LLP
Attn: Fahim Farivar
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025

Yona Smith
11766 Wilshire Blvd., Suite 260
Los Angeles, CA 90025

DMARC 2007-CD5 Garden Street LLC
c/o Aires Law Firm
6 Hughes, Suite 205
Irvine, CA 92618

DMARC 2007-CD5 Garden Street LLC
c/o Aires Law Firm
Attn: Timothy Carl Aires, Esq.
6 Hughes, Suite 205
Irvine, CA 92618

Mehrdad Taghdiri
c/o Vincent James John Romeo
3692 Poker Hand Court
Las Vegas, NV 89129

Van Nuys Plywood, LLC
Attn: Danny Pakravan, Managing Member
3131 Antelo Road
Los Angeles, CA 90077

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340479.1 32274/001

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Andrews Davis, P.C.
100 North Broadway, Ste. 3300
Oklahoma City, OK 73102

Andrews Davis, P.C.
Attn:  David Pomeroy, President
100 North Broadway, Suite 3300
Oklahoma, OK  73102

Leif E. Swedlow
Andrews Davis, P.C.
100 North Broadway, Ste. 3300
Oklahoma City, OK 73102

Kefayat Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067

Carla Ridge LLC
Kefayat Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067

Simon Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067

Simon Barlava
524 N. Alpine Drive
Beverly Hills, CA 90210

Carla Ridge LLC
Simon Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067

Figueroa Tower II, LP
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th Floor
Los Angeles, CA 90067

Figueroa Tower II, LP
c/o Resch Polster & Berger, LLP
Attn:  Andrew Victor Jablon
1840 Century Park East, 17th Floor
Los Angeles, CA  90067

First National Buildings II, LLC
c/o Resch Polster & Berger, LLP
Attn:  Michael Baum
1840 Century Park East, 17th Floor
Los Angeles, CA 90067

First National Buildings II, LLC
c/o Resch Polster & Berger, LLP
Attn:  Andrew Victor Jablon
1840 Century Park East, 17th Floor
Los Angeles, CA 90067

Morris Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th Floor
Los Angeles, CA 90067

Morris Barlava
c/o Resch Polster & Berger, LLP
Attn:  Andrew Victor Jablon
1840 Century Park East, 17th Floor
Los Angeles, CA 90067

Carla Ridge LLC
Morris Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th Floor
Los Angeles, CA 90067

Nasser Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th Floor
Los Angeles, CA 90067

Nasser Barlava
c/o Resch Polster & Berger, LLP
Attn:  Andrew Victor Jablon
1840 Century Park East, 17th Floor
Los Angeles, CA 90067

Carla Ridge LLC
Nasser Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th Floor
Los Angeles, CA 90067

Law Offices of Paras B Barnett
Attn:  Paras B. Barnett, Manager
3883 Howard Hughes Pkwy., Ste. 790
Las Vegas, NV 89169

Barras Csoka P.L.L.C.
Law Offices of Paras B Barnett
Attn:  Paras B. Barnett, Manager
3883 Howard Hughes Pkwy., Ste. 790
Las Vegas, NV 89169

U.S. Bank National Assoc., as Trustee
c/o Venable LLP
Attn:  Keith C. Owens
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

U.S. Bank National Assoc., as Trustee
c/o C-III Asset Management LLC,
as Special Servicer
Attn:  Jenna Unell, Sr. Marketing Dir./
       General Counsel
5221 North O'Connor Blvd., Suite 600
Irving, TX  75039

Holthouse, Carlin & Van Trigt, LLP
11444 W. Olympic Blvd, 11th Floor
Los Angeles, CA 90064

Holthouse, Carlin & Van Trigt, LLP
Attn:  Carol Frischer, Accts. Rec. Manager
11444 W. Olympic Blvd, 11th Floor
Los Angeles, CA 90064

The Estate of Yahouda Yahoudai
1875 Century Park East Suite 920
Los Angeles, CA 90067

The Yahouda Yahoudai Revocable Living
Trust Dtd 9/25/08
Attn:  Yosi Yahoudai, Trustee
1875 Century Park East Suite 920
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                            **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340479.1 32274/001

| | | |
|---|---|---|
| Paradise Spa Owners Association<br>c/o Solomon Dwiggins & Freer<br>Attn: Alex G. LeVeque<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129 | Raymund Carino, on behalf of himself &<br>others similiarly situated<br>c/o Solomon Dwiggins & Freer<br>Attn: Alex G. LeVeque<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129 | Chester Tower, LLC<br>Lobel Weiland Golden Friedman LLP<br>Attn: Jeffrey I. Golden, Esq.<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 |
| Chester Tower, LLC<br>PO Box 32428<br>Los Angeles, CA 90032 | M.E.R. Enterprises, Inc.<br>Lobel Weiland Golden Friedman LLP<br>Attn: Jeffrey I. Golden, Esq.<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 | M.E.R. Enterprises, Inc.<br>P.O. Box 32428<br>Los Angeles, CA 90032 |
| Greenberg Glusker Fields<br>Claman & Machtinger LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067 | Greenberg Glusker Fields<br>Claman & Machtinger LLP<br>Attn: Brian L. Davidoff, Dept. Chair<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067 | World Real Estate Group<br>Attn: Farid Faryab, Managing Director<br>PO Box 15925<br>Beverly Hills, CA 90209 |
| World Accounting Group<br>World Real Estate Group<br>PO Box 15925<br>Beverly Hills, CA 90209 | Joshua Paradise Holdings, LLC<br>c/o Hall Estill<br>Attn: Larry G. Ball<br>100 N. Broadway, Suite 2900<br>Oklahoma City, OK 73102 | The Nimkoff Firm<br>Attn: Ronald Alan Nimkoff<br>28 Robert Circle<br>Syosset, NY 11791 |
| Parvin Rabbani<br>133 North Willaman Drive<br>Beverly Hills, CA 90210 | Alliance Property Investments, Inc.<br>c/o Henry S. David<br>The David Firm(R) | Alliance Property Investments, Inc.<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017 |
| Alliance Property Investments, Inc.<br>Attn: Israel Abselet, CEO<br>114 Pine Street<br>Pt. Jefferson Station, NY 11778 | Encino Corporate Plaza, L.P.<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017 | Encino Corporate Plaza, L.P.<br>Attn: Israel Abselet, President of ECP Bldg, Inc.,<br>General Partner of Encino Corporate Plaza, L.P.<br>114 Pine Street<br>Pt. Jefferson, NY 11776 |
| Israel Abselet<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017 | Vivoli Saccuzzo, LLP<br>c/o Michael W. Vivoli, Esq.<br>2550 Fifth Avenue, Suite 709<br>San Diego, CA 92103 | Jay J. Fathi<br>235 1/2 Elm Drive<br>Beverly Hills, CA 90212 |
| US Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017 | M.E.R. Enterprises, Inc.<br>P.O. Box 32428<br>Los Angeles, CA 90032-0428 | M.E.R. Enterprises, Inc.<br>Attn: Edmond Nahouray, Manager<br>P.O. Box 32428<br>Los Angeles, CA 90032-0428 |
| Chester Tower, LLC<br>PO Box 32428<br>Los Angeles, CA 90032 | Chester Tower, LLC<br>Attn: Edmond Nahouray, Manager<br>PO Box 32428<br>Los Angeles, CA 90032 | Nourollah Siman, Ziba Sarafian<br>18345 Ventura Blvd., Suite 500<br>Tarzana, CA 91356 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340479.1 32274/001

| | | |
|---|---|---|
| US Dept. of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI  53708-8973 | US Dept of Education<br>Claims Filing Unit<br>c/o Great Lakes Educational Loan Services, Inc.<br>Attn:  Mary Moua, Claims Filing Specialist<br>2401 International Lane<br>Madison, WI  53704 | |
| BMW Financial Services NA, LLC<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK  73118 | BMW Financial Services NA, LLC<br>c/o Ascension Capital Group<br>Attn:  Marian Garza, Claims Processor<br>PO Box 201347<br>Arlington, TX  76006 | BMW Financial Services NA, LLC<br>P.O. Box 3608<br>Dublin, OH  43016 |
| | Levene, Neale, Bender, Yoo & Brill<br>10250 Constellation Blvd, Suite 1700<br>Los Angeles, CA  90067 | Levene, Neale, Bender, Yoo & Brill<br>Attn:  David L. Neale, Partner<br>10250 Constellation Blvd, Suite 1700<br>Los Angeles, CA  90067 |
| Discover Bank<br>c/o Discover Products Inc.<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Bank<br>c/o Discover Products Inc.<br>Attn:  Darlene Slusher, Sr. Bk Specialist<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Card<br>Discover Financial Services<br>Discover Products Inc.<br>Discover Bank<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Southern California Edison<br>1551 W. San Bernardino Road<br>Covina, CA  91722 | Edmond Lavi<br>5177 Avenida Hacienda<br>Tarzana, CA  91356 | Mehrdad Taghdiri<br>9744 Wilshire Blvd. Ste.306<br>Beverly Hills, CA  90212 |
| BMW Bank of North America<br>PO Box 23356<br>Pittsburgh, PA  15222 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>Attn:  Kevin Hutty<br>Franchise Tax Board Claim Agent<br>PO Box 2952<br>Sacramento, CA  95812-2952 | Paradise Spa Owners Association<br>c/o Solomon Dwiggins & Freer, Ltd.<br>Attn:  Mark A. Solomon<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV  89129 |
| Paradise Spa Owners Association<br>c/o Solomon Dwiggins & Freer, Ltd.<br>Attn:  Alexander G. LeVeque<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV  89129 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>Attn:  Gregory P. Deegan, Claims Adm.<br>PO Box 3001<br>Malvern, PA  19355-0701 |
| Southern California Gas Company;<br>Mass Market Credit & Collections<br>PO Box 30337<br>Los Angeles, CA  90030 | Southern California Gas Company<br>Attn:  Abiola Dawodu, Mass Market Credit & Collections Dept. Supervisor<br>PO Box 30337<br>Los Angeles, CA  90030 | Southern California Edison<br>PO Box 30337<br>Los Angeles, CA  90030 |
| The Gas Company<br>Southern California Gas Company;<br>Mass Market Credit & Collections<br>PO Box 30337<br>Los Angeles, CA  90030 | Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN  55113-0011 | Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>Attn:  Ed Gezel, Agent<br>PO Box 131265<br>Roseville, MN  55113-0011 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340479.1 32274/001

| | | |
|---|---|---|
| Elkwood Associate LLC<br>Attn: Daniel J McCarthy<br>300 S Grand Avenue, 37th Floor<br>Los Angeles, CA  90071 | Elkwood Associate LLC<br>Attn: Jack Nourafshan, Manager<br>300 S Grand Avenue, 37th Floor<br>Los Angeles, CA  90071 | Joshua Paradise Holdings, LLC<br>Attn: Leon Neman, Manager<br>1525 S. Broadway Street<br>Los Angeles, CA  90015 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank (USA), N.A.<br>c/o American InfoSource<br>Attn: Ashley Boswell, Paralegal<br>PO Box 71083<br>Charlotte, NC  28272-1083 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis, MO  63166-0108 |
| U.S. Bank National Association<br>Attn: Jacqueline Marie Blum, Paralegal<br>Bankruptcy Department<br>PO Box 108<br>St. Louis, MO  63166-0108 | Nourollah Siman<br>Ziba Sarafian<br>c/o Farivar Law & Tax Firm, APC<br>18345 Ventura Blvd., Suite 500<br>Tarzana, CA  91356 | |
| Sina Abselet<br>16 Doral Drive<br>Manhasset, NY  11030 | A. David Mongan<br>4558 Toni Lane<br>La Mesa, CA  91941 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340479.1 32274/001