1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Richard M. Pachulski (SBN 90073)
Jeffrey W. Dulberg (SBN 181200)
Jason S. Pomerantz (SBN 157216)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   rpachulski@pszjlaw.com
               jdulberg@pszjlaw.com
               jspomerantz@pszjlaw.com

Attorneys for Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>KSL MEDIA, INC., T.V. 10'S, LLC, and FULCRUM 5, INC.,<br><br>                      Debtors.<br><br>_____<br><br>☐ Affects KSL Media, Inc.<br>☐ Affects T.V. 10's, LLC<br>☐ Affects Fulcrum 5, Inc.<br>☒ Affects All Debtors | Chapter 7<br><br>Case No.: 1:13-bk-15929-AA<br><br>Jointly Administered with Case Nos.: 1:13-bk-15930-AA and 1:13-bk-15931-AA<br><br>**NOTICE OF AMENDED HEARING DATE AND/OR TIME ON OMNIBUS MOTION FOR ORDER DISALLOWING CLAIMS WHICH HAVE BEEN AMENDED AND SUPERSEDED BY SUBSEQUENTLY FILED PROOFS OF CLAIMS**<br><br>**This Motion Affects The Following Claimants:**<br><br>**Black Entertainment Television LLC, Claim 123** (Amended by Claim 504)<br>**Chattanooga Times Free Press, Claim 287** (Amended by Claim 444)<br>**Entercom Communications Corp., Claim 364** (Amended by Claim 510)<br>**Google, Inc., Claim 407** (Amended by Claim 517)<br>**Guitar Center, Inc., Claim 167** (Amended by Claim 536)<br>**Hearst Digital Media, Claim F13**[1] (Amended by Claim F49)<br>**Hearst Digital Media, Claim F44** (Amended by Claim F49)<br>**KABC-TV Los Angeles, Claim 129** (Amended by Claim 339)<br>**Metro Corp d/b/a Metrocorp, Claim 25** (Amended by Claims 318, 386) |

---

[1] The letter "F" represents a claim filed in Fulcrum 5, Inc. case.

DOCS_LA:281815.1 47516/003

1

2

3

4

5

6

7

8

9

10

11

**PACHULSKI STANG ZIEHL & JONES LLP**
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MTV Networks, a division of Viacom Int'l, Inc., Claim 384** (Amended by Claim 440)
**Chattanooga Times Free Press, Claim 166** (Amended by Claim 444)
**Valassis, Claim 239** (Amended by Claim 500)
**Viacom Media Networks, Claim 92** (Amended by Claim 440)
**Viacom Media Networks, Claim TV06** (Amended by Claim TV 23, TV18[2])
**Wilson Media Group, Inc., Claim 256** (Amended by Claim 503)

Date:          October 29, 2014
**New Time:     11:00 a.m.**
Courtroom:      303
Place:          21041 Burbank Blvd.
                Woodland Hills, CA  91367

Judge:          Hon. Alan M. Ahart

**PLEASE TAKE NOTICE** that the Court has moved the time of the *Omnibus Motion of Trustee for Order Disallowing Amended and Superseded Claims* [Docket No. 752] (the "Motion") from 10:00 a.m. to **11:00 am** as set forth above.

Dated:    September 26, 2014        PACHULSKI STANG ZIEHL & JONES LLP

By      */s/ Jeffrey W. Dulberg*
        Richard M. Pachulski
        Jeffrey W. Dulberg
        Jason S. Pomerantz

        Counsel for Chapter 7 Trustee David K. Gottlieb

---

[2] The letters "TV" represent a claim filed in TV 10's, LLC, case.

DOCS_LA:281815.1 47516/003                    2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**


A true and correct copy of the foregoing document entitled (*specify*):  ***NOTICE OF AMENDED HEARING DATE AND/OR TIME FOR MOTION FOR ORDER DISALLOWING CLAIMS WHICH HAVE BEEN AMENDED AND SUPERSEDED BY SUBSEQUENTLY FILED PROOFS OF CLAIMS*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:


**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 26, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page


**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **September 26, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

☒  Service information continued on attached page


**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 26, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.


**VIA HAND DELIVERY**                                **By Email**
Honorable Alan M. Ahart                              Attorneys for CoreMedia
United States Bankruptcy Court                       Lisa Bonsall
San Fernando Valley Division                         LBonsall@McCarter.com
21041 Burbank Blvd., Suite 342
Woodland Hills, CA  91367-6606


☐  Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 26, 2014 | Megan Wertz | */s/ Megan Wertz* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 1:13-bk-15929-AA**

- *Allison R Axenrod    allison@claimsrecoveryllc.com*
- *James C Behrens    jbehrens@greenbergglusker.com, jreinglass@ggfirm.com;kwoodson@ggfirm.com;sgaeta @ggfirm.com;calendar@ggfirm.com*
- *Michael V Blumenthal    michael.blumenthal@tklaw.com, alisa.brenes@tklaw.com*
- *Wanda Borges    ecfcases@borgeslawllc.com*
- *Kayla D Britton    kayla.britton@faegrebd.com*
- *Howard Camhi    hcamhi@ecjlaw.com, kanthony@ecjlaw.com*
- *Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com*
- *Jeff Cohen    JC@SouthpawAsset.com*
- *Vincent M Coscino    vcoscino@allenmatkins.com, jaallen@allenmatkins.com*
- *Natalie B. Daghbandan    natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryan cave.com*
- *Jon L Dalberg    jdalberg@lgbfirm.com, ncereseto@lgbfirm.com;marizaga@lgbfirm.com;levans @lgbfirm.com;msutton@lgbfirm.com*
- *Ted A Dillman    Ted.dillman@lw.com*
- *Jeffrey W Dulberg    jdulberg@pszjlaw.com*
- *Robert K Edmunds    robert.edmunds@bipc.com, lisa.largent@bipc.com*
- *Lei Lei Wang Ekvall    lekvall@swelawfirm.com, csheets@swelawfirm.com*
- *Joseph D Frank    jfrank@fgllp.com, rheiligman@fgllp.com;ccarpenter@fgllp.com;jkleinman @fgllp.com*
- *Michael A Friedman    mfriedman@gjb-law.com, gjbecf@gjb-law.com*
- *Mary L Fullington    lexbankruptcy@wyattfirm.com, pwest@wyattfirm.com*
- *Thomas M Gaa    tgaa@bbslaw.com*
- *Scott F Gautier    SFGautier@rkmc.com*
- *Fredric Glass    fglass@fairharborcapital.com*
- *Paul R. Glassman    pglassman@sycr.com*
- *Matthew A Gold    courts@argopartners.net*
- *Eric D Goldberg    egoldberg@gordonsilver.com*
- *David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@ecf.epiqsystems.com,rjohnson@dkgallc.com, akuras@dkgallc.com*
- *Emil W Herich    eherich@kilpatricktownsend.com, acaviles@kilpatricktownsend.com;tmeyers@kilpatrickto wnsend.com;sramsey@kilpatricktownsend.com*
- *Marsha A Houston    mhouston@reedsmith.com*
- *Robbin L Itkin    ritkin@steptoe.com*
- *Lawrence M Jacobson    lmj@gfjlawfirm.com*
- *Crystal Johnson    M46380@ATT.COM*
- *Christian A Jordan    cjordan@btlaw.com, tpearsall@btlaw.com*
- *Steven J Kahn    skahn@pszyjw.com*
- *Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com*
- *Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenber gglusker.com;jking@greenbergglusker.com*
- *Rodger M Landau    rlandau@lgbfirm.com, marizaga@lgbfirm.com;kalandy@lgbfirm.com;levans@l gbfirm.com*
- *Mary D Lane    mal@msk.com, mec@msk.com*
- *Paul J Laurin    plaurin@btlaw.com, tpearsall@btlaw.com*
- *Ira M Levee    ilevee@lowenstein.com, ehorn@lowenstein.com*
- *Richard M Lorenzen    RLorenzen@perkinscoie.com, KHardy@perkinscoie.com*
- *Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com*
- *Neeta Menon    nmenon@btlaw.com*
- *Vahid Naziri    vnaziri@anhlegal.com, matthew@anhlegal.com*
- *Matthew Ochs    mjochs@hollandhart.com, sjohnson@hollandhart.com*
- *Robert J Parks    robert.parks@bipc.com;Rachel.waters@bipc.com, robin.robbins@bipc.com*
- *David M Powlen    david.powlen@btlaw.com, pgroff@btlaw.com*
- *Michael H Raichelson    mhr@cabkattorney.com*
- *Thomas Rice    trice@coxsmith.com, phuffstickler@coxsmith.com;aseifert@coxsmith.com*
- *Monica Rieder    mrieder@lgbfirm.com*
- *Christopher O Rivas    crivas@reedsmith.com*
- *Brad Robertson    brad.robertson@cbs.com, brad47@gmail.com*
- *S Margaux Ross    margaux.ross@usdoj.gov, margauxla@yahoo.com*
- *Terrel Ross    tross@trcmllc.com*
- *Norman D Schoenfeld    lsi@liquiditysolutions.com*
- *David B Shemano    DBShemano@rkmc.com*
- *Jonathon Shenson    jshenson@shensonlawgroup.com*
- *Alan R Smith    mail@asmithlaw.com*
- *Tiffany Strelow Cobb    tscobb@vorys.com*
- *Robert Tannor    rtannor@creditorliquidity.com*
- *United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov*
- *Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com*
- *Dennis J Wickham    wickham@scmv.com, nazari@scmv.com*
- *Eric R Wilson kdwbankruptcydepartment@kelleydrye.com*
- *Robert G Wilson    rwilson@lgbfirm.com, kalandy@lgbfirm.com*
- *Douglas Wolfe    dwolfe@asmcapital.com*
- *Victor Yoo    vjy@taxlawyersgroup.com*
- *Bruce J Zabarauskas    bruce.zabarauskas@tklaw.com*
- *Amy A Zuccarello    azuccarello@sandw.com*
- *Roye Zur    rzur@lgbfirm.com, kalandy@lgbfirm.com;marizaga@lgbfirm.com;levans@l gbfirm.com;msutton@lgbfirm.com*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:281819.1 47516/003

**F 9013-3.1.PROOF.SERVICE**

**2. <u>SERVED BY UNITED STATES MAIL</u>:**

**KSL Media, Inc.
2002 SERVICE LIST**

Chapter 7 Trustee
David K. Gottlieb
D. Gottlieb & Associates, LLC
15233 Ventura Blvd. 9th Floor
Sherman Oaks, California, 91403

United States Trustee
S Margaux Ross
Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Debtor
KSL MEDIA INC
15910 Ventura Blvd, 9th Floor
Encino, CA 91436-2809

KSL Media New York, Inc.
Agent for Service of Process
Kalman Liebowitz
387 Park Avenue South, 4th Fl
New York, New York, 10016-8810

KSL Media New York, Inc.
Agent for Service of Process
Kalman Liebowitz
4703 Sunny Hill Street
Thousand Oaks, CA   91362

TV 10's, LLC
Agent for Service of Process
Ronald R. Camhi
Michelman & Robinson, LLP
15760 Ventura Blvd., 5th Floor
Encino, CA  91436

Fulcrum, Inc.
Agent for Service of Process
Delaware Corporation Organizers, Inc.
1201 North Market St Fl 18
P.O. Box 1347
Wilmington, DE  19801

KSL Media, Inc.
Agent for Service of Process
Corporation Service Company
2711 Centerville Rd, Ste 400
Wilmington, DE  19808

**Request for Special Notice/
Court's Non-NEF List**

WM Barr
6750 Lenox Center Court, Suite 200
Memphis, TN  38115

Classified Ventures LLC
175 West Jackson Blvd., Suite 800
Chicago, IL  60604

Attys for Robert Brill
Sacha V. Emanuel
10250 Constellation Blvd., Suite 2320
Los Angeles, CA  90067

Gawker Tech LLC
210 Elizabeth St 4th FL
New York, NY 10012

Nexstar Broadcasting Inc.
545 E. John Carpenter Frwy., #700
Irving, TX  75062

Candace Schiffman
3010 Briarpark Dr
PWC 08.8206
Houston, TX  77042

Attys for First Tennessee Bank
E. Franklin Childress, Jr., Esq.
Baker, Donelson
165 Madison Avenue, Suite 2000
Memphis, TN  38103

Douglas Emmett, Inc.,
Leland O. Smith
SVP, General Counsel
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90404

TeleBrands Corp.
Lowenstein Sandler LLP/ Kenneth A.
Rosen, Esq./Jeffrey D. Prol, Esq./Eric H.
Horn, Esq.
65 Livingston Avenue
Roseland, NJ 07068

MacDonald Media
Laurence Beckler, PLLC
Laurence Beckler, Esq.
575 Madison Ave. Suite 1006
New York, NY 10022-2511

MacDonald Media
Kirkpatrick Townsend & Stockton LLP
Emil W. Herich, Esq.
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212-2021

MacDonald Media
Kirkpatrick Townsend & Stockton LLP
Todd C. Meyers, Esq.
Shane G. Ramsey, Esq.
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

KCBS TV
POB 100729
Pasadena, CA 91189-0729

Attys for Deckers Outdoor Corporation
Paul R. Glassman
Marianne S. Mortimer
Stradling Yocca Carlson & Rauth
100 Wilshire Blvd., 4th Floor
Santa Monica, CA  90401

Paul Huygens
Province
5915 Edmond Street, Suite 102
Las Vegas, NV  89118

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:281819.1 47516/003

**F 9013-3.1.PROOF.SERVICE**

Benjamin S. Seigel
Buchalter Nemer
1000 Wilshire Boulevard, Ste 1500
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:281819.1 47516/003

**F 9013-3.1.PROOF.SERVICE**

**KSL Media**
**Objection to Amended Claims**
**(280683)**
**Service List**

Black Entertainment Television LLC
Attn Damien Alexander
1235 W St NE
Washington, DC  20018

CHATTANOOGA TIMES FREE PRESS
400 E 11TH ST
CHATTANOOGA, TN  37403

Entercom Communications Corp. (and
its subsidiaries)
Attn: Carmela Masi
401 City Ave., Suite 809
Bala Cynwyd,, PA  19004

Google Inc.
C/O WHITE AND WILLIAMS LLP
ATT STEVEN E OSTROW ESQ
1800 One Liberty Pl
Philadelphia, PA  19103

Guitar Center Inc
Attn Ellen S Rosenberg
5795 Lindero Canyon Road
Westlake Village, CA  91362

HEARST DIGITAL MEDIA
HEARST SERVICE CENTER
ATTN: D COOKE
214 N TRYON ST, 33RD FLR
CHARLOTTE, NC  28202

HEARST DIGITAL MEDIA
HEARST SERVICE CENTER
ATTN: D COOKE
214 N TRYON ST, 33RD FLR
CHARLOTTE, NC  28202

KABC - TV Los Angeles
The Walt Disney Company
Attn Kathy Clark
500 S Buena Vista Street
Burbank, CA  91521-9750

METRO CORP D/B/A/ METROCORP
1818 MARKET ST 36TH FL
Philadelphia, PA  19103

MTV Networks a division of Viacom Int'l
Inc formerly MTV Networks
Ross Weston C/O James O'Donnell
1540 Broadway 29th FL (29-203)
New York, NY  10036

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY  11598

Valassis
Attn: Cynthia Rose
233 Great Pond Drive
Windsor, CT  06095

Viacom Media Networks
C/O Ross Westor / Andrew Bua
1540 Broadway 29th FL 29-212B
New York, NY  10038

VIACOM MEDIA NETWORKS
ROSS WESTON C/O ANDREW BUA
1540 Broadway 29th FL (29-212B)
New York, NY  10036

Wilson Media Group Inc
C/O Tom Wilson
2432 Glager Ave
Key West, FL  33040

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**