DAVID K. GOTTLEIB
16255 Ventura Boulevard, Suite 440
Encino, California 91436
Telephone: (818) 539-7720
Facsimile: (818) 436-0729
Email: dkgtrustee@dkgallc.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SOLYMAN YASHOUAFAR, and MASSOUD AARON YASHOUAFAR,<br><br>Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 7<br><br>Jointly Administered |
| In re<br><br>SOLYMAN YASHOUAFAR,<br><br>Debtor. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 7<br><br>Jointly Administered |
| In re:<br><br>MASSOUD AARON YASHOUAFAR,<br><br>Debtor. | Case No. 1:16-bk-12408-GM<br><br>Chapter 7<br><br>**NOTICE OF INTENT TO FILE FINAL REPORT AND ACCOUNT AND NOTICE TO PROFESSIONALS TO FILE FINAL APPLICATIONS FOR COMPENSATION**<br><br>(No Hearing Required) |
| Affects:<br>☑ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | |

1

TO THE UNITED STATES BANKRUPTCY COURT - ASSET CLOSING SECTION, THE UNITED STATES TRUSTEE, THE ATTORNEY FOR THE DEBTOR, AND TO EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE TO THE ESTATE:

YOU ARE HEREBY NOTIFIED that the Chapter 7 Trustee is prepared to file a Final Report and Account.

Professional persons are notified that the last day for filing applications for compensation is 21 days after the mailing of this notice pursuant to Local Bankruptcy Rule 2016-1(b)(4)(c).

Dated: July 26, 2022

David K. Gottlieb,
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 16255 Ventura Boulevard, Suite 440, Encino, CA 91436.

A true and correct copy of the foregoing document entitled (*specify*): Notice of Intent to File Final Report and Account and Notice to Professionals to File Final Applications for Compensation will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/1/22 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On 8/1/22, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/1/22 | Renee Johnson | /s/ Renee Johnson |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                            F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Timothy C Aires    tca@arlawyers.com, gperez@arlawyers.com
- Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- Simon Aron    saron@wrslawyers.com, eweiman@wrslawyers.com,msigall@wrslawyers.com,moster@wrslawyers.com
- Lauren T Attard    lattard@bakerlaw.com, aglorioso@bakerlaw.com;abeachdell@bakerlaw.com
- Larry G Ball    lball@hallestill.com, kbauer@hallestill.com
- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- Aaron E DE Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- Henry S David    hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Michael T Delaney    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- Fahim Farivar    fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Marian Garza    ecfnotices@ascensioncapitalgroup.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Mark E Goodfriend    markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- Lee W Harwell    leehar@earthlink.net, shada12200@hotmail.com
- Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Andrew V Jablon    ajablon@rpblaw.com, ntariche@rpblaw.com
- Thomas P Jeremiassen (TR)    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- Robert B Kaplan    rbk@jmbm.com
- Andrew F Kim    akim@afklaw.com, 6229175420@filings.docketbird.com
- Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com
- Zi Chao Lin    zlin@garrett-tully.com, tcurrie@garrett-tully.com;mdakinmurele@garrett-tully.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- Ashley M McDow    amcdow@foley.com, sansanee-wells-8377@ecf.pacerpro.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- C John M Melissinos    jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Jessica Mickelsen Simon    simonjm@ballardspahr.com, carolod@ballardspahr.com
- William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com
- Shane J Moses    smoses@foley.com, llanglois@foley.com;lanii-langlois-4514@ecf.pacerpro.com;swells@foley.com
- David L. Neale    dln@lnbyg.com
- Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com
- Tomas Andres Ortiz    tortiz@zuberlawler.com
- Keith C Owens    kowens@foxrothschild.com, khoang@foxrothschild.com
- Dipika Parmar    dipika.parmar@aissolution.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Kambiz J Shabani    joseph@shabanipartners.com
- Mark M Sharf    msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- Nico N Tabibi    nico@tabibilaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

- Maurice Wainer   mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- Howard J Weg   hweg@robinskaplan.com
- Thomas J Weiss   tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- Gilbert R Yabes   ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

2. **SERVED BY U.S. MAIL**

John W. Lucas
Pachulski Stang Ziehl & Jones LLP
150 California St.
San Francisco, CA 94111

Vernon Calder
Berkeley Research Group, LLC
201 South Main Street, Ste. 450
Salt Lake City, Utah 84111

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    F 9013-3.1.PROOF.SERVICE