1  John W. Lucas (CA Bar No. 271038)
   PACHULSKI STANG ZIEHL & JONES LLP
2  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, CA  90067
3  Tel: 310/277-6910
   Facsimile: 310/201-0760
4  E-mail:  jlucas@pszjlaw.com

5  Attorneys for David K. Gottlieb, Chapter 7 Trustee of the
   Estates of Solyman Yashouafar and Massoud Aaron
6  Yashouafar

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10                   **SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| 11  In re: | Case No.: 1:16-bk-12255-GM<br>Chapter 7 |
| 12  SOLYMAN YASHOUAFAR and MASSOUD<br>AARON YASHOUAFAR,[1] | Jointly Administered |
| 13 | |
|               Debtors. | Case No.: 1:16-bk-12255-GM<br>Chapter 7 |
| 14  In re: | |
| 15  SOLYMAN YASHOUAFAR, | Case No.: 1:16-bk-12408-GM<br>Chapter 7 |
| 16 | |
|               Debtor. | **FIRST AND FINAL APPLICATION OF** |
| 17 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| 18  In re: | **FOR ALLOWANCE AND PAYMENT OF**<br>**COMPENSATION AND REIMBURSEMENT** |
| 19  MASSOUD AARON YASHOUAFAR, | **OF EXPENSES AS COUNSEL TO DAVID K.**<br>**GOTTLIEB, CHAPTER 7 TRUSTEE;** |
| 20 | **DECLARATION OF JOHN W. LUCAS** |
|               Debtor. | |
| 21  Affects: | **Employment Period:**<br>       **June 7, 2021 through August 8, 2022** |
| 22  ☒  Both Debtors | |
|    ☐  Solyman Yashouafar | |
| 23  ☐  Massoud Aaron Yashouafar | |
| 24                Debtors. | |
| 25 | |
| 26 | |

27

28

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aron Yashouafar (6590).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO THE HONORABLE GERALDINE R. MUND, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 7 TRUSTEE, THE DEBTORS AND THEIR COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

Pachulski Stang Ziehl & Jones LLP (the "Firm" or "PSZJ"), counsel to David K. Gottlieb, Chapter 7 trustee (the "Chapter 7 Trustee" or "Gottlieb") for the Estates (individually, an "Estate" and, collectively, the "Estates") Solyman Yashouafar and Massoud Aron Yashouafar (collectively, the "Debtors"), hereby submits this *First and Final Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel to David K. Gottlieb, Chapter 7 Trustee* (the "Final Application"), for the period of June 7, 2021 through August 8, 2022 (the "Employment Period") pursuant to sections 330 of the Bankruptcy Code.[2]

For the Employment Period, the Firm seeks final allowance of compensation in the amount of **$71,783.00** and reimbursement of expenses in the amount of **$1,211.35** for a total award of **$72,994.35**, in connection with the Firm's Final Application. These amounts have not been the subject of any prior interim application.

The Firm's attorneys and paralegals billed a total of 89.00 hours to this matter during the Employment Period.

**I.**

**APPLICATION SUMMARY**

**A.    Summary of Employment Period (June 7, 2021 – August 8, 2022):**

| | | | |
|---|---|---|---|
| 1. | Total Fees Subject to Final Approval | | $71,783.00 |
| 2. | Total Expenses Subject to Final Approval | | $1,211.35 |
| 3. | **Total Request** | (TOTAL:  Lines 1 and 2) | **$72,994.35** |
| 4. | Total Hours Billed | | 89.00 |
| 5. | Blended Hourly Rate Including Paralegals | | $806.55 |
| 6. | Blended Hourly Rate Excluding Paralegals | | $971.17 |

---

[2] All references to sections of the "Bankruptcy Code" are to sections of 11 U.S.C. §§ 101-1532, as amended. All references to "Bankruptcy Rules" are to the Federal Rules of Bankruptcy Procedure.

DOCS_SF:107738.1 32274/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**B.    Summary of Prior Fee Applications**

As set forth below, the Firm was previously employed by David K. Gottlieb as his general bankruptcy counsel in his capacity as the Chapter 11 trustee for the Debtors and was awarded $1,714,869.00 in fees and $84,448.47 in expenses for a total award of $1,799,317.47 (the "First Final Application").  *See Order* [Docket No. 816].   In December 2020, PSZJ and other professionals stipulated to waive fees incurred during the chapter 7 cases in connection with final fee applications and in order to permit the Trustee to make a small distribution to unsecured creditors.  *See Stipulation By and Between Pachulski Stang Ziehl & Jones LLP, Development Specialists, Inc., and Berkeley Research Group, on the One Hand, and the United States Trustee, on the Other Hand, Regarding Final Fee Applications* [Docket No. 805].  PSZJ waived more than $265,000.00 of professional fees.

**C.    Employment of the Firm**

By application and order, David K. Gottlieb employed PSZJ as his general bankruptcy counsel in his capacity as the Chapter 11 trustee for the Debtors (the "Chapter 11 Trustee").  [Docket Nos. 159 and 244]. The initial work performed by PSZJ involved the investigation of a complex set of transfers and ensuing litigation.  Over the next several years, the Chapter 11 Trustee investigated numerous complicated transactions and pursued causes of action on behalf of the Estates.  The Chapter 11 Trustee successfully resolved multi-party claims and litigation, but the Estates' assets remained nominal.

PSZJ continued to serve as the Chapter 7 Trustee's counsel following conversion of the cases, but the Firm did not initially file a new employment application.

Following approval of the Firm's First Final Application, the Firm was re-employed as counsel to the Chapter 7 Trustee to assist the Chapter 7 Trustee with the reconciliation of final claims for the purpose of enabling the Chapter 7 Trustee to make distributions, and filing of a final report to close the cases, by order entered July 22, 2021 with employment effective as of June 7, 2021 [Docket No. 804].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## II.

### INTRODUCTORY STATEMENT

Local Bankruptcy Rule 2016-1 (1)(a) sets forth certain requirements that a professional must satisfy in order to obtain an award for fees and costs.  Additional standards to be employed in the review of fee applications are set forth in the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "Compensation Guidelines").  Finally, cases interpreting sections 330 and 331 of the Bankruptcy Code have required that courts consider the twelve (12) factors that the Ninth Circuit Court of Appeals articulated in *Kerr v. Screen Extras Guild*, 526 F, *cert. denied*, 425 U.S. 951, 96 S.Ct. 726 (1976).  The Ninth Circuit's primary method used to determine the reasonableness of fees is to calculate the "lodestar."  *In re Charles Russell Buckridge, Jr.*, 367 B.R. 191, 201 (C.D. Cal. 2007).  The lodestar is ascertained by multiplying the number of hours reasonably expended by a reasonable hourly rate.  *Law Offices of David A. Boone v. Derham-Burk (In re Eliapo),* 468 F.3d 592, 598 (9th Cir. 2006).  As set forth more fully herein, this Final Application complies with all statutory guidelines and Court-imposed requirements.

As of August 8, 2022, there was a total of approximately $855,431.79 in funds held by the bankruptcy estate (the "Estate").

### III.

### BRIEF NARRATIVE HISTORY AND POSTURE OF THE

### CASE DURING THE EMPLOYMENT PERIOD [LBR 2016-1(a)(1)(A)]

This Final Application describes fees incurred and expenses advanced during the Employment Period of June 7, 2021 through August 8, 2022, and incorporates herein by reference PSZJ's First Final Application which described the fees and costs incurred during the Chapter 11 cases.  This is the Firm's first and final application for fees and expenses incurred during the Chapter 7 cases.

Since its re-employment on June 7, 2021, the Firm has assisted the Chapter 7 Trustee with final claims reconciliations, distribution process, and general winddown of the Estates.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4

# IV.

## BACKGROUND

**The Chapter 11 Cases.**  On August 3, 2016, petitioning creditors Fereydoun Dayani, Yona Samih, and N&S Investment, LLC c/o Sina Navidbakhsh (the "Petitioning Creditors") filed (a) an involuntary petition for relief under chapter 11 of the Bankruptcy Code against debtor Solyman, bearing case number 16-12555-GM, and (b) an involuntary petition for relief under chapter 11 of the Bankruptcy Code against debtor Massoud, bearing case number 16-12408.  Shortly thereafter, the Petitioning Creditors and Solyman stipulated to entry of an order for relief and appointment of a chapter 11 trustee, and the United States Trustee sought and obtained appointment of a Chapter 11 trustee in the Massoud Case.  David K. Gottlieb was appointed as Chapter 11 trustee in the cases, and the cases have been jointly administered pursuant to Federal Rule of Bankruptcy Procedure 1015(b).

**Conversion to Chapter 7.**  In October 2016, the Trustee filed a *Motion for Order Converting Cases to Chapter 7* [Docket No. 192] (the "Conversion Motion") based on his conclusion that it was not necessary to administer the cases in Chapter 11 and that claims could be addressed by liquidation under Chapter 7.  However, after the filing of the Conversion Motion, an official committee of unsecured creditors (the "Committee") was appointed.  By various stipulations and orders, the Conversion Motion was continued until a date in May 2017.  Prior to a hearing, the Debtors filed their own motions to convert their cases to Chapter 7, which were opposed by the Committee.  The Court tentatively denied conversion without prejudice.

In September 2019, the Debtors renewed their Conversion Motion [Docket Nos. 710-11], which was again opposed by the Committee [Docket No. 721].  On October 25, 2019, the Court entered orders granting the Conversion Motion [Docket No. 730] and subsequently appointed the Chapter 11 Trustee to act as Chapter 7 trustee [Docket No. 733].

PSZJ continued to serve as the Chapter 7 Trustee's counsel following conversion of the Cases, but the Firm did not file a new employment application until June 16, 2021 [Docket No. 838], which was approved by the Court on July 22, 2021 [Docket No. 840].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:107738.1 32274/001

**V.**

**NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME EXPENDED**

**A.    Services Performed and Time Expended During the Employment Period Covered by this Final Application**

Pursuant to the Compensation Guidelines and LBR 2016-1, the Firm has classified all services performed for which compensation is sought for the Employment Period into one of several major categories.  The Firm attempted to place the services performed in the category that best relates to the service provided.  However, because certain services may relate to more than one category, services pertaining to one category may in fact be included in another category.  A description of services by category is provided below for the Employment Period.

**1.    Case Administration**

During the Employment Period, the Firm, among other things: (i) maintained a memorandum of critical dates; (ii) analyzed substantive consolidation issues and prepared a motion for substantive consolidation of the Debtors' cases; (iii) conferred with claimants and counsel regarding upcoming status conferences; and (iv) prepared and filed case and adversary proceeding status reports.

**Total Hours: 26.20 / Total Fees: $23,793.00**

**2.    Claims Administration / Objection**

During the Employment Period, the Firm, among other things: (i) reviewed, analyzed and reconciled claims; (ii) conferred with clients and counsel regarding claim objections and potential resolutions thereof; (iii) negotiated claim resolutions; (iv) reviewed documents relating to the status of the Debtors' assets; and (v) prepared objections to claims.

**Total Hours: 43.20 / Total Fees: $36,261.50**

**3.    Compensation of Professionals**

During the Employment Period, the Firm billed time to this category for the preparation of the Final Application.

**Total Hours: 6.70 / Total Fees: $3,316.50**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:107738.1 32274/001

**4.    Retention of Professionals**

During the Employment Period, the Firm billed time to this category for the preparation of its renewed retention in these Chapter 7 cases to assist the Chapter 7 Trustee with the reconciliation and resolution of claims against the Debtors' estates.

**Total Hours: 13.60 / Total Fees: $8,412.00**

**B.    Detailed Listing of all Time Spent by the Professional on the Matters
for Which Compensation is Sought [LBR 2016-1(a)(1)(E), (G) and (I)]**

**Exhibit "A"** contains a summary, by category, of the Firm's services and expenses in these cases that were incurred during the Employment Period.  Such summary includes the time spent, rate and billing attributable to each person who performed compensable services for the Chapter 7 Trustee.  **Exhibit "C"** contains the Firm's detailed time records during the Employment Period, as well as a summary, by category, of the Firm's services and expenses in these cases that were incurred during the Employment Period.

**C.    List of Expenses by Category [LBR 2016-1(a)(1)(F)]**

The Firm advanced costs in the amount of $1,211.35 during the Employment Period.  The costs incurred during the Employment Period are summarized in **Exhibit "A"** attached hereto, which provides a monthly breakdown that complies with the Compensation Guidelines.  During the Employment Period, the Firm charged $.20 per page for photocopying, $.10 per page for scanning documents, and $1.00 per page for incoming and outgoing faxes.  The Firm has also charged for unusual expenses, such as online research and special messenger services, including Federal Express.

**D.    Hourly Rates [LBR-1(a)(1)(G)]**

The hourly rates of all professionals and paraprofessionals rendering services in these cases during the Employment Period are set forth on **Exhibit "A"** attached hereto.

**E.    Description of Professional Education and Experience [LBR 2016-1(a)(1)(H)]**

**Exhibit "B"** includes a description of the professional education and biographies of the professionals employed by the Firm who rendered the majority of the services in these cases during the Employment Period.

DOCS_SF:107738.1 32274/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**F.     Client's Declaration (LBR 2016-1(a)(1)(J))**

A declaration will be filed regarding the Chapter 7 Trustee's review of this Application.

**G.     Applicant's Review of the Requirements of LBR 2016-1 [LBR 2016-1(a)(1)(K)]**

The attached declaration of John W. Lucas includes a statement that the applicant has reviewed the requirements of LBR 2016-1 and that the Final Application complies with such rule.

**H.     No Fee Sharing**

The Firm has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees to be awarded in these cases, except to the extent they are shared among members of the Firm.

**I.     Notice of Application and Hearing**

Pursuant to the *Order Limiting Scope of Notice* and Local Bankruptcy Rule 2016-1, notice of this Final Application will be provided by the Chapter 7 Trustee and will be served by NEF notice or by first class U.S. mail, as required, on (a) the Debtors, (b) the Office of the United States Trustee, (c) parties that have filed with the Court requests for notice of all matters in accordance with Bankruptcy Rule 2002(i), and (d) the United States of America.  Copies of this Final Application with all supporting documents were served on the parties listed above.  Therefore, notice should be deemed adequate under the circumstances and in accordance with Bankruptcy Rules 2002(a)(6) and 2002(c)(2).

**VI.**

**THE FEES AND EXPENSES REQUESTED SHOULD**

**BE AWARDED BASED UPON APPLICABLE LAW**

The fees and expenses requested by this Final Application are an appropriate award for the Firm's services in acting as counsel to the Chapter 7 Trustee, which included claims reconciliation, consolidation of the Debtors' estates, general case administration, review of distribution reports, among other matters as set forth above and in the detailed time entries annexed hereto.

**A.     Factors in Evaluating Requests for Compensation**

Pursuant to section 330 of the Bankruptcy Code, the Court may award to a professional person reasonable compensation for actual, necessary services rendered, and reimbursement for actual,

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:107738.1 32274/001

necessary expenses incurred.  As set forth above, the fees for which the Firm requests compensation and the costs incurred for which the Firm requests reimbursement are for actual and necessary services rendered and costs incurred in these cases.

During the Employment Period, 89.00 hours have been recorded by members of the Firm and more time was actually expended but either was not recorded or was written off.  The Firm's blended hourly rate in these cases for the Employment Period including paraprofessionals is $806.55.

Moreover, time and labor devoted is only one of many pertinent factors in determining an award of fees and costs.  Based on the skills brought to bear in these cases by the Firm and the results obtained and in light of the accepted lodestar approach, the Firm submits that the compensation requested herein is reasonable and appropriate.  The Firm assisted the Chapter 7 Trustee in the review and reconciliation of claims against the Estates, distributions to creditors, and the filing of a final chapter 7 report

**B.     The Lodestar Award Should be Calculated by Multiplying a
         Reasonable Hourly Rate by the Hours Expended**

In determining the amount of allowable fees under section 330 (a) of the Bankruptcy Code, courts are to be guided by the same "general principles" as are to be applied in determining awards under the federal fee-shifting statutes, with "some accommodation to the peculiarities of bankruptcy matters."  *In re Manoa Finance Co., Inc.*, 853 F.2d 687, 691 (9th Cir. 1988); *see Meronk v. Arter & Hadden, LLP (In re Meronk),* 249 B.R. 208, 213 (B.A.P. 9th Cir. 2000) (reiterating that *Manoa Finance* is the controlling authority and characterizing the factor test[3] identified in *Johnson v. Georgia Highway Express, Inc.* 488 F.2d 714 (5th Cir. 1974) and *Kerr v. Screen Extras Guild, Inc.* 526 F. 2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 951 (1976) as an "obsolete laundry list" now subsumed within more refined analyses).

---

[3] The original twelve Johnson/Kerr factors were: (1) time and labor required, (2) novelty and difficulty of the questions involved, (3) skill requisite to perform the legal services properly, (4) the preclusion of other employment by the attorney due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent,(7) time limitations imposed by the client or the circumstances, (8) amount involved and results obtained, (9) experience, reputation, and ability of the attorneys (10) the "undesirability" of the case, (11) nature and length of the professional relationship with client, and  (12) awards in similar cases.

DOCS_SF:107738.1 32274/001

1    The United States Supreme Court has evaluated the lodestar approach and endorses its usage.

2  In *Hensley v. Eckerhart*, 461 U.S. 424 (1983), a civil rights case, the Supreme Court held that while

3  the *Johnson* factors might be considered in setting fees, the lodestar amount subsumed many of those

4  factors. *Hensley* at 434, n. 9.[4]  The following year, another civil rights case, *Blum vs. Stenson*, 465

5  U.S. 886 (1984), provided the so-called lodestar calculation:

> The initial estimate of a reasonable attorney's fee is properly
> calculated by multiplying the number of hours reasonably expended
> on the litigation times a reasonable hourly rate . . . .  Adjustments to
> that fee then may be made as necessary in the particular case.

9  *Blum* at 888.

10    Then in 1986, the Supreme Court more explicitly indicated that the factors relevant to

11  determining fees should be applied using the lodestar approach, rather than an ad hoc approach.  While

12  holding that the attorney's fee provision of the Clean Air Act, 42 U.S.C. § 7401 et seq., should be

13  interpreted like that of the Civil Rights Act, the Supreme Court expressly rejected the ad hoc

14  application of the factors set forth in *Johnson* and thus *Kerr*, stating that "the lodestar figure includes

15  most, if not all, of the relevant factors constituting a 'reasonable' attorney's fee . . .. " *Pennsylvania v.*

16  *Del. Valley Citizens' Council for Clean Air*, 478 U.S. 546, 563-66 (1986); *see also Blanchard v.*

17  *Bergeron*, 489 U.S. 87, 94 (1989) ("we have said repeatedly that the initial estimate of a reasonable

18  attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the

19  litigation times a reasonable hourly rate").

20    While the lodestar approach is the primary basis for determining fee awards under the federal

21  fee-shifting statutes and Bankruptcy Code, some of the *Johnson/Kerr* factors, previously applied in an

22  ad hoc fashion, can still apply in calculating the appropriate hourly rate to use under the lodestar

23  approach.  *Buckridge,* 367 B.R. 191, 201 (C.D. Cal. 2007) ("a court is permitted to adjust the lodestar

24  up or down using a multiplier based on the criteria listed in §330 and its consideration of the Kerr

---

[4] For discussion of the Johnson/Kerr subsumed factors, see *Morales v. City of San Rafael*, 96 F.3d 359, 364 n.9 (9th Cir. 1996) ("among the subsumed factors … are: (1) the novelty and complexity of the issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained"); *Davis v. City & County of San Francisco*, 976 F.2d 1536, 1549 (9th Cir. 1992), *vacated in part on other grounds*, 984 F.2d 345 (9th Cir. 1993) (extending *City of Burlington v. Dague*, 505 U.S. 557, 567 (1992), which held that sixth factor "whether the fee is fixed or contingent, may not be considered in the lodestar calculation").

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:107738.1 32274/001

factors not subsumed within the initial calculations of the lodestar"); *Dang v. Cross*, 422 F.3d 800, 812 (9th Cir. 2005) (court may "adjust the lodestar amount after considering other factors that bear on the reasonableness of the fee"); *Unsecured Creditors' Comm. v. Puget Sound Plywood, Inc.,* 924 F.2d 955, 960 (9th Cir. 1991) ("Although *Manoa* suggests that starting with the 'lodestar' is customary, it does not mandate such an approach in all cases.…  Fee shifting cases are persuasive, but due to the uniqueness of bankruptcy proceedings, they are not controlling").

Attached hereto as **Exhibit "C"** is a copy of the Firm's time reports and records kept in the regular course of business reflecting the services rendered and the expenses incurred by the Firm during the Employment Period.  The Firm's time reports are initially handwritten or recorded via computer by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis.  The Firm is sensitive to issues of "lumping," and unless time was spent in one time frame on a variety of different matters, separate time entries are set forth in the time reports. The Firm's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services in the Southern California region, other than in a case under the Bankruptcy Code.

## VII.

### CONCLUSION

This is the Firm's first and final request for compensation and reimbursement of expenses for services performed in connection with its renewed retention to represent the Chapter 7 Trustee.  The Firm believes that the services rendered for which compensation is sought in this Final Application have been beneficial to the creditors, that the costs incurred have been necessary and proper, and that the sums requested for the services rendered and the costs incurred are fair and reasonable.

[*Remainder of page intentionally left blank*]

DOCS_SF:107738.1 32274/001

1    **WHEREFORE**, Pachulski Stang Ziehl & Jones LLP respectfully requests that this Court

2    (1) allow on final basis, total fees in the total amount of **$74,783.00** and reimbursement of costs in the

3    amount of **$1,211.35** for the period June 7, 2021, through and including August 8, 2022, for a total

4    award of **$72,994.35**; (2) authorize and order payment to the Firm from the Estates; and (3) grant such

5    other and further relief as is appropriate in the circumstances of these cases.

6    Dated:  August 16, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

7                                            By:    */s/ John W. Lucas*

8                                                    John W. Lucas

9                                            Attorneys for David K. Gottlieb, Chapter 7
                                            Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

12

### DECLARATION OF JOHN W. LUCAS

I, John W. Lucas, declare as follows:

1.      I am an attorney at law duly authorized to practice in the State of California and before this court.  I am a partner of the law firm of Pachulski Stang Ziehl & Jones LLP, general bankruptcy counsel for the Chapter 7 Trustee.

2.      I have personal knowledge of the facts set forth in the foregoing Final Application and, if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3.      I have personally reviewed the information contained in the Final Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

4.      The Firm is not charging the Chapter 7 Trustee for outgoing faxes.  The Firm's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.  The Firm summarizes each client's photocopying charges on a daily basis.  Whenever feasible, the Firm sends large copying projects to an outside copy service that charges a reduced rate for photocopying.

5.      Regarding providers of on-line legal research (*e.g.*, LEXIS and WESTLAW), the Firm charges the standard usage rates these providers charge for computerized legal research.  Any volume discount received by the Firm is passed on to the client.

6.      The Firm does not charge for local or long distance calls placed by attorneys from their offices.  The Firm only bills its clients for the actual costs charged the Firm by teleconferencing services in the event that a multiple party teleconference is initiated through the Firm.

7.      The Firm believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, the Firm believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

8.      The Chapter 7 Trustee has reviewed the Final Application and do not have an objection to the relief requested.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

13

9.      I have personally reviewed the bills in this matter, and the bills represent true and correct charges on behalf of services performed in connection with the Employment Period, to the best of my knowledge, information and belief.

10.      Local Bankruptcy Rule 2016-1(a) (1) (K) Compliance -- I have reviewed Local Bankruptcy Rule 2016-1 and the Final Application complies with Local Bankruptcy Rule 2016-1.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 16th day of August, 2022 at San Francisco, California.

*/s/ John w. Lucas*
John w. Lucas

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

14

# <u>EXHIBIT A</u>

**(Professional Summary by Category)**

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO SOLYMAN YASHOUAFAR AND MASSOUD AARON YASHOUAFAR**

I. SERVICES

| Attorney / Paralegal* / Clerk** | | Rate | Hours | | Total |
|---|---|---|---|---|---|
| **June 6, 2021 - June 30, 2022** | | | | | |
| **CASE ADMINISTRATION** | | | | | |
| Greenwood, Gail S. | $ | 950.00 | 16.50 | $ | 15,675.00 |
| Greenwood, Gail S. | $ | 1,045.00 | 6.80 | $ | 7,106.00 |
| * Dassa, Beth D. | $ | 460.00 | 2.20 | $ | 1,012.00 |
| SUB TOTAL | | | 25.50 | $ | 23,793.00 |
| **CLAIMS ADMINISTRATION/OBJECTIONS** | | | | | |
| Greenwood, Gail S. | $ | 950.00 | 25.00 | $ | 23,750.00 |
| Greenwood, Gail S. | $ | 1,045.00 | 6.20 | $ | 6,479.00 |
| Lucas, John W. | $ | 995.00 | 0.50 | $ | 497.50 |
| * Dassa, Beth D. | $ | 460.00 | 0.30 | $ | 138.00 |
| * Jeffries, Patricia J. | $ | 495.00 | 7.00 | $ | 3,465.00 |
| * Lockwood, Nancy P.F. | $ | 460.00 | 4.20 | $ | 1,932.00 |
| SUB TOTAL | | | 43.20 | $ | 36,261.50 |
| **COMPENSATION OF PROFESSIONALS** | | | | | |
| * Jeffries, Patricia J. | $ | 495.00 | 6.70 | $ | 3,316.50 |
| SUB TOTAL | | | 6.70 | $ | 3,316.50 |
| **RETENTION OF PROFESSIONALS** | | | | | |
| Greenwood, Gail S. | $ | 950.00 | 4.40 | $ | 4,180.00 |
| * Dassa, Beth D. | $ | 460.00 | 9.20 | $ | 4,232.00 |
| SUB TOTAL | | | 13.60 | $ | 8,412.00 |
| **TOTAL HOURS** | | | **89.00** | | |
| **TOTAL SERVICES** | | | **$ 71,783.00** | | |

II. EXPENSES

| | | |
|---|---|---|
| Federal Express | $ | 46.94 |
| Lexis/Nexis | $ | 67.12 |
| Pacer - Court Research | $ | 25.10 |
| Postage | $ | 20.89 |
| Reproduction Expense | $ | 880.00 |
| Reproduction/Scan Copy | $ | 171.30 |
| **TOTAL EXPENSES** | $ | **1,211.35** |
| **TOTAL SERVICES AND EXPENSES** | $ | **72,994.35** |

In re

       Solyman Yashouafar and
       Massoud Aaron Yashouafar

                    Debtors

| CURRENT APPLICATION | |
|---|---|
| Fees Requested | $ 71,783.00 |
| Expenses Requested | $ 1,162.54 |

CHAPTER 7
Case No.   16-12255 [Jointly Administered]
Counsel for David K. Gottlieb, Chapter 7 Trustee

EMPLOYMENT PERIOD    June 6, 2021 - June 30, 2022

ATTORNEYS

| | Year Admitted | Rate | Current Hours Billed | Total for Application |
|---|---|---|---|---|
| Greenwood, Gail S. | 1994 | $ 950.00 | 45.90 | $ 43,605.00 |
| Greenwood, Gail S. | 1994 | $ 1,045.00 | 13.00 | $ 13,585.00 |
| Lucas, John W. | 2004 | $ 995.00 | 0.50 | $ 497.50 |

TOTAL HOURS    59.40

PARAPROFESSIONALS

| | Year Admitted | Rate | Current Hours Billed | Total for Application |
|---|---|---|---|---|
| Dassa, Beth D. | N/A | $ 460.00 | 11.70 | $ 5,382.00 |
| Jeffries, Patricia J. | N/A | $ 495.00 | 13.70 | $ 6,781.50 |
| Lockwood, Nancy P.F. | N/A | $ 460.00 | 4.20 | $ 1,932.00 |

TOTAL HOURS    29.60

TOTAL HOURS    **89.00**

TOTAL FEES REQUESTED    **$ 71,783.00**

BLENDED HOURLY RATE
INCLUDING PARAPROFESSIONALS    **$ 806.55**

BLENDED HOURLY RATE
EXCLUDING PARAPROFESSIONALS    **$ 971.17**

MONTHLY SUMMARY OF SERVICES OF
PACHULSKI STANG ZIEHL JONES LLP
<u>IN RESPECT TO SOLYMAN YASHOUAFAR MASSOUD AARON YASHOUAFAR</u>

| 2021 | January | February | March | April | May | June | July | August | September | October | November | December | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Administration | | | | | | $   46.00 | $  285.00 | | | $ 15,691.00 | $   665.00 | | **$ 16,687.00** |
| Claims Administration / Objection | | | | | | $  543.50 | | | | $  8,484.00 | $ 5,320.00 | $ 11,970.00 | **$ 26,317.50** |
| Retention of Professionals | | | | | | $ 8,044.00 | $  368.00 | | | | | | **$  8,412.00** |
| **2021 Totals** | $   - | $   - | $   - | $   - | $   - | **$ 8,633.50** | **$  653.00** | $   - | $   - | **$ 24,175.00** | **$ 5,985.00** | **$ 11,970.00** | **$ 51,416.50** |

| 2022 | January | February | March | April | May | June | July | August | September | October | November | December | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Administration | $104.50 | $104.50 | $1,776.50 | $731.50 | $209.00 | $104.50 | $4,075.50 | | | | | | **$  7,106.00** |
| Claims Administration / Objection | $5,016.00 | $418.00 | $4,510.00 | | | | | | | | | | **$  9,944.00** |
| Compensation of Professionals | | | | | | | $99.00 | $3,217.50 | | | | | **$  3,316.50** |
| **2022 Totals** | **$5,120.50** | **$522.50** | **$6,286.50** | **$731.50** | **$209.00** | **$104.50** | **$4,174.50** | **$3,217.50** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$ 20,366.50** |
| | | | | | | | | | | | | | |
| **GRAND TOTAL** | **$5,120.50** | **$522.50** | **$6,286.50** | **$731.50** | **$209.00** | **$8,738.00** | **$4,827.50** | **$3,217.50** | **$0.00** | **$24,175.00** | **$5,985.00** | **$11,970.00** | **$ 71,783.00** |

EXPENSE SUMMARY OF SERVICES
PACHULSKI STANG ZIEHL JONES LLP
IN RESPECT TO SOLYMAN YASHOUAFAR MASSOUD AARON YASHOUAFAR

| 2021 | January | February | March | April | May | June | July | August | September | October | November | December | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Federal Express | | | | | | $16.10 | | | | $ 11.11 | | | $ 27.21 |
| Lexis/Nexis | | | | | | | | | | | | | $ - |
| Pacer - Court Research | | | | | | $ 0.60 | $ 1.60 | $ 5.20 | | $ 3.40 | $ 2.10 | $ 3.10 | $ 16.00 |
| Postage | | | | | | | | | | | | | $ - |
| Reproduction Expense | | | | | | | | | | $ 880.00 | | | $ 880.00 |
| Reproduction/Scan Copy | | | | | | | $ 6.30 | | | $ 5.30 | | | $ 11.60 |
| 2021 Totals | $ - | $ - | $ - | $ - | $ - | $16.70 | $ 7.90 | $ 5.20 | $ - | $ 899.81 | $ 2.10 | $ 3.10 | 934.81 |

| 2022 | January | February | March | April | May | June | July | August | September | October | November | December | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Federal Express | | | $19.73 | | | | | | | | | | $ 19.73 |
| Lexis/Nexis | $ 18.31 | | | | | | $48.81 | | | | | | $ 67.12 |
| Pacer - Court Research | $ 3.20 | $ 0.30 | $ 5.60 | | | | | | | | | | $ 9.10 |
| Postage | $ 20.16 | | $ 0.73 | | | | | | | | | | $ 20.89 |
| Reproduction Expense | | | | | | | | | | | | | $ - |
| Reproduction/Scan Copy | $ 156.80 | | $ 1.20 | | $1.70 | | | | | | | | $ 159.70 |
| 2022 Totals | $ 198.47 | $ 0.30 | $27.26 | $ - | $1.70 | $ - | $48.81 | $ - | $ - | $ - | $ - | $ - | $ 276.54 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| GRAND TOTAL | $ 198.47 | $ 0.30 | $ 27.26 | $ - | $ 1.70 | $16.70 | $56.71 | $ 5.20 | $ - | $ 899.81 | $ 2.10 | $ 3.10 | $ 1,211.35 |

## EXHIBIT B

### (Biographies)

## ATTORNEYS

### GAIL S. GERENWOOD

Ms. Greenwood specializes in bankruptcy-related litigation.  She has over eighteen years' experience in civil litigation and bankruptcy, including representation of chapter 11 trustees, debtors, creditors, and creditors' committees in significant business bankruptcies. Ms. Greenwood has won summary judgments in the prosecution of multimillion-dollar breach-of-fiduciary-duty claims and defense of multimillion-dollar preference and fraudulent transfer claims. She has also successfully prosecuted state-court fraud and alter-ego claims against a series of ever-changing private entities.

Ms. Greenwood is a magna cum laude graduate of Amherst College and received her J.D. from UCLA School of Law, where she was editor of the *Environmental Law Journal*. She was listed by *Lawdragon* as one of the 2022 "500 Leading U.S. Bankruptcy & Restructuring Lawyers," and has been listed since 2019 in *Best Lawyers in America* for her work in Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law. She is admitted to practice in California and is resident in our San Francisco office.

### JOHN W. LUCAS

Mr. Lucas represents debtors, creditors' committees, creditors, and trustees in chapter 11 cases and companies in out-of-court restructurings with an emphasis on transportation, financial products, food services, retail, automotive, and technology.  Mr. Lucas is a graduate of the University of California at Los Angeles and received his J.D. from the University of Oregon School of Law and was a member of the Oregon Law Review.  Mr. Lucas is admitted to practice in California and New York and is resident in our San Francisco office.

## PARAPROFESSIONALS

### BETH D. DASSA

Born Canoga Park, California January 4, 1966.  Education: California State University Northridge, Northridge, California - B.A., Speech Communications, 1987; University of California, Los Angeles, Paralegal Certificate, 1988.  Employed by Pachulski Stang Ziehl & Jones January 2007. Working as a paralegal since 1998

### PATRICIA J. JEFFRIES

Education: B.S. in Criminal Justice Administration, University of Phoenix 2007; Certified Paralegal Training Program, California Polytechnic State University (Paralegal Certificate 1992);

Employed by Pachulski Stang Ziehl & Jones LLP 1999; Working as a paralegal since 1989, with over thirty years' experience in Corporate Bankruptcy.

**NANCY P.F. LOCKWOOD**

Employed by Pachulski Stang Ziehl & Jones 2018.  Paralegal with over 20 years' experience.

# **EXHIBIT C**

**(Invoice June 7, 2021 – August 8, 2022)**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

D. Gottlieb & Associates
17000 Ventura Blvd #300
Encino, CA 91316

|  |  |
|---|---|
| August 08, 2022 | |
| Invoice | 130497 |
| Client | 32274 |
| Matter | 00002 |
| **JWL** | |

RE:  Ch. 7 Claims Work

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  08/08/2022

| | |
|---|---|
| FEES | $71,783.00 |
| EXPENSES | $1,211.35 |
| **TOTAL CURRENT CHARGES** | **$72,994.35** |
| **TOTAL BALANCE DUE** | **$72,994.35** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David K - Yashouafar

32274    - 00002

Page:      2

Invoice 130497

August 08, 2022

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 11.70 | $5,382.00 |
| GSG | Greenwood, Gail S. | Counsel | 0.00 | 0.70 | $0.00 |
| GSG | Greenwood, Gail S. | Counsel | 950.00 | 45.90 | $43,605.00 |
| GSG | Greenwood, Gail S. | Counsel | 1045.00 | 13.00 | $13,585.00 |
| JWL | Lucas, John W. | Partner | 995.00 | 0.50 | $497.50 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 460.00 | 4.20 | $1,932.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 495.00 | 13.70 | $6,781.50 |
| | | | | 89.70 | $71,783.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David K - Yashouafar

32274    - 00002

Invoice 130497

August 08, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| CA | Case Administration [B110] | 26.20 | $23,793.00 |
| CO | Claims Admin/Objections[B310] | 43.20 | $36,261.50 |
| CP | Compensation Prof. [B160] | 6.70 | $3,316.50 |
| RP | Retention of Prof. [B160] | 13.60 | $8,412.00 |
| | | 89.70 | $71,783.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David K - Yashouafar

32274    - 00002

Page:    4

Invoice 130497

August 08, 2022

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Federal Express [E108] | $46.94 |
| Lexis/Nexis- Legal Research [E | $67.12 |
| Pacer - Court Research | $25.10 |
| Postage [E108] | $20.89 |
| Reproduction Expense [E101] | $880.00 |
| Reproduction/ Scan Copy | $171.30 |
| | $1,211.35 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David K - Yashouafar

32274    - 00002

Page:    5

Invoice 130497

August 08, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Case Administration [B110]

| 06/16/2021 | BDD | CA | Attend to calendaring matters with B. Anavim | 0.10 | 460.00 | $46.00 |
| 07/12/2021 | GSG | CA | Confer with B. Dassa re employment application and notice of default; review declaration re no objections. | 0.30 | 950.00 | $285.00 |
| 10/06/2021 | GSG | CA | Confer with J.Lucas re adversary status and status report. | 0.20 | 950.00 | $190.00 |
| 10/11/2021 | GSG | CA | Review emails and related claimant settlement. | 0.20 | 950.00 | $190.00 |
| 10/12/2021 | GSG | CA | Emails re status conference procedures. | 0.10 | 950.00 | $95.00 |
| 10/13/2021 | GSG | CA | Review revised claim register and email J. Lucas re same. | 0.20 | 950.00 | $190.00 |
| 10/18/2021 | GSG | CA | Review claim registers re priority/secured/unsecured and substantive consolidation. | 2.40 | 950.00 | $2,280.00 |
| 10/18/2021 | GSG | CA | Telephone call with J. Lucas re status and subcon. | 0.10 | 950.00 | $95.00 |
| 10/18/2021 | GSG | CA | Check tentatives re status and email J. Lucas re same. | 0.20 | 950.00 | $190.00 |
| 10/19/2021 | GSG | CA | Review claim registers re overlap of claimants and estate assets. | 1.20 | 950.00 | $1,140.00 |
| 10/19/2021 | GSG | CA | Draft facts/motion and MPA re substantive consolidation of cases. | 7.80 | 950.00 | $7,410.00 |
| 10/20/2021 | BDD | CA | Email G. Greenwood re Notice of Motion re Substantive Consolidation | 0.10 | 460.00 | $46.00 |
| 10/20/2021 | GSG | CA | Confer with J. Lucas and B. Dassa re filing and service. | 0.20 | 950.00 | $190.00 |
| 10/20/2021 | GSG | CA | Emails to/from D. Gottlieb re substantive consolidation. | 0.20 | 950.00 | $190.00 |
| 10/20/2021 | GSG | CA | Draft Gottlieb declaration and confer with M. Renck re service and COS. | 1.10 | 950.00 | $1,045.00 |
| 10/20/2021 | GSG | CA | Draft order re subcon. | 0.30 | 950.00 | $285.00 |
| 10/20/2021 | GSG | CA | Draft/revise motion for subcon and circulate to J. Lucas. | 1.30 | 950.00 | $1,235.00 |
| 10/25/2021 | BDD | CA | Email J. Lucas and G. Greenwood re continued status conference | 0.10 | 460.00 | $46.00 |
| 10/25/2021 | BDD | CA | Prepare Notice of Hearing on Motion to | 0.80 | 460.00 | $368.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      6
Gottlieb, David K - Yashouafar                                       Invoice 130497
32274   -00002                                                      August 08, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Substantively Consolidate Cases (.70); email G. Greenwood re same (.10) | | | |
| 10/25/2021 | BDD | CA | Attend to calendaring matters with B. Anavim and M. Kulick | 0.10 | 460.00 | $46.00 |
| 10/25/2021 | BDD | CA | Email N. Brown re service of motion to substantively consolidated cases | 0.10 | 460.00 | $46.00 |
| 10/26/2021 | BDD | CA | Email G. Greenwood re continued status conference | 0.10 | 460.00 | $46.00 |
| 10/26/2021 | BDD | CA | Email N. Brown re service list for motion to consolidate cases | 0.10 | 460.00 | $46.00 |
| 10/27/2021 | BDD | CA | Email N. Brown re Motion to Consolidate cases | 0.10 | 460.00 | $46.00 |
| 10/28/2021 | BDD | CA | Work on filing/service of substantive consolidation motion/notice and emails G. Greenwood, J. Lucas and N. Brown re same | 0.50 | 460.00 | $230.00 |
| 10/28/2021 | BDD | CA | Attend to calendaring matters with M. Kulick and B. Anavim | 0.10 | 460.00 | $46.00 |
| 11/16/2021 | GSG | CA | Review docket and emails to J. Lucas re same. | 0.30 | 950.00 | $285.00 |
| 11/17/2021 | GSG | CA | Final docket review and emails to/from client and J. Lucas re follow-up and status. | 0.20 | 950.00 | $190.00 |
| 11/29/2021 | GSG | CA | Review tentative and email D. Gottlieb re substantive consolidation. | 0.10 | 950.00 | $95.00 |
| 11/29/2021 | GSG | CA | Confer with M. Renck re substantive consolidation and order. | 0.10 | 950.00 | $95.00 |
| 01/05/2022 | GSG | CA | Email from ECF and email Discover re corrected stipulation. | 0.10 | 1045.00 | $104.50 |
| 02/15/2022 | GSG | CA | Review Pacer and email client re omnibus objection status. | 0.10 | 1045.00 | $104.50 |
| 03/10/2022 | GSG | CA | Emails to J. Lucas re docket, claim reconciliation, and Barlava status conference. | 0.20 | 1045.00 | $209.00 |
| 03/11/2022 | GSG | CA | Draft status conference statement re Barlava. | 0.50 | 1045.00 | $522.50 |
| 03/21/2022 | GSG | CA | Emails to/from D. Gottlieb re objection order, status conference statement, and claim reconciliation status. | 0.20 | 1045.00 | $209.00 |
| 03/23/2022 | GSG | CA | Telephone call with P. Jeffries re claim register and reconciliation. | 0.10 | 1045.00 | $104.50 |
| 03/23/2022 | GSG | CA | Email P. Jeffries re relevant pleadings and claim documents. | 0.30 | 1045.00 | $313.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David K - Yashouafar

32274    - 00002

Page:     7
Invoice 130497
August 08, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/25/2022 | GSG | CA | Emails to/from J. Lucas and file status report re Barlava. | 0.20 | 1045.00 | $209.00 |
| 03/25/2022 | GSG | CA | Emails to/from J. Lucas re meet and confer communications and file amended status report. | 0.20 | 1045.00 | $209.00 |
| 04/01/2022 | GSG | CA | Review tentative calendar re status conference. | 0.10 | 1045.00 | $104.50 |
| 04/04/2022 | GSG | CA | Review tentative, call clerk, and email client re status and calendar continued status conference. | 0.30 | 1045.00 | $313.50 |
| 04/07/2022 | GSG | CA | Telephone call with R. Johnson re claims analysis. | 0.10 | 1045.00 | $104.50 |
| 04/12/2022 | GSG | CA | Telephone call and email R. Johnson re claims analysis. | 0.10 | 1045.00 | $104.50 |
| 04/13/2022 | GSG | CA | Telephone call with R Johnson re claims analysis and distribution. | 0.10 | 1045.00 | $104.50 |
| 05/02/2022 | GSG | CA | Emails to/from R. Johnson re claim review status. | 0.10 | 1045.00 | $104.50 |
| 05/11/2022 | GSG | CA | Emails to/from R. Johnson and J. Lucas re reconciliation and fees. | 0.10 | 1045.00 | $104.50 |
| 06/30/2022 | GSG | CA | Emails re conference to address final distribution. | 0.10 | 1045.00 | $104.50 |
| 07/06/2022 | GSG | CA | Review annotated spreadsheet re claims and call with client. | 0.30 | 1045.00 | $313.50 |
| 07/06/2022 | GSG | CA | Call with J. Lucas and R. Johnson re claim registers. | 0.20 | 1045.00 | $209.00 |
| 07/07/2022 | GSG | CA | Review claims analysis from R. Johnson. | 0.50 | 1045.00 | $522.50 |
| 07/07/2022 | GSG | CA | Review pleadings re Chester Tower and duplicates. | 0.30 | 1045.00 | $313.50 |
| 07/07/2022 | GSG | CA | [No charge] Pull documents and emails to/from J. Lucas re claim status and proposed distribution. | 0.70 | 0.00 | $0.00 |
| 07/11/2022 | GSG | CA | Call with J. Lucas re claim distribution issues. | 0.20 | 1045.00 | $209.00 |
| 07/11/2022 | GSG | CA | Review consolidation motion re service and Chester Tower. | 0.30 | 1045.00 | $313.50 |
| 07/11/2022 | GSG | CA | Review revised distribution spreadsheet from R. Johnson and spot check claims. | 0.80 | 1045.00 | $836.00 |
| 07/11/2022 | GSG | CA | Email J. Lucas re claim distribution analysis. | 0.20 | 1045.00 | $209.00 |
| 07/14/2022 | GSG | CA | Emails to/from J. Lucas re distribution questions. | 0.30 | 1045.00 | $313.50 |
| 07/14/2022 | GSG | CA | Telephone call with J. Lucas and email R. Johnson re final comments to proposed distribution. | 0.40 | 1045.00 | $418.00 |
| 07/14/2022 | GSG | CA | Telephone call with R. Johnson, review stipulation | 0.40 | 1045.00 | $418.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David K - Yashouafar

32274    - 00002

Page:    8

Invoice 130497

August 08, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | re fee waiver, review chapter 7 employment application and emails re same. | | | |
| | | | | 26.20 | | $23,793.00 |

## Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/04/2021 | BDD | CO | Emails J. Lucas re claims spreadsheet | 0.10 | 460.00 | $46.00 |
| 06/25/2021 | JWL | CO | Prepare response to Barlava statement regarding claims objection and distributions (.5); | 0.50 | 995.00 | $497.50 |
| 10/07/2021 | BDD | CO | Email G. Greenwood re Yashouafar claims reconciliation | 0.10 | 460.00 | $46.00 |
| 10/07/2021 | GSG | CO | Review Barlava claims and emails, and prepare status conference statement. | 1.90 | 950.00 | $1,805.00 |
| 10/07/2021 | GSG | CO | Review claim register and confer with B. Dassa re same. | 0.20 | 950.00 | $190.00 |
| 10/07/2021 | GSG | CO | Email J. Lucas re Barlava AVP status conference and claim status. | 0.20 | 950.00 | $190.00 |
| 10/08/2021 | GSG | CO | Confer with M. Renck re final status conference statement and filing (.1); review Barlava response to status conference and email J. Lucas re same (.1). | 0.20 | 950.00 | $190.00 |
| 10/11/2021 | NPL | CO | Email communications with G. Greenwood regarding claims reconciliation hart. | 0.10 | 460.00 | $46.00 |
| 10/12/2021 | NPL | CO | Update claims chart to include additional details regarding filed claims. | 1.80 | 460.00 | $828.00 |
| 10/13/2021 | NPL | CO | Email communications with G. Greenwood regarding updated claims analysis. | 0.10 | 460.00 | $46.00 |
| 10/13/2021 | NPL | CO | Continued updates to claims analysis. | 2.20 | 460.00 | $1,012.00 |
| 10/19/2021 | BDD | CO | Emails G. Greenwood and N. Lockwood re claims reconciliation | 0.10 | 460.00 | $46.00 |
| 10/20/2021 | GSG | CO | Review Chester Tower status and stipulation re duplicate claims. | 0.30 | 950.00 | $285.00 |
| 10/20/2021 | GSG | CO | Review and calculate duplicate claims. | 0.40 | 950.00 | $380.00 |
| 10/26/2021 | GSG | CO | Emails to/from client re subcon motion and estate status. | 0.20 | 950.00 | $190.00 |
| 10/26/2021 | GSG | CO | Draft/revise motion and declaration re assets, and review notice of hearing. | 1.30 | 950.00 | $1,235.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      9
Gottlieb, David K - Yashouafar                                      Invoice 130497
32274    -00002                                                    August 08, 2022

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/27/2021 | GSG | CO | Review settlement stipulation re waiver language and DE authority and revise re same. | 0.50 | 950.00 | $475.00 |
| 10/27/2021 | GSG | CO | Revise and finalize subcon motion, declaration, and notice. | 1.30 | 950.00 | $1,235.00 |
| 10/28/2021 | GSG | CO | Emails and call with B. Dassa re filing and service of subcon motion. | 0.30 | 950.00 | $285.00 |
| 11/22/2021 | GSG | CO | Review priority claims and status and email J. Lucas re same. | 1.10 | 950.00 | $1,045.00 |
| 11/22/2021 | GSG | CO | Review secured claims and prepare notes re potential objections. | 2.20 | 950.00 | $2,090.00 |
| 11/22/2021 | GSG | CO | Email priority creditor re request for reclassification. | 0.20 | 950.00 | $190.00 |
| 11/23/2021 | GSG | CO | Review secured claims re reconciliation. | 0.40 | 950.00 | $380.00 |
| 11/23/2021 | GSG | CO | Email J. Lucas re secured claim status and potential objections. | 0.40 | 950.00 | $380.00 |
| 11/23/2021 | GSG | CO | Emails to/from D. Gottlieb re priority claims and objections. | 0.30 | 950.00 | $285.00 |
| 11/23/2021 | GSG | CO | Email B. Davidoff re Greenberg Glusker priority claim. | 0.30 | 950.00 | $285.00 |
| 11/23/2021 | GSG | CO | Emails to/from Discover Bank re priority claim. | 0.10 | 950.00 | $95.00 |
| 11/29/2021 | GSG | CO | Email Discovery Bank re follow-up to recharacterization. | 0.10 | 950.00 | $95.00 |
| 11/30/2021 | GSG | CO | Emails to/from J. Lucas and D. Gottlieb re claim reconciliation. | 0.30 | 950.00 | $285.00 |
| 11/30/2021 | GSG | CO | Emails to/from B. Davidoff and J. Lucas re claim status. | 0.20 | 950.00 | $190.00 |
| 12/01/2021 | GSG | CO | Review claim registers re outstanding claims. | 0.40 | 950.00 | $380.00 |
| 12/02/2021 | GSG | CO | Email J. Lucas re priority/secured claims and Greenberg Glusker. | 0.20 | 950.00 | $190.00 |
| 12/02/2021 | GSG | CO | Confer with J. Lucas and review docket re Greenberg Glusker history/timing. | 0.30 | 950.00 | $285.00 |
| 12/03/2021 | GSG | CO | Call with B. Davidoff and J. Lucas re claim reclassification. | 0.30 | 950.00 | $285.00 |
| 12/03/2021 | GSG | CO | Review adversary docket re summary judgment papers and status of residential properties. | 0.50 | 950.00 | $475.00 |

Pachulski Stang Ziehl & Jones LLP                          Page:    10
Gottlieb, David K - Yashouafar                             Invoice 130497
32274   -00002                                             August 08, 2022

---

|            |     |    |                                                                                          | Hours | Rate    | Amount     |
|------------|-----|----|------------------------------------------------------------------------------------------|-------|---------|------------|
| 12/06/2021 | GSG | CO | Review background re foreclosure of residential properties and reclassification of secured claims. | 1.60  | 950.00  | $1,520.00  |
| 12/06/2021 | GSG | CO | Draft omnibus objection to secured claims.                                               | 3.90  | 950.00  | $3,705.00  |
| 12/07/2021 | GSG | CO | Draft omnibus objection, notice, and order re reclassification of secured claims.        | 4.40  | 950.00  | $4,180.00  |
| 12/07/2021 | GSG | CO | Confer with M. Renck re service and filing, review and circulate objection pleadings.    | 0.30  | 950.00  | $285.00    |
| 12/08/2021 | GSG | CO | Prepare stipulation re reclassification of Discover Bank claim and email same.           | 0.40  | 950.00  | $380.00    |
| 12/13/2021 | GSG | CO | Emails to/from Davidoff re priority claim.                                                | 0.10  | 950.00  | $95.00     |
| 12/29/2021 | GSG | CO | Emails to/from Discover re stipulation to reclassify claim.                               | 0.20  | 950.00  | $190.00    |
| 01/04/2022 | GSG | CO | Prepare order approving stipulation re Discover Bank and confer with M. Renck re filing.  | 0.20  | 1045.00 | $209.00    |
| 01/06/2022 | GSG | CO | Telephone call with M. Wilson and email re claim amendment; email client re same.        | 0.30  | 1045.00 | $313.50    |
| 01/07/2022 | GSG | CO | Telephone call with court clerk re Discover Bank stipulation and confer with M. Renck re re-filing. | 0.30  | 1045.00 | $313.50    |
| 01/07/2022 | GSG | CO | Email client re proposed omnibus objection and declaration.                              | 0.20  | 1045.00 | $209.00    |
| 01/07/2022 | GSG | CO | Review J. Lucas comments and prepare Gottlieb declaration re omnibus objection to secured claims. | 1.50  | 1045.00 | $1,567.50  |
| 01/07/2022 | GSG | CO | Review LBR and GM calendar re objection scheduling.                                      | 0.30  | 1045.00 | $313.50    |
| 01/10/2022 | GSG | CO | Review and respond to B. Davidoff email re stipulated claim.                             | 0.10  | 1045.00 | $104.50    |
| 01/10/2022 | GSG | CO | Confirm filing of omnibus objection and calendar deadlines.                              | 0.10  | 1045.00 | $104.50    |
| 01/10/2022 | GSG | CO | Receive D. Gottlieb's declaration, review LBR re Zoom procedures, and confer with M. Renck re service and filing. | 0.60  | 1045.00 | $627.00    |
| 01/10/2022 | GSG | CO | Revise and finalize Notice of Hearing.                                                   | 0.20  | 1045.00 | $209.00    |
| 01/11/2022 | GSG | CO | Email Davidoff re Greenberg Glusker stipulation and order.                               | 0.10  | 1045.00 | $104.50    |
| 01/11/2022 | GSG | CO | Prepare stipulation and order re Greenberg Glusker                                       | 0.60  | 1045.00 | $627.00    |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David K - Yashouafar

32274    -00002

|            |      |    |                                                                                                          | Hours | Rate    | Amount     |
|------------|------|----|----------------------------------------------------------------------------------------------------------|-------|---------|------------|
|            |      |    | claim.                                                                                                   |       |         |            |
| 01/12/2022 | GSG  | CO | Review docket re stipulation/order and claims and email D. Gottlieb re same.                             | 0.20  | 1045.00 | $209.00    |
| 01/18/2022 | GSG  | CO | Emails to/from B. Davidoff re stipulation and confer re filing and order.                                | 0.10  | 1045.00 | $104.50    |
| 02/28/2022 | GSG  | CO | Review tentative ruling, circulate to client with status, and finalize order for upload.                 | 0.40  | 1045.00 | $418.00    |
| 03/21/2022 | GSG  | CO | Emails to/from J. Lucas and telephone call with court re order status.                                   | 0.20  | 1045.00 | $209.00    |
| 03/23/2022 | PJJ  | CO | Review/revise claims analysis.                                                                           | 3.00  | 495.00  | $1,485.00  |
| 03/29/2022 | PJJ  | CO | Work on joint claims analysis.                                                                           | 4.00  | 495.00  | $1,980.00  |
| 03/29/2022 | GSG  | CO | Review draft claims analysis and email D. Gottlieb re same.                                              | 0.40  | 1045.00 | $418.00    |
| 03/29/2022 | GSG  | CO | Emails to/from P. Jeffries and review claims analysis re clarifications, and email D. Gottlieb re same.  | 0.40  | 1045.00 | $418.00    |
|            |      |    |                                                                                                          | 43.20 |         | $36,261.50 |

## Compensation Prof. [B160]

|            |     |    |                                                             | Hours | Rate   | Amount    |
|------------|-----|----|-------------------------------------------------------------|-------|--------|-----------|
| 07/26/2022 | PJJ | CP | Telephone conference with John W. Lucas regarding final fee application. | 0.20  | 495.00 | $99.00    |
| 08/04/2022 | PJJ | CP | Draft final fee application for chapter 7 work.              | 1.00  | 495.00 | $495.00   |
| 08/05/2022 | PJJ | CP | Work on final fee application                               | 2.50  | 495.00 | $1,237.50 |
| 08/07/2022 | PJJ | CP | Work on final fee application.                              | 2.00  | 495.00 | $990.00   |
| 08/08/2022 | PJJ | CP | Finalize final fee application.                             | 1.00  | 495.00 | $495.00   |
|            |     |    |                                                             | 6.70  |        | $3,316.50 |

## Retention of Prof. [B160]

|            |     |    |                                                                                                                 | Hours | Rate   | Amount   |
|------------|-----|----|-----------------------------------------------------------------------------------------------------------------|-------|--------|----------|
| 06/07/2021 | BDD | RP | Email A. Bonn re new matter                                                                                      | 0.10  | 460.00 | $46.00   |
| 06/07/2021 | BDD | RP | Call with G. Greenwood re new matter (ch. 7 claims work)                                                         | 2.00  | 460.00 | $920.00  |
| 06/07/2021 | BDD | RP | Prepare retention letter for D. Gottlieb representation in ch. 7 claims work matter and email G. Greenwood re same | 0.70  | 460.00 | $322.00  |

Pachulski Stang Ziehl & Jones LLP                                    Page:    12
Gottlieb, David K - Yashouafar                                      Invoice 130497
32274    -00002                                                    August 08, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/07/2021 | BDD | RP | Email N. Brown re Yashouafar ch. 7 retention letter | 0.10 | 460.00 | $46.00 |
| 06/07/2021 | BDD | RP | Email G. Downing re PSZJ retention letter (ch. 7 claims work) | 0.10 | 460.00 | $46.00 |
| 06/07/2021 | BDD | RP | Email J. Lucas and G. Greenwood re ch. 7 retention application | 0.10 | 460.00 | $46.00 |
| 06/09/2021 | BDD | RP | Review PSZJ ch. 11 retention application, and final fee app in preparation of ch. 7 retention application (.80); emails J. Lucas and G. Greenwood re ch. 7 retention application (.10); prepare chapter 7 retention application and related pleadings (2.80) | 3.70 | 460.00 | $1,702.00 |
| 06/09/2021 | BDD | RP | Email V. Arias re ch. 7 retention application and prior payments to PSZJ | 0.10 | 460.00 | $46.00 |
| 06/10/2021 | BDD | RP | Email A. Bonn re new matter | 0.10 | 460.00 | $46.00 |
| 06/10/2021 | GSG | RP | Draft/revise retention application re chapter 7, including background re chapter 11. | 3.90 | 950.00 | $3,705.00 |
| 06/14/2021 | BDD | RP | Email G. Greenwood re PSZJ ch. 7 retention application | 0.10 | 460.00 | $46.00 |
| 06/14/2021 | GSG | RP | Emails re engagement and application. | 0.30 | 950.00 | $285.00 |
| 06/16/2021 | BDD | RP | Prepare Notice of Filing of Application to Employ PSZJ as general bk counsel to ch. 7 trustee and email J. Lucas and G. Greenwood re same | 0.60 | 460.00 | $276.00 |
| 06/16/2021 | BDD | RP | Multiple emails to/call with N. Brown re App/Notice re employment of PSZJ as counsel to ch. 7 Trustee | 0.40 | 460.00 | $184.00 |
| 06/16/2021 | BDD | RP | Review service lists and emails N. Brown re same | 0.20 | 460.00 | $92.00 |
| 06/16/2021 | BDD | RP | Email J. Lucas and G. Greenwood re PSZJ filed retention application | 0.10 | 460.00 | $46.00 |
| 06/16/2021 | GSG | RP | Review notice and LBR re employment application. | 0.20 | 950.00 | $190.00 |
| 07/12/2021 | BDD | RP | Prepare dec of no opposition and order re PSZJ employment in ch. 7 case and emails G. Greenwood and N. Brown re same | 0.60 | 460.00 | $276.00 |
| 07/12/2021 | BDD | RP | Review docket for objections to PSZJ ch. 7 retention and email G. Greenwood re same | 0.10 | 460.00 | $46.00 |
| 07/21/2021 | BDD | RP | Email G. Greenwood re order on PSZJ retention | 0.10 | 460.00 | $46.00 |
|  |  |  |  | 13.60 |  | $8,412.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                          $71,783.00

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David K - Yashouafar

32274    -00002

Page:    13

Invoice 130497

August 08, 2022

---

### Expenses

| | | | |
|---|---|---|---:|
| 06/25/2021 | FE | 32274.00002 FedEx Charges for 06-25-21 | 16.10 |
| 07/12/2021 | RE2 | SCAN/COPY ( 63 @0.10 PER PG) | 6.30 |
| 10/28/2021 | FE | 32274.00002 FedEx Charges for 10-28-21 | 11.11 |
| 10/28/2021 | RE | ( 44 @0.20 PER PG) | 8.80 |
| 10/28/2021 | RE | ( 2079 @0.20 PER PG) | 415.80 |
| 10/28/2021 | RE | ( 2277 @0.20 PER PG) | 455.40 |
| 10/28/2021 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 10/28/2021 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 10/28/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 01/10/2022 | PO | Postage [E108] Postage | 20.16 |
| 01/10/2022 | RE2 | SCAN/COPY ( 714 @0.10 PER PG) | 71.40 |
| 01/10/2022 | RE2 | SCAN/COPY ( 714 @0.10 PER PG) | 71.40 |
| 01/10/2022 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 01/10/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/10/2022 | RE2 | SCAN/COPY ( 119 @0.10 PER PG) | 11.90 |
| 01/18/2022 | LN | 32274.00002 Lexis Charges for 01-18-22 | 18.31 |
| 03/25/2022 | FE | 32274.00002 FedEx Charges for 03-25-22 | 19.73 |
| 03/25/2022 | PO | Postage [E108] Postage | 0.73 |
| 03/25/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 03/25/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 05/10/2022 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 07/28/2022 | LN | 32274.00002 Lexis Charges for 07-28-22 | 48.81 |
| 08/08/2022 | PAC | Pacer - Court Research | 25.10 |

**Total Expenses for this Matter**                                   **$1,211.35**

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David K - Yashouafar
32274    -00002

Page:    14
Invoice 130497
August 08, 2022

---

**REMITTANCE ADVICE**

**Please include this Remittance with your payment**

**For current services rendered through:**    **08/08/2022**

**Total Fees**                                                          **$71,783.00**

**Total Expenses**                                                     **1,211.35**

**Total Due on Current Invoice**                                       **$72,994.35**

**Outstanding Balance from prior invoices as of**    **08/08/2022**    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|

**Total Amount Due on Current and Prior Invoices:**                    **$72,994.35**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**One Market Plaza, Spear Tower, 40ᵗʰ Floor, San Francisco, CA 94105**

A true and correct copy of the foregoing document entitled **FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE; DECLARATION OF JOHN W. LUCAS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>August 16, 2022</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On <u>August 16, 2022</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>August 16, 2022</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Via Federal Express***
Honorable Geraldine Mund
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 312/ Courtroom 303
Woodland Hills, California  91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2022 | Matt Renck | /s/ Matt Renck |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Timothy C Aires**   tca@arlawyers.com, gperez@arlawyers.com
- **Bret D. Allen**   ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **Simon Aron**   saron@wrslawyers.com,
  eweiman@wrslawyers.com,msigall@wrslawyers.com,moster@wrslawyers.com
- **Lauren T Attard**   lattard@bakerlaw.com, aglorioso@bakerlaw.com;abeachdell@bakerlaw.com
- **Larry G Ball**   lball@hallestill.com, kbauer@hallestill.com
- **William H Brownstein**   Brownsteinlaw.bill@gmail.com
- **Carol Chow**   carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **Aaron E DE Leest**   adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Henry S David**   hdavid@davidfirm.com, 8163836420@filings.docketbird.com
- **Brian L Davidoff**   bdavidoff@greenbergglusker.com,
  calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Fahim Farivar**   fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Marian Garza**   ecfnotices@ascensioncapitalgroup.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **Mark E Goodfriend**   markgoodfriend@yahoo.com, monica.yoohanna@gmail.com
- **David Keith Gottlieb (TR)**   dkgtrustee@dkgallc.com,
  dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- **Gail S Greenwood**   ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **Lee W Harwell**   leehar@earthlink.net, shada12200@hotmail.com
- **Eric P Israel**   eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Andrew V Jablon**   ajablon@rpblaw.com, ntariche@rpblaw.com
- **Thomas P Jeremiassen (TR)**   tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz
- **Robert B Kaplan**   rbk@jmbm.com
- **Andrew F Kim**   akim@afklaw.com, 6229175420@filings.docketbird.com
- **Matthew Kramer**   mkramer@wwhgd.com, iperez@wwhgd.com
- **Zi Chao Lin**   zlin@garrett-tully.com, tcurrie@garrett-tully.com;mdakinmurele@garrett-tully.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Ashley M McDow**   amcdow@foley.com, sansanee-wells-8377@ecf.pacerpro.com
- **Kevin Meek**   kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **C John M Melissinos**   jmelissinos@greenbergglusker.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Jessica Mickelsen Simon**   simonjm@ballardspahr.com, carolod@ballardspahr.com
- **William K Mills**   mills@parkermillsllp.com, sally@parkermillsllp.com
- **Shane J Moses**   smoses@foley.com, llanglois@foley.com;lanii-langlois-
  4514@ecf.pacerpro.com;swells@foley.com
- **David L. Neale**   dln@lnbyg.com
- **Juliet Y. Oh**   jyo@lnbyg.com, jyo@lnbyb.com
- **Tomas Andres Ortiz**   tortiz@zuberlawler.com
- **Keith C Owens**   kowens@foxrothschild.com, khoang@foxrothschild.com
- **Dipika Parmar**   dipika.parmar@aissolution.com
- **Jeremy V Richards**   jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Kambiz J Shabani**   joseph@shabanipartners.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **Mark M Sharf**    msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com
- **Nico N Tabibi**    nico@tabibilaw.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Maurice Wainer**    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- **Howard J Weg**    hweg@robinskaplan.com
- **Thomas J Weiss**    tweiss@weisslawla.com,
  kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com
- **Gilbert R Yabes**    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

## 2.  SERVED BY UNITED STATES MAIL:

| | | |
|---|---|---|
| A. David Mongan<br>4558 Toni Lane<br>La Mesa, CA  91941 | Alliance Property Investments, Inc.<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017 | Alliance Property Investments, Inc.<br>Attn:  Israel Abselet, CEO<br>114 Pine Street<br>Pt. Jefferson Station, NY  11778 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>Attn:  Gregory P. Deegan, Claims Adm.<br>PO Box 3001<br>Malvern, PA  19355-0701 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | Andrews Davis, P.C.<br>100 North Broadway, Ste. 3300<br>Oklahoma City, OK 73102 |
| Andrews Davis, P.C.<br>Attn:  David Pomeroy, President<br>100 North Broadway, Suite 3300<br>Oklahoma, OK  73102 | Barras Csoka P.L.L.C.<br>Law Offices of Paras B Barnett<br>Attn:  Paras B. Barnett, Manager<br>3883 Howard Hughes Pkwy., Ste. 790<br>Las Vegas, NV 89169 | BMW Bank of North America<br>PO Box 23356<br>Pittsburgh, PA  15222 |
| BMW Financial Services NA LLC<br>4515 Santa Fe Avenue<br>Dept. APS<br>Oklahoma City, OK  73118-7901 | BMW Financial Services NA, LLC<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK  73118 | BMW Financial Services NA, LLC<br>c/o Ascension Capital Group<br>Attn:  Marian Garza, Claims Processor<br>PO Box 201347<br>Arlington, TX  76006 |
| BMW Financial Services NA, LLC<br>P.O. Box 3608<br>Dublin, OH  43016 | BMW Financial Services<br>Customer Service Center<br>PO Box 3608<br>Dublin OH 43016-0306 | Capital One Bank (USA), N.A.<br>c/o American InfoSource<br>Attn:  Ashley Boswell, Paralegal<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Carla Ridge LLC<br>Kefayat Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067 | Carla Ridge LLC<br>Morris Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 |
| Carla Ridge LLC<br>Nasser Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 | Carla Ridge LLC<br>Simon Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067 | Chester Tower, LLC<br>Attn:  Edmond Nahouray, Manager<br>PO Box 32428<br>Los Angeles, CA 90032 |
| Chester Tower, LLC<br>Lobel Weiland Golden Friedman LLP<br>Attn:  Jeffrey I. Golden, Esq.<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA  92626 | Chester Tower, LLC<br>PO Box 32428<br>Los Angeles, CA 90032 | Chester Tower, LLC<br>PO Box 32428<br>Los Angeles, CA 90032 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_SF:107738.1 32274/001

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Discover Bank<br>c/o Discover Products Inc.<br>Attn: Darlene Slusher, Sr. Bk Specialist<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Bank<br>c/o Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Card<br>Discover Financial Services<br>Discover Products Inc.<br>Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| DMARC 2007-CD5 Garden Street LLC<br>c/o Aires Law Firm<br>6 Hughes, Suite 205<br>Irvine, CA 92618 | DMARC 2007-CD5 Garden Street LLC<br>c/o Aires Law Firm<br>Attn: Timothy Carl Aires, Esq.<br>6 Hughes, Suite 205<br>Irvine, CA 92618 | Edmond Lavi<br>5177 Avenida Hacienda<br>Tarzana, CA 91356 |
| Edmond Lavi<br>c/o Lee Harwell, Jr.<br>3424 Carson Street, Suite 320<br>Torrance, CA 90503 | Eli Bendavid<br>1535 Ruhland Avenue<br>Manhattan Beach, CA 90266 | Eli Javid Bendavid<br>6839 Kings Harbor Drive<br>Rancho Palos Verdes, CA 90275-4621 |
| Elkwood Associate LLC<br>Attn: Daniel J McCarthy<br>300 S Grand Avenue, 37th Floor<br>Los Angeles, CA 90071 | Elkwood Associate LLC<br>Attn: Jack Nourafshan, Manager<br>300 S Grand Avenue, 37th Floor<br>Los Angeles, CA 90071 | Encino Corporate Plaza, L.P.<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017 |
| Encino Corporate Plaza, L.P.<br>Attn: Israel Abselet, President of ECP<br>Bldg, Inc.,<br>General Partner of Encino Corporate<br>Plaza, L.P.<br>114 Pine Street<br>Pt. Jefferson, NY 11776 | Fahim Farivar<br>Farivar Law Firm PC<br>18653 Ventura Blvd., Suite 362<br>Tarzana, CA 91356 | Figueroa Tower II, LP<br>c/o Resch Polster & Berger, LLP<br>Attn: Andrew Victor Jablon<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 |
| Figueroa Tower II, LP<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 | First National Buildings II, LLC<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 | First National Buildings II, LLC<br>c/o Resch Polster & Berger, LLP<br>Attn: Andrew Victor Jablon<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>Attn: Kevin Hutty<br>Franchise Tax Board Claim Agent<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Greenberg Glusker Fields<br>Claman & Machtinger LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067 |
| Greenberg Glusker Fields<br>Claman & Machtinger LLP<br>Attn: Brian L. Davidoff, Dept. Chair<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067 | Gregory A. Cross<br>VENABLE LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, MD 21202 | Holthouse, Carlin & Van Trigt, LLP<br>11444 W. Olympic Blvd, 11th Floor<br>Los Angeles, CA 90064 |
| Holthouse, Carlin & Van Trigt, LLP<br>Attn: Carol Frischer, Accts. Rec.<br>Manager<br>11444 W. Olympic Blvd, 11th Floor<br>Los Angeles, CA 90064 | Howard L. Abselet<br>c/o Henry S. David<br>617 W. 7th Street, Suite 702<br>Los Angeles, CA 90017 | Israel Abselet<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017 |
| Israel Abselet, POA for Howard L.<br>Abselet<br>114 Pine Street<br>Pt. Jefferson, NY 11776 | Jay J. Fathi<br>235 1/2 Elm Drive<br>Beverly Hills, CA 90212 | Joshua Paradise Holdings, LLC<br>Attn: Leon Neman, Manager<br>1525 S. Broadway Street<br>Los Angeles, CA 90015 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

F 9013-3.1.PROOF.SERVICE

DOCS_SF:107738.1 32274/001

| | | |
|---|---|---|
| Joshua Paradise Holdings, LLC<br>c/o Hall Estill<br>Attn: Larry G. Ball<br>100 N. Broadway, Suite 2900<br>Oklahoma City, OK 73102 | Kefayat Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067 | Keith C. Owens<br>Jennifer L. Nassiri<br>VENABLE LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067 |
| Law Offices of Paras B Barnett<br>Attn: Paras B. Barnett, Manager<br>3883 Howard Hughes Pkwy., Ste. 790<br>Las Vegas, NV 89169 | Leif E. Swedlow<br>Andrews Davis, P.C.<br>100 North Broadway, Ste. 3300<br>Oklahoma City, OK 73102 | Levene, Neale, Bender, Yoo & Brill<br>10250 Constellation Blvd, Suite 1700<br>Los Angeles, CA 90067 |
| Levene, Neale, Bender, Yoo & Brill<br>Attn: David L. Neale, Partner<br>10250 Constellation Blvd, Suite 1700<br>Los Angeles, CA 90067 | M.E.R. Enterprises, Inc.<br>P.O. Box 32428<br>Los Angeles, CA 90032 | M.E.R. Enterprises, Inc.<br>Attn: Edmond Nahouray, Manager<br>P.O. Box 32428<br>Los Angeles, CA 90032-0428 |
| M.E.R. Enterprises, Inc.<br>Lobel Weiland Golden Friedman LLP<br>Attn: Jeffrey I. Golden, Esq.<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 | M.E.R. Enterprises, Inc.<br>P.O. Box 32428<br>Los Angeles, CA 90032-0428 | Massoud Aaron Yashouafar<br>12730 Montana Ave.<br>Los Angeles, CA 90049 |
| Mehrdad Taghdiri<br>9744 Wilshire Blvd. Ste.306<br>Beverly Hills, CA 90212 | Mehrdad Taghdiri<br>c/o Vincent James John Romeo<br>3692 Poker Hand Court<br>Las Vegas, NV 89129 | Mercedes-Benz Financial Services USA<br>LLC<br>c/o BK Servicing, LLC<br>Attn: Ed Gezel, Agent<br>PO Box 131265<br>Roseville, MN 55113-0011 |
| Mercedes-Benz Financial Services USA<br>LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Morris Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Andrew Victor Jablon<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 | Morris Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 |
| N&S Investment, LLC<br>Attn: Sina Navidbakhsh, Manager<br>18345 Ventura Blvd., Suite 500<br>Tarzana, CA 91356 | N&S Investment, LLC<br>c/o Baker & Hostetler LLP<br>Attn: Fahim Farivar<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025 | Nasser Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Andrew Victor Jablon<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 |
| Nasser Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 90067 | Nourollah Siman<br>Ziba Sarafian<br>c/o Farivar Law & Tax Firm, APC<br>18345 Ventura Blvd., Suite 500<br>Tarzana, CA 91356 | Nourollah Siman, Ziba Sarafian<br>18345 Ventura Blvd., Suite 500<br>Tarzana, CA 91356 |
| Paradise Spa Owners Association<br>c/o Solomon Dwiggins & Freer, Ltd.<br>Attn: Alexander G. LeVeque<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129 | Paradise Spa Owners Association<br>c/o Solomon Dwiggins & Freer<br>Attn: Alex G. LeVeque<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129 | Paradise Spa Owners Association<br>c/o Solomon Dwiggins & Freer, Ltd.<br>Attn: Mark A. Solomon<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129 |
| Parvin Rabbani<br>133 North Willaman Drive<br>Beverly Hills, CA 90210 | Raymund Carino, on behalf of himself &<br>others similiarly situated<br>c/o Solomon Dwiggins & Freer<br>Attn: Alex G. LeVeque<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129 | Simon Barlava<br>524 N. Alpine Drive<br>Beverly Hills, CA 90210 |
| Simon Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067 | Sina Abselet<br>16 Doral Drive<br>Manhasset, NY 11030 | Solyman Yashouafar<br>4633 White Oak Place<br>Encino, CA 91316 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | |
|---|---|---|
| Southern California Edison<br>1551 W. San Bernardino Road<br>Covina, CA  91722 | Southern California Edison<br>PO Box 30337<br>Los Angeles, CA  90030 | Southern California Gas Company<br>Attn:  Abiola Dawodu, Mass Market<br>Credit & Collections Dept. Supervisor<br>PO Box 30337<br>Los Angeles, CA  90030 |
| Southern California Gas Company;<br>Mass Market Credit & Collections<br>PO Box 30337<br>Los Angeles, CA  90030 | The Estate of Yahouda Yahoudai<br>1875 Century Park East Suite 920<br>Los Angeles, CA 90067 | The Gas Company<br>Southern California Gas Company;<br>Mass Market Credit & Collections<br>PO Box 30337<br>Los Angeles, CA  90030 |
| The Nimkoff Firm<br>Attn:  Ronald Alan Nimkoff<br>28 Robert Circle<br>Syosset, NY 11791 | The Yahouda Yahoudai Revocable<br>Living Trust Dtd 9/25/08<br>Attn:  Yosi Yahoudai, Trustee<br>1875 Century Park East Suite 920<br>Los Angeles, CA 90067 | U.S. Bank National Assoc., as Trustee<br>c/o C-III Asset Management LLC,<br>as Special Servicer<br>Attn:  Jenna Unell, Sr. Marketing Dir./<br>General Counsel<br>5221 North O'Connor Blvd., Suite 600<br>Irving, TX  75039 |
| U.S. Bank National Assoc., as Trustee<br>c/o Venable LLP<br>Attn:  Keith C. Owens<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067 | U.S. Bank National Association<br>Attn:  Jacqueline Marie Blum, Paralegal<br>Bankruptcy Department<br>PO Box 108<br>St. Louis, MO  63166-0108 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis, MO  63166-0108 |
| US Dept of Education<br>Claims Filing Unit<br>c/o Great Lakes Educational Loan<br>Services, Inc.<br>Attn:  Mary Moua, Claims Filing<br>Specialist<br>2401 International Lane<br>Madison, WI  53704 | US Dept. of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI  53708-8973 | US Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017 |
| Van Nuys Plywood, LLC<br>Attn:  Danny Pakravan, Managing<br>Member<br>3131 Antelo Road<br>Los Angeles, CA 90077 | Vivoli Saccuzzo, LLP<br>c/o Michael W. Vivoli, Esq.<br>3104 Fourth Avenue<br>San Diego, CA 92103-5803 | World Accounting Group<br>World Real Estate Group<br>PO Box 15925<br>Beverly Hills, CA 90209 |
| World Real Estate Group<br>Attn:  Farid Faryab, Managing Director<br>PO Box 15925<br>Beverly Hills, CA 90209 | Yona Samih<br>c/o Baker & Hostetler LLP<br>Attn:  Fahim Farivar<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA  90025 | Yona Smith<br>11766 Wilshire Blvd., Suite 260<br>Los Angeles, CA  90025 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_SF:107738.1 32274/001

**F 9013-3.1.PROOF.SERVICE**