**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:    SOLYMAN YASHOUAFAR            § | Case No. 1:16-bk-12255-GM |
| MASSOUD AARON YASHOUAFAR   § | 1:16-bk-12408-GM |
| § | |
| Debtor(s)                                                            § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David K. Gottlieb, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> Kathleen Campbell
> 21041 Burbank Blvd.
> Woodland Hills, CA  91367

A hearing on the Trustee's Final Report and Applications for Compensation will be held at **10:00 a.m**. on **January 10, 2023** in Courtroom 303, United States Courthouse, located at 21041 Burbank Boulevard, Woodland Hills, CA 91367.  IN RESPONSE TO COVID-19, all of Judge Mund's hearings will be conducted using ZoomGov audio and video Accordingly, in addition to all other applicable noticing requirements, and pursuant to the authority granted under Fed. R. Bankr. P. 9007.

1.    The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Geraldine Mund, United States Bankruptcy Judge:  **Trustee's Final Report and Notice of Hearing**
2.    Notwithstanding any language in the Notice advising or suggesting that the hearing will be held physically in one of the Court's courtrooms, **please be advised that due to the COVID-19 pandemic, the Court will conduct the hearing remotely, using ZoomGov audio and video technology**. Individuals will not be permitted access to the courtroom.  Information on how to participate in the hearing remotely using ZoomGov is provided on the following page of this notice. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.
3.    Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.
4.    Individuals also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.
5.    Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.
6.    The audio portion of the hearing will be recorded electronically by the Court and constitute its

**UST Form 101-7-NFR (10/1/2010)**

official record.

7. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

8. The following is the unique ZoomGov connection information for the above-referenced hearing:

> Meeting URL: https://cacb.zoomgov.com/j/1609899484
> Meeting ID:  160 989 9484
> Telephone: 1 -669-254-5252 OR 1-646-828-7666
> Password:  198668

More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address:  https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed:  12/07/2022           By:   /s/ David K. Gottlieb
                                                      Trustee

David K. Gottlieb
21650 Oxnard St., Suite 500
Woodland Hills, CA  91367
(818) 539-7720
dgottlieb@dkgallc.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re:    SOLYMAN YASHOUAFAR    §    Case No. 1:16-bk-12255-GM
　　　　　MASSOUD AARON YASHOUAFAR    §    　　　　1:16-bk-12408-GM
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATION FOR COMPENSATION

*The Final Report shows receipts of*　　　　　$　　　5,907,080.45

*and approved disbursements of*　　　　　　$　　　5,051,648.66

*leaving a balance on hand of* [1]　　　　　　$　　　　855,431.79

**Balance on hand:**　　　　　　　　　　　$　　　　855,431.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2-2 | Howard L. Abselet | 10,646,470.64 | 0.00 | 0.00 | 0.00 |
| 14 | DMARC 2007-CD5 GARDEN STREET LLC | 1,000,000.00 | 0.00 | 0.00 | 0.00 |
| 17 | PY Note, LLC | 804,247.38 | 0.00 | 0.00 | 0.00 |
| 18 | Danny Pakravan | 804,247.38 | 0.00 | 0.00 | 0.00 |
| 25 | Mercedes-Benz Financial Services USA LLC | 4,145.13 | 0.00 | 0.00 | 0.00 |
| 27 | The Estate of Yahouda Yahoudai | 466,666.67 | 0.00 | 0.00 | 0.00 |
| 32 | Israel Abselet | 3,519,226.84 | 0.00 | 0.00 | 0.00 |
| S1-2 | Howard L. Abselet c/o Henry S. David The David Firm(R) | 10,646,470.64 | 3,551,423.69 | 3,551,423.69 | 0.00 |
| S1 | Howard L. Abselet c/o Henry S. David The David Firm(R) | 10,646,470.64 | 0.00 | 0.00 | 0.00 |
| S20A | The Estate of Yahouda Yahoudai | 466,666.67 | 0.00 | 0.00 | 0.00 |
| S32 | Israel Abselet c/o Henry S. David The David Firm(R) | 3,519,226.84 | 0.00 | 0.00 | 0.00 |

　　　[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to secured creditors: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 855,431.79 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - D. Gottlieb & Associates LLC | 200,462.41 | 178,768.10 | 21,694.31 |
| Trustee, Expenses - D. Gottlieb & Associates LLC | 206.10 | 133.30 | 72.80 |
| Attorney for Trustee, Fees - PACHULSKI STANG ZIEHL & JONES LLP | 71,783.00 | 0.00 | 71,783.00 |
| Attorney for Trustee, Expenses - PACHULSKI STANG ZIEHL & JONES LLP | 1,211.35 | 0.00 | 1,211.35 |
| Fees, United States Trustee | 1,300.00 | 0.00 | 1,300.00 |

|  | Total to be paid for chapter 7 administration expenses: | $ | 96,061.46 |
|---|---|---|---|
|  | Remaining balance: | $ | 759,370.33 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee/D-I-P , Fees - PACHULSKI STANG ZIEHL & JONES LLP | 890,425.50 | 890,425.50 | 0.00 |
| Attorney for Trustee/D-I-P , Expenses - PACHULSKI STANG ZIEHL & JONES LLP | 9,680.38 | 9,680.38 | 0.00 |
| Accountant for Trustee/D-I-P , Fees - BERKELEY RESEARCH GROUP, LLC | 70,823.30 | 70,823.30 | 0.00 |
| Accountant for Trustee/D-I-P , Expenses - BERKELEY RESEARCH GROUP, LLC | 26,088.75 | 26,088.75 | 0.00 |
| Other, Fees - Baker & Hostetler LLP | 157,000.10 | 157,000.10 | 0.00 |
| Other, Expenses - Baker & Hostetler LLP | 3,778.17 | 3,778.17 | 0.00 |
| Other, Fees - D. Gottlieb & Associates LLC | 16,573.37 | 16,573.37 | 0.00 |
| Other, Fees - Development Specialists Inc. | 16,717.50 | 16,717.50 | 0.00 |
| Other, Fees - Foley & Lardner LLP | 58,306.75 | 58,306.75 | 0.00 |
| Other, Expenses - D. Gottlieb & Associates LLC | 77.56 | 77.56 | 0.00 |
| Other, Expenses - Development Specialists Inc. | 40.36 | 40.36 | 0.00 |
| Other, Expenses - Foley & Lardner LLP | 961.96 | 961.96 | 0.00 |

|  | Total to be paid for prior chapter administration expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 759,370.33 |

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,875.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | Elkwood Associate LLC | 0.00 | 0.00 | 0.00 |
| S9P | Franchise Tax Board Bankruptcy Section MS A340 | 1,875.84 | 0.00 | 1,875.84 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 1,875.84 |
| Remaining balance: | $ 757,494.49 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $71,576,398.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.058 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Soda Partners, LLC | 0.00 | 0.00 | 0.00 |
| 3 | ELI BENDAVID | 0.00 | 0.00 | 0.00 |
| 4-2 | US DEPT OF EDUCATION | 42,483.59 | 0.00 | 449.60 |
| 5-2 | US DEPT OF EDUCATION | 67,656.46 | 0.00 | 716.01 |
| 6-2 | US DEPT OF EDUCATION | 49,092.17 | 0.00 | 519.54 |
| 7 | BMW Financial Services NA, LLC | 33,438.70 | 0.00 | 353.88 |
| 8 | Levene, Neale, Bender, Yoo & Brill | 374,781.85 | 0.00 | 3,966.32 |
| 9 | Discover Bank | 73.70 | 0.00 | 0.78 |
| 10 | SOUTHERN CALIFORNIA EDISON | 1,064.71 | 0.00 | 11.27 |
| 11 | Edmond Lavi | 0.00 | 0.00 | 0.00 |
| 12 | N&S Investments LLC | 0.00 | 0.00 | 0.00 |
| 13 | Yona Samih | 0.00 | 0.00 | 0.00 |
| 14 | DMARC 2007-CD5 GARDEN STREET LLC | 13,789,833.95 | 0.00 | 145,938.09 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15-2 | Mehrdad Taghdiri | 1,016,452.39 | 0.00 | 10,757.14 |
| 16 | Van Nuys Plywood LLC | 804,247.38 | 0.00 | 8,511.37 |
| 19 | BMW BANK OF NORTH AMERICA | 11,233.79 | 0.00 | 118.89 |
| 20 | FRANCHISE TAX BOARD | 864.15 | 0.00 | 9.15 |
| 21 | Paradise Spa Owners Association | 0.00 | 0.00 | 0.00 |
| 22 | U.S. Bank National Association, as Trustee | 0.00 | 0.00 | 0.00 |
| 23-2 | American Express Centurion Bank | 26,901.67 | 0.00 | 284.70 |
| 24 | Southern California Edison | 262.24 | 0.00 | 2.78 |
| 25 | Mercedes-Benz Financial Services USA LLC | 0.00 | 0.00 | 0.00 |
| 26 | Holthouse, Carlin & Van Trigt, LLP | 50,694.34 | 0.00 | 536.50 |
| 27 | The Estate of Yahouda Yahoudai | 0.00 | 0.00 | 0.00 |
| 28 | Elkwood Associate LLC | 0.00 | 0.00 | 0.00 |
| 29 | Parvin Rabbani | 0.00 | 0.00 | 0.00 |
| 30 | Alliance Property Investments, Inc. | 0.00 | 0.00 | 0.00 |
| 31 | Encino Corporate Plaza, L.P. | 0.00 | 0.00 | 0.00 |
| 33-2 | Joshua Paradise Holdings, LLC | 0.00 | 0.00 | 0.00 |
| 34 | Vivoli Saccuzzo, LLP | 0.00 | 0.00 | 0.00 |
| 35 | Capital One Bank (USA), N.A. | 3,341.28 | 0.00 | 35.36 |
| 36 | U.S. Bank National Association | 5,354.50 | 0.00 | 56.67 |
| 38 | Nourollah Siman, Ziba Sarafian | 0.00 | 0.00 | 0.00 |
| 39 | M.E.R. Enterprises, Inc. | 0.00 | 0.00 | 0.00 |
| 40 | Chester Tower, LLC | 1,750,000.00 | 0.00 | 18,520.29 |
| S2 | ELI BENDAVID | 425,000.00 | 0.00 | 4,497.78 |
| S3 | Edmond Lavi | 1,737,492.79 | 0.00 | 18,387.92 |
| S4 | N&S Investments LLC | 3,240,869.40 | 0.00 | 34,298.19 |
| S5 | Yona Samih | 795,604.25 | 0.00 | 8,419.90 |
| S6 | DMARC 2007-CD5 GARDEN STREET LLC C/O AIRES LAW FIRM | 0.00 | 0.00 | 0.00 |
| S7-2 | Mehrdad Taghdiri | 756,647.81 | 0.00 | 8,007.62 |
| S8 | Van Nuys Plywood LLC | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| S9 | Franchise Tax Board Bankruptcy Section MS A340 | 130.13 | 0.00 | 1.38 |
| S10 | Andrews Davis, P.C | 77,363.78 | 0.00 | 818.74 |
| S11 | Kefayat Barlava c/o Resch Polster & Berger, LLP Attn: Michae | 501,521.00 | 0.00 | 5,307.61 |
| S12 | Simon Barlava c/o Resch Polster & Berger, LLP Attn: Michael | 501,521.01 | 0.00 | 5,307.61 |
| S13 | Figueroa Tower II, LP c/o Resch Polster & Berger, LLP Attn: | 272,842.34 | 0.00 | 2,887.50 |
| S14-2 | First National Buildings II, LLC c/o Resch Polster & Berger, | 10,248,175.93 | 0.00 | 108,456.65 |
| S15 | Morris Barlava c/o Resch Polster & Berger, LLP Attn: Michael | 501,521.01 | 0.00 | 5,307.61 |
| S16 | Nasser Barlava c/o Resch Polster & Berger, LLP Attn: Michael | 501,521.01 | 0.00 | 5,307.61 |
| S17 | Law Offices of Paras B Barnett | 121,044.00 | 0.00 | 1,281.01 |
| S18 | U.S. Bank National Association, as Trustee c/o Keith C. Owen | 17,502,481.96 | 0.00 | 185,229.11 |
| S19 | Holthouse, Carlin & Van Trigt, LLP | 44,422.34 | 0.00 | 470.12 |
| S20 | The Estate of Yahouda Yahoudai | 817,950.00 | 0.00 | 8,656.38 |
| S21 | Paradise Spa Owners Association c/o Solomon Dwiggins & Freer | 1,059,002.00 | 0.00 | 11,207.44 |
| S22 | Raymund Carino, on behalf of himself and others si c/o Solom | 2,592,000.00 | 0.00 | 27,431.19 |
| S23 | Chester Tower, LLC | 3,914,295.66 | 0.00 | 41,425.07 |
| S24 | M.E.R. Enterprises, Inc. | 625,888.12 | 0.00 | 6,623.79 |
| S25 | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP 1900 AVENUE | 94,272.62 | 0.00 | 997.69 |
| S26 | World Real Estate Group Farid Faryab | 522,668.95 | 0.00 | 5,531.42 |
| S27 | Joshua Paradise Holdings, LLC c/o Larry G. Ball | 1,671,616.44 | 0.00 | 17,690.75 |
| S28 | The Nimkoff Firm | 94,589.62 | 0.00 | 1,001.04 |
| S29 | Parvin Rabbani | 1,716,548.00 | 0.00 | 18,166.26 |
| S30 | Alliance Property Investments, Inc. c/o Henry S. David The D | 0.00 | 0.00 | 0.00 |
| S31 | Encino Corporate Plaza, L.P. c/o Henry S. David The David Fi | 0.00 | 0.00 | 0.00 |
| S33 | Vivoli Saccuzzo, LLP c/o Michael W. Vivoli, Esq. | 565,150.78 | 0.00 | 5,981.00 |
| S34 | Jay J. Fathi | 398,204.11 | 0.00 | 4,214.20 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| S38 | Nourollah Siman, Ziba Sarafian | 2,248,276.91 | 0.00 | 23,793.56 |

Total to be paid for timely general unsecured claims: $ 757,494.49
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ David K. Gottlieb
                Trustee

David K. Gottlieb
21650 Oxnard St.
Suite 500
Woodland Hills, CA  91367
(818) 539-7720
dgottlieb@dkgallc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**