Richard M. Pachulski (SBN 90073)
Jeffrey W. Dulberg (SBN 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  rpachulski@pszjlaw.com
         jdulberg@pszjlaw.com

Attorneys for Chapter 7 Trustee, David K. Gottlieb

**FILED & ENTERED**

**OCT 05 2015**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>KSL MEDIA, INC., T.V. 10'S, LLC, and FULCRUM 5, INC.,<br><br>                               Debtors.<br><br>☐ Affects KSL Media, Inc.<br>☐ Affects T.V. 10's, LLC<br>☐ Affects Fulcrum 5, Inc.<br>☒ Affects All Debtors | Chapter 7<br><br>Case No.: 1:13-bk-15929-MB<br><br>Jointly Administered with Case Nos.: 1:13-bk-15930-MB and 1:13-bk-15931-MB [AHART]<br><br>**ORDER GRANTING APPLICATIONS FILED BY 1) PACHULSKI STANG ZIEHL & JONES LLP; 2) PROVINCE, INC.; AND 3) GROBSTEIN TEEPLE LLP FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES RELATING TO THE CHAPTER 11 PERIOD**<br><br>[Relates to Dkt. Nos. 1394, 1395, 1397, and 1402]<br><br>Hearing Date:    September 17, 2015<br>Hearing Time:    10:00 a.m.<br>Place:           Courtroom 303<br>                 U.S. Bankruptcy Court<br>                 21041 Burbank Blvd.<br>                 Woodland Hills, CA |

DOCS_LA:292425.3 47516/003

The Court has considered the final fee applications (collectively, the "Final Applications") of Pachulski Stang Ziehl & Jones LLP (the "PSZJ Fee Application"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") in the former chapter 11 cases of KSL Media, Inc., T.V. 10's LLC, and Fulcrum 5 (the "Debtors"), Province, Inc. f/k/a Province Advisors, LLC (the "Province Fee Application"), as financial advisor to the Committee in the former chapter 11 cases of the Debtors, and Grobstein Teeple LLP (the "Grobstein Fee Application"), as financial advisor to the Debtors in the former chapter 11 cases of the Debtors (collectively, the "Chapter 11 Estate Professionals").

Based upon the record, and having considered the objections filed by the United States Trustee (the "U.S. Trustee") and Landau, Gottfried & Berger LLP ("LGB") to the Final Applications[1] and all replies thereto,[2] and the *Motion for Order Approving Settlement With Certain of the Chapter 11 Estate Professionals* (the "9019 Motion") [Docket No. 1394] having been granted, and having found that notice of the Final Applications was adequate, appropriate, and properly served under the circumstances and that no further notice need by given, and all objections filed with respect to the Motion having been resolved, withdrawn or overruled by the Court, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The U.S. Trustee objection is resolved as set forth in paragraph 6 below;

2. The LGB objection is overruled;

3. The PSZJ Fee Application is approved on a final basis, for the period October 10, 2013 through December 29, 2013, in the amounts of $583,835.00 for fees incurred[3] and $10,036.95 for expenses advanced;

---

[1] *See* Docket Nos. 1414-2 and 1415.

[2] *See* Docket Nos 1458 and 1459.

[3] Pursuant to the 9019 Motion, PSZJ's allowed chapter 11 claim will be reduced by $95,000.00 – from $678,835.00 to $583,835.00.

DOCS_LA:292425.3 47516/003

4.  The Province Fee Application is approved on a final basis, for the period October 23, 2013 through December 29, 2013, in the amounts of $129,145.50 for fees incurred[4] and $993.98 in expenses advanced;

5.  The Grobstein Fee Application is approved on a final basis, for the period September 11, 2013 through December 30, 2013 in the amount of $173,152.50 for fees incurred[5] and $1,451.85 in expenses advanced; and

6.  The Trustee is authorized to pay the Chapter 11 Estate Professionals the amounts set forth herein subject at all times to the order on the 9019 Motion; provided, however, that all fees and expenses awarded hereby are subject to disgorgement as necessary to ensure adherence to the priority scheme of the Bankruptcy Code.

###

Date: October 5, 2015

Alan M. Ahart
United States Bankruptcy Judge

---

[4] Pursuant to the 9019 Motion, Province's allowed chapter 11 claim shall be reduced by $20,500.00 – from $149,645.50 to $129,145.50.

[5] Pursuant to the 9019 Motion, Grobstein's allowed chapter 11 claim shall be reduced by $235,000.00 – from $408,152.50 to $173,152.50.

3

DOCS_LA:292425.3 47516/003

1  Approved as to Form:

2  UNITED STATES TRUSTEE

3
4  By: _____ 9-21-15
    S. Margaux Ross
5   Attorney for the U.S. Trustee

6

7  LANDAU GOTTFRIED & BERGER LLP

8

9  By: _____
10     John P. Reitman
       Partner

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

DOCS_LA:292425.3 47516/003

Approved as to Form:

UNITED STATES TRUSTEE


By: _____
      S. Margaux Ross
      Attorney for the U.S. Trustee



LANDAU GOTTFRIED & BERGER LLP[6]


By: _____
      John P. Reitman
      Partner

---

[6] Not provided and no response received. See *Declaration of Jeffrey W. Dulberg In Support of Proposed Chapter 7 and Chapter 11 Fee Orders, and 9019 Settlement Order* [Dkt. No. 1697].

4

DOCS_LA:292425.3 47516/003