Richard M. Pachulski (SBN 90073)
Andrew W. Caine (SBN 110345)
Jeffrey W. Dulberg (SBN 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  rpachulski@pszjlaw.com
         acaine@pszjlaw.com
         jdulberg@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 7 Trustee

**FILED & ENTERED**

**MAR 09 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>KSL MEDIA, INC., T.V. 10'S, LLC, and FULCRUM 5, INC.,<br><br>            Debtors.<br><br>☐ Affects KSL Media, Inc.<br>☒ Affects T.V. 10's, LLC<br>☐ Affects Fulcrum 5, Inc.<br>☐ Affects All Debtors | Chapter 7<br><br>Case No.:1:13-bk-15929-MB<br><br>Jointly Administered with Case Nos.:<br>1:13-bk-15930-MB and 1:13-bk-15931-MB<br><br>**ORDER GRANTING MOTION FOR ORDER APPROVING SETTLEMENT WITH NBC UNIVERSAL, INC.**<br><br>[Relates to Docket No. 2458]<br><br>**Hearing Date**<br>Date:    March 1, 2017<br>Time:    11:00 a.m.<br>Place:   Courtroom 303<br>           U.S. Bankruptcy Court<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA 91367<br>Judge:  Hon. Martin R. Barash |

DOCS_LA:304337.1 47516/003

The Court has considered the *Motion for Order Approving Settlement With NBC Universal, Inc.* (the "Motion")[1] [Docket No. 2458], filed by David K. Gottlieb, in his capacity as Chapter 7 Trustee (the "Trustee") of debtors KSL Media, Inc., T.V. 10's, LLC, and Fulcrum 5, Inc., pursuant to which the Trustee and NBC Universal, Inc. (together, the "Parties"), sought approval of a settlement agreement (the "Settlement Agreement").  The terms of the settlement (the "Settlement") are specifically set forth in the Settlement Agreement between the Parties, a copy of which is attached to the Declaration of David K. Gottlieb filed in support of the Motion.   Based upon the Court's review of the Motion and the Settlement, the Court finds that (1) the relief requested in the Motion is reasonable, appropriate, and in the best interests of the Parties; and (2) notice of the Motion was adequate and appropriate under the circumstances and no further notice be given.  Appearances with respect to the hearing on the Motion were waived by the Court.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Motion is granted and the Settlement Agreement is approved; and

2. The Parties are authorized to enter into and take any and all actions reasonably necessary to effectuate the Settlement Agreement.

### # # #

Date: March 9, 2017

_____
Martin R Barash
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DOCS_LA:304337.1 47516/003